UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1968 (PLF) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Stratton C. Strand as counsel of record for Defendant Carlos M. Gutierrez.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236