## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, TANYA WARD                )
JORDAN, JOYCE MEGGINSON, JANICE         )
GUINYARD, WILLIAM BURNS, DENNIS         )
GOSIER, PHILIPPE MORRIS, COLONEL        )     Case No. 1:05-cv-01968
LOVETT, MICHELE PEYTON,                 )
JEANETTE DEVINS, ANTHONY                )     RELATED ACTION:
WASHINGTON, BARBARA LORETZ,             )     Case No. 1:04-cv-00756
and QUEEN JONES, individually and on    )
behalf of a class of all other persons  )
similarly situated,                     )
                                        )     JUDGE PAUL FRIEDMAN
          Plaintiffs,                   )
                                        )
v.                                      )
                                        )
CARLOS M. GUTIERREZ,                    )
Secretary, United States Department of  )
Commerce,                               )
                                        )
          Defendant.                    )
                                        )
                                        )

## NOTICE OF APPEARANCE

I, Laura C. Fentonmiller, hereby certify that I have been duly admitted to the practice of law in the District of Columbia and that I am currently a member of the bar in good standing. I hereby enter my appearance on behalf of Plaintiffs in connection with the above-captioned lawsuit.

Dated: October 28, 2005   Respectfully submitted,


     _____/s/ Laura Fentonmiller_____
     Laura C. Fentonmiller, D.C. Bar No. 450813
     Lisa A. Goldblatt, D.C. Bar No. 456187
     David W. Sanford, D.C. Bar No. 457933
     **SANFORD, WITTELS & HEISLER, LLP**
     2121 K Street, N.W., Suite 700
     Washington, D.C. 20037
     Telephone: (202) 942-9124
     Facsimile: (202) 628-8189

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically and that a true and correct copy of the foregoing was served by U.S. mail on this 28th day of October, 2005 upon the following counsel of record:

> Attorney General Alberto Gonzalez
> United States Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530-001
>
> Secretary Carlos M. Gutierrez
> Office of the Secretary, Room 5516
> United States Department of Commerce
> 14th & Constitution Ave., NW
> Washington, D.C. 20230
>
> Kenneth L. Wainstein, U.S. Attorney
> Office of the United States Attorney
> 555 4th St., NW
> Washington, D.C. 20530

_____/s/ Laura Fentonmiller_____
Laura Fentonmiller