IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, TANYA WARD JORDAN, JOYCE MEGGINSON, JANICE GUINYARD, WILLIAM BURNS, DENNIS GOSIER, PHILIPPE MORRIS, COLONEL LOVETT, MICHELE PEYTON, JEANETTE DEVINS, ANTHONY WASHINGTON, BARBARA LORETZ, and QUEEN JONES, individually and on behalf of a class of all other persons similarly situated,** | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-1968 (PLF) ) ) ) ) JUDGE PAUL FRIEDMAN |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **CARLOS M. GUTIERREZ,** **Secretary, United States Department of Commerce,** | ) ) ) ) ) |
| **Defendant.** | ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S OBJECTION TO PLAINTIFFS' NOTICE OF RELATED CASE**

Plaintiffs, by and through undersigned counsel, hereby submit Plaintiffs' Motion for Leave to File Surreply to Defendant's Reply to Plaintiffs' Opposition to Defendant's Objection to Plaintiffs' Notice of Related Case.

Because Defendant mischaracterized arguments Plaintiffs made in their Opposition to Defendant's Objection to Plaintiffs' Notice of Related Case, Plaintiffs respectfully ask the Court for an opportunity to briefly respond.

Dated: November 15, 2005	Respectfully submitted,

**SANFORD, WITTELS & HEISLER, LLP**

By: _/s/_ Laura C. Fentonmiller  
David Sanford, D.C. Bar No. 457933  
Lisa Goldblatt, D.C. Bar No. 456187  
Laura Fentonmiller, D.C. Bar No. 450813  
2121 K Street, NW  
Suite 700  
Washington, D.C. 20037  
Telephone: (202) 942-9124  
Facsimile:  (202) 628-8189  

Steven L. Wittels (SLW-8110)  
Jeremy Heisler (JH-0145)  
**SANFORD, WITTELS & HEISLER, LLP**  
545 5th Avenue  
Suite 960  
New York, NY 10017  
Telephone: (646) 723-2947  
Facsimile:  (646) 723-2948  

Grant Morris, D.C. Bar No. 926253  
**LAW OFFICES OF GRANT E. MORRIS**  
2121 K Street, NW  
Suite 700  
Washington, D.C. 20037  
Telephone: (202) 661-3510  
Facsimile:  (202) 628-8189  

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. mail and electronic means on this 15th day of November, 2005 upon the following counsel of record:

    Kenneth L. Wainstein, Esq.
    R. Craig Lawrence, Esq.
    Stratton C. Strand, Esq.
    United States Attorney's Office
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-7236


    /s/  Shayna Bloom_____
    Shayna Bloom