IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, TANYA WARD JORDAN, JOYCE MEGGINSON, JANICE GUINYARD, WILLIAM BURNS, DENNIS GOSIER, PHILIPPE MORRIS, COLONEL LOVETT, MICHELE PEYTON, JEANETTE DEVINS, ANTHONY WASHINGTON, BARBARA LORETZ, and QUEEN JONES, individually and on behalf of a class of all other persons similarly situated,** | ) ) ) ) ) ) ) Civil Action No. 05-1968 (PLF) ) ) ) ) **JUDGE PAUL FRIEDMAN** |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,** | ) ) ) ) |
| **Defendant.** | ) ) ) |

## ORDER

Plaintiffs' Motion for Leave to File Surreply to Defendant's Reply to Plaintiffs'

Opposition to Defendant's Objection to Plaintiffs' Notice of Related Case is hereby GRANTED.

Dated: November ____, 2005         _____
                                    United States District Judge Paul Friedman