UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, <u>et al.</u>,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, Secretary,<br>United States Department of Commerce,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-1968 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Carlos Gutierrez, Secretary of the U.S. Department of Commerce ("Defendant"), through counsel, respectfully moves this Court to enlarge the time within which he may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), the undersigned has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,           ) | |
|                                 ) | |
|         Plaintiffs,             ) | |
|                                 ) | |
| v.                              ) | Civil Action No. 05-1968 (PLF) |
|                                 ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
|                                 ) | |
|         Defendant.              ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), the deadline for answering or otherwise responding to a complaint may be extended for good cause shown if the extension request is made before the expiration of the period for answering.

2. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), when the United States is a defendant, it must respond to the complaint within 60 days of service on the U.S. Attorney.

3. Plaintiffs filed the complaint herein on October 5, 2005, and served the U.S. Attorney's Office on October 12, 2005. Accordingly, Defendant must respond to the complaint by December 12, 2005.

4. The undersigned has not had an opportunity to review all of the facts and circumstances surrounding Plaintiffs' lawsuit, a putative class action containing 296 paragraphs. Defendant therefore would request that he be given an additional 30 days to answer, move, or otherwise plead to Plaintiffs' complaint.

5. Plaintiffs consent to the requested extension.

WHEREFORE, Defendant respectfully requests that he be given until Wednesday, January 11, 2006, to answer, move, or otherwise plead to the complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney