IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, JOYCE MEGGINSON, WILLIAM BURNS, DENNIS GOSIER, PHILIPPE MORRIS, COLONEL LOVETT, MICHELE PEYTON, JEANETTE DEVINS, ANTHONY WASHINGTON, BARBARA LORETZ, and QUEEN JONES, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  Civil Action No. 05-1968 (JDB) <br><br> JUDGE JOHN D. BATES |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JANICE GUINYARD WITHOUT PREJUDICE

Counsel for Plaintiffs hereby voluntarily dismiss Janice Guinyard as a named Plaintiff in this Civil Action.

1

Dated: December 21, 2005        Respectfully submitted,


                _____/s/ Laura Fentonmiller_____
                Laura C. Fentonmiller, D.C. Bar No. 450813
                Lisa A. Goldblatt, D.C. Bar No. 456187
                David W. Sanford, D.C. Bar No. 457933
                **SANFORD, WITTELS & HEISLER, LLP**
                2121 K Street, N.W., Suite 700
                Washington, D.C. 20037
                Telephone: (202) 942-9124
                Facsimile: (202) 628-8189

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice was filed electronically and that a true and correct copy of the foregoing was served by U.S. mail and electronic means on this 21st day of December, 2005 upon the following counsel of record:

> Kenneth L. Wainstein, Esq.
> R. Craig Lawrence, Esq.
> Stratton C. Strand, Esq.
> United States Attorney's Office
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 514-7236

                                            /s/ Laura Fentonmiller
                                            Laura Fentonmiller