UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, Secretary, | ) |
| United States Department of Commerce, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Carlos Gutierrez, Secretary of the U.S. Department of Commerce ("Defendant"), through counsel, respectfully moves this Court to enlarge the time within which he may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), the undersigned has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by Court order may be extended for good cause shown if the extension request is made before the expiration of the period prescribed.

2. Plaintiffs filed the complaint herein on October 5, 2005, and served the U.S. Attorney's Office on October 12, 2005.[1] By minute order dated December 27, 2005, the Court granted Defendant's consent motion to extend the response deadline through January 11, 2006.

3. Defendant has determined to respond to Plaintiffs' complaint, a putative class action containing 296 paragraphs, by filing a dispositive motion. Defendant has been working diligently to collect the declarations necessary to support the dispositive motion, but has encountered delays related to the holiday schedules of some of the declarants. Accordingly, Defendant anticipates that he will need an additional month to respond to the complaint.

---

[1] The case first was assigned to Judge Friedman as a result of Plaintiffs' notice of related case. See Dkt. 2. Upon Defendant's objection to the related-case notice, Judge Friedman transferred the case to the Calendar Committee for random reassignment. See Memorandum Opinion dated December 19, 2005 (Dkt. 11). On December 20, 2005, the case was assigned to Judge Bates.

4.    Plaintiffs consent to the requested extension.

5.    The Court has not set an initial scheduling conference; thus, the requested extension would not affect any scheduled court appearances.

WHEREFORE, Defendant respectfully requests that he be given until Monday, February 13, 2006, to answer, move, or otherwise plead to the complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney