Declaration of Shayna M. Bloom

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, JOYCE MEGGINSON, WILLIAM BURNS, DENNIS GOSIER, PHILIPPE MORRIS, COLONEL LOVETT, MICHELE PEYTON, JEANETTE DEVINS, ANTHONY WASHINGTON, BARBARA LORETZ, and QUEEN JONES, individually and on behalf of a class of all other persons similarly situated, )))))))))) | |
| **Plaintiffs,** ) | Civil Action No. 05-1968 (JDB) |
| ) | JUDGE JOHN D. BATES |
| **v.** )) | |
| CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, ))))) | |
| **Defendant.** ) | |

## DECLARATION OF SHAYNA M. BLOOM

I, Shayna Michelle Bloom, do hereby swear and affirm as follows:

1.     My office address is Sanford, Wittels and Heisler, LLP, 2121 K Street, N.W., Suite 700, Washington, D.C. 20037 and my telephone number is (202) 661-3516.

2.     I was admitted to the Maryland Bar on December 13, 2005 and am a member in good standing.

3.     I have been admitted *pro hac vice* once in the last two years to the U.S. District Court for the District of Columbia.

4.     I currently engage in the practice of law from an office located in the District of Columbia and have a pending application for admission without examination to the D.C. Bar submitted on January 4, 2006.

1

**Declaration of Shayna M. Bloom**

    I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*1-20-06*
_____
Date

*Shayna M. Bloom*
_____
Shayna M. Bloom