IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, JOYCE MEGGINSON, WILLIAM BURNS, DENNIS GOSIER, PHILIPPE MORRIS, COLONEL LOVETT, MICHELE PEYTON, JEANETTE DEVINS, ANTHONY WASHINGTON, BARBARA LORETZ, and QUEEN JONES, individually and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1968 (JDB)<br>)<br>)   JUDGE JOHN D. BATES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION PRO HAC VICE**

Comes now counsel for Plaintiff in the above-styled action and respectfully moves this Court for admission *pro hac vice* of Shayna Michelle Bloom. Pursuant to Local Rule 83.2(d), movant submits the attached Declaration for Ms. Bloom.

In support of said Motion, counsel states as follows:

Ms. Bloom was admitted to the Maryland Bar on December 13, 2005.

Ms. Bloom is with the firm of Sanford, Wittels and Heisler, LLP, 2121 K Street, N.W., Suite 700, Washington, D.C. 20037; Phone: 202-661-3516; Fax: 202-628-8189.

2

Ms. Bloom has associated with David W. Sanford, D.C. Bar No. 457933, and Laura C. Fentonmiller, D.C. Bar No. 450813, of Sanford, Wittels and Heisler, LLP, 2121 K Street, N.W., Suite 700, Washington D.C. 20037 to act as counsel in this matter.

Dated: January 23, 2006                                          Respectfully submitted,

                                                                                      /s/ David W. Sanford
David W. Sanford, D.C. Bar No. 457933
Laura C. Fentonmiller, D.C. Bar No. 450813
SANFORD, WITTELS & HEISLER, LLP
2121 K Street, N.W., Suite 700
Washington, D.C. 20037

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2006 that a true and correct copy of the foregoing was served upon all counsel of record through the court's Electronic Filing System. Counsel of record is as follows.

>Kenneth L. Wainstein, Esq.
>R. Craig Lawrence, Esq.
>Stratton C. Strand, Esq.
>UNITED STATES ATTORNEY'S OFFICE
>CIVIL DIVISION
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7236

>\_\_\_\_/s/ David W. Sanford_____
>David W. Sanford