IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, JOYCE MEGGINSON, WILLIAM BURNS, DENNIS GOSIER, PHILIPPE MORRIS, COLONEL LOVETT, MICHELE PEYTON, JEANETTE DEVINS, ANTHONY WASHINGTON, BARBARA LORETZ, and QUEEN JONES, individually and on behalf of a class of all other persons similarly situated, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, <br><br>　　　　　Defendant. | Civil Action No. 05-1968 (JDB) <br><br> JUDGE JOHN D. BATES |

## DECLARATION OF SHAYNA M. BLOOM

I, Shayna Michelle Bloom, do hereby swear and affirm as follows:

　　1.　My office address is Sanford, Wittels and Heisler, LLP, 2121 K Street, N.W., Suite 700, Washington, D.C. 20037 and my telephone number is (202) 661-3516.

　　2.　I was admitted to the Maryland Bar on December 13, 2005 and am a member in good standing. I am not admitted to the Bar of any other state.

　　3.　I have been admitted *pro hac vice* once in the last two years to the U.S. District Court for the District of Columbia.

　　4.　I currently engage in the practice of law from an office located in the District of Columbia and have a pending application for admission without examination to the D.C. Bar submitted on January 4, 2006.

1

5. I have never been disciplined by any Bar.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1-23-06
Date

_Shayna M. Bloom_
Shayna M. Bloom