UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time to Respond to Complaint, his memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until Monday, February 27, 2006, to answer, move, or otherwise plead to the complaint.

_____
JOHN D. BATES
United States District Court Judge

cc:   By ECF