UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-1968 (JDB) |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
### OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Carlos Gutierrez, Secretary of the U.S. Department of Commerce ("Defendant"), through counsel, respectfully moves this Court to enlarge through March 17, 2006, the time within which he may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), the undersigned has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by Court order may be extended for good cause shown if the extension request is made before the expiration of the period prescribed.

2. Plaintiffs filed the complaint herein on October 5, 2005, and served the U.S. Attorney's Office on October 12, 2005.[1] By minute orders dated December 27, 2005, January 10, 2006, February 10, 2006, and February 24, 2006, the Court granted Defendant's consent motions to extend the response deadline through March 3, 2006.

3. Defendant will be responding to Plaintiffs' massive putative class-action complaint by filing a dispositive motion. The undersigned has prepared a draft of the motion, and the agency now is reviewing it. The agency will need until next week to complete its review, and then the undersigned will need a couple days to incorporate any suggested changes and

---

[1] The case first was assigned to Judge Friedman as a result of Plaintiffs' notice of related case. See Dkt. 2. Upon Defendant's objection to the related-case notice, Judge Friedman transferred the case to the Calendar Committee for random reassignment. See Memorandum Opinion dated December 19, 2005 (Dkt. 11). On December 20, 2005, the case was assigned to Judge Bates.

finalize the motion. Unfortunately, the undersigned will be in trial in <u>Davis v. Ashcroft</u>, 01-331 (RBW), from March 6 through 14, and thus, once he receives the agency's comments, will not be able to begin work on finalizing the motion until Wednesday, March 15. Accordingly, the undersigned anticipates that he will need until Friday, March 17, 2006, to file the dispositive motion.

  4. Plaintiffs consent to the requested extension.

  5. The Court has not set an initial scheduling conference; thus, the requested extension would not affect any scheduled court appearances.

  6. The undersigned regrets having had to importune the Court with multiple extension motions. It has proved unavoidable, however, in light of the undersigned's schedule (simultaneously preparing for trial and completing the dispositive motion) and the breadth of the claims to which Defendant must respond in this case.

  WHEREFORE, Defendant respectfully requests that he be given until Friday, March 17, 2006, to answer, move, or otherwise plead to the complaint.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. Bar #451058
        United States Attorney

        /s/
        STRATTON C. STRAND, D.C. Bar #464992
        Assistant United States Attorney