UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TABLE OF CONTENTS
FOR DEFENDANT'S MEMORANDUM OF LAW**

I.   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.  Statement of Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    A.   Prior Administrative Proceedings, 1995 to 2005 . . . . . . . . . . . . . . . . . . . . . . . . . 2

        1.   1995 -1997: The Administrative Complaint, the First Dismissal, and the First OFO Decision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

        2.   1997-2001: Ms. Howard's Response to AJ's Request for Information, the Disqualification of Ms. Howard as Class Agent, and the Second OFO Decision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

        3.   2002-2005: Redefinition of the Provisional Class and Dismissal of the Administrative Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    B.   The Department of Commerce . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        1.   The Department is Large and Organizationally Complex . . . . . . . . . . 8

        2.   The Department Has a Diverse Workforce . . . . . . . . . . . . . . . . . . . . . . 11
              Large Range of Different Jobs . . . . . . . . . . . . . . . . . . . . . . . . . 11
              Numerous Pay Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

        3.   Each of the Department's Bureaus Has its Own Mission and Specialized Workforce . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

        Bureau of Economic Analysis (BEA) . . . . . . . . . . . . . . . . . . . . . . 13
        Bureau of Industry and Security (BIS) . . . . . . . . . . . . . . . . . . . . 14
        Bureau of the Census (Census) . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        Economic Development Administration (EDA) . . . . . . . . . . . . . 15
        Economic and Statistics Administration (ESA) . . . . . . . . . . . . . . 16
        International Trade Administration (ITA) . . . . . . . . . . . . . . . . . . 16
        Minority Business Development Agency (MBDA) . . . . . . . . . . . 17
        National Institute of Standards and Technology (NIST) . . . . . . . 18
        National Oceanic and Atmospheric
            Administration (NOAA) . . . . . . . . . . . . . . . . . . . . . . . . . . 18
        National Telecommunications and Information
            Administration (NTIA) . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        National Technical Information Service (NTIS) . . . . . . . . . . . . . 20
        Office of Inspector General (OIG) . . . . . . . . . . . . . . . . . . . . . . . 20
        Office of the Secretary (OS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        Patent and Trademark Office (PTO) . . . . . . . . . . . . . . . . . . . . . . 22
        Technology Administration (TA) . . . . . . . . . . . . . . . . . . . . . . . . 22

    4.    The Department Has Numerous Decentralized
         Human Resources Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

    5.    Department Employees Work Under Six Different
         Personnel Systems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
                General Schedule (GS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
                Alternative Personnel Management System (APMS) . . . . . . . . . 25
                Demonstration Project . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

    6.    Each Bureau Has Independent Personnel Authority and Distinct, Bureau-
         Specific Personnel Policies and Practices that Rely Upon Objective
         Criteria for Making Assessment, Promotion, and Other Personnel
         Decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
               a.    MAPs, CBAs, Awards, and Training . . . . . . . . . . . . . . . . 28
               b.    Performance Evaluations . . . . . . . . . . . . . . . . . . . . . . . . . 30
               c.    Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

III.    Summary of Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

IV.    Motion to Dismiss All Individual Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

    A.    The Individual Claims of Nine Named Plaintiffs
         Should be Dismissed Because Venue Is Improper
         and Transfer Would Not Be in the Interests of Justice . . . . . . . . . . . . . . . . . . . . 42

    1.  Venue Is Lacking For Nine of the Twelve Named Plaintiffs. . . . . . . . . . . . 42

    2.  The Individual Claims That Lack Venue Should Be
      Dismissed Because Transfer Would Not Be In the
      Interests of Justice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

        Plaintiffs Lovett and Morris . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
        Plaintiff Devins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
        Plaintiffs Loretz and Washington . . . . . . . . . . . . . . . . . . . . . . . . 48

  B.  The Individual Claims of the Three Plaintiffs For Whom Venue is Proper Must
    Be Dismissed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

    1.  None of Ms. Howard's Administrative Complaints Provide a Basis For
      Her Individual Claims In This Action Because of Untimeliness, Principles
      of Contract Law Relating To Settlement Agreements, *Res Judicata*, and
      Her Failure To Exhaust Administrative Remedies . . . . . . . . . . . . . . . . . 51

    2.  The Individual Claims of Plaintiffs Jordan and
      Megginson Are Barred, Respectively, by *Res Judicata*
      and Title VII's Statute of Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

V. Motion to Dismiss the Class Claims That
  Exceed the Scope of the Administrative Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

  A.  Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

  B.  Many of Plaintiffs' Class Claims Exceed the Scope
    of the Administrative Class Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

VI. Motion to Strike All Class Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

  A.  Plaintiffs Have Failed to Comply with Local Rule 23.1 (b) . . . . . . . . . . . . . . . . 61

  B.  The Class Claims Must Be Stricken For Failure to Exhaust
    the Administrative Process Because Plaintiff Howard Failed to Timely
    Contact An EEO Counselor On Her Administrative Class Complaint . . . . . . . . 62

  C.  Plaintiffs' Class Claims Do Not Satisfy the Requirements of Rule 23 . . . . . . . . 63

    1.  Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

    2.  "Across-the-Board" Allegations of Discrimination Rarely Meet the

|  |  | Requirements for Class Certification Under Rule 23(a) . . . . . . . . . . . . . 67 |
|---|---|---|
|  | 3. | Plaintiffs' "Across-the-Board" Claims Lack Commonality . . . . . . . . . . . 70 |
|  | 4. | The Named Plaintiffs' Claims Are Not Typical of the Proposed Class Claims . . . . . . . . . . . . . . . . . . . . . . . . . . 77 |
|  | 5. | The Named Plaintiffs Are Not Adequate Class Representatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80 |
|  | 6. | Plaintiffs Cannot Satisfy Rule 23(b) Because the Department Has Not Acted On Grounds Generally Applicable to the Proposed Class and Because the Proposed Class's Damages Claim Eclipses Its Claim for Equitable Relief . . . . . . . . . . . . . . . . . . . . . 83 |
| VII. | Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85 |