UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S EXHIBIT LIST

A    EEOC Complaint (2/22/95)

B    Howard v. Dep't of Commerce, EEOC Case No. 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X (AJ Decision)(June 30, 1995)

C    Howard v. Dep't of Commerce, EEOC App. No. 01956455, at 5, 1997 WL 314807 (June 4, 1997) ("Howard I")

D    Howard Response

E    Declaration of John J. Phelan III

F    Howard v. Dep't of Commerce, EEOC Case Nos. 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X, 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X (Mar. 24, 1999)

G    Howard v. Dep't of Commerce, EEOC App. No. 01994518, 2000 WL 33542684 (July 20, 2000) ("Howard II")

H    Howard v. Dep't of Commerce, EEOC App. No. 01994518 (Feb. 26, 2001) (Reconsideration Decision)

I    Letter from Howard to AJ Kravetz of Jan. 2, 2003

J    Class Agent's Opposition to the Agency's Motion to Redefine 3/21/03

K    EEOC Order (Aug. 20, 2003)

L    Notice of Withdrawal (Sept. 30, 2005)

| | |
|---|---|
| M | Declaration of Deborah A. Jefferson |
| N | Declaration of Margaret Focarino |
| O | [reserved] |
| P | Declaration of Robert Kirkner |
| Q | Declaration of Deborah Martin |
| R | Declaration of Vickers B. Meadows |
| S | Declaration of Michael Osver |
| T | Declaration of Eduardo Ribas |
| U | Declaration of Bobby Russell |
| V | Declaration of Tyra Dent Smith |
| W | Declaration of James Valdez |
| X | Declaration of Dr. William R. Ott |
| Y | Declaration of Kathryn H. Anderson |
| Z | Declaration of Janice L. Guinyard |
| AA | Jordan v. Evans, Civil Action 04-356 (D.D.C.), First Amended Complaint |
| BB | Jordan v. Evans, Civil Action 04-356 (D.D.C.), Memorandum Opinion (Dec. 3, 2004) |
| CC | Jordan v. Evans, Civil Action 04-356 (D.D.C.), Memorandum Opinion (Aug. 10, 2005) |
| DD | Megginson v. Daley, Civil Action 97-2970 (D.D.C.), Complaint |
| EE | Megginson v. Daley, Civil Action 97-2970 (D.D.C.), Order (Oct. 27, 2000) |
| FF | Letter from Matthew Bradley, EEOC AJ, to Janet Howard and William Biglow, Esq., DOC counsel (Apr. 12, 1995) |
| GG | Letter from Kathryn Brown, EEOC AJ, to Michael Subit, Esq., class counsel, and William Biglow, Esq. (Aug. 4, 1998) |

| | |
|---|---|
| HH | <u>Gosier v. Evans</u>, EEOC Case No. 120-2004-00250X, Order of Dismissal of Hearing (May 18, 2004) |
| II | <u>Gosier v. Gutierrez</u>, EEOC Appeal No. 01A44851, 2005 EEOPUB LEXIS 5872 (Dec. 19, 2005) |
| JJ | Letter from Alfred Corea, EEOC Officer, to Janet Howard, dated January 17, 1995 |