UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1968 (JDB) |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims; his memorandum of points and authorities in support thereof; any opposition thereto and any reply; and the entire record herein; it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that the individual claims of Plaintiffs Burns, Gosier, Morris, Lovett, Peyton, Devins, Washington, Loretz, and Jones be, and hereby are, DISMISSED WITHOUT PREJUDICE to re-filing in a court in which proper venue lies, and it is further,

ORDERED, that the individual claims of Plaintiffs Howard, Jordan, and Megginson be, and hereby are, DISMISSED WITH PREJUDICE, and it is further,

ORDERED, that all class claims exceeding the scope of the class administrative complaint be, and hereby are, DISMISSED WITH PREJUDICE, and it is further,

ORDERED, that all class claims be, and hereby are, STRICKEN.

                                                                    _____  
                                                                    JOHN D. BATES  
                                                                    United States District Court Judge

cc:    By ECF