UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANET HOWARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1968 (JDB) |
| | ) | |
| CARLOS M. GUTIERREZ, Secretary, | ) | |
| United States Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION TO EXCEED PAGE LIMIT**

Pursuant to LCvR 7(e), Defendant respectfully moves for permission to file an 85-page memorandum of points and authorities in support of his Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims, lodged herewith.  It is necessary for the memorandum to exceed the 45-page limit because of the large number of individual claims, and the vast scope of the class claims, Defendant must address.

Pursuant to LCvR 7(m), Defendant has consulted with Plaintiffs' counsel concerning this motion.  Plaintiffs consent to the relief requested.

WHEREFORE, Defendant respectfully request that the Court waive the page limit for his memorandum of law in support of his dispositive motion.

Respectfully submitted,

_____/s/_____

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____

STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney