UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, <u>et al.</u>,            ) | |
|                                          ) | |
|     Plaintiffs,      ) | |
|                                          ) | |
|     v.               ) | Civil Action No. 05-1968 (JDB) |
|                                          ) | |
| CARLOS M. GUTIERREZ, Secretary,          ) | |
| United States Department of Commerce,    ) | |
|                                          ) | |
|     Defendant.       ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Consent Motion to Exceed Page Limit, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the relief requested, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant's memorandum of points and authorities in support of his Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims be, and hereby is, accepted for filing.

_____
JOHN D. BATES
United States District Court Judge

cc:   By ECF