# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, | ) |
| Defendant. | ) |

## PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS ALL INDIVIDUAL CLAIMS, TO DISMISS CERTAIN CLASS CLAIMS, AND TO STRIKE ALL CLASS CLAIMS

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs, by and through undersigned counsel, hereby respectfully move this Court to enlarge the time in which they may respond to Defendant Carlos Gutierrez's Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims, which was filed with the Court on March 17, 2006. In support of this Motion, Plaintiffs respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to Local Rule 7(m), the undersigned has consulted with Defendant's counsel concerning this motion. Defendant consents to the relief requested.

Dated: March 20, 2006

Respectfully submitted,

**SANFORD, WITTELS & HEISLER, LLP**
By: _/s/_Laura C. Fentonmiller_____
David Sanford, D.C. Bar No. 457933
Laura Fentonmiller, D.C. Bar No. 450813
Shayna Bloom, MD Bar, Admitted Pro Hac Vice
2121 K Street, NW

Suite 700
Washington, D.C. 20037
Telephone: (202) 942-9124
Facsimile: (202) 628-8189

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
545 5th Avenue
Suite 960
New York, NY 10017
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
2121 K Street, NW
Suite 700
Washington, D.C. 20037
Telephone: (202) 661-3510
Facsimile: (202) 628-8189

*Attorneys for the Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANET HOWARD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **Secretary, United States Department of** ) | |
| **Commerce,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO MOTION TO DISMISS ALL INDIVIDUAL CLAIMS, TO DISMISS
CERTAIN CLASS CLAIMS, AND TO STRIKE ALL CLASS CLAIMS**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), a deadline set by Court order may be extended for good cause shown if the request for an extension is made before the expiration of the period prescribed.

2. Plaintiffs filed their Complaint on October 5, 2005, and served the U.S. Attorney's Office on October 12, 2005.

3. By minute orders dated December 27, 2005, January 10, 2006, February 10, 2006, and February 24, 2006, the Court granted Defendant's motions to extend the response deadline.

4. On March 3, 2006, the Court granted Defendant's request for its fifth extension, enlarging the time it had to respond to Plaintiffs' Complaint until March 17, 2006. Defendant therefore had a total of three additional months beyond those prescribed by Federal Rule of Civil Procedure 12(a)(3)(A) in which to respond to Plaintiffs' Complaint. Notably, Plaintiffs consented to each of Defendant's requested extensions.

5. On March 17, 2006, Defendant filed its Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims. Defendant's Motion is eighty-seven pages in length, contains voluminous exhibits, and addresses myriad issues, both procedural and substantive in nature. Defendant's Motion not only challenges Plaintiffs' Complaint on based on alleged problems with venue, failure to exhaust administrative remedies, and *res judicata*, but also raises a whole host of other issues which are more suited to an opposition to a motion for class certification, including substantive challenges to Plaintiffs' claims of discrimination themselves. Plaintiffs anticipate that they will need the requested time to fully respond to Defendant's allegations.

6. Defendant consents to the relief requested in this Motion.

7. Finally, the Court has not set an initial scheduling conference in this matter; therefore, the requested extension would not affect any scheduled court appearances.

WHEREFORE, Plaintiffs respectfully request that they be given until June 17, 2006, to respond to Defendant's Motion.

Dated: March 20, 2006              Respectfully submitted,

**SANFORD, WITTELS & HEISLER, LLP**
By: _/s/_Laura C. Fentonmiller_____
David Sanford, D.C. Bar No. 457933
Laura Fentonmiller, D.C. Bar No. 450813
Shayna Bloom, MD Bar, Admitted Pro Hac Vice
2121 K Street, NW
Suite 700
Washington, D.C. 20037
Telephone: (202) 942-9124
Facsimile: (202) 628-8189

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**

545 5th Avenue
Suite 960
New York, NY 10017
Telephone: (646) 723-2947
Facsimile:  (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
2121 K Street, NW
Suite 700
Washington, D.C. 20037
Telephone: (202) 661-3510
Facsimile:  (202) 628-8189

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means on this 20th day of March, 2006 upon the following counsel of record:

>Kenneth L. Wainstein, Esq.
>R. Craig Lawrence, Esq.
>Stratton C. Strand, Esq.
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7236

      /s/   Laura C. Fentonmiller
      Laura C. Fentonmiller