**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**JANET HOWARD, et al.**            )
                                    )
    **Plaintiffs,**         )
v.                                  )   Civil No. 05-1968 (JDB)
                                    )
**CARLOS GUTIERREZ,**               )
**SECRETARY,**                      )
**U.S. DEPARTMENT OF COMMERCE,**    )
                                    )
    **Defendant.**          )
_____)

## ORDER

Having read the Plaintiffs' Consent Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims, it is on this _____ day of _____, 2006,

**ORDERED** that the Plaintiffs' Consent Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims is **GRANTED**.  The new date by which Plaintiffs must respond to Defendant's Motion is June 17, 2006.

                                                    _____
                                                  United States District Judge John D. Bates