UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANET HOWARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1968 (JDB) |
| | ) | |
| CARLOS M. GUTIERREZ, Secretary, | ) | |
| United States Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING OF VOLUMINOUS EXHIBITS
AND CERTIFICATE OF SERVICE**

On March 17, 2006, Defendant filed his Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims. The exhibits to the motion were too voluminous to be filed as attachments in the ECF system. For this reason, the undersigned has, this 20th day of March, 2006, submitted the exhibits to the Clerk's Office on a CD-ROM. The undersigned also has submitted a copy of the CD-ROM to chambers.

The undersigned certifies that, this 20th day of March, 2006, he caused Plaintiff's counsel to be served with a copy of the CD-ROM by sending it to:

David W. Sanford, Esq.
Laura C. Fentonmiller, Esq.
Lisa Ann Goldblatt, Esq.
Shayna Michelle Bloom, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

and

Grant E. Morris, Esq.
Law Offices of Grant E. Morris
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

                                        Respectfully submitted,

                                        _____/s/_____
                                        STRATTON C. STRAND, D.C. Bar #464992
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 20th day of March, 2006, a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

David W. Sanford, Esq.
Laura C. Fentonmiller, Esq.
Lisa Ann Goldblatt, Esq.
Shayna Michelle Bloom, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

and

Grant E. Morris, Esq.
Law Offices of Grant E. Morris
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

                                                  /s/
                                    STRATTON C. STRAND, D.C. Bar #464992
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Washington, D.C.  20530
                                    (202) 514-7236