IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| CARLOS M. GUTIERREZ, Secretary, Department of Commerce | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Peter Smith, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case and withdraw the appearance of Stratton C. Strand, Assistant U.S. Attorney.

Respectfully submitted,

/s/
Peter S. Smith, D.C. BAR # 465131
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm.E4224
Washington, D.C.  20530
(202) 307-0372

/s/
Stratton Strand, D.C. BAR # 464992
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm E4218.
Washington, D.C.  20530
(202) 514-7236