UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANET HOWARD, <u>et</u> <u>al.</u>, | ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) | Civil Action No. 05-1968 (JDB) |
| CARLOS M. GUTIERREZ, SECRETARY, U.S. DEPARTMENT OF COMMERCE, | ) ) ) ) |  |
| Defendant. | ) ) |  |

**NOTICE OF ENTRY OF APPEARANCE**

Defendant requests that the Clerk of the Court please **enter** the appearance of Assistant United States Attorney Megan L. Rose as government counsel in this action.

Respectfully submitted,

/s/
MEGAN L. ROSE, N.C. Bar #28639
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., E-4220
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon plaintiff pursuant to the Court's electronic filing system, addressed, to:

David W. Sanford
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

Grant E. Morris
Law Offices of Grant E. Morris
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

Laura C. Fentonmiller
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

Lisa Ann Goldblatt
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

Shayna Michelle Bloom
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

on this   22nd   day of May 2006.

/s/
MEGAN ROSE, N.C. Bar #28639
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220