# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, and JOYCE MEGGINSON, individually and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,<br><br>    Defendant. | Case No. 05-1968<br><br>JUDGE JOHN D. BATES<br><br>JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COME NOW the Plaintiffs, by and through their undersigned counsel, and respectfully move this Court to enter an Order granting their Motion for Leave to File an Amended Complaint in the above-captioned matter. The grounds for this motion are set forth in the accompanying Memorandum in Support thereof.

Respectfully submitted this 8th day of June, 2006.

_____/s/ Laura C. Fentonmiller_____
David W. Sanford, D.C. Bar No. 457933
Laura C. Fentonmiller, D.C. Bar No. 450813
Shayna M. Bloom, MD Bar, Admitted Pro Hac Vice
**SANFORD, WITTELS, & HEISLER, LLP**
2121 K Street, NW
Suite 700
Washington, D.C. 20037
Telephone: (202) 942-9124
Facsimile: (202) 628-8189
dsanford@nydclaw.com
www.nydclaw.com

Grant Morris, D.C. Bar No. 926253

**LAW OFFICES OF GRANT MORRIS**
2121 K Street N.W.
Suite 700
Washington, D.C. 20037
Telephone: (202) 486-0678
Facsimile: (202) 628-8189
grantemorris@gmail.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF CONFERENCE OF COUNSEL**

Pursuant to Local Civil Rule 7(m), Plaintiffs submit this certificate of conference of counsel in support of their Motion for Leave to File an Amended Complaint. On May 31, 2006, counsel made a good faith effort to resolve the matters set forth in this motion. Laura C. Fentonmiller, counsel for Plaintiffs, and Peter S. Smith, counsel for Defendant, have been unable to agree on the resolution of this motion.

Dated: June 8, 2006                    Respectfully submitted,

                              /s/   Laura C. Fentonmiller
                              David W. Sanford, D.C. Bar No. 457933
                              Laura C. Fentonmiller, D.C. Bar No. 450813
                              Shayna M. Bloom, MD Bar, Admitted Pro Hac Vice
                              **SANFORD, WITTELS & HEISLER, LLP**
                              2121 K Street, N.W. Suite 700
                              Washington, D.C. 20037
                              Telephone: (202) 942-9124
                              Fax: (202) 628-8189

                              Grant Morris, D.C. Bar No. 926253
                              **LAW OFFICES OF GRANT E. MORRIS**
                              7 Dupont Circle
                              Suite 250
                              Washington, D.C. 20037
                              Telephone: (202) 331-4704
                              Fax: (202) 467-4489

                              *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, a copy of the foregoing was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

>Peter S. Smith
>Megan Rose
>U.S. Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530

>_____/s/ Laura C. Fentonmiller_____
>Laura C. Fentonmiller