## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANET HOWARD, TANYA WARD JORDAN, and JOYCE MEGGINSON, individually and on behalf of a class of all other persons similarly situated,** | ) ) ) ) ) | **Case No. 1:04-cv-00756** |
| **Plaintiffs,** | ) ) | **JUDGE JOHN D. BATES** |
| **v.** | ) ) | **JURY TRIAL DEMANDED** |
| **CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,** | ) ) ) ) | |
| **Defendant.** | | |

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Leave to File an Amended Complaint, Plaintiffs' Motion is hereby GRANTED.

Dated: _____          _____

                                                                    United States District Judge