UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, Secretary, | ) |
| United States Department of Commerce, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT NOTICE CONCERNING BRIEFING SCHEDULE

In response to the Court's June 13, 2006 Minute Order, this Notice is to inform the Court that the parties have conferred about a proposed schedule for the briefing of a renewed motion to dismiss the operative pleading in this case. The parties propose that the Court enter the following briefing schedule in this case:

    That Defendant's dispositive motion is due by July 31, 2006.
    That any opposition to Defendant's dispositive motion is September 18, 2006.
    That replies in support of any dispositive motion are due by October 10, 2006.

    Respectfully submitted,

     /s/
    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney

     /s/
    PETER S. SMITH, D.C. BAR # 465131
    Assistant United States Attorney
    United States Attorney's Office
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 307-0372

    *Counsel for Defendant*

   s/ Laura C. Fentonmiller
David W. Sanford, D.C. Bar No. 457933
Laura C. Fentonmiller, D.C. Bar No. 450813
Shayna M. Bloom, MD Bar, Admitted Pro Hac Vice
**Sanford, Wittels & Heisler, LLP**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

*Counsel for Plaintiffs*