# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANET HOWARD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 05-1968** |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGE JOHN D. BATES** |
| **CARLOS M. GUTIERREZ,** | ) | |
| **Secretary, United States Department of Commerce,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Enlargement of Time to Move for Class Certification, Plaintiffs' Motion is hereby GRANTED.  The deadline for Plaintiffs' Motion for Class Certification will be two (2) months after the close of class certification discovery in this matter.

Dated: _____     _____

United States District Judge John D. Bates