UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S NOTICE OF FILING OF VOLUMINOUS EXHIBITS
AND CERTIFICATE OF SERVICE**

On July 31, 2006, Defendant filed his Renewed Motion to Dismiss All Individual Claims, to Dismiss Class Claims, and to Strike Class Claims. The exhibits to the motion were too voluminous to be filed as attachments in the ECF system. For this reason, on August 1, 2006, the undersigned will submit the exhibits to the Clerk's Office on a CD-ROM. The undersigned also will submit a copy of the CD-ROM to chambers.

This 31st day of July, 2006, the undersigned caused Plaintiff's counsel to be served with a copy of the CD-ROM by sending it to:

David W. Sanford, Esq.
Laura C. Fentonmiller, Esq.
Lisa Ann Goldblatt, Esq.
Shayna Michelle Bloom, Esq.
Sanford, Wittels & Heisler, LLP
1666 Connecticut Ave., N.W.
Suite 310
Washington, D.C. 20009

Respectfully submitted,

_____/s/_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780

_____/s/_____
MEGAN L. ROSE, N.C. BAR # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on this 31st day of July, 2006, a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

David W. Sanford, Esq.
Laura C. Fentonmiller, Esq.
Lisa Ann Goldblatt, Esq.
Shayna Michelle Bloom, Esq.
Sanford, Wittels & Heisler, LLP
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

/s/
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780

/s/
MEGAN L. ROSE, N.C. BAR # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220