UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1968 (JDB) |

**DEFENDANT'S CONSENT MOTION TO EXCEED PAGE LIMIT**

Pursuant to LCvR 7(e), Defendant respectfully moves for permission to file an 83-page memorandum of points and authorities in support of his Renewed Motion to Dismiss All Individual Claims, to Dismiss Class Claims, and to Strike All Class Claims, lodged herewith. It is necessary for the memorandum to exceed the 45-page limit because of the large number of individual claims, and the vast scope of the class claims, Defendant must address.

Pursuant to LCvR 7(m), Defendant has consulted with Plaintiffs' counsel concerning this motion. Plaintiffs consent to the relief requested.

WHEREFORE, Defendant respectfully request that the Court waive the page limit for his memorandum of law in support of his dispositive motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
PETER S. SMITH , D.C. Bar #465131
Assistant United States Attorney

555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780