UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANET HOWARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1968 (JDB) |
| | ) | |
| CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TABLE OF CONTENTS**
**FOR DEFENDANT'S MEMORANDUM OF LAW**


I. Introduction . . . . . . . . . . 1

II. Background . . . . . . . . . . 2

A. Procedural History, 1995 to 2006 . . . . . . . . . . 2

1. 1995 -1997: The Administrative Complaint, the First Dismissal, and the First OFO Decision . . . . . . . . . . 2

2. 1997-2001: Ms. Howard's Response to AJ's Request for Information, the Disqualification of Ms. Howard as Class Agent, and the Second OFO Decision . . . . . . . . . . 3

3. 2002-2005: Redefinition of the Provisional Class and Dismissal of the Administrative Action . . . . . . . . . . 7

4. Proceedings in This Court . . . . . . . . . . 7

B. The Department of Commerce . . . . . . . . . . 9

1. The Department is Large and Organizationally Complex . . . . . . . . . . 10

2. The Department Has a Diverse Workforce . . . . . . . . . . 12
Large Range of Different Jobs . . . . . . . . . . 13
Numerous Pay Systems . . . . . . . . . . 13

3. Each of the Department's Bureaus Has its Own Mission and Specialized

Workforce . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Bureau of Economic Analysis (BEA) . . . . . . . . . . . . . . . . . . . . . 15
Bureau of Industry and Security (BIS) . . . . . . . . . . . . . . . . . . . . . 16
Bureau of the Census (Census) . . . . . . . . . . . . . . . . . . . . . . . . . 16
Economic Development Administration (EDA) . . . . . . . . . . . . . 17
Economic and Statistics Administration (ESA) . . . . . . . . . . . . . . 18
International Trade Administration (ITA) . . . . . . . . . . . . . . . . . . 18
Minority Business Development Agency (MBDA) . . . . . . . . . . . 19
National Institute of Standards and Technology (NIST) . . . . . . . 19
National Oceanic and Atmospheric Administration (NOAA) . . . . . . . . . . . . . . . . . . . . . . . . . 20
National Telecommunications and Information Administration (NTIA) . . . . . . . . . . . . . . . . . . . . . . . . . . 21
National Technical Information Service (NTIS) . . . . . . . . . . . . . 22
Office of Inspector General (OIG) . . . . . . . . . . . . . . . . . . . . . . . . 22
Office of the Secretary (OS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Patent and Trademark Office (PTO) . . . . . . . . . . . . . . . . . . . . . . 23
Technology Administration (TA) . . . . . . . . . . . . . . . . . . . . . . . . 24

4. The Department Has Numerous Decentralized Human Resources Offices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

5. Department Employees Work Under Six Different Personnel Systems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
General Schedule (GS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Alternative Personnel Management System (APMS) . . . . . . . . . 27
Demonstration Project . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

6. Each Bureau Has Independent Personnel Authority and Distinct, Bureau-Specific Personnel Policies and Practices that Rely Upon Objective Criteria for Making Assessment, Promotion, and Other Personnel Decisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
a. MAPs, CBAs, Awards, and Training . . . . . . . . . . . . . . . . 30
b. Performance Evaluations . . . . . . . . . . . . . . . . . . . . . . . . . 32
c. Promotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

III. Summary of Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

IV. Motion to Dismiss Any Individual Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

A. Any Possible Individual Claims of the Three Named Plaintiffs Must be Dismissed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

1. Ms. Howard's Administrative Complaints Fail to Provide a Basis for Her Individual Claims in this Action Because of Untimeliness, Principles of Contract Law Relating to Settlement Agreements, *Res Judicata*, and Her Failure to Exhaust Administrative Remedies . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

2. Any Individual Claims of Plaintiffs Ward Jordan and Megginson Are Barred Respectively, by *Res Judicata* and Title VII's Statute of Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . 46

V. Motion to Dismiss the Class Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

A. Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

B. Plaintiffs' Class Claims Exceed the Scope of the Administrative Class Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

VI. Motion to Strike Class Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

A. Plaintiffs Have Failed to Comply with Local Rule 23.1 (b) . . . . . . . . . . . . . . . . . 56

B. The Class Claims Must Be Stricken For Failure to Exhaust the Administrative Process Because Plaintiff Howard Failed to Timely Contact An EEO Counselor On Her Administrative Class Complaint . . . . . . . . 58

C. Plaintiffs' Class Claims Do Not Satisfy the Requirements of Rule 23 . . . . . . . . 61

1. Standard of Review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

2. "Across-the-Board" Allegations of Discrimination Rarely Meet the Requirements for Class Certification Under Rule 23(a) . . . . . . . . . . . . . 65

3. Plaintiffs' "Across-the-Board" Claims Lack Commonality . . . . . . . . . . . 67

4. The Named Plaintiffs' Claims Are Not Typical of the Proposed Class Claims . . . . . . . . . . . . . . . . . . . . . . . . . . 75

5. The Named Plaintiffs Are Not Adequate Class Representatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

6. Plaintiffs Cannot Satisfy Rule 23(b) Because the Department Has Not Acted On Grounds Generally Applicable to the Proposed Class . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

VII. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82