UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANET HOWARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1968 (JDB) |
| | ) | |
| CARLOS M. GUTIERREZ, Secretary, | ) | |
| United States Department of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S EXHIBIT LIST

A    EEOC Complaint (2/22/95)

B    Howard v. Dep't of Commerce, EEOC Case No. 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X (AJ Decision)(June 30, 1995)

C    Howard v. Dep't of Commerce, EEOC App. No. 01956455, at 5, 1997 WL 314807 (June 4, 1997) ("Howard I")

D    Howard Response

E    Declaration of John J. Phelan III

F    Howard v. Dep't of Commerce, EEOC Case Nos. 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X, 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X (Mar. 24, 1999)

G    Howard v. Dep't of Commerce, EEOC App. No. 01994518, 2000 WL 33542684 (July 20, 2000) ("Howard II")

H    Howard v. Dep't of Commerce, EEOC App. No. 01994518 (Feb. 26, 2001) (Reconsideration Decision)

I    Letter from Howard to AJ Kravetz of Jan. 2, 2003

J    Class Agent's Opposition to the Agency's Motion to Redefine 3/21/03

K    EEOC Order (Aug. 20, 2003)

L    Notice of Withdrawal (Sept. 30, 2005)

M       Declaration of Deborah A. Jefferson

N       Declaration of Margaret Focarino

O       [reserved]

P       Declaration of Robert Kirkner

Q       Declaration of Deborah Martin

R       Declaration of Vickers B. Meadows

S       Declaration of Michael Osver

T       Declaration of Eduardo Ribas

U       Declaration of Bobby Russell

V       Declaration of Tyra Dent Smith

W       Declaration of James Valdez

X       Declaration of Dr. William R. Ott

Y       Declaration of Kathryn H. Anderson

Z       Declaration of Janice L. Guinyard

AA      Jordan v. Evans, Civil Action 04-356 (D.D.C.), First Amended Complaint

BB      Jordan v. Evans, Civil Action 04-356 (D.D.C.), Memorandum Opinion (Dec. 3, 2004)

CC      Jordan v. Evans, Civil Action 04-356 (D.D.C.), Memorandum Opinion (Aug. 10, 2005)

DD      Megginson v. Daley, Civil Action 97-2970 (D.D.C.), Complaint

EE      Megginson v. Daley, Civil Action 97-2970 (D.D.C.), Order (Oct. 27, 2000)

FF      Letter from Matthew Bradley, EEOC AJ, to Janet Howard and William Biglow, Esq.,
        DOC counsel (Apr. 12, 1995)

GG      Letter from Kathryn Brown, EEOC AJ, to Michael Subit, Esq., class counsel, and
        William Biglow, Esq. (Aug. 4, 1998)

HH    <u>Gosier v. Evans</u>, EEOC Case No. 120-2004-00250X, Order of Dismissal of Hearing (May 18, 2004)

II    <u>Gosier v. Gutierrez</u>, EEOC Appeal No. 01A44851, 2005 EEOPUB LEXIS 5872 (Dec. 19, 2005)

JJ    Letter from Alfred Corea, EEOC Officer, to Janet Howard, dated January 17, 1995

A1    <u>Ward Jordan v. Gutierrez</u>, C.A. No. 05-5381 (D.C. Cir.), Order (March 13, 2006)

A2    <u>Ward Jordan v. Gutierrez</u>, C.A. No. 05-5381 (D.C. Cir.), Order (May 25, 2006)

A3    Performance Evaluation (4/01/87 to 9/30/87)

A4    Performance Evaluation (10/01/87 to 7/05/88)

A5    Performance Evaluation (12/19/88 to 4/19/89)

A6    Performance Evaluation (10/01/92 to 9/30/93)

A7    Performance Evaluation (10/01/94 to 9/30/95)

A8    Performance Evaluation (10/01/95 to 9/30/96)