UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss All Individual Claims, to Dismiss Class Claims, and to Strike All Class Claims; his memorandum of points and authorities in support thereof; any opposition thereto and any reply; and the entire record herein; it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that the individual claims of Plaintiffs Howard, Jordan, and Megginson be, and hereby are, DISMISSED WITH PREJUDICE, and it is further,

ORDERED, that all class claims be, and hereby are, DISMISSED WITH PREJUDICE, and STRICKEN.

_____
JOHN D. BATES
United States District Court Judge

cc:   By ECF