UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,

       **Plaintiffs,**

v.

CARLOS M. GUTIERREZ,

Secretary, United States Department of Commerce,

       **Defendant.**

Civil Action No. 05-1968 (JDB)

## NOTICE OF CHANGE OF ADDRESS

I, Shayna Bloom, hereby file this notice advising that the address of the law firm of Sanford, Wittels & Heisler, LLP, including attorneys Laura Fentonmiller, David Sanford, and myself, has changed.

| From: | 2121 K Street, N.W., Suite 700<br>Washington, D.C., 20037<br>Telephone: (202) 661-3516<br>Facsimile: (202) 628-8189 | To: | 1666 Connecticut Avenue, N.W., Suite 310<br>Washington, D.C., 20009<br>Telephone: (202) 742-7782<br>Facsimile: (202) 742-7776 |
|---|---|---|---|

Dated: August 9, 2006

Respectfully submitted,

    /s/ Shayna Bloom
Shayna M. Bloom, MD Bar
David W. Sanford, D.C. Bar No. 457933
Laura C. Fentonmiller, D.C. Bar No. 450813
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7782
Facsimile: (202) 742-7776

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2006, a copy of the foregoing Notice was filed electronically. Notice of filing will be sent to the following by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

        Peter S. Smith
        Kenneth Wainstein, Esq.
        Rudolph Contreras
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

        Megan L. Rose
        United States Attorney's Office
        Judiciary Center Building
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220

                        /s/ Shayna Bloom
                      Shayna Bloom