IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ASCERTAIN STATUS OF PLAINTIFFS' MOTION FOR
ENLARGEMENT OF TIME TO MOVE FOR CLASS CERTIFICATION**

The Plaintiffs, by and through undersigned counsel, respectfully move pursuant to Local Rule 7 to ascertain the status of their Motion for Enlargement of Time to Move for Class Certification ("Motion").

Plaintiffs' Motion was filed with the Court on June 23, 2006. See Dkt. No. 30. Before Plaintiffs filed the Motion, they conferred with Defendant, and Defendant would not consent to the relief Plaintiffs requested. Under Local Rule 23(b), without an extension from the Court, Plaintiffs would be required to move for class certification on September 14, 2006 (ninety days after the Court entered their First Amended Complaint). Plaintiffs now move to ascertain the status of their Motion for the reasons outlined below.

Plaintiffs requested the extension described above because they had not had the benefit of any pre-class certification discovery. To date, Plaintiffs still have not had the opportunity to take discovery in this litigation. What very little information Plaintiffs do have is out of date and therefore of limited use. To ask Plaintiffs to demonstrate that a class should be certified before

discovery commences in this Title VII disparate impact class action suit would be to deprive Plaintiffs of an opportunity to support their claims of systemic discrimination.

For the reasons stated above, Plaintiffs respectfully ask this Court to expedite its review of Plaintiffs' Motion so that, if necessary, Plaintiffs can file their Motion for Class Certification on a timely basis or avoid having to file a Motion for Class Certification without discovery.

Dated: September 1, 2006              Respectfully submitted,

**SANFORD, WITTELS & HEISLER, LLP**
By: _/s/_ David Sanford_____
David Sanford, D.C. Bar No. 457933
Shayna Bloom, MD Bar, Admitted Pro Hac Vice
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile:  (202) 742-7776

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF CONFERENCE OF COUNSEL**

Pursuant to Local Rule 7(m), Plaintiffs' counsel has conferred with defense counsel and defense counsel opposes the relief requested in this Motion.

                                _/s/_David Sanford_____
                                   David Sanford

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served by electronic means on this 1st day of September, 2006 upon the following counsel of record by operation of the Court's electronic filing system:

    Peter S. Smith
    Megan L. Rose
    United States Attorney's Office
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 307-0372


                 /s/   David W. Sanford
                David W. Sanford