IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, TANYA WARD JORDAN, and JOYCE MEGGINSON,** individually and on behalf of a class of all other persons similarly situated,<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**CARLOS M. GUTIERREZ,** Secretary, United States Department of Commerce,<br><br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-1968 (JDB)<br><br>    JUDGE JOHN D. BATES |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now counsel for Plaintiff in the above-styled action and respectfully moves this Court for admission *pro hac vice* of Meenoo Chahbazi.  Pursuant to Local Rule 83.2(d), movant submits the attached Declaration for Ms. Chahbazi.

In support of said Motion, counsel states as follows:

Ms. Chahbazi was admitted to the California Bar on December 1, 2004.

Ms. Chahbazi is an attorney with the firm of Sanford, Wittels and Heisler, LLP, 1666 Connecticut Avenue, N.W., Suite 310, Washington, D.C. 20009; Phone: 202-742-7781; Fax: 202-742-7776.

1

Ms. Chahbazi has associated with David W. Sanford, D.C. Bar No. 457933 of Sanford, Wittels and Heisler, LLP, 1666 Connecticut Avenue, N.W., Suite 310, Washington, D.C. 20009 to act as counsel in this matter.

Dated: September 14, 2006                    Respectfully submitted,

                                                        /s/ David W. Sanford
David W. Sanford, D.C. Bar No. 457933
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2006 that a true and correct copy of the foregoing was served upon all counsel of record through the court's Electronic Filing System. Counsel of record is as follows.

>Kenneth L. Wainstein, Esq.
>R. Craig Lawrence, Esq.
>Peter S. Smith, Esq.
>UNITED STATES ATTORNEY'S OFFICE
>CIVIL DIVISION
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7236

>____/s/ David W. Sanford_____
>David W. Sanford