IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, and JOYCE MEGGINSON, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1968 (JDB)<br>)<br>)  JUDGE JOHN D. BATES<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MEENOO CHAHBAZI

I, Meenoo Chahbazi, do hereby swear and affirm as follows:

    1.    My office address is Sanford, Wittels and Heisler, LLP, 1666 Connecticut Avenue, NW, Suite 310, Washington, D.C. 20009 and my telephone number is (202) 742-7781.

    2.    I was admitted to the California Bar on December 1, 2004 and am a member in good standing. I am not admitted to the Bar of any other state.

    3.    I have not been admitted *pro hac vice* at any previous time in the last two years to the U.S. District Court for the District of Columbia.

    4.    I currently engage in the practice of law from an office located in the District of Columbia and intend to apply shortly for admission without examination to the D.C. Bar.

2

     5.     I have never been disciplined by any Bar.

     I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


_9/14/06_____                             __/s/ Meenoo Chahbazi_____
Date                                                              Meenoo Chahbazi