**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANET HOWARD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department of | ) |
| Commerce, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Bruce V. Spiva and Kathleen R. Hartnett of the law firm Spiva Hartnett LLP hereby file this Notice of Appearance as counsel for Plaintiffs in the above-captioned action.

Respectfully submitted,

   /s/ Kathleen Hartnett
Bruce V. Spiva, D.C. Bar. No. 443754
   bspiva@spivahartnett.com
Kathleen R. Hartnett, D.C. Bar. No. 483250
   khartnett@spivahartnett.com
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

        Peter S. Smith
        Megan L. Rose
        U.S. ATTORNEY'S OFFICE, CIVIL DIVISION
        555 4th Street, N.W.
        Washington, D.C. 20530

        David W. Sanford
        Laura C. Fentonmiller
        Shayna M. Bloom
        SANFORD, WITTELS & HEISLER, LLP
        1666 Connecticut Avenue, N.W., Suite 310
        Washington, D.C. 20009

        Grant E. Morris
        LAW OFFICES OF GRANT E. MORRIS
        1666 Connecticut Avenue, N.W., Suite 310
        Washington, D.C. 20009

                            /s/ Kathleen Hartnett
                            Kathleen R. Hartnett