IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 05-1968 (JDB) |
| CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, | ) ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' CONSENT MOTION TO EXCEED PAGE LIMIT

Pursuant to LCvR 7(e), Plaintiffs respectfully move for permission to file a 68-page Opposition to Defendant's Renewed Motion to Dismiss All Individual Claims, to Dismiss Class Claims, and to Strike All Class Claims. It is necessary for the memorandum to exceed the 45-page limit because of the extensive length of Defendant's 83-page combined Motion, the need to address each of the Motion's three, distinct parts, and finally, the legal and factual complexities intrinsic to the discussion of a class action.

Pursuant to LCvR 7(m), Plaintiffs have consulted with Defendant's counsel concerning this motion. Defendant consents to the relief requested.

WHEREFORE, Plaintiffs respectfully request that the Court waive the page limit for their memorandum of law in support of their dispositive motion.

Dated: September 18, 2006        Respectfully submitted,

**SANFORD, WITTELS & HEISLER, LLP**
By: _/s/ David Sanford_____
David Sanford, D.C. Bar No. 457933

Meenoo Chahbazi, D.C. Bar No., Admitted Pro Hac Vice
Shayna Bloom, MD Bar, Admitted Pro Hac Vice
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2006, a copy of the foregoing was filed electronically.  Notice of filing will be sent to the following parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.

      Peter Smith, Esq.
      Megan Rose, Esq.
      United States Attorney's Office
      Civil Division
      555 4th Street, N.W.
      Washington, D.C. 20530


      __/s/_ Meeno Chahbazi_____
      Meeno Chahbazi