# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )    Civil Action No. 05-1968 (JDB) |
| | ) |
| **CARLOS M. GUTIERREZ,** | ) |
| **Secretary, United States Department** | ) |
| **of Commerce,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Consent Motion to Exceed Page Limit to a total length of 68 pages, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the relief requested, it is this _____ day of _____, 2006,

ORDERED, that Plaintiffs' Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss All Individual Claims, to Dismiss Certain Class Claims, and to Strike All Class Claims be, and hereby is, accepted for filing.

_____

JOHN D. BATES
United States District Court Judge

cc: By ECF