03-51-00203

## V. Attorney's Fees

Complainant was represented by counsel but is not a prevailing party. Therefore, an award of attorneys' fees is not appropriate. 29 C.F.R. §§ 1614.110, 1614.501(e).

## VI. Right to Appeal or File a Civil Action

This is the Department's final action on this matter. If you are dissatisfied with the attached Final Decision in your complaint, you may take **one** of the two actions described below. Please note that you must take these actions within the specified time frames.

1.  **Appeal the attached Final Decision to the Equal Employment Opportunity Commission using one of the following methods:**

    **By Mail:**
    Director, Office of Federal Operations
    Equal Employment Opportunity Commission
    P. O. Box 19848
    Washington, D.C. 20036

    **By Personal Delivery:**
    Director, Office of Federal Operations
    Equal Employment Opportunity Commission
    1801 L Street, N.W.
    Room 5000
    Washington, D.C. 20507

    **By Fax:**

03-51-00203

Facsimile Telephone (202) 663-7022 or (FTS) 989-7022

**Time Frames:**

If you are not represented by an attorney, you must file your appeal within **30 calendar days** of the date you received this final decision. If you are represented by an attorney, your appeal must be filed within **30 calendar days** of the date **the attorney** received the Final Decision. (29 C.F.R. § 1614.402(a)).

A copy of your appeal must be sent to:

>  The Office of Civil Rights, Room 6012
>  U. S. Department of Commerce
>  Washington, D.C. 20230

Any statement or brief in support of your appeal must be submitted to the Director, OFO, within 30 days of filing the appeal, and a copy must be sent to the Department:

>  The Office of Civil Rights, Room 6012
>  U.S. Department of Commerce
>  Washington, D.C. 20230

2. **File a civil action in federal district court.**

You must name as the defendant:

>  Mr. Carlos M. Gutierrez
>  Secretary of Commerce

03-51-00203

**Time Frame:**

Your civil action must be filed **within 90 calendar days** of the date you received this final decision **if no appeal has been filed**. (29 C.F.R. § 1614.408(a))  **If you file an appeal,** you will have an opportunity to file a civil action within 90 days after receipt of the EEOC's final decision on appeal, or after 180 days from the date of filing an appeal if there has been no final decision by the Commission.

**Right to Request Court Appointment of Counsel:**

If you decide to file a civil action, under Title VII or under the Rehabilitation Act, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time to file a civil action. Both the request and the civil action <u>**MUST BE FILED WITHIN NINETY (90) CALENDAR DAYS**</u> of the date you receive the Commission's decision.

*Susan E. Thomas* [signature]

Susan E. Thomas
Acting Chief, Compliance Division
Office of Civil Rights

AUG 2 2 2005

Date Issued