October 2, 2003

Joel A Kravetz
Administrative Judge
Equal Employment Opportunity Commission
Washington Field Office
1400 L Street, N.W. Suite 200
Washington, D.C. 20005

Dear Judge Kravetz,

Upon receiving Defendant's Memorandum in support of Department's Motion To Redefine the Provisional Class (page 1 and number 1), ["The Class Agent herself has specifically limited the class to headquarters' offices in Washington, D.C."] is not factual.

Possible assertions made in writing or through spoken word suggesting that I have agreed to redefine the size of the class is not factual. Moreover, this position was never discussed or agreed upon by me and is in diametric opposition to my views and the views of the class. Hence forth for the record it is the decision of the class that the class size remains as defined when it received Provisional Certification.

The Departments motion to redefine the class largely hinges on the following:

1) Misstating the intent of the class as originally framed in the class complaint filed 2/22/95 (which specifically covers the Washington Metropolitan area, thereby encompassing DC, Maryland and Virginia headquarter offices);

2) Minimizing the interrelationship of its bureaus, which as reflected in Commerce's **Budget and Accountability Reports** all contribute "to the overall mission to promote job creation and improved living standards for all Americans by creating an infrastructure that promotes economic growth, technological competitiveness and sustainable development."

3) Masking "commonality" and the fact that managers from one bureau are often placed in key positions within other Commerce bureaus. For example the former Office of the Secretary's Director of Civil Rights now work at Patent and Trademark Office. The former Office of the Secretary's Director of the Office of Financial Policy and Assistance now works at Census.

It is key to reiterate the Departmental Management provides policies, planning and administrative guidance that ensure consistency within bureau operations. A salaries and expenses fund has been established to provide for the formulation of internal departmental policy establishing a framework for departmental operations. It is also key to note that Commerce bureaus participate in centralized services (such as legal counsel, human resources management, civil rights etc.) via the Working Capital Fund and the

Advances and Reimbursement Fund. This allows bureaus to receive counsel, advice and representation, goods and services across organizational lines. (For example... see attached excerpt from Advances and Reimbursement Handbook). Given that the Department's own Description of Services clearly states that "The class action involves employees from all operating units of the Department, and the Division provides advice and representation on this matter across **organizational lines**". We respectfully ask that the Motion to redefine the class size be DENIED.

Finally, in an effort to effectively perform my dual responsibilities of representing the class and informing the class, I am requesting that I receive notice and be included in any and all conference calls and meetings relative to this class. Further, I ask to receive copies of any and all correspondence as it relates to the class.

Respectfully Submitted,

*Janet Howard*

Janet Howard
Class Agent
Telephone: (202) 482-0717
Facsimile: (540) 895-0449
Email: Janet_17771@msn.com

Via facsimile to:

Michael Kator
Laura Stefani
Class Representatives
Kator, Parks & Wiser, P.L.L.C.
Washington, D.C. 20036

Stephen O'Rourke
Scott Dodson
United States Department of Commerce
Office of General Counsel
Washington, D.C. 20230