

**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer**
**Assistant Secretary for Administration**
Washington, D.C. 20230

May 18, 2001

MEMORANDUM FOR:   **Potential** Class Member

FROM:   Suzan J. Aramaki
Director, Office of Civil Rights

SUBJECT:   Notice of Class Action – <u>Janet Howard v. Donald L. Evans, Secretary, Department of Commerce</u>, EEOC Request No. 05A01214, EEOC Appeal No. 95-55-0278

On February 26, 2001, the Equal Employment Opportunity Commission's (EEOC's) Office of Federal Operations affirmed its July 20, 2000 decision to **provisionally** certify the above-referenced class complaint filed by Ms. Janet Howard. The EEOC's recent decision requires the Department of Commerce to notify potential class members of the provisional class certification in accordance with 29 C.F.R. § 1614.204(e).

You are hereby notified that you have been identified as a **potential** class member in the above-referenced class complaint.

In addition, you are provided with the following information pursuant to 29 C.F.R. § 1614.204(e):

(i) The name of the agency or organizational segment, its location, and the date of acceptance of the complaint;

> Department of Commerce, 14th and Constitution Ave, NW, Washington, D.C. 20230; class complaint accepted February 22, 1995.

(ii) A description of the issues accepted as part of the class complaint;

> **Potential** class members include all African-American, non-supervisory employees and former employees of the agency's Headquarters' offices in the metropolitan area of Washington, D.C., who could have been denied career advancement to one or more white collar positions in the agency's Headquarters' offices at grade levels GS-9 through GS-15, or equivalent level white collar non-GS levels, during the period of time beginning two years prior to the filing of the class complaint on February 22, 1995, and continuing to the date a final determination is rendered on the class complaint claim.