EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
WASHINGTON, D.C. 20005

| | |
|---|---|
| JANET HOWARD,<br>    Class Agent,<br><br>v.<br><br>DONALD L. EVANS, SECRETARY,<br>    U.S. Department of Commerce. | EEOC Case No. 100-A1-7429X<br>Agency Case No. 95-55-0278 |

**DEPARTMENT'S MOTION TO CLARIFY THE TERM
"HEADQUARTERS' OFFICES" AS APPLIED TO THE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION**

The United States Department of Commerce ("Department") moves for an order clarifying the term "Headquarters' offices" in the provisional class certification as applied to the National Oceanic and Atmospheric Administration ("NOAA"). The Department seeks an order explaining that the term refers to NOAA offices located in Washington DC and Silver Spring MD.

**I.     BACKGROUND**

As provisionally certified in this case, the class encompasses certain "employees and former employees of *the agency's Headquarters' offices* in the metropolitan area of Washington, D.C." Howard v. Dep't of Comm., EEOC App. No. 01994518, 2000 WL 33542684 (July 20, 2000) (emphasis added).

On July 3, 2002, the Department produced to the Class Agent a machine-readable database extracted from the payroll records maintained by the National Finance Center. That database contains the entire available employment history within the temporal scope of this lawsuit for all Department employees and former employees who have held positions relevant to the claims in this

case. It includes over 500,000 personnel actions and more than 20,000 promotions involving employees and former employees at each of the Department's 16 bureaus.[1] As the Department advised the Class Agent, "headquarters' offices" for NOAA were defined as Silver Spring MD and Washington DC in the creation of the database. This is the common understanding of the location of NOAA headquarters' offices, and this was also the definition agreed to by the parties and used to send notices to class members following the provisional certification.

Upon review of the database, however, it became apparent that NOAA has and has had employees stationed in locations in the Washington metropolitan area other than just Washington DC and Silver Spring MD. In light of this and in an effort to ensure that the database created for this case included information regarding all employment actions intended to be encompassed by the provisional class certification, NOAA's Human Resources Management Office ("HRMO") researched the meaning of the term "headquarters' office" and reviewed possible alternative applications of that term to its offices in the Washington DC metropolitan area.

In this regard, some appreciation for NOAA's mission, personnel, and organizational structure is warranted. NOAA's overall mission is two-fold: (1) environmental assessment and prediction; and (2) environmental stewardship. NOAA has five operational components: the National Weather Service (NWS); the National Ocean Service (NOS); the National Marine Fisheries Service (NMFS); Oceanic and Atmospheric Research (OAR); and the National Environmental Satellite, Data & Information Service (NESDIS). NOAA employs, among many others, meteorologists, cartographers, oceanographers, physical scientists and fishery biologists. As this

---

[1] The Department currently has 15 bureaus. Formerly part of the Department, the U.S. Travel and Tourism Office was abolished by Congress in 1996.