## ORDER AND JUDGMENT
(##2, 4, 22, 24, 27)

For the reasons set forth in the Memorandum Opinion accompanying this Order and Judgment, it is this 3rd day of December, 2004, hereby

**ORDERED** that the plaintiff's Motion for Preliminary Injunction [#2] is **DENIED**; and it is further

**ORDERED** that the defendant's Motion to Dismiss [#4] is **GRANTED** in part, and that the plaintiff's Title VII claims (Counts I and II of the Amended Complaint) are **DISMISSED**; and it is further

**ORDERED** that the plaintiff shall within ten (10) days of this Order and Judgment show cause why the remaining claims of the Amended Complaint should not be dismissed; and it is further

**ORDERED** that upon receipt of the plaintiff's response, the defendant may file a reply within ten (10) days of such response; and it is further

→ **ORDERED** that the plaintiff's Motion for Leave to File a Second Amended Complaint [#22] is **DENIED**; and it is further

**ORDERED** that the plaintiff's Motions to Expedite [##24, 27] are **DENIED** as moot.

**SO ORDERED.**



RICHARD J. LEON
United States District Judge