**Name:** Jauet Howard

### Item 1. Instructions:

1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: (5) Outstanding (4) Commendable (3) Fully Successful (2) Marginal/Minimally Satisfactory (SES) (1) Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After each element has been scored, compute total score by summing all individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1-5) | Score |
|---|---|---|---|---|---|
| Export License application and SED review | C | | 30 | 4 | 120 |
| Project Leader | C | | 30 | 4 | 120 |
| Presentation of export control analysis | C | | 20 | 3 | 60 |
| Collect and analyze export enforcement intelligence data | C | | 20 | 4 | 80 |

**TOTAL SCORE:** 380

**FOR SES:** Turn to reverse side and continue with Item 3.

### Item 2. PERFORMANCE RATING
*(Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)*

- ☐ Outstanding (460-500)
- ☒ Commendable (380-459)
- ☐ Fully Successful (290-379)
- ☐ Marginal (200-289)
- ☐ Unacceptable (100-199)

Rating Official's Signature and Title: [signed] Director, ELR & OSD    Date: 10/18/94

Approving Official's Signature and Title: [signed] Director, OES    Date: 10/19/94

Employee's Signature *(Indicates appraisal meeting held.)*: [signed] Janet Howard    Employee comments attached? ☐ Yes ☐ No    Date: 10/20/94

### Section III. PERFORMANCE RECOGNITION *(General Workforce only; see below for PMRS employees.)*

- ☐ QSI (Outstanding rating required.)
- ☐ I expect employee's performance to continue at this level.
- ☐ Performance Award $_____ or %_____
- Appropriation No. _____

Has employee been promoted within the last 4 months?  ☐ Yes  ☐ No

Rating Official's Signature and Title    Date:

Approving Official's Signature and Title    Date:

Final Approving Authority's Signature    Date:

Payment authorized by Personnel Office    Date:

**PMRS EMPLOYEES ONLY:** IF THE TOTAL SCORE IS 475 OR MORE AND THE RATING OFFICIAL WISHES TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF 10 TO 20% OF BASE PAY, FORWARD A COPY OF THE RATING AND JUSTIFICATION (CD-396 AND CD-396A) THROUGH APPROPRIATE CHANNELS. (THIS AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.)