UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
|     Plaintiffs, | ) ) ) ) |
| v. | )    Civil Action No. 05-1968 (JDB) |
| CARLOS M. GUTIERREZ,<br>Secretary, United States Department<br>of Commerce, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION of Plaintiffs' First Amended Complaint, Defendant's Motions to Dismiss All Individual and Class Claim and Strike All Class Claims, and Plaintiffs' Opposition thereto, it is this _____ day of _____ , 2006,

ORDERED, that Defendant's Motion to Dismiss All Individual Claims is DENIED, it is further,

ORDERED, that Defendant's Motion to Dismiss Class Claims is DENIED, it is further,

ORDERED, that Defendant's Motion to Strike All Class Claims is DENIED.

_____
JOHN D. BATES
United States District Court Judge

cc: By ECF