**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JANET HOWARD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1968 (JDB)** |
| | ) | |
| **CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ERRATA REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTIONS TO DISMISS ALL INDIVIDUAL AND CLASS CLAIMS AND TO STRIKE ALL CLASS CLAIMS**

Plaintiffs respectfully request that the Court take notice of the following errata. The Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motions incorrectly states on pages 14 and 15 that Joyce Megginson's Final Agency Decision was issued on October 19, 1997. The memorandum should state that the Final Agency Decision was issued on September 19, 1997 and received by Ms. Megginson's former counsel on September 23, 1997.

Dated: September 19, 2006

Respectfully submitted,

/s/ David Sanford

Meenoo Chahbazi, CA Bar, Admitted Pro Hac Vice
Shayna M. Bloom, MD Bar, Admitted Pro Hac Vice
David W. Sanford, DC Bar #457933
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009

Telephone: (202) 742-7781
Facsimile: (202) 742-7776

Grant E. Morris, DC Bar #926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically on this 19th day of September, 2006 upon the following counsel of record:

Peter Smith, Esq.
Megan Rose, Esq.
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

/s/ David Sanford
David Sanford