UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,                        )
                                             )
                Plaintiffs,                  )
                                             )
        v.                                   )        Civil Action No. 05-1968 (JDB)
                                             )
CARLOS M. GUTIERREZ, Secretary,              )
United States Department of Commerce,        )
                                             )
                Defendant.                   )
_____      )

**DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO FILE REPLY
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Carlos

Gutierrez, Secretary of the U.S. Department of Commerce, respectfully moves this Court to

enlarge through November 3, 2006, the time within which he may reply to Plaintiffs' opposition

to his renewed motion to dismiss.  Pursuant to LCvR 7(m), the undersigned counsel has

consulted with Plaintiffs' counsel concerning this motion.  Plaintiffs do not oppose the relief

requested.  As grounds for this Motion, Defendant states as follows:

        1.      In June, 2006, the parties proposed an agreed-upon schedule, which the Court

adopted and entered on June 22, 2006.  Pursuant to the Court's June 22, 2006 Minute Order,

Defendant's reply to Plaintiffs' opposition to his renewed motion to dismiss and motion to strike

is due by October 10, 2006.

        2.      The parties' joint schedule was proposed prior to the setting of dates for oral

argument in several of the undersigned counsels' cases in the Court of Appeals.  Because of, inter

alia, the undersigned counsels' obligations in the Court of Appeals in the coming weeks,

Defendant will need the requested enlargement to prepare and file his reply in this case. Specifically, AUSA Peter Smith has a reply brief due in the Court of Appeals on October 6 in Fogg v. Gonzales, Appeal No. 05-5439.  AUSA Smith also has oral arguments scheduled for October 10 in Woodruff v. Mineta, Appeal No. 05-5033, and October 13 in Colbert v. Potter, Appeal No. 05-5330.  In addition, AUSA Smith has, inter alia, a reply due in the district court in Porter v. Natsios, Civil No. 04-1440 (RBW) on October 18, and a mediation session scheduled for October 19 in Cleveland v. DHS, Civil No. 05-1709 (GK).

Similarly, AUSA Megan Rose has oral argument scheduled for October 10 in Sample v. Bureau of Prisons, 05-5038.  AUSA Rose has several other filings due in the Court of Appeals, including Bazan v. U.S. Parole Comm'n, 06-5194, and she is currently working on an emergency matter in Action Alliance of Senior Citizens v. Leavitt, 06-1607.

3.     The Court has not set an initial scheduling conference; thus, the requested extension would not affect any scheduled court appearances.

4.     Allowing the parties sufficient time to brief Defendants' pending motions will promote judicial economy.  Should the Court grant Defendants' pending motions, this case would be resolved without the need for further litigation.

WHEREFORE, Defendant respectfully requests that he be given until November 3, 2006, to file a reply in this case.

Respectfully submitted,


      s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

2

_____s/Rudolph Contreras_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

_____s/Peter S. Smith_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

_____s/Megan L. Rose_____
MEGAN L. ROSE, N.C. BAR # 28639
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

3