UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CARLOS M. GUTIERREZ, Secretary, ) <br> United States Department of Commerce, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 05-1968 (JDB) |

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time to File Reply and Memorandum of Points and Authorities in Support Thereof, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until November 3, 2006, to file his Reply.

_____
JOHN D. BATES
United States District Court Judge

cc:   By ECF