# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
|     Defendant. | ) |

## UNOPPOSED MOTION OF ATTORNEY LAURA C. FENTONMILLER TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.6(c), Laura C. Fentonmiller, attorney for Plaintiffs in the above-styled matter, hereby respectfully moves this Court to withdraw her as counsel of record for Plaintiffs because she is no longer with the law firm of Sanford, Wittels & Heisler, LLP. The accompanying Memorandum of Points and Authorities sets out the grounds for this Motion. Pursuant to Local Rule 7(m), Plaintiffs have conferred with Defendant and Defendant will not oppose this Motion. In addition, pursuant to Local Civil Rule 83.6(c), this Motion was served on all parties in this case.

Dated: October 10, 2006      Respectfully submitted,

    __/s/__ Laura C. Fentonmiller_____
    Laura C. Fentonmiller, D.C. Bar No. 450813
    9616 Parkwood Drive
    Bethesda, MD 20814
    Telephone: (301) 214-1648

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
|     Defendant. | ) |

**MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF
MOTION OF ATTORNEY LAURA C. FENTONMILLER TO WITHDRAW
<u>AS COUNSEL FOR PLAINTIFFS</u>**

Pursuant to Local Rule 7, attorney Laura C. Fentonmiller submits this Memorandum of Points and Authorities in Support of her Motion to Withdraw as Counsel for Plaintiffs.

This motion should be granted for the following reasons:

1. Ms. Fentonmiller has left the firm of Sanford, Wittels and Heisler, LLP, which continues to represent Plaintiffs in this matter;

2. David W. Sanford, Jeremy Heisler, Steve Wittels, Shayna Bloom, and Meenoo Chahbazi of Sanford, Wittels & Heisler, LLP continue to represent Plaintiffs in this matter along with Grant E. Morris, Bruce Spiva and Kathleen Hartnett; and

For the foregoing reasons, Ms. Fentonmiller respectfully requests that this Court grant her Motion to Withdraw as Counsel for Plaintiffs.

Dated: October 10, 2006
                    Respectfully submitted,
                    By: /s/_____
                    Laura C. Fentonmiller, D.C. Bar No. 450813
                    9616 Parkwood Drive
                    Bethesda, MD 20814
                    Telephone: (301) 214-1648

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means on this 10th day of October, 2006 upon the following counsel of record:

>Peter S. Smith
>Megan L. Rose
>**United States Attorney's Office**
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 307-0372

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, postage prepaid on this 10th day of October, 2006 upon the following parties:

>Janet Howard
>P.O. Box 1454
>Spotsylvania, VA 22553
>
>Tanya W. Jordan
>13003 Keverton Drive
>Upper Marlboro, MD 20774
>
>Joyce E. Megginson
>310 Bogota Drive
>Fort Washington, MD 20744

>_/s/_____
>Laura C. Fentonmiller