# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, ) | |
| Secretary, United States Department of ) | |
| Commerce, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered attorney Laura C. Fentonmiller's Motion to Withdraw as Counsel for Plaintiffs, it is this ___ day of _____ 2006 hereby:

ORDERED that Laura C. Fentonmiller's Motion to Withdraw is **GRANTED**.

_____
John D. Bates
United States District Judge

Copies To:

Laura C. Fentonmiller, D.C. Bar No. 450813
9616 Parkwood Drive
Bethesda, MD 20814
Telephone: (301) 214-1648

David W. Sanford, D.C. Bar No. 457933
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS, ESQ.**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009

Peter S. Smith
Megan L. Rose
**United States Attorney's Office**
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

Bruce V. Spiva, D.C. Bar. No. 443754
bspiva@spivahartnett.com
Kathleen R. Hartnett, D.C. Bar. No. 483250
khartnett@spivahartnett.com
SPIVA & HARTNETT LLP
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697

Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

Tanya W. Jordan
13003 Keverton Drive

Upper Marlboro, MD 20774

Joyce E. Megginson
310 Bogota Drive
Fort Washington, MD 20744