## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,                )
                                     )
            Plaintiffs,              )
                                     )
v.                                   )      Civil Action No. 05-1968 (JDB)
                                     )
CARLOS M. GUTIERREZ,                 )
Secretary, United States Department of  )
Commerce,                            )
                                     )
            Defendant.               )
                                     )

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS ALL INDIVIDUAL CLAIMS, TO DISMISS CLASS CLAIMS, AND TO STRIKE ALL CLASS CLAIMS

        Plaintiffs, by and through undersigned counsel, hereby submit their Unopposed Motion

for Leave to File a Sur-reply in Opposition to Defendant's Renewed Motion to Dismiss All

Individual Claims, to Dismiss Class Claims, and to Strike All Class Claims.  Because Defendant

mischaracterized arguments Plaintiffs made in their Opposition to Defendant's Motion, Plaintiffs

respectfully ask the Court for an opportunity to respond.


Dated: November 7, 2006          Respectfully submitted,


                                 By:  _/s/_ David Sanford
                                 Meenoo Chabazi, D.C. Bar No., Admitted Pro Hac Vice
                                 David Sanford, D.C. Bar No. 457933
                                 Shayna Bloom, MD Bar, Admitted Pro Hac Vice
                                 SANFORD, WITTELS & HEISLER, LLP
                                 1666 Connecticut Ave., NW
                                 Suite 310
                                 Washington, D.C. 20009
                                 Telephone: (202) 742-7780
                                 Facsimile:  (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile:  (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of November, 2006, a true and correct copy of the foregoing was filed electronically. Notice will be sent to the following parties via the Court's electronic filing system:

Peter S. Smith
Megan Rose
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530


_____/s/ David Sanford__ _____
        David Sanford