IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, et al.,**  )<br><br>**Plaintiffs,**  )<br>  )<br>v.  )<br>  )<br>**CARLOS M. GUTIERREZ,**  )<br>**Secretary, United States Department of**  )<br>**Commerce,**  )<br>  )<br>**Defendant.**  )<br>  ) | Civil Action No. 05-1968 (JDB) |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File a Sur-reply in Opposition to Defendant's Renewed Motion to Dismiss All Individual Claims, to Dismiss Class Claims, and to Strike All Class Claims, Plaintiffs' Motion is hereby GRANTED.


Dated: November ____, 2006         _____
                                                                JOHN D. BATES
                                                                United States District Court Judge