# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department of | ) |
| Commerce, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Bruce V. Spiva of the law firm Spiva & Hartnett LLP hereby files this Notice of Appearance as counsel for Plaintiffs in the above-captioned action.

                                  Respectfully submitted,

                                  /s/ Bruce V. Spiva
                              Bruce V. Spiva, D.C. Bar. No. 443754
                                bspiva@spivahartnett.com
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile: (202) 785-0697

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 5, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

     Peter S. Smith
     Megan L. Rose
     U.S. ATTORNEY'S OFFICE, CIVIL DIVISION
     555 4th Street, N.W.
     Washington, D.C. 20530

     David W. Sanford
     Laura C. Fentonmiller
     Shayna M. Bloom
     SANFORD, WITTELS & HEISLER, LLP
     1666 Connecticut Avenue, N.W., Suite 310
     Washington, D.C. 20009

     Grant E. Morris
     LAW OFFICES OF GRANT E. MORRIS
     1666 Connecticut Avenue, N.W., Suite 310
     Washington, D.C. 20009

                /s/ Bruce V. Spiva
                Bruce V. Spiva