UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, et al.,**<br><br>     Plaintiffs,<br><br>     v.<br><br>**CARLOS M. GUTIERREZ,**<br>Secretary, U.S. Dep't of Commerce,<br><br>     Defendant. | Civil Action No.  05-1968 (JDB) |

**ORDER**

Upon consideration of the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this 6th day of February, 2007, hereby

**ORDERED** that [35] defendant's renewed motion to dismiss all individual claims, to dismiss class claims, and to strike all class allegations is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiffs' class allegations are **STRICKEN**; it is further

**ORDERED** that plaintiffs shall file a second amended complaint by not later than March 7, 2007; and it is further

**ORDERED** that defendant shall file an answer by not later than April 9, 2007.

          /s/ John D. Bates          
JOHN D. BATES
United States District Judge