IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, and JOYCE MEGGINSON,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY, U.S. DEPARTMENT OF COMMERCE,<br><br>Defendant. | Civil No. 05-1968(JDB) |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS BY ATTORNEY LISA A. GOLDBLATT

Pursuant to Local Civil Rule 83.6(b), Plaintiffs, Janet Howard, Tanya Ward Jordan and Joyce Megginson, by and through the undersigned counsel, hereby notify this Court that Lisa A. Goldblatt has withdrawn as counsel of record for Plaintiff. On March 21, 2006, Ms. Goldblatt left the firm of Sanford, Wittels and Heisler, LLP, which continues to represent Plaintiff in this matter, and Ms. Goldblatt had not been substantially engaged in this matter since November 1, 2005. No trial date has been set in this matter. David W. Sanford, Meenoo Chahbazi, and Shayna Bloom of Sanford, Wittels & Heisler, LLP continue to represent Plaintiffs in this matter along with Bruce Spiva and Kathleen Hartnett of Spiva & Hartnett.

Dated: February 13, 2007

Respectfully submitted,

*Lisa Goldblatt*
Lisa Goldblatt, D.C. Bar No. 456187
THE GOLDBLATT LAW FIRM, LLC
910 17th Street, NW, Suite 800
Washington, D.C. 20006
Telephone: (202) 293-2033

Dated: February 28, 2007

**SANFORD, WITTELS & HEISLER, LLP**

By: /s/

David W. Sanford, D.C. Bar No. 457933
Angela Corridan, D.C. Bar No. 492978
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Jeremy Heisler, (JH-0145)
Steven Wittels, (SLW-8110)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue
10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

*Attorneys for Plaintiffs*

## **CERTIFICATE OF LOCAL RULE 7(M) CONFERENCE**

Pursuant to Local Rule 7(m), Plaintiffs' counsel has conferred with Defendant's counsel and Defendant's counsel will not oppose this Motion.

      /s/ David W. Sanford
David W. Sanford

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on this 28th day of February, 2007 upon the following counsel of record:

> Peter Smith, Assistant United States Attorney
> Office of the United States Attorney
> 555 4th St., NW
> Washington, D.C. 20530
> peter.smith@usdoj.gov

I hereby certify that a true and correct copy of the foregoing was served by first-class mail on this 28th day of February, 2007 upon the following party:

> Janet Howard
> P.O. Box 1454
> Spotsylvania, VA 22553

> Tanya Ward Jordan

> Joyce Megginson