# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFFS' CONSENT MOTION TO STAY OBLIGATION
## TO FILE AN AMENDED COMPLAINT

Plaintiffs, by and through undersigned counsel, hereby respectfully move this Court to stay the obligation for Plaintiffs to file an Amended Complaint. In support of this Motion, Plaintiffs respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to Local Rule 7(m), the undersigned has consulted with Defendant's counsel concerning this motion. Defendant consents to the relief requested.

Dated: March 1, 2007              Respectfully submitted,

                                             By: /s/ David Sanford
                                             David Sanford, D.C. Bar No. 457933
                                           Meeno Chahbazi, CA Bar, Admitted Pro Hac Vice
                                           Shayna Bloom, MD Bar, Admitted Pro Hac Vice
                                           **SANFORD, WITTELS & HEISLER, LLP**
                                           1666 Connecticut Avenue, NW
                                           Suite 310
                                           Washington, D.C. 20009
                                           Telephone: (202) 742-7780
                                           Facsimile: (202) 742-7776

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.  ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **Secretary, United States Department of** ) | |
| **Commerce,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' CONSENT MOTION TO STAY OBLIGATION
TO FILE AN AMENDED COMPLAINT**

1. This Motion is filed with Defendant's consent.

2. In an Order dated February 6, 2007, the Court struck Plaintiffs' class allegations and ordered Plaintiffs to amend the Complaint in light of the Court's Order.

3. On February 21, 2007, Plaintiffs filed their Motion To Reinstate Class Claims, Motion for Reconsideration, and, alternatively, their Motion that the Court Certify this Question for Interlocutory Appeal. Concurrently, to meet the ten-day filing requirement of Federal Rule of Civil Procedure 23(f), Plaintiffs filed a Rule 23(f) petition for interlocutory review in the U.S. Court of Appeals for the District of Columbia Circuit and asked that the petition be held in abeyance pending resolution of the motions in this Court.

4. Because the Motion To Reinstate Class Claim and the Motion for Reconsideration are still pending in this Court and because Plaintiffs will petition for interlocutory review pursuant to Rule 23(f) if this Court declines to reinstate class claims, judicial economy favors

staying the obligation that Plaintiffs amend their Complaint until after resolution of the Motion for Reconsideration and, if necessary, the Petition for Interlocutory Appeal.

5. Staying Plaintiffs' obligation to amend the Complaint will preserve judicial resources and that of all counsel involved in this matter.

Dated:  March  1, 2007                        Respectfully submitted,

By:  /s/ David Sanford
David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar, Admitted Pro Hac Vice
Shayna Bloom, MD Bar, Admitted Pro Hac Vice
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036

Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic means on this 1st day of March, 2007 upon the following counsel of record:

>Peter Smith, Esq.
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 307-0372


>  /s/  Meenoo Chahbazi
>Meenoo Chahbazi