UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v.   )<br>)<br>**CARLOS M. GUTIERREZ,** )<br>Secretary, United States Department )<br>of Commerce, )<br>)<br>**Defendant.** ) | Civil Action No. 05-1968 (JDB) |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion To Stay Obligation To File an Amended Complaint, it is, hereby

ORDERED, that Plaintiffs' Motion is GRANTED.

_____

JOHN D. BATES
United States District Court Judge

cc: By ECF