| | |
|---|---|
| **From:** | Rose, Megan (USADC) |
| **To:** | Shayna Bloom; |
| **CC:** | |
| **Subject:** | Howard response |
| **Date:** | Monday, March 05, 2007 7:58:26 PM |
| **Attachments:** | |

Hi Shayna,
We wanted to obtain your position on a 2-week extension for our response to your motion for reconsideration. Both Peter and I have numerous substantive filing this week and next; Peter will be on work travel; and we have a mandatory two-day training program to attend. Please let me know if we have your consent. Thanks --

Megan

Megan L. Rose
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., E-4220
Washington, D.C. 20008
(202) 514-7220