UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, )<br>Secretary, United States Department )<br>of Commerce, )<br>)<br>    Defendant. ) | Civil Action No. 05-1968 (JDB) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Treat as Conceded Plaintiffs' Motion to Reinstate Class Claims, Motion for Reconsideration and, in the Alternative, Motion for Interlocutory Appeal, it is this _____ day of _____ , 2007,

ORDERED, that Plaintiffs' Motion to Reinstate Class Claims is TREATED AS CONCEDED and it is further

ORDERED, that Plaintiffs' Motion is GRANTED.

_____

JOHN D. BATES
United States District Court Judge

cc: By ECF