UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1968 (JDB) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO REINSTATE CLASS CLAIMS, FOR RECONSIDERATION, AND ALTERNATIVELY, TO CERTIFY THIS QUESTION FOR INTERLOCUTORY APPEAL

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Carlos Gutierrez, Secretary of the U.S. Department of Commerce, respectfully moves this Court to enlarge the time to oppose Plaintiffs' motion to reinstate class claims, for reconsideration of the Court's February 6, 2007 Order, and alternatively, to certify this question for interlocutory appeal. Defendant requests that the deadline for responding be extended two weeks, specifically from March 7 to March 21, 2007. This is Defendant's first request for an enlargement of time to oppose Plaintiffs' motion. Pursuant to LCvR 7(m), the undersigned counsel has consulted with Plaintiffs' counsel concerning this motion, and they have stated that they oppose an extension. The grounds for this motion are set forth below.

Additional time is needed for counsel for Defendant to respond fully to Plaintiffs' 30-page motion. The undersigned counsel have begun drafting Defendant's opposition, but counsel have been unable to complete Defendant's response to Plaintiffs' numerous assertions prior to the current deadline. Additionally, once counsel have completed their response, counsel will

need additional time to confer with the agency and receive the necessary supervisory review.

Deadlines in counsel's other cases in an active docket and counsel's large workload have prevented counsel from formulating and completing Defendant's opposition in this case. Both counsel have matters in District Court and the Court of Appeals, which have required their immediate attention. Specifically, AUSA Peter Smith has prepared lengthy discovery responses in Roane v. Dept. of Justice, 05-2337 (RWR), and in relation to that case, he will be traveling to Indiana this week for a site inspection. AUSA Smith is engaged in a Plaintiff's deposition all day on March 6, 2007, in Kelly v. Barreto, 05-0900 (PLF), and he has two replies, one opposition to a motion for summary judgment, and one answer, all due in the next week. Similarly, AUSA Megan Rose has a brief due in the Court of Appeals in Multi Ag Media v. Dept. of Agriculture, 06-5231, oral argument scheduled for March 9, 2007, in Greenhill v. Spellings, 06-5030, an emergency response due concerning her representation of the Privilege Team involved with the Guantanamo Bay Cases, and two replies, one answer, and a motion for summary judgment, all due in the next ten days. Finally, both counsel have mandatory off-site training scheduled for the entire day on March 8 and 9, 2007.

This motion is made in good faith and not for purposes of causing any undue delay. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the resolution of this case. Counsel for Defendant will continue to work diligently toward completing Defendant's opposition.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for opposing Plaintiffs' motion be extended to March 21, 2007. A draft order is attached.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

    s/Megan L. Rose
MEGAN L. ROSE, N.C. BAR # 28639
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220