UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, <u>et al.</u>,                    )
                                               )
                Plaintiffs,                   )
                                               )
          v.                                   )      Civil Action No. 05-1968 (JDB)
                                               )
CARLOS M. GUTIERREZ, Secretary,                )
United States Department of Commerce,          )
                                               )
                Defendant.                    )
_____)

## <u>ORDER</u>

      UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to File

Opposition, and the record herein, and it appearing that good cause exists for the requested

extension, it is this _____ day of _____, 2007,

      ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

      ORDERED, that Defendant shall have until March 21, 2007, to file his Opposition.


                                       _____
                                     JOHN D. BATES
                                     United States District Court Judge


cc:      By ECF