UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1968 (JDB) |

### DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION
### FOR MISCELLANEOUS RELIEF

Defendant Carlos Gutierrez, Secretary of the U.S. Department of Commerce, respectfully opposes Plaintiffs' motion for miscellaneous relief. First, once again, counsel for Plaintiffs have failed to comply with the Local Rules of this Court by failing to confer with counsel for Defendant prior to filing the instant motion. See LCvR 7(m)("[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, . . ., in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed."). Second, Plaintiffs' motion is based on a fundamentally flawed reading of the Federal Rules of Civil Procedure. Contrary to Plaintiffs' assertions, Defendant's opposition is currently due tomorrow, March 7, 2007. See, e.g., Fed. R. Civ. P. 5(b)(2)(D) and 6(e)(adding three days to the prescribed period). Accordingly, Defendant opposes Plaintiffs' motion.

Respectfully submitted,


    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney


    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372


    s/Megan L. Rose
MEGAN L. ROSE, N.C. BAR # 28639
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220