IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, TANYA WARD JORDAN, and JOYCE MEGGINSON, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce,<br><br>Defendant. | Case No. 05-1968<br><br>JUDGE JOHN D. BATES<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO TREAT AS CONCEDED PLAINTIFFS' MOTION TO REINSTATE CLASS CLAIMS**

Plaintiffs Janet Howard, Joyce Megginson and Tanya Ward Jordan, by and through their undersigned counsel, hereby respectfully withdraw their March 6, 2007 motion asking the Court to treat as conceded Plaintiffs' motion to reinstate class claims, motion for reconsideration, and in the alternative, motion to certify for interlocutory appeal, currently appearing as docket number 56.

Dated: March 6, 2007    /s/ David W. Sanford
David W. Sanford, DC Bar No. 457933
Shayna M. Bloom, DC Bar No. 498105
Meenoo Chahbazi, Admitted Pro Hac Vice
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Steven L. Wittels, NY Bar No. SLW-8110
Jeremy Heisler, NY Bar No. JH-0145
**SANFORD, WITTELS & HEISLER, LLP**
950 3rd Avenue
10th Floor
New York, NY 10017
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant E. Morris, DC Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Ave., NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on this 6th day of March, 2007 upon the following counsel of record by operation of the Court's electronic filing system:

        Peter S. Smith
        Megan L. Rose
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372


                                        /s/   David W. Sanford
                                    David W. Sanford