UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,           .
                                .
        Plaintiffs,             .
                                .
    v.                          .   CA No. 05-1968 (JDB)
                                .
CARLOS GUTIERREZ,               .   Washington, D.C.
                                .   Friday, January 26, 2007
        Defendant.              .   10:40 a.m.
                                .
. . . . . . . . . . . . . . . . .

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        DAVID W. SANFORD, ESQ.
                           MEENOO CHAHBAZI, ESQ.
                           Sanford, Wittels & Heisler, LLP
                           1666 Connecticut Avenue, NW
                           Suite 310
                           Washington, D.C. 20009
                           202-742-7780

                           BRUCE V. SPIVA, ESQ.
                           Spiva & Hartnett, LLP
                           1776 Massachusetts Avenue, NW
                           Suite 600
                           Washington, D.C. 20036
                           202-785-0601

For the Defendant:         PETER S. SMITH, AUSA
                           MEGAN L. ROSE, AUSA
                           U.S. Attorney's Office
                           555 4th Street, NW
                           Washington, D.C. 20530
                           202-307-0372

Court Reporter:            BRYAN A. WAYNE, RPR, CRR
                           Official Court Reporter
                           U.S. Courthouse, Room 4808-B
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           202-216-0313

Exhibit A
Copy

Bryan A. Wayne, RPR, CRR
Official Court Reporter

cases like this where there's no prejudice whatsoever because there hasn't been any response on the part of the defendant.

And then I would -- one other thing I would mention, and I can get you this case cite. My colleague was reminding me during the break that we did cite a case in our brief from the circuit court that says that that local rule shouldn't necessarily be strictly applied in all instances. And I'll get you the name --

    THE COURT: A D.C. Circuit case?

    MR. SPIVA: Yes. Actually --

    THE COURT: Other than _McCarthy_ or _Black Panther_?

    MR. SPIVA: Can I have one second to confer?

    THE COURT: Sure.

    (Plaintiff counsel conferring.)

    MR. SPIVA: It's not right on 23.1, I want to say that, but in footnote 19 of our page 32 of our brief, we cite the _Burke v. Gould_ case that cautions against dismissal of potentially meritorious claims based on technical noncompliance with local rules.

    THE COURT: Oh, I know the _Burke_ case very well.

    MR. SPIVA: And it goes on to say that you would not abuse your discretion by declining to invoke the requirements of the local rule in ruling on a motion for summary judgment.

    THE COURT: All right.

    MR. SPIVA: Thank you, Your Honor.