# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFFS' MOTION FOR A TELEPHONIC STATUS CONFERENCE

Plaintiffs, by and through undersigned counsel, hereby respectfully move this Court for a telephonic status conference in this matter. In support of this Motion, Plaintiffs respectfully refer the Court to the attached memorandum of points and authorities.

Pursuant to Local Rule 7(m), the undersigned has consulted with Defendant's counsel concerning this motion. Defendant takes no position on the relief requested.

Dated: August 21, 2007

Respectfully submitted,

By: /s/ David Sanford_____
David Sanford, D.C. Bar No. 457933
Shayna Bloom, D.C. Bar No. 498105
Meenoo Chahbazi, CA Bar, Admitted Pro Hac Vice
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)

**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for the Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANET HOWARD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| **CARLOS M. GUTIERREZ,** ) | |
| **Secretary, United States Department of** ) | |
| **Commerce,** ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR A TELEPHONIC STATUS CONFERENCE**

1.  In an Order dated February 6, 2007, the Court struck Plaintiffs' class allegations and ordered Plaintiffs to amend the Complaint in light of the Court's Order.

2.  On February 21, 2007, Plaintiffs filed their Motion To Reinstate Class Claims, Motion for Reconsideration, and, alternatively, their Motion that the Court Certify this Question for Interlocutory Appeal.  Concurrently, to meet the ten-day filing requirement of Federal Rule of Civil Procedure 23(f), Plaintiffs filed a Rule 23(f) petition for interlocutory review in the U.S. Court of Appeals for the District of Columbia Circuit and asked that the petition be held in abeyance pending resolution of the motions in this Court.

3.  On April 30, 2007, the United States Court of Appeals for the District of Columbia denied Plaintiffs' Petition for Permission to Appeal this Court's Order.  During the pendency of that petition, the Court, upon Plaintiffs' request (with Defendant's consent) stayed the district court litigation.  Pursuant to that stay, Plaintiffs' obligation to amend their Complaint was postponed until after resolution of the Motion for Reconsideration.

4.     Almost four months have passed since the appeals court resolved Plaintiffs' petition. Therefore, Plaintiffs move for a telephone conference in the hopes of learning the status of their motion and how they should proceed at this time.

Dated:  August 21, 2007                Respectfully submitted,

By:  /s/ David Sanford
David Sanford, D.C. Bar No. 457933
Shayna Bloom, D.C. Bar No. 498105
Meenoo Chahbazi, CA Bar, Admitted Pro Hac Vice
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Steven L. Wittels (SLW-8110)
Jeremy Heisler (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Bruce V. Spiva, D.C. Bar. No. 443754
Kathleen R. Hartnett, D.C. Bar. No. 483250
**SPIVA & HARTNETT LLP**
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
Telephone: (202) 785-0601
Facsimile:  (202) 785-0697

*Attorneys for the Plaintiffs*