UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANET HOWARD, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CARLOS M. GUTIERREZ,** )<br>**Secretary, United States Department** )<br>**of Commerce,** )<br>)<br>**Defendant.** ) | Civil Action No. 05-1968 (JDB) |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiffs' Motion for a Telephonic Status Conference, it is, hereby

ORDERED, that Plaintiffs' Motion is GRANTED.

A telephonic status conference will be held in this matter on _____, 2007 at _____am/pm.

_____

JOHN D. BATES
United States District Court Judge

cc: By ECF