UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,

    Plaintiffs,

    v.                              Civil Action No. 05-1968 (JDB)

CARLOS M. GUTIERREZ
Secretary, U.S. Dep't of Commerce,

    Defendant

### MOTION FOR AN EXTENSION OF TIME

**COME NOW** the Plaintiffs and moves this honorable court to extend the October 9, 2007 deadline, for at least 90 days, to file the Second Amended complaint, as directed in this Court's September 7, 2007 order. An extension is needed on the grounds that Plaintiffs need time to retain new counsel in this case and the new counsel to become familiar with the issues in this case, and the extension should not prejudice either party. (See Exhibit 1 letter terminating counsel.)

Signature: _/s/ Janet Howard_                      Date: 9/20/07
          Janet Howard

Signature: _/s/ Joyce E. Megginson_             Date: 9/20/07
         Joyce E. Megginson

Signature: _/s/ Tanya Ward Jordan_             Date: 9/20/07
         Tanya Ward Jordan

**RECEIVED**

SEP 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 1

September 20, 2007

David Sanford
Sanford, Wittels & Heisler, LLP
1666 Connecticut Ave., N.W. Suite 310
Washington, D.C. 20009

Dear David:

      In January 2004, we retained you to represent us in the race-based class complaint *Janet Howard, et. al. vs. Carlos Gutierrez, Secretary-Department of Commerce.* We appreciate your effort in handling this matter. Regretfully, however, we have decided to seek other representation. We have decided it is in our best individual interest; and the interest of the thousands of African-Americans at Commerce who we have represented over the last thirteen (13) years, to terminate your service for any matters. We have made this decision because we would like to attempt to salvage, if feasible, what is left of the class action. As you are aware, the class had received provisional certification from the EEOC when we first sought representation from your firm. Pursuant to Judge Bates September 7, 2007 order, it became apparent that your firm's admitted failure to timely file documents, critical to the existence of the class, caused the class action to be dismissed. Your inaction has created a compelling loss of confidence in your legal counsel. Furthermore, the ramification of your firm's inaction has been disastrous and has negatively impacted the entire potential class at Department of Commerce.

Signature: _____   Date: 9-20-07
      Janet Howard

Signature: _____   Date: 9/20/07
      Joyce E. Megginson

Signature: _____   Date: 9/20/07
      Tanya Ward-Jordan

## CERTIFICATE OF SERVICE

I certify that on September 20, 2007, the foregoing documents were sent via U.S. Postal Service to the following:

Peter Smith
U.S. Department of Justice
Room 4400
950 Pennsylvania, NW
Washington, DC 20530-0001

Janet Howard