UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,

      Plaintiffs,

             v.                         Civil Action No. 05-1968 (JDB)

CARLOS M. GUTIERREZ
Secretary , U.S. Dep't of Commerce,

      Defendant

## ORDER

Defendant having moved on SEPTEMBER 20, 2007 for leave to extend the time to file the

amended complaint due October 9, 2007 and having indicated that the extension will not

prejudice either party, and for other good cause, this motion is **GRANTED** and it is

**ORDERED** that the deadline for filing the second amended complaint is extended to

December 9, 2007.

**SO ORDERED.**

_____

JOHN D. BATES
United States District Judge