UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, ET. AL

v.                                                          Civil Action No. 05-1968 (JDB)

CARLOS M. GUTIERREZ

Secretary, U.S. Dep't of Commerce

### PLAINTIFF'S MOTION TO PROCEED AS PRO SE LITIGANTS

On September 20, 2007 we, the undersigned, moved to remove David Sanford, of Sanford, Wittels, and Heisler as our counsel due to counsel's failure to timely file and for other related matters with regard to the firm's representation in Civil Action No. 05-1968 (JDB). On September 20, 2007, we also removed Grant Morris, Law Office of Grant Morris as our counsel. A copy of the letter removing Attorney Sanford was previously provided to the court. Notwithstanding our earlier submission, this correspondence we, the undersigned, now submit copies of letters that have been forwarded to both David Sanford and Grant Morris. We had engaged both law firms in representing matters before the court. On October 2, 2007, our review of the civil docket for case # 1:05-cv-01968-JDB disclosed that neither of the attorneys, nor any of the additional counsel they enlisted in connection with case matters before the court, have entered a notice of withdrawal. Nonetheless, we petition the court to grant us the authority to proceed as pro se litigants. We are in the process of securing counsel that may more adequately represent our interest.

Janet Howard     10-4-07
Janet Howard                Date
Pro Se
P.O. Box 1454
Spotsylvania, VA 22563
Janet_17771@netzero.net
540-895-5779

RECEIVED
OCT - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 05-1968 (JDB)

_____  10-4-07
Joyce E. Megginson                Date
Pro Se
310 Bogota Dr.
Ft. Washington, Md .20744
Joymegg@aol.com
301-292-3308


_____  10-4-87
Tanya Ward Jordan                 Date
Pro Se
3003 Keverton Dr.
Upper Marlboro, Md .20774
TanyaW.Jordan@verizon.net
301-390-4306

## CERTIFICATE OF SERVICE

I certify on October 4, 2007 the foregoing document was sent via U.S. postal service to the following:

Peter Smith
U.S. Department of Justice
Room 4400
950 Pennsylvania Ave, NW
Washington, DC 20530-001

_Janet Howard_ _____ 10-4-07
Janet Howard                    Date
Pro Se
P.O. Box 1454
Spotsylvania, VA 22563
Janet_17771@netzero.net
540-895-5779

_Joyce E. Megginson_ _____ 10-4-07
Joyce E. Megginson               Date
Pro Se
310 Bogota Dr.
Ft. Washington, Md .20744
Joymegg@aol.com
301-292-3308

_Tanya Ward Jordan_ _____ 10-4-07
Tanya Ward Jordan                Date
Pro Se
13003 Keverton Dr.
Upper Marlboro, Md .20774
TanyaW.Jordan @verizon.net
301-390-4306

September 20, 2007

Grant Morris
Law Office of Grant Morris
1666 Connecticut Ave. N.W. Suite 310
Washington, D.C. 20009

Dear Grant:

    In January 2004, we retained you to represent us in the race-based class complaint *Janet Howard, et. al. vs. Carlos Gutierrez, Secretary-Department of Commerce.* We appreciate your effort in handling this matter. Regretfully, however, we have decided to seek other representation. We have decided it is in our best individual interest; and the interest of the thousands of African-Americans at Commerce who we have represented over the last thirteen (13) years, to terminate your service for any matters. We have made this decision because we would like to attempt to salvage, if feasible, what is left of the class action. As you are aware, the class had received provisional certification from the EEOC when we first sought representation from your firm. Pursuant to Judge Bates September 7, 2007 order, it became apparent that your firm's failure to timely file documents, critical to the existence of the class, caused the class action to be dismissed. Your inaction has created a compelling loss of confidence in your legal counsel. Furthermore, the ramification of your firm's inaction has been disastrous and has negatively impacted the entire potential class at Department of Commerce.


_____       _9-20-07_____
Janet Howard                                                 Date


_____       _9/20/07_____
Joyce E. Megginson                                     Date


_____       _9/20/07_____
Tanya Ward Jordan                                   Date


cc: David Sanford

Exhibit I

September 20, 2007

David Sanford
Sanford, Wittels & Heisler, LLP
1666 Connecticut Ave., N.W. Suite 310
Washington, D.C. 20009

Dear David:

    In January 2004, we retained you to represent us in the race-based class complaint *Janet Howard, et. al. vs. Carlos Gutierrez, Secretary-Department of Commerce.* We appreciate your effort in handling this matter. Regretfully, however, we have decided to seek other representation. We have decided it is in our best individual interest; and the interest of the thousands of African-Americans at Commerce who we have represented over the last thirteen (13) years, to terminate your service for any matters. We have made this decision because we would like to attempt to salvage, if feasible, what is left of the class action. As you are aware, the class had received provisional certification from the EEOC when we first sought representation from your firm. Pursuant to Judge Bates September 7, 2007 order, it became apparent that your firm's admitted failure to timely file documents, critical to the existence of the class, caused the class action to be dismissed. Your inaction has created a compelling loss of confidence in your legal counsel. Furthermore, the ramification of your firm's inaction has been disastrous and has negatively impacted the entire potential class at Department of Commerce.

Signature: *Janet Howard*       Date: 9-20-07
Janet Howard

Signature: *Joyce E. Megginson*       Date: 9/20/07
Joyce E. Megginson

Signature: *Tanya Ward-Jordan*       Date: 9/20/07
Tanya Ward-Jordan