## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, ET. AL

v.                                                  Civil Action No. 05-1968 (JDB)

CARLOS M. GUTIERREZ

Secretary, U.S. Dep't of Commerce

## ORDER

Plaintiff having moved on October 4, 2007 for leave to process as pro se litigants and in that such leave will not prejudice either party and for other good cause this motion is **GRANTED** and it is **ORDERED** that Janet Howard, Joyce E. Megginson and Tanya Ward Jordan can proceed as pro se litigants.

**SO ORDERED**.

_____

**JOHN D. BATES**
**United States District Judge**