IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, <u>et al.</u> )<br><br>  Plaintiffs, )<br><br> v. )<br><br> CARLOS M. GUTIERREZ,<br>Secretary, United States Department of<br>Commerce, )<br><br>  Defendant. ) | Civil Action No. 05-1968 (JDB) |

### [PROPOSED] ORDER GRANTING SPIVA & HARTNETT LLP AND ATTORNEY BRUCE V. SPIVA AND KATHLEEN R. HARTNETT'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Having considered Spiva & Hartnett LLP and attorney Bruce V. Spiva and Kathleen R. Hartnett's ("Spiva & Hartnett") Motion to Withdraw as Counsel for Plaintiffs ("the Motion"), the Court finds that permitting Spiva & Hartnett to withdrawal as counsel is consistent both with Plaintiffs' choice to seek new counsel and Spiva & Hartnett's desire to withdraw as counsel. Therefore, the Motion is hereby GRANTED.

So Ordered this ___ day of October, 2007.

_____
The Honorable John D. Bates