# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS BY DAVID SANFORD, GRANT MORRIS, MEENOO CHAHBAZI, AND SHAYNA BLOOM

Pursuant to Local Civil Rule 83.6(b), David Sanford, Meenoo Chahbazi, Grant Morris, and Shayna Bloom, attorneys for Plaintiffs in the above-styled matter, hereby respectfully notice their withdrawal as counsel of record for Plaintiffs upon Plaintiffs' request. The accompanying Memorandum of Points and Authorities sets out the grounds for this Notice. In addition, pursuant to Local Civil Rule 83.6(b), this Notice was served on all parties in this case.

Dated: October 11, 2007            Respectfully submitted,

                                                   __/s/__ David W. Sanford_____
                                                 David W. Sanford
                                                 1666 Connecticut Ave., NW, Suite 310
                                                 Washington, DC 20009
                                                 Ph: (202) 742-7780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS M. GUTIERREZ, | ) |
| Secretary, United States Department | ) |
| of Commerce, | ) |
| | ) |
|     Defendant. | ) |

**MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF
NOTICE OF WITHDRAWAL AS COUNSEL BY DAVID SANFORD, GRANT MORRIS,
MEENOO CHAHBAZI, AND SHAYNA BLOOM TO WITHDRAW AS COUNSEL FOR
<u>PLAINTIFFS</u>**

Pursuant to Local Rule 83.6(b), attorneys David Sanford, Meenoo Chahbazi, Grant Morris, and Shayna Bloom submit this Memorandum of Points and Authorities in Support of their Notice of Withdrawal as Counsel for Plaintiffs.

This Notice is filed for the following reasons:

1. Plaintiffs have terminated the attorney-client relationship. <u>See</u> Dkt. No. 64.

2. No trial date has been set in this matter.

3. Plaintiffs have not obtained new counsel, but in their Motion for Leave to Proceed as Pro Se Litigants, Dkt. No. 65, Plaintiffs expressed their wish for above-listed counsel to formally withdraw so that Plaintiffs could represent themselves.

For the foregoing reasons, Attorneys Sanford, Morris, Chahbazi, and Bloom respectfully notice their withdrawal as Counsel for Plaintiffs.

Dated: October 11, 2007        Respectfully submitted,
                                         /s/ David W. Sanford
                                         David W. Sanford
                                         SANFORD, WITTELS & HEISLER, LLP

1666 Connecticut Ave., NW, Suite 310
Washington, DC 20009
Ph: (202) 742-7780

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first-class mail, postage prepaid on this 11th day of October, 2007 upon the following parties:

>Janet Howard
>P.O. Box 1454
>Spotsylvania, VA 22553

>Tanya W. Jordan
>13003 Keverton Drive
>Upper Marlboro, MD 20774

>Joyce E. Megginson
>310 Bogota Drive
>Fort Washington, MD 20744

Defendant's counsel will be notified via this Court's Electronic Filing System.

>_/s/_David W. Sanford_____
>David W. Sanford