UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,

Plaintiffs,

v.

CARLOS M. GUTIERREZ,
Secretary, U.S. Dep't of Commerce,

Defendant.

Civil Action No. 05-1968 (JDB)

FILED

OCT 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of [65] plaintiffs' motion to proceed as pro se litigants, [66] Spiva & Hartnett LLP's motion to withdraw as counsel for plaintiffs, and the entire record herein, it is this 22nd day of October, 2007, hereby

**ORDERED** that [66] Spiva & Hartnett LLP's motion to withdraw is **GRANTED**, and all attorneys who previously represented plaintiffs are terminated; it is further

**ORDERED** that [65] plaintiffs' motion to proceed as pro se litigants is **GRANTED** and plaintiffs may proceed pro se until they retain new counsel; and it is further

**ORDERED** that plaintiffs shall retain new counsel by not later than December 11, 2007, the date upon which plaintiffs' second amended complaint is due.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

-1-

Copies to:

Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553
540-895-5779

Joyce E. Megginson
310 Bogota Dr.
Ft. Washington, MD 20744
301-292-3308

Tanya Ward Jordan
13003 Keverton Dr.
Upper Marlboro, MD 20774
301-390-4306

Bruce V. Spiva
Kathleen R. Hartnett
Spiva & Hartnett LLP
1776 Massachusetts Avenue, NW
Suite 600
Washington, DC 20036

David W. Sanford
Shayna M. Bloom
Meenoo Chahbazi
Sanford, Wittels & Heisler, LLP
1666 Connecticut Ave., NW
Suite 310
Washington, DC 20009

Grant E. Morris
Law Offices of Grant E. Morris
2121 K Street, NW
Suite 700
Washington, DC 20037

Peter Smith
Megan Rose
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, DC 20530