UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARLOS GUTIERREZ, Secretary,<br>U.S. Department of Commerce,<br><br>    Defendant. | Civil Case No. 05-1968 (JDB) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an enlargement of time to respond to the Second Amended Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, February 7, 2008, to respond to the Complaint in this action.

_____                    _____
Date                                JOHN D. BATES
                                    United States District Judge

Copies to Counsel of Record Via ECF