UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Case No. 05-1968 (JDB) |

**SECOND MOTION FOR AN EXTENSION OF TIME TO ANSWER OR MOVE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Second Amended Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for responding to the Second Amended Complaint from February 7, 2008, to February 21, 2008 -- *i.e.*, a fourteen (14) day extension of time. Defense counsel attempted to contact Plaintiffs, who are proceeding *pro se* in this action, to obtain their position on this Motion. Defense counsel, however, has not learned Plaintiffs' position as of the filing of this Motion. The grounds for such relief are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon claims of race discrimination under Title VII. Additionally, the Second Amended Complaint contains a claim brought by Plaintiff Jordan under the Rehabilitation Act predicated on Defendant's alleged denial of a reasonable accommodation for her disabilities. Plaintiffs' Second Amended Complaint was entered on the docket on December

20, 2007. On December 21, 2007, the Court entered an order requiring Defendant to respond to the Second Amended Complaint by January 31, 2008. Defendant moved for a seven day extension of time to respond to the Second Amended Complaint on January 30, 2008 ("First Request"), which the Court granted the next day.[1]

Promptly after Plaintiff's Second Amended Complaint was entered on the Court's docket, undersigned counsel contacted Agency counsel to obtain information and assistance in formulating a response to the Second Amended Complaint. Although agency and defense counsel have been working diligently to analyze the relevant materials and have developed a draft motion, matters and deadlines in other pending cases have prevented the completion of a finalized response. Since Defendant's First Request, agency and defense counsel have worked to clarify and streamline Defendant's draft response, and have attempted to gather and scan all relevant exhibits. Counsel has, however, been unable to finalize Defendant's response as of this date. Furthermore, as noted in the First Request, this case was transferred to undersigned counsel approximately two months ago, and Defendant's response to the Second Amended Complaint is the first substantive item for which such counsel is responsible. Accordingly, deferring the filing of Defendant's response for a short period of time will allow counsel a sufficient time to finalize Defendant's motion, which could result in dismissal of this action, or at the very least, substantially narrow the issues and alleged acts of discrimination upon which the parties will take discovery.

This request is filed in good faith and will not unduly delay the Court's resolution of this

---

[1] Although Defendant had not yet learned Plaintiffs' position concerning its First Request as of filing, Defendant subsequently learned that Plaintiffs did not oppose Defendant's First Request.

matter.  This motion represents Defendant's second request for an extension of this deadline, the second request for an extension in this action by undersigned counsel and, in total, the ninth request for an extension in this action since its inception in October 2005.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  Allowing defense counsel an extension of time to finalize Defendant's motion serves the interests of the parties and the Court.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding to the Second Amended Complaint be extended to, and including, February 21, 2008.  A proposed order is attached.

Dated: February 6, 2008
       Washington, DC

                              Respectfully submitted,

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2008, a true and correct copy of above Second Motion for an Extension of Time to Answer or Move, was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 3003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Dated: February 6, 2008
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　(202) 514-7143
　　　　　　　　　　　　　　　　　　　　brian.hudak@usdoj.gov