UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Case No. 05-1968 (JDB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's second motion for an enlargement of time to respond to the Second Amended Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, February 21, 2008, to respond to the Complaint in this action.

_____    _____
Date                                                JOHN D. BATES
                                                           United States District Judge

Copies to Counsel of Record Via ECF