UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET HOWARD, et al., </br></br>   Plaintiffs, </br></br>   v. </br></br> CARLOS GUTIERREZ, Secretary, </br> U.S. Department of Commerce, </br></br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Case No. 05-1968 (JDB) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S
SECOND MOTION FOR AN EXTENSION OF TIME TO ANSWER OR MOVE**

Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), hereby respectfully submits this supplemental memorandum in support of its Second Motion for an Extension of Time to Answer or Move as to the Second Amended Complaint, filed yesterday, February 6, 2008. By email this morning, Plaintiff Joyce E. Megginson informed undersigned counsel that Plaintiffs do not oppose Defendant's Second Motion for a fourteen (14) day extension of time.

Dated: February 7, 2008
    Washington, DC

                              Respectfully submitted,


                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce     _____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney

                              /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2008, a true and correct copy of above Supplemental Memorandum In Support of Defendant's Second Motion for an Extension of Time to Answer or Move, was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
| --- | --- | --- |
| P.O. Box 1454 | 3003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Dated: February 7, 2008
Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov