UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary,<br>U.S. Department of Commerce,<br><br>Defendant | Civil Case No. 05-1968 (JDB) |

### PLAINTIFF'S SUPPLEMENTAL CLARIFICATION MEMORANDUM TO DEFENDANT'S FIRST AND SECOND MOTIONS FOR AN EXTENSION OF TIME TO ANSWER OR MOVE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), respectfully moved, by and through its undersigned counsel, for an enlargement of time to respond to the Second Amended Complaint filed in the above entitled action. Specifically, Defendant requested that the Court extend the deadline for responding to the Second Amended Complaint from February 7, 2008 – *i.e.,* a fourteen (14) day extension of time. Defense counsel states that he attempted to contact *pro se* Plaintiffs in this action, to obtain their position on this matter. However, he failed to state when the extension of time request was first made to Plaintiffs. Therefore, Plaintiffs need to inform the Court of the timeline of requests from Counsel for Defendant's First and Second Motions for extension of time which is set forth below.

RECEIVED
FEB 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Counsel for Defendant (Mr. Hudak) first contacted *Pro Se* Plaintiffs (Howard, Ward Jordan, and Megginson) via e-mail for the first extension of time on **January 30, 2008** to see if they would concur with a seven (7) day extension to **February 7, 2008**. On **February 1, 2008**, Plaintiff Tanya Ward Jordan contacted Mr. Hudak via e-mail to inform counsel that Plaintiff's would not oppose the requested extension. **(Exhibit 1.)**

Mr. Hudak's second request for an extension of time was on **February 6, 2008**, also via e-mail, to Plaintiffs to see if they would concur to an additional fourteen (14) day extension to **February 21, 2008**. On the same day (**February 6, 2008**) of Mr. Hudak's second request for extension of time, Plaintiff Tanya Ward Jordan responded to Mr. Hudak's request also by e-mail, informing him that she would have to confer with Plaintiffs Howard and Megginson. On **February 7, 2008**, Plaintiff Joyce E. Megginson, via-e-mail to Mr. Hudak informed him that Plaintiffs (Howard, Ward Jordan, and Megginson) would not oppose the second extension to **February 21, 2008. (Exhibit 2.)**

*Pro Se* Plaintiffs (Howard, Ward Jordan, and Megginson) have always responded Mr. Hudak's extension requests in a timely manner. Mr. Hudak on the other hand, in requesting extensions of time did not leave *Pro Se* Plaintiffs (Howard, Ward Jordan, and Megginson) much time to respond to his requests.

Mr. Hudak has misdirected mailed correspondence to Plaintiff's home address. The proper address for Plaintiff (Ward Jordan) should reflect "**13003**" Keverton Dr. in lieu of "**3003**" Keverton Dr. (see Exhibit 3)

Dated: February 12, 2008

Respectfully submitted,

_____
Janet Howard

_____
Joyce E. Megginson

_____
Tanya Ward Jordan

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Drive |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Wash. MD 20744 |

## CERTIFICATE OF SERVICE

We hereby certify that on this 12th day of February, 2008, a true and correct copy of the above Plaintiff's Supplemental Clarification Memorandum to Defendant's First and Second Motions for an Extension of Time to Answer or Move, was served upon Counsel for Defendant, by first class United States mail, postage prepaid to

Brian P. Hudak
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7143

Respectfully submitted

*Janet Howard*
Janet Howard

*Joyce E. Megginson*
Joyce E. Megginson

*Tanya Ward Jordan*
Tanya Ward Jordan

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
| --- | --- | --- |
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Drive |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft.Wash. MD 20744 |

*EX1*

**From:** joymegg@aol.com
**To:** tanyaw.jordan@verizon.net; Brian.Hudak@usdoj.gov
**Cc:** janet_17771@netzero.net
**Subject:** Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move
**Date:** Thu, 7 Feb 2008 7:24 am

Good morning Mr. Hudak,

This is a follow-up to Tanya Ward Jordan's e-mail of yesterday. Ms. Howard, Ms. Jordan, and I have conferred, and we do not oppose your second request for a 14 day extension on the above referenced case.

Sincerely,

Joyce E. Megginson


-----Original Message-----
From: TANYA JORDAN <tanyaw.jordan@verizon.net>
To: Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
Cc: Joymegg@aol.com; janet_17771@netzero.net
Sent: Wed, 6 Feb 2008 12:12 pm
Subject: Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Good Afternoon Mr. Hudak,

As soon as I confer with Ms. Megginson and Ms. Howard, we will convey our response to the second extension.

Sincerely,

Tanya Ward Jordan


----- Original Message ----
From: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
To: TANYA JORDAN <tanyaw.jordan@verizon.net>
Cc: Janet_17771@netzero.net; Joymegg@aol.com
Sent: Wednesday, February 6, 2008 9:31:03 AM
Subject: RE: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Ms. Jordan, Ms. Megginson and Ms. Howard,

I hope you all are doing well. Thank you for your email from the other day.

I wanted to write to let you know that we are going to be seeking a second extension. I had hoped to be able to file our papers tomorrow, but matters in other cases and the need to retrieve and PDF certain exhibits have prevented me from finishing our response. We are going to be seeking 14 days this time (until Feb. 21), and I anticipate this will be our last request for an extension of this deadline. Please let me know your position on this second extension. Of course, when you receive our papers if you need more time to respond to them, we will be happy to consent.

Best regards,
Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

**From:** TANYA JORDAN [mailto:tanyaw.jordan@verizon.net]
**Sent:** Friday, February 01, 2008 2:16 PM
**To:** Hudak, Brian (USADC)
**Cc:** Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
**Subject:** Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Mr. Hudak,

This is to acknowledge receipt of your e-mail below. With regard to the request for an extension, Ms. Howard, Ms. Megginson and I have conferred. We wil not oppose an extension.

Sincerely,

Tanya Ward Jordan
Janet Howard
Joyce E. Megginson

----- Original Message ----
From: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
To: Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
Sent: Wednesday, January 30, 2008 11:04:17 AM
Subject: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Ms. Howard, Ms. Megginson and Ms. Jordan,
I hope this day finds you well. I am the attorney representing the Defendant in the above captioned case. Our response to your Second Amended Complaint is currently due tomorrow. We, however, will be seeking a week extension (until Feb. 7th) to file our response. Pursuant to the Local Rules, I am obligated to contact you and see if you will oppose or not oppose such an extension. Please let me know your position on our extension. I plan to file our request for an extension this evening.
Best regards,
Brian
**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

Best regards,
Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

**From:** TANYA JORDAN [mailto:tanyaw.jordan@verizon.net]
**Sent:** Friday, February 01, 2008 2:16 PM
**To:** Hudak, Brian (USADC)
**Cc:** Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
**Subject:** Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Mr. Hudak,

This is to acknowledge receipt of your e-mail below. With regard to the request for an extension, Ms. Howard, Ms. Megginson and I have conferred. We wil not oppose an extension.

Sincerely,

Tanya Ward Jordan
Janet Howard
Joyce E. Megginson
----- Original Message ----
From: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
To: Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
Sent: Wednesday, January 30, 2008 11:04:17 AM
Subject: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Ms. Howard, Ms. Megginson and Ms. Jordan,
I hope this day finds you well. I am the attorney representing the Defendant in the above captioned case. Our response to your Second Amended Complaint is currently due tomorrow. We, however, will be seeking a week extension (until Feb. 7th) to file our response. Pursuant to the Local Rules, I am obligated to contact you and see if you will oppose or not oppose such an extension. Please let me know your position on our extension. I plan to file our request for an extension this evening.
Best regards,
Brian
**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

More new features than ever. Check out the new AOL Mail!

Ex 2

**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**To:** TANYA JORDAN <tanyaw.jordan@verizon.net>
**Cc:** Janet_17771@netzero.net; Joymegg@aol.com
**Subject:** RE: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move
**Date:** Wed, 6 Feb 2008 9:31 am

Ms. Jordan, Ms. Megginson and Ms. Howard,

I hope you all are doing well. Thank you for your email from the other day.

I wanted to write to let you know that we are going to be seeking a second extension. I had hoped to be able to file our papers tomorrow, but matters in other cases and the need to retrieve and PDF certain exhibits have prevented me from finishing our response. We are going to be seeking 14 days this time (until Feb. 21), and I anticipate this will be our last request for an extension of this deadline. Please let me know your position on this second extension. Of course, when you receive our papers if you need more time to respond to them, we will be happy to consent.

Best regards,
Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

**From:** TANYA JORDAN [mailto:tanyaw.jordan@verizon.net]
**Sent:** Friday, February 01, 2008 2:16 PM
**To:** Hudak, Brian (USADC)
**Cc:** Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
**Subject:** Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Mr. Hudak,

This is to acknowledge receipt of your e-mail below. With regard to the request for an extension, Ms. Howard, Ms. Megginson and I have conferred. We wil not oppose an extension.

Sincerely,

Tanya Ward Jordan
Janet Howard
Joyce E. Megginson

----- Original Message ----
From: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
To: Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
Sent: Wednesday, January 30, 2008 11:04:17 AM
Subject: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Ms. Howard, Ms. Megginson and Ms. Jordan,

I hope this day finds you well. I am the attorney representing the Defendant in the above captioned case. Our response to your Second Amended Complaint is currently due tomorrow. We, however, will be seeking a week extension (until Feb. 7th) to file our response. Pursuant to the Local Rules, I am obligated to contact you and see if you will oppose or not oppose such an extension. Please let me know your position on our extension. I plan to file our request for an extension this evening.

Best regards,

Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

EX 3

Hulak/Civil
Department of Justice

...s Attorney
...Columbia
...Center
... Street, N.W.
...D.C. 20001

Business
for Private Use $300

Tanya Ward Jordan
3003 Keverton Dr.
Upper Marlboro, MD 20774

US POSTAGE