# EXHIBIT
# 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-01968 (JDB) |
| ) | |
| CARLOS M. GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF ANTHONY CALZA

I, Anthony Calza, pursuant to 28 U.S.C. §1746, declare under penalty of perjury that the following are true and based on my personal knowledge:

1.  I am over the age of 18 and am fully competent to make this declaration.

2.  I am the Chief of the Management Division in the National Telecommunications and Information Administration ("NTIA"), which is a bureau in the Department of Commerce ("DOC").

3.  Part of my responsibilities includes supervising the maintenance of personnel records for NTIA.

4.  I have been asked to furnish certain information concerning the performance appraisal systems used to evaluate the work of Plaintiff Joyce Megginson, who is and has been a DOC employee assigned to NTIA, from 1995 to the present.

5.  From 1995 until 2005, Plaintiff Megginson was evaluated using NTIA's former five level (tier) performance appraisal system. NTIA's former five level system was implemented pursuant to DOC requirements.

6.  From 2005 until the present, Plaintiff Megginson was subject to a new five level performance appraisal system established by DOC's Department Administrative Order ("DAO") 202-430.

Further declarant sayeth not.


_Anthony J. Calza_
Anthony Calza
Chief, Management Division,
National Telecommunications and
Information Administration,
U.S. Department of Commerce

02/21/08
Date