# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS M. GUTIERREZ, Secretary, )<br>United States Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-01968 (JDB) |

### DECLARATION OF APRIL LANE

I, April Lane, pursuant to 28 U.S.C. §1746, declare under penalty of perjury that the following are true and based on my personal knowledge:

1. I am over the age of 18 and am fully competent to make this declaration.

2. I am a Human Resource Specialist ER/LR in the Office of Human Resource Operations within the Office of the Secretary ("OS"), which is a bureau in the Department of Commerce ("DOC").

3. My office's responsibilities include maintaining personnel records for OS.

4. I have been asked to furnish certain information concerning the performance appraisal systems used to evaluate the work of Plaintiff Tanya Ward Jordan, who is and has been a DOC employee assigned to OS, from 1995 to the present.

5. From 1995 until 2004, Plaintiff Jordan was evaluated using OS's former five level (tier) performance appraisal system.

6. From 2004 until the present, Plaintiff Jordan has been evaluated using the Demonstration Project performance appraisal system.

Further declarant sayeth not.

*April C. Lane*             2/21/08
April Lane                Date
Human Resources Specialist ER/LR
Office of the Secretary
Office of Human Resources Operations
U.S. Department of Commerce