# EXHIBIT 13

98 (February 1999)                                                                                       OMB Approval No. 0690-0015

# Complaint of Employment Discrimination
## Against the U.S. Department of Commerce

| For OCR Use | | |
|---|---|---|
| COMPLAINT NUMBER: | 07-67-00010 | Filing Date: 2/16/07 |

### INFORMATION ABOUT YOU

Name: Janet Howard
Address: P.O. Box 1454
City/State: Spotsy, VA   Zip Code: 22553

Social Security Number: [redacted]
Home Phone: (540) 895-5779
Work Phone: (902) 482-0714

### INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
Address:
City/State:   Zip Code:

NOTE: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney? ☐ Yes ☐ No

### INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Bureau of Industry Security - Office of Enforcement Analyses

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and include dates. If you need more space, attach an extra page(s).
See attached narrative

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race                           ☒ National Origin
☒ Color                          ☒ Age
☐ Religion                       ☒ Disability
☒ Sex                            ☒ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).
My choice of training & maximum monetary allowed under this complaint.

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No  Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☒ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☒ No  Filing date(s)?

Signature: Janet Howard        Date: 2-16-07
SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU)   DATE (MONTH/DAY/YEAR)

Exhibit 11 Page 1

February 16, 2007

<u>Action or policy you believe was discriminatory.</u>

Good Day Ms. Worthy,

This is the revised Summary of allegations as it pertains to additional issues to a new complaint.
Summary of Allegations:

Ms. Howard contends that in retaliation for her prior EEO activity, the
agency has engaged in a systematic effort to retaliate and discriminate
against her. Specifically, she alleges that she has be been denied the
opportunity to participate in a developmental detail which could led to the
promotion of her coworker, Orestes Theocharides to a director's position in OEA.

As further evidence of discrimination and retaliation Ms. Howard noted
that:

1.  The opportunity to serve on a detail assignment was not made
available to her ; No prior notice was made or given about the detail.

2.  Ms Howard has served for 24 years in the Office of Enforcement Analysis in a number of positions including Support Division Director and Office Director.  Despite taking a two year  supervisory Executive leadership developmental training, to include Supervisory leadership, Communication & Conflict mgmt., Leading Change, Presentation Skills, Systemic Leadership & mgmt., Project management, Listening , writing, building foundation for better communication (Seminar # 228) she was not considered to serve as the new team leader in her office.  However,
Mr. Orestes Theocharides, a 3 year employee with OEA was named as her team lead.

3. Ms. Howard believe Orestes Theocharides ( a possible GS-12 employee) was place in the position over her as team leader so as to be given an unauthorized preference or advantage over her and to  injure her prospects of receiving promotion.

>>> <BWorthy@doc.gov> 12/05/06 11:43 AM >>>



Exhibit 11 Page 2



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer and**
**Assistant Secretary for Administration**
Washington, D.C. 20230

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

JUN 2 2 2007

Dear Ms. Howard:

This is in reference to your request to amend complaint number 07-67-00010 filed by you on February 16, 2007, amended on April 2, 2007, and your recent contact with the Office of Civil Rights on June 19, 2007, requesting amendment. .

This complaint is hereby amended to read:

> Complainant, an Export Compliance Specialist, GS-12, with the Office of Enforcement Analysis, Bureau of Industry and Security, alleges that due to her race (not specified), color (not specified), sex (not specified), national origin (not specified), age (not specified), disability (not specified), and in retaliation for her prior EEO activity:
>
> 1. she was denied a detail opportunity, despite having taken a two-year supervisory executive leadership development training course.
>
> Complainant further alleges that in retaliation for the instant complaint:
>
> 2. she was placed on a performance improvement plan, effective March 27, 2007, for a period of 90 days.
>
> 3. due to her placement on a performance improvement plan, Thomas Andrukonis disqualified her as a candidate from applying for two (2) GS-1801-13, Export Compliance Specialist/Analyst positions located in the Office of Enforcement Analysis.

**DISMISSAL**

Complainant initially sought counseling on her claim that her FY 2006 performance evaluation was unfair. However, Complainant did not include this claim in her formal complaint within 15 calendar days from receiving her notice of right to file. Therefore, this claim is dismissed pursuant to Title 29, Code of Federal Regulations (C.F.R.) section (§) 1614.107(a)(2), for failure to timely raise this claim within the required 15-day time limit. We also dismiss this claim on the grounds that a complainant who receives counseling on a claim, but does not go forward with a formal complaint on that claim is deemed to have abandoned it from further EEO processing. See *Small v. United States*

Exhibit 23 Page 1

*Postal Service,* EEOC Request No. 05980289 (July 16, 1999) (*citing Robinson v. Peace Corps,* EEOC Request No. 05940170 (May 2, 1995)).  See also *Lynch v. United States Postal Service,* EEOC Request No. 01A52319 (May 5, 2005); see also, *in pertinent part, Frankovitch v. United States Postal Service,* EEOC Request No. 01A40472 (March 10, 2004).  Inasmuch as Complainant has initiated EEO complaints at the Department on twenty-four (24) prior occasions, we find that she is sufficiently aware of her responsibility to raise all claims upon which she was counseled at the time of filing a complaint and it is reasonable to conclude that she has actual knowledge of the procedures for initiating a complaint, including the applicable limitation period.  See *Briley v. National Archives and Records Administration,* EEOC Appeal No. 05950778 (December 2, 1996).

Your rights and responsibilities remain the same as previously advised by letter dated March 6, 2007, with the exception that the investigation of your complaint must be completed by December[1], which is 180 days from the date of your amendment.

Sincerely,

*Susan E. Thomas*
Susan E. Thomas
Chief, Program Implementation Division
Office of Civil Rights

---

[1] This date represents 180 days from the date of amendment. However, since the 180th day is Sunday, December 16, 2007, the investigation must be completed by Monday, December 17, 2007, which is the next business day.

2                                        Exhibit 23 Page 2

## Certificate of Service

I attest that a copy of this Second Amended Notice of Acceptance for Investigation has been sent to the parties listed below:

<u>By Certified Mail</u>:

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

<u>Other</u>:

Bernadette M. Worthy
EEO Officer, BIS

Investigative Team

Complaint File (Tab F)

OCR Chron File

_____
Signature

JUN 2 2 2007
_____
Date

Exhibit 23 Page 3

3

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

JUN 22 2007

7006 2150 0004 4020 9927

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

PS Form 3800, August 2006    See Reverse for Instructions

Exhibit 23 Page 4