UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1968 (JDB) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss the second amended complaint, or in the alternative, for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the Second Amended Complaint in this action is hereby dismissed with prejudice.

_____                          _____
Date                                                                  JOHN D. BATES
                                                                            United States District Judge

Copies to Counsel of Record Via ECF