UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET HOWARD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1968 (JDB) |
| | ) |
| CARLOS GUTIERREZ, Secretary, | ) |
| U.S. Department of Commerce, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ERRATA**

Undersigned counsel was notified by the clerk's office that PDFs of certain exhibits submitted with Defendant's Motion to Dismiss the Second Amended Complaint, or in the Alternative, for Summary Judgment, filed February 21, 2008 (Docket Entry No. 75), were difficult to read as filed. Accordingly, please find attached more legible versions of Attached Exhibits 7, 8, 10, 11 and 12 to Defendant's Motion, which Defendant hereby substitutes for the same numbered exhibits filed with the Motion.

Dated: February 26, 2008
        Washington, D.C.

                                                    Respectfully submitted,

                                                      /s/
                                                    BRIAN P. HUDAK
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, NW
                                                    Washington, DC 20530
                                                    (202) 514-7143
                                                    brian.hudak@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2008, a true and correct copy of above Errata with exhibits, was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Dated: February 26, 2008
   Washington, D.C.

Respectfully submitted,

    /s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov