# EXHIBIT 8

Form CD-498 (Electronic ver. 1999)                                                                                                                         OMB Approval No. 0690-0015

# Complaint of Employment Discrimination
## Against the U.S. Department of Commerce

For OCR Use
COMPLAINT NUMBER: 04-67-00078                                     Filing Date: 3/25/04

## INFORMATION ABOUT YOU

Name: Janet Howard
Social Security Number: [redacted]
Address: 11521 Post Oak Rd. P.O. Box 1454
Home Phone: (540) 895-5779
City/State: Spotsylvania         Zip Code: 22553
Work Phone: (202) 482-0717

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
NOTE: You do not have to have a representative.
Address:
Phone ( )
Fax ( )
City/State:       Zip Code:       Is your representative an attorney? ☐ Yes ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Office of Enforcement Analysis (OEA)

Did you work for the Department of Commerce at the time? ☑ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?
Export Compliance Specialist (GS-12) 1801 Series    BIS/OEA

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).
See Attachment

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example, if it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☑ Race: African American, Black, Negro/Colored   ☐ National Origin
☑ Color: Medium Brown                             ☑ Age: Over 40
☐ Religion                                        ☑ Disability
☑ Sex: Female                                     ☑ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).
Cash Award Commensurate with my Grade, $300,000

Did you discuss this(ese) issue(s) with an EEO Counselor? ☑ Yes ☐ No  Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☑ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☑ No  Filing date(s)?

Signature: Janet Howard                       Date: 3-25-04
SIGN HERE ( OR HAVE YOUR ATTORNEY SIGN FOR YOU)   EXHIBIT 8  PAGE 1  DATE ( MONTH/DAY/YEAR)

March 25, 2004

Describe the actions or policy you believe was discriminatory.

Office of Enforcement Analysis (OEA) Director Thomas Andrukonis denied me a performance award, despite receiving a "commendable" performance evaluation; and Mr. Andukonis devised an arbitrary formula which dictated that only employees receiving numerical scores of 490 or higher would receive cash awards. The arbitrary formula created and initiated by Mr. Andrukonis is contradicts the Office of Personnel Management's (OPM) traditional performance award process. Mr. Andrukonis's un-balanced performance awards"formula" was designed to retaliate against me for prior EEO activities. The Performance Award guideline approved by congress did not use a numeric formula to differentiate between who could or could not receive a cash award. Instead, congress approved formula cited Fully Successful, Commendable, Outstanding as criteria for receiving cash award.

EXHIBIT 8   PAGE 2

**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer and**
**Assistant Secretary for Administration**
Washington, D.C. 20230

MAY 17 2004

Complaint Number: 04-67-00078
Filing Date: March 25, 2004

**MEMORANDUM FOR JANET HOWARD**

From:   Nancy McNamara
        Chief, Compliance Division
        Office of Civil Rights

Subject: Notice of Acceptance for Investigation

**Statement of Claims**

The Department of Commerce has accepted for investigation the claims cited below which were contained in the above referenced Equal Employment Opportunity (EEO) complaint of discrimination and request for amendment dated May 3, 2004.

Complainant, an Export Compliance Specialist, GS-1801-12, with the Bureau of Industry and Security, alleges that because of her race (African American, Black, Negro, Colored), color (medium brown), sex (female), age (over 40), disability (work related post-traumatic Stress and high blood pressure), and in retaliation for her prior EEO activity:

1. Tom Andrukonis, Director of Enforcement Analysis, Bureau of Export Administration denied her a performance bonus for the FY 2003 performance year, despite her receiving a commendable rating;
2. Andrukonis devised an arbitrary formula which dictated that only employees receiving numerical scores of 490 or higher would receive cash awards; and,
3. Andrukonis denied her request to attend a May 12, 2004, professional development training workshop sponsored by Georgetown University Center at a cost of $299.00.

If you believe the issues in your complaint have not been correctly identified, please notify me, in writing, within **15 calendar days** after you receive this letter, and specify why you believe the issues have not been correctly identified. If you fail to contact me, it will be concluded that you agree that the issues have been properly identified above.

EXHIBIT 13  PAGE 1

Your rights and responsibilities remain the same as previously advised except that due to the consolidation of your pending complaints, the investigation must be completed no later than September 21, 2004, which is 180 days from the filing date of this complaint.

2

EXHIBIT 13 PAGE 2

## Certificate of Service

I attest that a copy of this Notice of Acceptance has been sent to the parties listed below:

<u>In Person</u>[1]:

_Janet Howard_ (signature)
Ms. Janet Howard

5/18/04
Date of Pick-Up

<u>Other</u>:

Bernadette M. Worthy
EEO Officer, BIS

Investigative Team

Complaint File (Tab F)

OCR Office File

_Erica Grace_ (signature)
Signature

MAY 17 2004
Date

---

[1] Complainant requested to pick-up documents due to problems with her local mail.

3

EXHIBIT 13   PAGE 3