# EXHIBIT 12

# Complaint of Employment Discrimination
## Against the U.S. Department of Commerce

| For OCR Use COMPLAINT NUMBER: | 06-67-60207 #24 | Filing Date: | 12/19/06 |

### INFORMATION ABOUT YOU

Name: Janet Howard
Address: P.O. Box 1454
City/State: Spotsylvania, VA   Zip Code: 22553
Social Security Number: [redacted]
Home Phone: (540) 895-5777
Work Phone: (202) 482-0717

### INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
Address:
City/State:   Zip Code:

NOTE: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney? ☐ Yes ☐ No

### INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Bureau of Industry Security - Office of Enforcement Analysis

Did you work for the Department of Commerce at the time? ☑ Yes ☐ No If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and include dates. If you need more space, attach an extra page(s).
See attached Narrative. Also a copy of the two submitted leave slips was attached to the informal submission.

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☑ Race
☐ Color
☐ Religion
☐ Sex
☑ National Origin
☑ Age
☑ Disability
☑ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

Did you discuss this(ese) issue(s) with an EEO Counselor? ☑ Yes ☐ No  Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☑ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☑ No  Filing date(s)?

Signature: Janet Howard
Date: 12-19-06

December 19, 2006 

### Narrative / ref: 06-67

- I have a documented work place disability.

- As part of the treatment, I may have to take time away from work on bed rest.

- My treating physicians have provided documents to management and letters have been submitted to Commerce health unit stating the same.

- As a result of this disability, the department provided me with a reasonable accommodation.

- In preparation for an anticipated surgery;

- I submitted two leave slips for advanced sick on 8/25 and 8/31/2006.

- The request was submitted on two separate leave slips

- Both leave was approved a month earlier in July 2006.

- September 14, 2006 I was informed by way of email, that my sick leave request was not approved.

- In a 9/14/06 email I asked Tom Andrukonis if I could have the exact working used to deny my request for advanced sick leave. In a reply email to me, he said the request and decision in in my box in an envelop.

- Both copies clearly shows that the request were originally approved.

- Both copies clears shows that the approving official name was sloppily whiteout.

- Both copies clears show that the approval date was also sloppily whiteout .

- To receive a full pay check, using the same leave request sheets, I checked the accrued annual leave box.

Janet Howard
December 19, 2006

Exhibit __3__ Page __1__

**From:** TOM ANDRUKONIS
**To:** HOWARD, JANET
**Date:** 9/14/2006 1:12:10 PM
**Subject:** Re: Request for Adv. S/L for 8/25 and 8/31

the request and decision is in your box in an envelope Janet.
=========================
>>> JANET HOWARD 09/14/06 1:08 PM >>>
Tom,

May I have the exact wording used to deny my request for advanced sick leave?

>>> TOM ANDRUKONIS 09/14/06 12:55 PM >>>
Janet -
got back the memo and the use of adv. S/L was not approved. No problem on approving A/L or LWOP as you prefer. I'll leave a copy in your box, but I'll need your preference on A/L or LWOP for those 2 days as Barbara will have to do a corrected T&A for that PP. Thanks, Tom

| | |
|---|---|
| **From:** | TOM ANDRUKONIS |
| **To:** | HOWARD, JANET |
| **Date:** | 9/14/2006 12:55:44 PM |
| **Subject:** | Request for Adv. S/L for 8/25 and 8/31 |

Janet -
got back the memo and the use of adv. S/L was not approved. No problem on approving A/L or LWOP as you prefer. I'll leave a copy in your box, but I'll need your preference on A/L or LWOP for those 2 days as Barbara will have to do a corrected T&A for that PP. Thanks, Tom

Exhibit 4 Page 14



UNITED STATES DEPARTMENT OF COMMERCE
**Chief Financial Officer**
**Assistant Secretary for Administration**
Washington, D.C. 20230

JAN 3 0 2007

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

                                       Complaint Number: 06-67-00207

Dear Ms. Howard:

This is in reference to the complaint filed by you on December 19, 2006. The Department of Commerce has decided to accept the following bases and claim for investigation.

           Complainant, Export Compliance Specialist, GS-12, with the Office of Enforcement Analysis, Bureau of Industry and Security, alleges that due to her race (not specified), national origin (not specified), age (not specified), disability (Post Traumatic Stress Disorder), and in retaliation for her prior EEO activity, on September 14, 2006, she was informed that her advanced sick leave request was not approved, even though she had previously submitted leave slips on August 25 and 31, 2006, and had been approved for the leave in July 2006.

**Rights and Responsibilities**

➤ If you believe that the issue(s) in your complaint has/have not been correctly identified, please notify the Chief, Program Implementation Division, at the address shown below, in writing, within 15 calendar days after your receipt of this Notice, specifying why you believe that the issue(s) in your case has/have not been correctly identified.

➤ An investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

➤ The investigation must be completed by June 18, 2007, unless you and the Department agree on an extension. See Title 29, Code of Federal Regulations

Exhibit ___7___ Page ___1___

(C.F.R.) section (§) 1614.108(e). Therefore, it is essential that when the investigator asks for the information to support your complaint, you promptly provide it.

- A formal complaint may be amended at any time before the investigation is completed. See 29 C.F.R. § 1614.106(d). New claims must be like or related to the claims raised in the original complaint. For example, if the original complaint concerns a Performance Improvement Plan, a new claim concerning a subsequent performance rating would be "like or related." A new claim concerning time and attendance would not. If the complaint is amended, the investigation must be completed within 180 days from the date of the amendment or no more than 360 days from the date the original complaint was filed, whichever comes first. If it is determined that the new claim is not like or related to the original complaint, you will be notified of your right to seek EEO counseling.

- If more than one complaint is filed, the Agency is required to consolidate all of the complaints for processing. The investigation of consolidated complaints must be completed within 180 days of the filing date of the latest complaint or 360 days from the filing date of the first complaint, whichever comes first.

- You may request a hearing before the Equal Employment Opportunity Commission (EEOC) at any time after 180 days have passed from the date you filed the original complaint. You must file your request with the EEOC office specified in the Acknowledgment Memorandum, dated January 25, 2007.

  A copy of the request must be provided to this office.

- The complaint may be dismissed if you fail to cooperate with the investigation.

- If the EEO Officer/Counselor informed you or your representative that Alternative Dispute Resolution, through mediation, is an appropriate option for this complaint, you have a right to choose mediation at any time during the processing of this formal complaint, including during the investigation. (*The DOC EEO Alternative Dispute Resolution: Mediation Guide* identifies the following cases where mediation is inappropriate: cases involving applicants for employment, former employees, alleged violence, egregious harassment, adverse actions, class actions, when authoritative resolution of a matter is required in precedent-setting cases, when the matter in dispute has significant government policy implications, or when it is important to produce a full public record of the proceedings.)

For your information, I have enclosed an information sheet on EEO Complaint Investigations and EEO Mediation.

Exhibit 1 Page 2

Amendments to formal complaints, copies of hearing requests, and requests for corrections to the statement of claims may be sent to me at:

>Susan E. Thomas
>Chief, Program Implementation Division
>Office of Civil Rights, Room 6012
>U.S. Department of Commerce
>Washington, D. C. 20230

Requests for mediation and a copy of the ADR Program Guide should be addressed to the servicing EEO Officer or:

>Bernadette M. Worthy
>Chief, Client Services and Resolution Division
>Office of Civil Rights, Room 6012
>U.S. Department of Commerce
>Washington, DC 20230

Sincerely,

*Susan E. Thomas*
Susan E. Thomas
Chief, Program Implementation Division
Office of Civil Rights

Enclosures

Exhibit 7 Page 3

## CERTIFICATE OF SERVICE

I attest that a copy of this Notice of Acceptance for Investigation has been sent to the parties listed below:

<u>By Certified Mail:</u>

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

<u>Other:</u>

Bernadette M. Worthy
EEO Officer, BIS

Investigation Team

Subject Tab (Tab F)

OCR Chron File

_Alicia Davis_
Signature

JAN 30 2007
Date

Exhibit __7__ Page __4__