UNITED STATES DISTRICT COURT
FOR THE DISTRICT FOR COLUMBIA

| | |
|---|---|
| JANET HOWARD, et.al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Pro Se, Janet Howard, Tanya Ward Jordan, and Joyce E. Megginson hereby respectfully submit this Motion for An Extension of Time to Answer Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency") Motion for Summary Judgment filed February 21, 2008. As Plaintiffs Pro Se, we are still in the process of interviewing counsel for representation in this case. Brian Hudak, Counsel for Defendant, informed Plaintiffs this morning via e-mail that Defendant does not oppose Plaintiff's Motion for an extension of time to April 23, 2008.

Dated: March 21, 2008
      Washington, DC

Respectfully submitted

*Janet Howard*
Janet Howard, Plaintiff Pro Se

*Tanya Ward Jordan*
Tanya Ward Jordan, Plaintiff Pro Se

*Joyce E. Megginson*
Joyce E. Megginson, Plaintiff Pro se

RECEIVED
MAR 21 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

## CERTIFICATE OF SERVICE

We hereby certify that on the 21st day of March 2008, a true and correct copy of the above Motion for Extension of Time to Answer Defendant's Motion for Summary Judgment, was served upon Counsel for Defendant, by first class United States mail, postage prepaid to:

> Brian P. Hudak
> Assistant United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, DC 20530

Dated: March 21, 2008
       Washington, DC

| | | |
|---|---|---|
| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
| Plaintiff Pro Se | Plaintiff Pro Se | Plaintiff Pro Se |
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22553 | Upper Marlboro, MD 20774 | Ft. Wash., MD 20744 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT FOR COLUMBIA

| | |
|---|---|
| JANET HOWARD, et.al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PROPOSED ORDER

UPON CONSIDERATION of Plaintiff's Motion for an Extension of Time to respond to Defendant's Motion for Summary Judgment, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED, and it is further

ORDERED that Plaintiff shall have through and including April 23, 2008 to respond to the Complaint in this action.

_____          _____
Date                             JOHN D. BATES
                                 United States District Judge

**From:** joymegg@aol.com
**To:** Brian.Hudak@usdoj.gov; janet_17771@netzero.com; TanyaW.Jordan@verizon.net
**Subject:** Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move
**Date:** Fri, 21 Mar 2008 9:23 am

Mr. Hudak

Thank you for consenting to our request for an extension of time until April 23, 2008. However, as Plaintiffs Pro Se we were under the impression that we had thirty (30) days from the time of receipt of of the document to respond. Thank you again.

Joyce E. Megginson
Janet Howard
Tanya Ward Jordan


-----Original Message-----
From: Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
To: joymegg@aol.com; janet_17771@netzero.com; TanyaW.Jordan@verizon.net
Sent: Fri, 21 Mar 2008 9:07 am
Subject: RE: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Ms. Megginson,

I hope this day finds you well. I believe Plaintiffs' response to Defendant's Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment ("Motion") was due on March 6, 2008 (i.e., 14 business days after it was served) pursuant to Local Civil Rule 7. In any event, however, Defendant consents to your extension of time to respond to its Motion until April 23, 2008.

Best regards,
Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

**From:** joymegg@aol.com [mailto:joymegg@aol.com]
**Sent:** Thursday, March 20, 2008 9:02 PM
**To:** Hudak, Brian (USADC); janet_17771@netzero.com; TanyaW.Jordan@verizon.net
**Subject:** Fwd: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move


Mr. Hudak

We are pro se litigants in the multi-party complaint, Howard, et al. v. Gutierrez, 05-1968. Our response to your Motion for Summary Judgment is due on March 24th. At this time we are still interviewing potential counsel for this case. Therefore, we will be seeking a 30 day extension (April 23rd) to file our response. Pursuant to the Local Rules, we are obligated to contact you and see if you will oppose or not

oppose our request for an extension of time. Please let us know your position on our request for an extension of time. We plan to file our request for an extension of time with Judge Bates tomorrow, March 21, 2008.

Sincerely,

Joyce E. Megginson
Janet Howard
Tanya Ward Jordan


-----Original Message-----
From: janet_17771@netzero.net <janet_17771@netzero.net>
To: joymegg@aol.com
Sent: Sun, 3 Feb 2008 8:17 pm
Subject: Fw: Re: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move



---------- Forwarded Message ----------
Mr. Hudak,

This is to acknowledge receipt of your e-mail below. With regard to the request for an extension, Ms. Howard, Ms. Megginson and I have conferred. We wil not oppose an extension.

Sincerely,

Tanya Ward Jordan
Janet Howard
Joyce E. Megginson
----- Original Message ----
From: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
To: Janet_17771@netzero.net; Joymegg@aol.com; TanyaW.Jordan@verizon.net
Sent: Wednesday, January 30, 2008 11:04:17 AM
Subject: Howard, et al. v. Gutierrez, 05-1968 -- Motion to Extend Time to Answer/Move

Ms. Howard, Ms. Megginson and Ms. Jordan,
I hope this day finds you well. I am the attorney representing the Defendant in the above captioned case. Our response to your Second Amended Complaint is currently due tomorrow. We, however, will be seeking a week extension (until Feb. 7th) to file our response. Pursuant to the Local Rules!, I am obligated to contact you and see if you will oppose or not oppose such an extension. Please let me know your position on our extension. I plan to file our request for an extension this evening.
Best regards,
Brian
**Brian Hudak**
Assistant United States Attorney
555 4th Street NW

Washington, DC 20530
(202) 514-7143

---

Click to make millions by owning your own franchise.

Planning your summer road trip? Check out AOL Travel Guides.

Planning your summer road trip? Check out AOL Travel Guides.

---

Click here for free information on starting a business from your home.

Supercharge your AIM. Get the AIM toolbar for your browser.

Planning your summer road trip? Check out AOL Travel Guides.