UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUITERREZ, Secretary, ) | |
| U.S. Department of Commerce ) | |
| ) | |
| Defendant ) | |
| ) | |

## MOTION FOR SECOND EXTENSION OF TIME TO ANSWER

Plaintiffs Pro Se, Janet Howard, Tanya Ward Jordan, and Joyce E. Megginson hereby respectfully submit this Motion for An Extension of Time to Answer Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency") Move for Summary Judgment filed February 21, 2008. Plaintiffs are still in the process of attempting to obtain representation. By email this morning, Brian Hudak, Counsel for Defendant informed Plaintiffs that Defendant do not oppose Plaintiff's Motion for a twenty one (21) day extension of time until May 14, 2008.

Dated: April 17, 2008
  Washington, DC

Respectfully submitted,

_Janet Howard_
Janet Howard, Pro Se

_Tanya Ward Jordan_
Tanya Ward Jordan, Pro Se

_Joyce E. Megginson_
Joyce E. Megginson, Pro Se

RECEIVED
APR 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

We hereby certify that on this 17th day of April 2008, a true and correct copy of the above Motion for Second Extension of Time to Answer was mailed postage prepaid to:

>Brian P. Hudak
>Assistant United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, DC 20530

Dated: April 17, 2008
Washington, DC

>Respectfully submitted,

>*Janet Howard* (signature)
>Janet Howard
>Plaintiff Pro Se
>P.O. Box 1454
>Spotsylvania, VA 22553


>*Tanya Ward Jordan* (signature)
>Tanya Ward Jordan
>Plaintiff Pro Se
>13003 Keverton Drive
>Upper Marlboro, MD 20774


>*Joyce E. Megginson* (signature)
>Joyce E. Megginson
>Plaintiff Pro Se
>310 Bogota Drive
>Ft. Washington, MD 20744