UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.    )
                        )
    Plaintiffs          )
                        )
    v.                  )    Civil Action No. 05-1968 (JDB)
                        )
CARLOS GUITERREZ, Secretary )
U. S. Department of Commerce )
                        )
    Defendants          )
                        )

## PROPOSED ORDER

Plaintiffs Pro Se request this court grant a 2nd Extension of Time to obtain representation in this case. Having shown good cause for Second Request for Extension of Time to May 14, 2008 it is hereby **GRANTED**.

It is hereby **ORDERED.**

Dated this _____ day of _____, 2008.

_____
Judge John D. Bates