# EXHIBIT 1

## Commerce Employees Cite Bias and Reprisal

By Dan Holly



"We're all, as black employees, three levels below where we should be because of reprisals."
— Janet Howard

## CRIME & JUSTICE

### THE DISTRICT

### Guilty Plea in Witness Tampering

A Commerce Department official pleaded guilty yesterday in District Court to charges that he tampered with two witnesses who were in a position to testify against him in a sexual harassment investigation.

Mark A. McCloy, 55, was arrested in July after he offered $1,000 a secretary who had accused him of sexual harassment. Assistant Attorney Matthew G. Olsen said the secretary alleged that McCloy had harassed her for several months and that McCloy's superiors had told him to stay away from her. Besides offering the woman money to say the allegations were false, McCloy asked a co-worker to back him up, Olsen said.

McCloy, of Chester, Md., was director of the information technology management office of the National Environmental Satellite, Data, and Information Service. He has been on administrative leave since his arrest and agreed to resign within 10 days as part of his plea bargain.

Under federal sentencing guidelines, McCloy faces a prison term of 10 to 16 months. U.S. Magistrate Judge Deborah A. Robinson permitted McCloy to remain free on personal recognizance pending his sentencing Jan. 14.

---

### Anti-Discrimination Demonstration at Commerce Department
By David Homestay

A broad-ranging protest alleging chronic, widespread discrimination at the Department of Commerce was conducted in front of the Department's headquarters building in Washington, DC on September 30. Several dozen chanting, placard-bearing employees heard a succession of speakers denounce the Department's willingness or inability to seriously address long-standing complaints of unequal treatment of minorities.

The demonstration was sponsored by the NAACP Federal Sector Task Force (see 1999 EEO Update), which has targeted among 10 agencies persistently with large numbers of discrimination complaints. Blacks in Government (BIG) is working with the Task Force in its campaign...



### Bias Case Grows at Commerce
**EEOC Judge to Decide Merits of Class Action**
By Leigh Rivenbark

A job discrimination complaint by black Commerce Department employees is coming back to an Equal Employment Opportunity Commission administrative judge after commission officials said the judge failed to properly consider whether the complaint qualifies as a class action.

### When Work-Force Diversity Lags
*Department Is Accused of Pervasive Pattern of Racial Bias*
By Peter Behr

INSIDE: COMMERCE

---

**TUESDAY, MAY 24, 1994 / PAGE A11**

### FEDERAL REPORT

## Commerce blacks charge 'pervasive discrimination'
*NAACP, workers demand response from Brown*
By Greg Pierce

---

**WorldNetDaily** — Wednesday, September 27, 2000

**ALL THE PRESIDENT'S SCANDALS**
### Cyberporn scandal hits Commerce Department
### Personnel security officer suspended; follows HUD, White House abuses
by Paul Sperry

WASHINGTON -- The security official in charge of investigating the private backgrounds of Commerce Department employees has been suspended for downloading and storing pornography on his government computer, WorldNetDaily has learned.

---

*The Independent Weekly for Federal Employees*
## FEDERAL TIMES
JUNE 13, 1994

### Performance Pay Plan Stirs Fear at Commerce
Leigh Rivenbark

---

### Affidavit: White House hid trips-for-donations scheme
By Jerry Seper
THE WASHINGTON TIMES

Commerce Department officials hid from congressional investigators documents showing that the White House helped direct the award of seats on U.S. trade missions to company officials who contributed to President Clinton and the Democratic...

---



### Black Workers Bash Commerce for Bias
Leigh Rivenbark

---

## Ex-Commerce IG Pleads Guilty
By Bill Miller
Washington Post Staff Writer

Former Commerce Department inspector general Francis D. DeGeorge pleaded guilty yesterday to a criminal conflict-of-interest charge stemming from job discussions he had with a company...

In U.S. District Court yesterday, Justice Department lawyer Kartik K. Raman said authorities had no evidence that DeGeorge's job negotiations with the company influenced any decision he made at Commerce.

DeGeorge's guilty plea came after an investigation by the FBI and... comment as he left the courthouse.

Defense attorney Reid H. Weingarten said DeGeorge was a "hard-nosed, good-government guy" who made an uncharacteristic lapse in judgment toward the end of his career and chose to have a "few unfortunate conversations"...



"How was Africa?"