# EXHIBIT 4

# ORGANIZATION CHART

The Department's mission is carried out by the following bureaus (referred to as bureaus, administrations, agencies, and offices) depicted in the following organization chart:



STRATEGIC PLAN FY 2000-FY 2005