# EXHIBIT 5

**UNITED STATES DEPARTMENT OF COMMERCE**
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

AUG 30 1994

MEMORANDUM FOR   See Distribution List

FROM:            H. James Reese
                 Human Resources Manager

SUBJECT:         Fiscal Year (FY) 1994 General Workforce
                 Appraisals, End of Year Schedule

The appraisal cycle for general workforce employees ends on **September 30, 1994**. (Reminder: All employees, except senior executives, are covered by the general workforce performance appraisal system with the sunset of the Performance Management Recognition System (PMRS) on September 30, 1993.) Appraisals and annual ratings of record must be completed within 30 days of the end of the appraisal period.

Remember, an employee may request a pre-appraisal meeting with the rating official to:

- o  Present views on accomplishments

- o  Provide information about aspects of the job not previously discussed

- o  Suggest changes for the new performance plan

Attached is a checklist for use as a guide when completing appraisals. Please distribute the checklist to supervisors in your organization.

Performance award decisions must be submitted to our Management Services Division (MSD) within 90 days of the end of the appraisal cycle, **December 30, 1994**. Performance awards will be paid and received by employees in the same manner as their payroll checks either through electronic transmission to a financial institution or via mail at the designated check mailing address.

**Please note:**

   1.  New performance plans for the FY 1995 rating period (October 1, 1994 - September 30, 1995), must be completed within

-over-

30 days of the beginning of the appraisal period, **October 31, 1994**. The Classification and Performance Management Record cover sheet (Form CD-516, Revised 1/94) must be used with all performance plans beginning with the FY 1995 rating cycle.

2. Employees determined to be performing below the fully successful level **are not** to receive an end of cycle performance rating for FY 1994. Rather, those employees **must be** informed that their FY 1994 performance rating cycle is being extended and that they will be placed on a Performance Improvement Plan (PIP). For information regarding PIPs or the appraisal process, please contact your servicing Human Resources Specialist or Charles McEnerney, MSD.

The closeout of the FY 1994 performance appraisal cycle will see us implement a streamlined procedure to record performance ratings and process performance awards.

1. Individual performance appraisal summary rating sheets and accompanying performance award documentation **are not** to be sent to the Office of Personnel Operations (OPO). Complete **only** the attached summary list of ratings and award amounts and return to MSD, Room H-1061, no later than October 31, 1994. OPO will enter the data provided on the summary list in the National Finance Center personnel/payroll system. This will expedite the input of ratings, pay out of awards, and eliminate the need for the operating units to copy performance appraisal and award documents and forward to OPO. In addition to rating and award data, please note appropriation codes on the summary list. Each page of the list **must be signed** and dated to certify management approval.

2. Recommendations for Quality Step Increases (QSIs) in lieu of cash awards must be indicated on the summary list. A Standard Form 52 is no longer required by OPO to enter a QSI into the personnel/payroll system.

3. Original copies of all performance appraisals and performance award documents **must be retained** by the operating unit in an easily accessible location for four years from date of issuance. OPO will only request a performance document when required for a grievance, PIP, or other official inquiry.

4. OPO will continue to maintain original appraisals we currently have in our possession covering FYs 1993, 1992, 1991, and 1990, in accordance with the applicable four-year retention schedule. OPO **will not** return appraisals from past rating cycles to you for filing.

Your servicing Human Relations Specialist (HRS) and our MSD staff are available to offer briefings to operating unit managers and supervisors on the closeout of the appraisal cycle and the procedures outlined in this memorandum. Please contact your HRS, Jim Moses or Charles McEnerney on this revised procedure or on

any matter involving performance management. Messrs. Moses and McEnerney may be reached on (202) 482-3765. Questions regarding performance award criteria are to be directed to Julia Law, MSD, at the same number listed above.

Attachments (2)

Distribution List

Wayne Gallant, NTIS
James Hartman, NTIA
Jerome Jackson, ESA
Robert Kugelman, BXA
Sheila Robinson, BEA
George Parish, MBDA
Chester Straub, Jr., EDA
Lee Wells, USTTA
Joyce Hasty, TA
Carolyn Storey, OGC
Andriette Watson, OLIA

Steve Teasley, OPA
Melissa Moss, OBL
Rosalind Wade, OS
Robin Needleman, ADMIN
Alan Balutis, OBPO
Carol Newhouse, OPAS
Robin Mack, OCR
Tricia Patin, OFM
Judy Westbrook, OIRM
Edith Pratt, OFAMS
Garry Tyler, OHRM

## APPRAISAL CHECKLIST

\_\_\_\_ Advance notice of formal appraisal meeting given.

\_\_\_\_ Employee is given option of scheduling a pre-appraisal meeting.

\_\_\_\_ Pre-appraisal meeting held, if requested by employee.

\_\_\_\_ Supervisor prepares for formal appraisal meeting by:

   \_\_\_ reviewing performance plan;

   \_\_\_ reviewing notes from progress review(s);

   \_\_\_ reading the generic performance standards and any other supplemental standards included in the plan;

   \_\_\_ considering information supplied at the pre-appraisal meeting, if one was held, or from meeting with the approving official;

   \_\_\_ summarizing in writing, an assessment of each element in the plan. If rating an element as Fully Successful, the rater need only document that the Fully Successful standards were met and the rating was discussed with the employee.

   \_\_\_ assigning a **proposed** rating to each critical element; and

   \_\_\_ assigning a **proposed** performance rating using the required point scale.

\_\_\_\_ Supervisor **must** confer with the approving official about the employee's performance rating and receive approval (including the approving official's signature on Form CD-516) of the employee's rating **before** discussing the final rating with the employee.

\_\_\_\_ Formal appraisal meeting held.

\_\_\_\_ Employee signs the appraisal form and is given a copy of the final rating.

\_\_\_\_ Employee may submit written comments to the **approving official** within five working days of receipt of the appraisal and rating. The approving official must respond in writing within ten working days.

\_\_\_\_ Copy of any changes to the final rating is given to employee by the approving official.