# EXHIBIT 7



# Departmental Management

> **Mission Statement**
>
> The Department of Commerce promotes job creation and improved living standards for all Americans by creating an infrastructure that supports economic growth, technological competitiveness, and sustainable development.

Departmental Management (DM) includes the Offices of the Secretary and Deputy Secretary, Office of the Chief Financial Officer and Assistant Secretary for Administration (CFO/ASA), Office of the Chief Information Officer (CIO), and Office of General Counsel, as well as other Departmental offices. DM supports the management infrastructure needed to carry out the Department's mission. While certain of its activities involve the public, e.g., contract management and small business utilization, DM's principal interaction is with entities internal to the Department. Its activities benefit the public by contributing to the efficiency with which the operating units administer their programs and the Department's overall mission is carried out.



DM provides executive direction and coordination for program activities as well as centralized services to the bureaus. It also oversees promulgation and implementation of Departmental and government-wide policies and initiatives.

## President's Management Agenda

The President's Management Agenda (PMA), issued in August 2001, establishes five government-wide initiatives to address many of the most serious, crosscutting management challenges facing federal agencies:

- Improving financial management.
- Competitive sourcing.
- Strategic management of human capital.
- Expanded electronic government (E-government).
- Budget and performance integration.

In the months since President Bush issued his directive, Commerce has aggressively pursued its implementation. The Deputy Secretary routinely meets with senior bureau managers to review progress and discuss alternative approaches, and the Department's Chief Financial Officer and Assistant Secretary for Administration (CFO/ASA), and Chief Information Officer oversee day-to-day activities. To ensure accountability, individual performance plans have been modified to assign responsibility to Commerce's senior executives. Additionally, the performance measures for DM, as reflected in this document, were modified in FY 2001 to incorporate the five government-wide management initiatives.