# EXHIBIT 8

# OFFICE OF THE SECRETARY

# ADVANCES & REIMBURSEMENTS



DEPARTMENT OF COMMERCE · UNITED STATES OF AMERICA

# PROJECT DESCRIPTIONS

## FY 2001

# GENERAL COUNSEL

## PROJECT 7030000 - EXECUTIVE SUPPORT

**DESCRIPTION OF SERVICE:** This office was established by senior DOC officials to handle the Department's overall relationship with the Intelligence Community and senior Community officials.

The office provides all-source intelligence support to the Secretary and other senior level DOC decision makers in the development and implementation of Department programs, policies, and activities.

**BASIS OF CHARGE - AUTOMATIC MONTHLY:** Workload for each bureau determined by the Executive Support office director based on historical and projected services used.

## PROJECT 7031000 - CLASS ACTION SUIT (Initiated in FY-2001)

**DESCRIPTION OF SERVICE:** The Employment and Labor Law Division, Office of the Assistant General Counsel for Administration, is responsible for providing legal representation on behalf of the Department in the conduct of the class action litigation, <u>Janet Howard v. Donald Evans, Secretary, Department of Commerce</u>, Agency No. 95-67-0198. The class action involves employees from all operating units of the Department, and the Division provides advice and representation on this matter across organizational lines.

**BASIS OF CHARGE - AUTOMATIC MONTHLY:** Each bureau's share of the total enacted FTE as shown for FY 2000 in the Departmental Congressional Request for FY 2001.

7