# EXHIBIT 9

## SECTION II - PERFORMANCE SUMMARY AND RATING

Name

Janet Howard

10/24/03

Item 1. Instructions:

1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: [5] Outstanding [4] Commendable [3] Fully Successful
   [2] Marginal/Minimally Satisfactory (SES) [1] Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After scoring all elements, compute total score by summing individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical ( C or NC ) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1 - 5) | Score |
|---|---|---|---|---|---|
| EXPORT LICENSE APPLICATION REVIEW  <AS AMENDED> | C | N | 0 | | |
| EXPORT LICENSE APPLICATION REVIEW | C | N | 20 | 3 | 60 |
| SPECIAL PROJECTS  <AS AMENDED> | C | N | 0 | | |
| SPECIAL PROJECTS | C | N | 30 | 4 | 120 |
| POST-SHIPMENT VERIFICATION AND PRE-LICENSE CHECK PROGRAM | C | N | 25 | 4 | 100 |
| TEAMWORK, COOPERATION AND SECURITY  <AS AMENDED> | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY  <AS AMENDED> | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY | C | N | 25 | 5 | 125 |
| SED REVIEW PROGRAM | C | N | 0 | | |
| TOTAL SCORE | | | | | 405 |

FOR SES: Turn to reverse side and continue with Item 3.

Item 2. PERFORMANCE RATING    (Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)

- [ ] Outstanding (460-500)
- [X] Commendable (380-459)
- [ ] Fully Successful (290-379)
- [ ] Marginal (200-289)
- [ ] Unacceptable (100-199)

| | | Date |
|---|---|---|
| Rating Official's Signature and Title | Director, SAE DIVISION/OEA | |
| Approving Official's Signature and Title | Director/Office of Enforcement Analysis | 10/26/04 |
| Employee's Signature (Indicates meeting held.) | Employee comments attached? [Y] Yes [ ] No | Date 11/04/04 |

## Section III.  PERFORMANCE RECOGNITION    (General Workforce only; see below for PMRS employees.)

- [ ] QSI (Outstanding rating required.)
- [ ] Performance Award $ _____  ( _____ %)

Appropriation No. _____

Has employee been promoted during the appraisal cycle?   [ ] Yes   [ ] No

| | | Date: |
|---|---|---|
| Rating Official's Signature and Title | Director, SAE DIVISION/OEA | |
| Approving Official's Signature and Title | Director/Office of Enforcement Analysis | Date: |
| Final Approving Authority's Signature | | Date: |
| Payment authorized by Personnel Office | | Date: |

PMRS EMPLOYEES ONLY: IF THE TOTAL SCORE IS 475 OR MORE THE RATING OFFICIAL MAY WISH TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF UP TO 20% OF BASE PAY. SUCH AN AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.

FORM CD-396-PC2 (REV. 12-92)

2  22