# EXHIBIT 10

# CHIEF FINANCIAL OFFICER AND ASSISTANT SECRETARY FOR ADMINISTRATION

**Number:** DOO 10-5 **Effective Date:** 2003-12-31

## SECTION 1. PURPOSE.

.01 This Order prescribes the authority and functions of the Chief Financial Officer and Assistant Secretary for Administration (the Assistant Secretary), and provides for the organizational structure of the office.

.02 This revision changes the title of the Deputy Assistant Secretary for Security to the Director for Security; transfers the management of the telephone and cabling services in the Herbert C. Hoover Building (HCHB) to the Office of the Chief Information Officer; adds the delegation that the Assistant Secretary serves as Co-Chair of the Commerce Information Technology Review Board; changes the 50 percent input into bureau CFOs' annual performance appraisals to 25 percent input by the Deputy CFO in consultation with the CFO/ASA; removes the responsibilities of the Administrative Law Judge (ALJ) since the Department no longer has an ALJ; and generally updates the Order.

## SECTION 2. ADMINISTRATIVE DESIGNATION.

.01 The position of Assistant Secretary of Commerce established by Public Law (P.L.) 83-471 § 304, July 2, 1954, 68 Stat. 430 (15 USC § 1506) shall continue to be designated the Assistant Secretary. The Assistant Secretary is appointed by the President, by and with the advice and consent of the Senate; and shall report and be responsible to the Secretary of Commerce (the Secretary).

.02 The Assistant Secretary shall be assisted by a Deputy Assistant Secretary for Administration who shall be the principal assistant to the Assistant Secretary, and shall Act as the Assistant Secretary during the latter's absence.

## SECTION 3. DELEGATION OF AUTHORITY.

.01 Pursuant to the authority vested in the Secretary by law, and subject to such policies and directives as the Secretary may prescribe, the Assistant Secretary is hereby delegated the authority of the Secretary on all administrative management matters of the Department. This delegation shall include the conduct of all administrative management functions required in the overall management of the Department; the performance of functions related to the position of

l. Carry out the Secretary's responsibilities for protecting the Department's assets, operations, and personnel.

m. Carry out the Secretary's responsibilities for granting easements and other rights of access to real property under 30 U.S.C. §§ 351-359 and 40 U.S.C. §§ 319-319c, ensuring that each document granting an easement or consenting to the lease of mineral rights is approved by the General Counsel prior to execution by the Department in accordance with DAO 216-11.

n. Carry out the Secretary's responsibilities under the Competition in Contracting Act (part of P.L. 98-369).

o. Carry out the Secretary's responsibilities under E.O. 12088 regarding compliance with pollution control standards at all Commerce facilities.

p. Serve as "agency head" under the authorities in 5 U.S.C. Chapter 57 regarding official travel, transportation, and subsistence of Department employees and other individuals traveling on official business for the Department.

q. Carry out the Secretary's responsibilities regarding special studies, reports, technical information, and other related functions under 15 U.S.C. §§ 1525-1527 (P.L. 91-412).

r. Ensure Department compliance with the provisions of the Federal Managers' Financial Integrity Act of 1982 (P.L. 97-255) and act as the designated senior official for the implementation of OMB Circular A-123, "Internal Control Systems," and OMB Circular A-127, "Financial Management Systems."

s. Serve as "agency head" under the authorities in 41 U.S.C. Chapter 4, and 48 CFR Chapter 1, regarding purchases and contracts for property or services, and other procurement-related authorities for the Secretary; and under the authorities in 5 U.S.C. Chapter 71 and 22 U.S.C. Chapter 41 regarding review of collective bargaining agreements.

t. Serve as "Senior Agency Energy Official" and carry out the responsibilities under E.O. 13123 regarding energy and water management and reporting.

.03 Subject to applicable laws and regulations, the Assistant Secretary may, unless specifically prohibited in this Section, redelegate his or her authorities to any officer or employee of the Department subject to such conditions in the exercise of that authority as the Assistant Secretary may prescribe.

**SECTION 4. RESPONSIBILITIES OF THE ASSISTANT SECRETARY.**

.01 The Assistant Secretary shall serve as the principal adviser to the Secretary and Deputy Secretary on administrative management, and shall:

a. Develop and issue policies, standards, and procedures for administrative functions throughout the Department, including the Administrative Support Centers, and provide functional appraisal and supervision in the conduct of administrative functions by organizational units.

b. Provide directly the administrative services required by the Office of the Secretary and, as determined by the Secretary or by agreement (e.g., between the Assistant Secretary and a Secretarial Officer), provide particular administrative services to specified organizational units of the Department or to other governmental organizations.

c. Develop and administer the personnel management policies and programs of the Department,



including the direction, administration, and processing of all matters involving personnel, payroll, and occupational safety and health.

d. Conduct activities to ensure equal employment opportunity in the Department, including affirmative action for employees and job applicants, and to ensure nondiscrimination in Federally-assisted programs, activities, and projects.

e. Develop and implement policies, standards, and procedures for the administration of financial assistance programs of the Department; conduct financial assistance functions for the Office of the Secretary and operating units; and chair the Financial Assistance Review Board in accordance with DAO 203-26.

f. Provide primary procurement support for offices located in the Washington Metropolitan area, excluding the National Oceanic and Atmospheric Administration (NOAA), National Institute of Standards and Technology (NIST), United States Patent and Trademark Office (USPTO), and the Bureau of the Census; and provide senior-level procurement support for operating units responsible for the acquisition of major systems of sufficient cost, size, complexity, or importance to Department goals to warrant centralized procurement support.

g. Manage the HCHB, except for telephone and cabling services which will be the responsibility of the Office of the Chief Information Officer.

h. Ensure a high state of Department planning and readiness for responding to national emergencies and major disasters.

i. Manage the Department's programs for safeguarding national security information (E. O. 12958), personnel security (E.O.s 10450 and 12968), national industrial security (E.O.s 10865 and 12829), physical facility security (as dictated by Presidential directive of June 28, 1995, 41 CFR Chapter 101 and 40 U.S.C. § 601-615), and other programs for protecting the Department's assets, operations, and personnel.

j. Provide publication and printing services (e.g., micropublishing, design, graphics, editing, and distribution), library, mail, messenger, and distribution services.

k. Provide for the Department hearing required to be determined on the record under Section 5 of the Administrative Procedure Act (5 U.S.C. § 554).

l. Grant, in consultation with the General Counsel, easements and other rights of access affecting real property of the United States that is controlled or administered by the Department.

m. Establish policy and procedures for implementing the Competition in Contracting Act (part of P.L. 98-369).

n. Provide coordination and liaison with the Office of Management and Budget, the Department of the Treasury, the Office of Personnel Management, the General Services Administration (GSA), the General Accounting Office (GAO), the House Operations Committee, the Joint Committee on Printing, and the Government Printing Office on administrative matters.

o. Coordinate administrative management matters with other departments and agencies, and represent the Department on related matters with public or private groups.

p. Ensure Department compliance with laws and regulations regarding environmental compliance, pollution management standards, including associated policy development, oversight, prevention, control, and abatement.



Case 1:05-cv-01968-JDB Document 79-11 Filed 05/12/2008 Page 4 of 4