UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Case No. 05-1968 (JDB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an enlargement of time to reply to Plaintiffs' opposition to Defendant's motion to dismiss the second amended complaint, or, in the alternative, for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's Consent Motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, June 6, 2008, to reply to Plaintiffs' opposition to Defendant's motion to dismiss the second amended complaint, or, in the alternative, for summary judgment.

_____                    _____
Date                                                                  JOHN D. BATES
                                                                              United States District Judge