UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET HOWARD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CARLOS GUTIERREZ, Secretary, ) <br> U.S. Department of Commerce, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 05-1968 (JDB) |

## SECOND CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), respectfully moves, by and through its undersigned counsel, for an second enlargement of time to reply to Plaintiffs' Memorandum in Opposition ("Opposition") to Defendant's Motion to Dismiss the Second Amended Complaint, or in the alternative for Summary Judgment ("Motion"). Specifically, Defendant requests that the Court extend the deadline for responding to Plaintiff's Opposition from June 6, 2008, to June 13, 2008 (a one week extension of time). Plaintiffs have graciously consented to the relief sought by this motion. The grounds for this Motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon a single claim of disparate impact race discrimination under Title VII. Additionally, the Second Amended Complaint contains a claim brought by Plaintiff Jordan under the Rehabilitation Act predicated on Defendant's alleged denial of a reasonable accommodation for her disabilities. On December 20, 2007, Plaintiffs' Second Amended Complaint was entered on the Court's docket. Thereafter, on February 21, 2008, Defendant filed

his Motion.  Upon motions by Plaintiffs, the Court granted Plaintiffs extensions of time to oppose Defendant's Motion by Minute Orders, dated March 28, 2008, and April 21, 2008.  On May 15, 2008, Plaintiffs' Opposition was entered on the Court's docket.  Due to delays in defense counsel's incoming mail associated with security screening, defense counsel first obtained a copy of Plaintiffs' Opposition on May 15, 2008, when it was posted to the Court's docket.  On May 22, 2008, Defendant filed a consent motion for a brief extension of time to file its Reply, which the Court granted on May 27, 2008.

Since filing its first extension motion, Agency and defense counsel have been working diligently to analyze the relevant materials and formulate an appropriate reply. However, matters and deadlines in other pending cases (including the unexpected need to file a surreply in an action pending before Judge Friedman) have prevented the completion of a proper Reply. Additionally, Agency counsel is out of the office from today through Friday and, thus, will not be able to assist in finalizing the Reply under the current deadline.  Accordingly, deferring the filing of Defendant's reply for an additional short period of time will allow counsel a sufficient time to prepare an appropriate reply, which could further aid the Court in its consideration of Defendant's Motion.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  This motion represents Defendant's second request for an extension of this deadline, and the fourth request for an extension in this action by undersigned counsel.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension.  Allowing defense counsel a short extension of time to prepare an appropriate reply serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing his reply to Plaintiffs' Opposition be extended to, and including, June 13, 2008. A proposed order is attached.

Dated: June 4, 2008
       Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008, a true and correct copy of above Second Consent Motion for an Extension of Time to Reply, was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Dated: June 4, 2008
　　　　Washington, D.C.

Respectfully submitted,

　　　　/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov