UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,                    )<br>                                                          )<br>            Plaintiffs,                          )<br>                                                          )<br>     v.                                                )<br>                                                          )<br>CARLOS GUTIERREZ, Secretary,    )<br>U.S. Department of Commerce,        )<br>                                                          )<br>            Defendant.                        )<br>                                                          ) | Civil Case No. 05-1968 (JDB) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Second Consent Motion for an enlargement of time to reply to Plaintiffs' opposition to Defendant's motion to dismiss the second amended complaint, or, in the alternative, for summary judgment, and for good cause shown, it is hereby:

ORDERED that Defendant's Consent Motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, June 13, 2008, to reply to Plaintiffs' opposition to Defendant's motion to dismiss the second amended complaint, or, in the alternative, for summary judgment.

_____                                             _____
Date                                                                            JOHN D. BATES
                                                                                        United States District Judge