# EXHIBIT A

FORM C (6-93)

U.S. DEPARTMENT OF COMMERCE

☐ NEW
☐ I/A: _____
MR#: _____
IP#: _____

# CLASSIFICATION AND PERFORMANCE MANAGEMENT RECORD

• Performance Plan   • Performance Appraisal   • Performance Recognition   • Progress Review   • Position Description

Employee's Name: __Janet Howard__   Social Security No.: _____

Position Title: __Export Compliance Specialist__

Pay Plan, Series, Grade/Step: __GS__  __1801__  __12__

Organization:
1. __BUREAU OF INDUSTRY AND SECUR__   4. __SAE DIVISION__
2. __EE__   5. _____
3. __OEA__   6. _____

Rating Period: __10/23/03 to 09/30/04__

Covered By:  ☐ Senior Executive Service   ☐ Performance Management and Recognition System
            ☒ General Workforce           ☐ Other _____

## PART A - POSITION DESCRIPTION

**POSITION CERTIFICATION** - I certify that this is an accurate statement of the major duties and responsibilities of the position and its organization relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violation of such statute or their implementing regulations.

| SUPERVISOR'S SIGNATURE | DATE | SECOND LEVEL SIGNATURE | DATE |
|---|---|---|---|
| Carol S. Bryant [signature] | 10/23/04 | T.W.A. [signature] | 10/26/04 |

| CLASSIFICATION CERTIFICATION | OFFICIAL TITLE: | | | | | |
|---|---|---|---|---|---|---|
| | PP: | SERIES: | FUNC: | GRADE: | I/A: ☐ YES ☐ NO | |

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| NAME AND TITLE OF CLASSIFIER | SIGNATURE | DATE |
|---|---|---|
| | | |

## PART B - PERFORMANCE PLAN

This plan is an accurate statement of the work that will be the basis of the employee's performance appraisal.

| NAME AND TITLE OF FIRST LINE SUPERVISOR/RATING OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| Carol S. Bryant, Director, SAE DIVISION/OEA | [signature] | 10/23/04 |

**APPROVAL** - I agree with the certification of the position description and approve the performance plan.

| NAME & TITLE OF APPROVING OFFICIAL/SES APPOINTING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| Thomas Andrukonis, Director/Office of Enforcement Analysis | T.W.A. [signature] | 10/26/04 |

**EMPLOYEE ACKNOWLEDGEMENT** - My signature acknowledges discussion of the position description and receipt of the plan, and does not necessarily signify agreement.

| SIGNATURE | DATE |
|---|---|
| Janet Howard [signature] | 11/04/04 |

**PRIVACY ACT STATEMENT** - Disclosure of your social security number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

## SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| Janet Howard | 10/22/04 | Amendment 1.1 of 5 |

**Item 1. Performance Element and Objective** (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical  [ ] Non-Critical  [ ] Management-by-Objectives (MBO)

**Element:** EXPORT LICENSE APPLICATION REVIEW
**Objective:** Thwart attempts by unsuitable foreign recipients to illegally acquire sensitive U.S.-origin equipment or materials.

Weighting Factor (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)  **20**

**Item 2. Major Activities** (Identify activities or results that need to be accomplished in support of the performance element.)

1. Perform export enforcement review of export license applications.
2. Make license recommendations within the 6 day limit allowed by OEA timeline.
3. Attempt to detect, confirm, and prevent violations of U.S. export control laws.
4. Utilize ENFORCE/ECASS database for OEA export enforcement concerns. Continuously review new IDs and the ECCN Country reports for preventive enforcment concerns.
5. Analyze financial reports, intelligence reports from other agencies, open source reports, and cable traffic to detect, confirm and prevent violations of the Export Administration Act.
6. Continuously monitor, review, interpret, and maintain the accumulated data to discover gaps in information that may have an adverse effect on export enforcement efforts, and to take immediate action to eliminate such gaps.
7. To maintain complete and accurate files in alphabetical order of all monitored entities. Continuously update file information on these entities.

**Item 3. Criteria for Evaluation** (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

1. Ability to research, analyze, and interpret open source, intelligence, financial, statistical, and economic information.
2. Knowledge of ECASS/ENFORCE database.
3. Knowledge of the substance and content of the EAA and EAR.
4. Understanding and ability to interpret all forms and documents associated with export licensing procedures.
5. Recommendations on license applications are thorough, concise, and demonstrate sound reasoning and logical conclusions.
6. Recommentations are made within 6 days of the date the application is flagged to the analyst's code.
7. Maintains complete and up-to-date records of monitored entities.
8. New IDs and ECCN reports are reviewed the same day the reports are received.
9. New ID hits are forwarded to analysts/agents the same day of review. PLCs from ECCN reports are requested the same day of review.

**Optional Initial Block**

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

| Name | | Date | Element No. |
|---|---|---|---|
| Janet Howard | | 10/24/03 | Amendment 1.1 of 5 |
| Element: | | | |
| EXPORT LICENSE APPLICATION REVIEW | | | |

**Item 3. Criteria for Evaluation (continued)**

10.  For fully successful all license recommendations must be made in an average of 6 calendar days from the date the applications are flagged to the analyst's code for the performance period, unless specific factors delaying recommendations are made aware to and cleared by the Division Director.

## SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| Janet Howard | 10/22/04 | Amendment 2.1 of 5 |

**Item 1. Performance Element and Objective** (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical    [ ] Non-Critical    [ ] Management-by-Objectives (MBO)

Element: SPECIAL PROJECTS
Objective: Analytical projects supportive of office operations and objectives as assigned.

Weighting Factor (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)

**30**

**Item 2. Major Activities** (Identify activities or results that need to be accomplished in support of the performance element.)

1. Closely monitor assigned geographic areas; gather, analyze, and maintain information concerning weapons of mass destruction programs, transshipment points, terrorism, technology transfers/deemed exports, and proliferation issues pertaining to assigned countries of concern.
2. Collect, organize, and maintain information related to other assigned projects.
3. Represent OEA at intergovernmental meetings related to a project as appropriate.
4. Coordinate with other BIS units and other U.S. Government agencies concerned with a project.
5. Access and effectively utilize all established sources of information regarding a project and develop new sources of information and data.
6. Present oral and/or written results of a research project to division director, OEA, or EE management and personnel as appropriate.
7. Advise and inform colleagues of information developed through a project that may have a direct impact on other office research projects or other professional duties.
8. Prepares and submits weekly reports to the division director by COB Tuesdays. The reports follow a format provided by the supervisor.

**Item 3. Criteria for Evaluation** (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

1. Data collection is exhaustive and makes use of all available resources, demonstrating a professional understanding of the assigned project.
2. Research and analysis exhibit clarity, logical reasoning, thoroughness, and consistency.
3. Finished analysis indicates a logical progression of research using sound reasoning and accurate correlation of all relevant information.
4. Reports are presented in final form on or before the due date.
5. Reports are concise, logical, clear and suitable for dissemination to other concerned U.S. government agencies.
6. Weekly reports are prepared and submitted when due.

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

# SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| Janet Howard | 10/24/03 | 3 of 5 |

**Item 1. Performance Element and Objective** (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical   [ ] Non-Critical   [ ] Management-by-Objectives (MBO)

Element: POST-SHIPMENT VERIFICATION AND PRE-LICENSE CHECK PROGRAM
Objective: Conducts reviews of licensing and related data for PLC and PSV candidates in accordance with the protocol for PLCs and PSVs.

Weighting Factor (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)

25

**Item 2. Major Activities** (Identify activities or results that need to be accomplished in support of the performance element.)

1. Initiates PLCs and prepares PSV requests in a clear, concise, logical and consistent manner.
2. Presents professional PSV work consistent with established OEA form and format requirements, submitting PSVs in proper Wordperfect format via e-mail to the division director, and simultaneously provides supporting documentation to the division director for review.
3. Prepares PSV requests in accordance with PSV conditions placed on approved export licenses after receiving requested shipping documents.
4. Conducts research of existing databases to select PLC and PSV candidates in accordance with OEA's protocol for conducting PLCs/PSVs, based on regional assignments.
5. Makes referrals to OEE of unfavorable and/or questionable PLC/PSV results.

**Item 3. Criteria for Evaluation** (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

1. Final work product meets requirements for accuracy, clarity, thoroughness, and timeliness consistent with scope, purpose, form, and format.      2. Final work product infrequently requires corrections or revisions.
3. Makes timely referrals to OEE relating to unfavorable or questionable PLCs and PSVs.
4. PSV drafts are completed within 48 hours of assignment.
5. PSV closeouts are completed within 48 hours of PSV incoming cable entries into the tickler.
6. PLC closeouts and license recommendations are completed within 48 hours of application being returned to the tickler.
7. Code 2 flags for favorable PLCs are removed within 48 hours of recommendation being countersigned.
8. Appropriate screen code for unfavorable or questionable PLC and PSV replies is assigned immediately upon completing the processing of the incoming reply.

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

FORM CD-396A-PC1 (REV. 12-92)

## SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| Janet Howard | 10/22/04 | Amendment 4.2 of 5 |

Item 1.  Performance Element and Objective    (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical       [ ] Non-Critical       [ ] Management-by-Objectives (MBO)

**Element:** TEAMWORK, COOPERATION AND SECURITY
**Objective:** To foster cooperation and assistance between OEA employees, between employees and management, and between OEA and external customers; and to foster security awareness.

Weighting Factor  (Weights reflect the amount of time devoted to accomplishing the element and/or its importance.  Weight for performance plans must total 100.  Enter weight for this element in the adjacent block.)

25

Item 2.  Major Activities    (Identify activities or results that need to be accomplished in support of the performance element.)

1. Exhibits professional office behavior and shows respect and courtesy for office staff, co-workers, and management.
2. Develops and maintains good working relationships with office staff, co-workers, and management.
3. Responds cooperatively and in a timely manner to management and support staff requests for information and assistance.
4. Communicates with co-workers and management in a cooperative and timely manner--including timely checking of incoming e-mail requests (at a minimum three times a day including an early morning, mid-day, and late afternoon check)--and ensures such communications are responded to within set deadlines.
5. Shares information and resources to help accomplish OEA goals.
6. Performs tasks and engages in activities which involve mutual concerns, goals, or objectives, where the interests of more than one organizational component are concerned.
7. E-mails and other communications to internal BIS employees and external customers are professional, courteous, and responsive, and adhere to proper office decorum.
8. Adheres to physical security requirements.
9. Maintains an accurate and complete log of all assigned Secret documents.
10. Observes all security requirments when handling and controlling classified materials.

Item 3.  Criteria for Evaluation   (Use the generic performance standards printed in Appendix A.  Supplemental performance standards may also be specified below.)

Generic performance standards apply.  In addition, performance at the Fully Successful level includes the following standards (all timed tasks meet time goal 75% of the time for FS).  See attached Appendix (A)--Supplemental performance standards:
1. Thorough knowledge about the substance and content of BIS's security program as outlined in the Office of Security and Management Support Security Resource Manual.
2. Treats all classified materials in strict accordance with all applicable laws, executive orders, directives, and regulations.

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

FORM CD-396A-PC1 (REV. 12-92)

# SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| Janet Howard | 10/24/03 | 5.del of 5 |

**Item 1. Performance Element and Objective** (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical     [ ] Non-Critical     [ ] Management-by-Objectives (MBO)

**Element:** SED REVIEW PROGRAM
**Objective:** Detect violations of the Export Administration Act and Regulations.

**Weighting Factor** (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)

0

**Item 2. Major Activities** (Identify activities or results that need to be accomplished in support of the performance element.)

1. Analyze SEDs for enforcement concerns and refer leads to the Office of Export Enforcement (OEE) as appropriate.
2. Attempt to detect and confirm violations of U.S. export control laws.
3. Analyze patterns and trends of violations via EIN searches in the SED database.
4. Analyze specifics of export transactions to attempt to detect non-compliance with license authorizations.
5. Bolster and enhance existing OEE investigations with additional SED violation leads.
6. Refers to the Census Bureau's Harmonized Tariff Schedule containing Schedule B information when applicable (e.g. definition of Schedule B number).
7. Unusual trends or patterns of violations are brought to the attention of the division director for consultation as appropriate.

**Item 3. Criteria for Evaluation** (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

1. Makes use of the SED database and all available resources demonstrating a professional understanding of these resources.
2. Quality of SED referrals to OEE demonstrates an understanding of the SED review program, sound accessments of findings via available sources, logical analysis of SED content, and synthesis of all relevant and related information.
3. Final work product is completed on or before the due date.

**Optional Initial Block**

| Emp. | Date | Supv. | Date |
|---|---|---|---|
| | | | |

FORM CD-396A-PC1 (REV. 12-92)

| Name | Date | Element No. |
|------|------|-------------|
| Janet Howard | 10/22/04 | Amendment 1.1 of 5 |

**Element:**

EXPORT LICENSE APPLICATION REVIEW

Item 5.  Element Rating & Justification    (Support rating in space below.)
5- Outstanding   4- Commendable   3- Fully Successful   2- Marginal/Minimally Satisfactory (SES)   1- Unacceptable/Unsatisfactory (SES)   Enter Rating 1-5 in adjacent block: **3**

The employee has met the Fully Successful standards of this element and the rating has been discussed with the employee.

| Name | Date | Element No. |
|------|------|-------------|
| Janet Howard | 10/22/04 | Amendment 2.1 of 5 |

**Element:**

SPECIAL PROJECTS

Item 5.  Element Rating & Justification    (Support rating in space below.)
5- Outstanding   4- Commendable   3- Fully Successful   2- Marginal/Minimally Satisfactory (SES)   1- Unacceptable/Unsatisfactory (SES)   Enter Rating 1-5 in adjacent block: **4**

See Attached.

| Name | Date | Element No. |
|------|------|-------------|
| Janet Howard | 10/24/03 | 3 of 5 |

**Element:**

POST-SHIPMENT VERIFICATION AND PRE-LICENSE CHECK PROGRAM

Item 5.  Element Rating & Justification    (Support rating in space below.)
5- Outstanding   4- Commendable   3- Fully Successful   2- Marginal/Minimally Satisfactory (SES)   1- Unacceptable/Unsatisfactory (SES)   Enter Rating 1-5 in adjacent block: **4**

See Attached.

| Name | Date | Element No. |
|------|------|-------------|
| Janet Howard | 10/22/04 | Amendment 4.2 of 5 |

**Element:**

TEAMWORK, COOPERATION AND SECURITY

Item 5.  Element Rating & Justification    (Support rating in space below.)
5- Outstanding   4- Commendable   3- Fully Successful   2- Marginal/Minimally Satisfactory (SES)   1- Unacceptable/Unsatisfactory (SES)   Enter Rating 1-5 in adjacent block: **5**

See Attached.

| Name | Date | Element No. |
|---|---|---|
| Janet Howard | 10/24/03 | 5 del of 5 |

Element:

SED REVIEW PROGRAM

Item 5. Element Rating & Justification    (Support rating in space below.)

5- Outstanding    4- Commendable    3- Fully Successful    2- Marginal/Minimally Satisfactory (SES)    1- Unacceptable/Unsatisfactory (SES)    Enter Rating 1-5 in adjacent block  [ ]

FORM CD-396A-PC2 (REV. 12-92)

## SECTION II - PERFORMANCE SUMMARY AND RATING

Name
Janet Howard                                                                10/24/03

Item 1. Instructions:
1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: [5] Outstanding  [4] Commendable  [3] Fully Successful
   [2] Marginal/Minimally Satisfactory (SES)  [1] Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After scoring all elements, compute total score by summing individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1 - 5) | Score |
|---|---|---|---|---|---|
| EXPORT LICENSE APPLICATION REVIEW  <AS AMENDED> | C | N | 0 | | |
| EXPORT LICENSE APPLICATION REVIEW | C | N | 20 | 3 | 60 |
| SPECIAL PROJECTS  <AS AMENDED> | C | N | 0 | | |
| SPECIAL PROJECTS | C | N | 30 | 4 | 120 |
| POST-SHIPMENT VERIFICATION AND PRE-LICENSE CHECK PROGRAM | C | N | 25 | 4 | 100 |
| TEAMWORK, COOPERATION AND SECURITY  <AS AMENDED> | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY  <AS AMENDED> | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY | C | N | 25 | 5 | 125 |
| SED REVIEW PROGRAM | C | N | 0 | | |
| TOTAL SCORE | | | | | 405 |

FOR SES: Turn to reverse side and continue with Item 3.

Item 2. PERFORMANCE RATING   (Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)

☐ Outstanding (460-500)   [X] Commendable (380-459)   ☐ Fully Successful (290-379)   ☐ Marginal (200-289)   ☐ Unacceptable (100-199)

Rating Official's Signature and Title                                      Date
_[signature]_                Director, SAE DIVISION/OEA            10/22/04

Approving Official's Signature and Title                                   Date
_[signature]_                Director/Office of Enforcement Analysis   10/26/04

Employee's Signature (Indicates meeting held.)      Employee comments attached?   Date
_[signature] Janet Howard_                           ☐ Yes   [X] No              11/04/04

### Section III. PERFORMANCE RECOGNITION   (General Workforce only; see below for PMRS employees.)

☐ QSI (Outstanding rating required.)            ☐ Performance Award $ _____ ( ____ %)

                                                Appropriation No. _____

Has employee been promoted during the appraisal cycle?   ☐ Yes   ☐ No

Rating Official's Signature and Title                                      Date:
                             Director, SAE DIVISION/OEA

Approving Official's Signature and Title                                   Date:
                             Director/Office of Enforcement Analysis

Final Approving Authority's Signature                                      Date:

Payment authorized by Personnel Office                                     Date:

PMRS EMPLOYEES ONLY: IF THE TOTAL SCORE IS 475 OR MORE THE RATING OFFICIAL MAY WISH TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF UP TO 20% OF BASE PAY. SUCH AN AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.

FORM CD-396-PC2 (REV. 12-92)

## Export Compliance Specialist Janet Howard - FY 04 Performance Evaluation Narrative:

During the performance cycle, Ms. Howard's license recommendations and average license processing times relating to her export license application reviews were in accordance with the Office of Enforcement Analysis' (OEA) strategic performance goals for FY 04, exceeding OEA's set deadlines. Ms. Howard made several license application recommendations during the rating cycle with an average 3-day processing time, which assisted OEA in maintaining its license processing averages within set processing goal deadlines of six days.

During the rating period, Ms. Howard was assigned numerous Post-Shipment Verification (PSV) follow-ups within the South Asia/Europe (SAE) Division, and obtained or attempted to obtain applicable shipping documentation required to be submitted by the exporter after a shipment takes place against an export license issued by the Bureau. Ms. Howard had one of the largest number of PSV follow-up assignments within the SAE Division, and sometimes made several contacts with a single exporter in order to obtain or attempt to obtain the applicable shipping documentation. In addition to obtaining this documentation, Ms. Howard also initiated leads to the Office of Export Enforcement (OEE) in instances where exporters failed to comply with the document production requirement under the PSV license condition. Ms. Howard made significant contributions to the post-shipment verification program.

During FY04, Ms. Howard provided support to the Office of Export Enforcement relating to its "Sentinel" Program, which involves completing end-use checks overseas. Ms. Howard provided the OEE teams destined for Japan, South Korea, Chile and Panama with lists of end-use check candidates and country background papers. Ms. Howard also initiated the coordination process for the team's pre-departure technical training for the Chile and Panama trips. Ultimately, the Japan trip was canceled and did not occur within the fiscal year. Ms. Howard handled these special project assignments and responsibilities in a commendable fashion, and both she and OEA management received positive feedback from the OEE Chile/Panama Sentinel team regarding her useful support and helpful contributions in this area.

As a member of the SAE Division, Ms. Howard was involved in the review and referral of several visa applications involving foreign nationals within her assigned geographical areas of responsibility during the rating period, which were of strategic interest and involved possible technology transfers/deemed exports and "Project Outreach" opportunities for OEE. Ms. Howard researched available sources of information when generating her visa leads, such as the enforcement database (IMS/Investigative Management System) and the Bureau's licensing database (ECASS).

Based on the above stated reasons, Ms. Howard is rated commendable for her performance in FY 04.

## SECTION II - PERFORMANCE SUMMARY AND RATING

Name: Janet Howard                                        10/24/03

Item 1. Instructions:

1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: [5] Outstanding  [4] Commendable  [3] Fully Successful
   [2] Marginal/Minimally Satisfactory (SES)  [1] Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After scoring all elements, compute total score by summing individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1 - 5) | Score |
|---|---|---|---|---|---|
| EXPORT LICENSE APPLICATION REVIEW <AS AMENDED> | C | N | 0 | | |
| EXPORT LICENSE APPLICATION REVIEW | C | N | 20 | 3 | 60 |
| SPECIAL PROJECTS <AS AMENDED> | C | N | 0 | | |
| SPECIAL PROJECTS | C | N | 30 | 4 | 120 |
| POST-SHIPMENT VERIFICATION AND PRE-LICENSE CHECK PROGRAM | C | N | 25 | 4 | 100 |
| TEAMWORK, COOPERATION AND SECURITY <AS AMENDED> | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY <AS AMENDED> | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY | C | N | 25 | 5 | 125 |
| SED REVIEW PROGRAM | C | N | 0 | | |
| TOTAL SCORE | | | | | 405 |

FOR SES: Turn to reverse side and continue with Item 3.

Item 2. PERFORMANCE RATING    (Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)

☐ Outstanding (460-500)   ☒ Commendable (380-459)   ☐ Fully Successful (290-379)   ☐ Marginal (200-289)   ☐ Unacceptable (100-199)

Rating Official's Signature and Title: [signature]  Director, SAE DIVISION/OEA    Date: 10/22/04

Approving Official's Signature and Title: [signature]  Director/Office of Enforcement Analysis    Date: 10/26/04

Employee's Signature (Indicates meeting held.): [signature Janet Howard]   Employee comments attached? ☒ Yes ☐ No   Date: 11/04/04

## Section III. PERFORMANCE RECOGNITION  (General Workforce only; see below for PMRS employees.)

☐ QSI (Outstanding rating required.)         ☐ Performance Award $ _____ ( _____ %)

                                              Appropriation No. _____

Has employee been promoted during the appraisal cycle?  ☐ Yes  ☐ No

Rating Official's Signature and Title                                  Date:
                        Director, SAE DIVISION/OEA

Approving Official's Signature and Title                               Date:
                        Director/Office of Enforcement Analysis

Final Approving Authority's Signature                                  Date:

Payment authorized by Personnel Office                                 Date:

PMRS EMPLOYEES ONLY: IF THE TOTAL SCORE IS 475 OR MORE THE RATING OFFICIAL MAY WISH TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF UP TO 20% OF BASE PAY. SUCH AN AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.

FORM CD-396-PC2 (REV. 12-92)

November 9, 2004

MEMORANDUM FOR:   Tom Andrukonis
                  Director
                  Office of Enforcement Analysis

                  Carol S. Bryant
                  Director South Asia/ Europe Division (SAE)
                  Office of Enforcement Analysis

FROM:             Janet Howard
                  Export Compliance Specialist
                  Office of Enforcement Analysis

SUBJECT:          Refuse Signing of 2004 Performance Management Record

## Fiscal Year 2004 Performance Management Record Comments

**Statement:** After meeting with Carol S. Bryant on November 4, 2004, I realized upon returning back to my office that the overall rating score I had received (405) was 5 points lower than what I received.

This statement serves as an official notice of why I refuse to sign my FY-2004 Final Performance Evaluation Plan. I do not agree with the performance rating of "Commendable, rating number - 405". It does not adequately nor accurately reflect my 2004 work performance. Therefore, I elect not to sign my 2004 Final Performance Evaluation Plan.

*[signature: Janet Howard]*

Janet Howard
Export Compliance Specialist