# EXHIBIT C

FORM CD-516 LF
(6-93)

U.S. DEPARTMENT OF COMMERCE

☐ NEW
☐ I/A: _____
MR#: _____
IP#: _____

# CLASSIFICATION AND PERFORMANCE MANAGEMENT RECORD

• Performance Plan   • Performance Appraisal   • Performance Recognition   • Progress Review   • Position Description

Employee's Name: __JOYCE E. MEGGINSON__   Social Security No.: _____

Position Title: __Management/Program Analyst__

Pay Plan, Series, Grade/Step: __GS__   __0343__   __9__

Organization:  1. __Office of Spectrum Managemen__   4. _____
               2. _____   5. _____
               3. _____   6. _____

Rating Period: __10/01/97 to 09/30/98__

Covered By:  ☐ Senior Executive Service   ☐ Performance Management and Recognition System
             ☒ General Workforce   ☐ Other _____

## PART A - POSITION DESCRIPTION

**POSITION CERTIFICATION** - I certify that this is an accurate statement of the major duties and responsibilities of the position and its organization relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violation of such statute or their implementing regulations.

| SUPERVISOR'S SIGNATURE | DATE | SECOND LEVEL SIGNATURE | DATE |
|---|---|---|---|
|   |   |   |   |

**CLASSIFICATION CERTIFICATION**

OFFICIAL TITLE:

| PP: | SERIES: | FUNC: | GRADE: | I/A: ☐ YES ☐ NO |
|---|---|---|---|---|

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| NAME AND TITLE OF CLASSIFIER | SIGNATURE | DATE |
|---|---|---|
|   |   |   |

## PART B - PERFORMANCE PLAN

This plan is an accurate statement of the work that will be the basis of the employee's performance appraisal.

| NAME AND TITLE OF FIRST LINE SUPERVISOR/RATING OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| Richard D. Parlow, Associate Administrator, OSM | [signature] | 10/16/99 |

**APPROVAL** - I agree with the certification of the position description and approve the performance plan.

| NAME & TITLE OF APPROVING OFFICIAL/SES APPOINTING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| Shirl Kinney, Deputy Assistant Secretary, NTIA | [signature] Shirl Kinney | 12-17-97 |

| EMPLOYEE ACKNOWLEDGEMENT - My signature acknowledges discussion of the position description and receipt of the plan, and does not necessarily signify agreement. | SIGNATURE [signature] Joyce E. Megginson | DATE 12/16/97 |
|---|---|---|

**PRIVACY ACT STATEMENT** - Disclosure of your social security number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

# SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | not executed | 1 of 4 |

**Item 1. Performance Element and Objective** (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical    [ ] Non-Critical    [ ] Management-by-Objectives (MBO)

**Element:** Program Planning and Financial Management Assistance
**Objective:** Provide appropriate support to OSM Management to help ensure that OSM program objectives are met within budget allocations.

Weighting Factor (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)

| 30 |
|---|

**Item 2. Major Activities** (Identify activities or results that need to be accomplished in support of the performance element.)

1. Monitor and reduce prior year unliquidated obligations. As part of this effort, provide by the fifth of each month a monthly written report to supervisor of actions taken in the past month and of planned actions for the next month.

2. Assist in preparing and monitoring OSM's overhead budget. As part of this effort, provide, within one week of receipt of an OSM cost-to-complete plan, a written report to supervisor regarding the OSM overhead cost center (9011900) describing each expenditure-to-date and each planned expenditure. The report on each entry should include:

   - nature of charge, e.g. Annapolis phone, maintenance of SEAD Xerox, rent,
   - program involved, and
   - time period covered.

3. Assist in maintaining and monitoring financial data for OSM programs.

4. Maintain on-going log of tasks and action items assigned by the Associate Administrator or Deputy Assoc. Administrator to OSM staff elements.

5. Maintain a file and database of FCC filings and provide updated status reports to OSM staff.

**Item 3. Criteria for Evaluation** (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

FORM CD-396A-PC1 (REV. 12-92)

## SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | not executed | 2 of 4 |

Item 1. Performance Element and Objective   (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[x] Critical    [ ] Non-Critical    [ ] Management-by-Objectives (MBO)

Element:  Management Analysis
Objective: Provide management analysis to OSM Management

Weighting Factor (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)

25

Item 2. Major Activities   (Identify activities or results that need to be accomplished in support of the performance element.)

1. Conduct studies of work processes and procedures identified by supervisor. Identify problems and make tentative recommendations for problem resolution.

2. As assigned by supervisor assist in the development of directives and the design, development, documentation and implementation of various reporting systems.

3. Review reports and studies identified by supervisor to ensure that user requirements are met and appropriate rules and regulations are utilized.

4. Develop a plan for a centralized electronic visual aids file, to assure implementation of the system by the end of calendar year 98.

Item 3. Criteria for Evaluation (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

FORM CD-396A-PC1 (REV. 12-92)

## SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | not executed | 3 of 4 |

**Item 1. Performance Element and Objective**  (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[X] Critical      [ ] Non-Critical      [ ] Management-by-Objectives (MBO)

**Element:** Administrative Support

**Objective:** Provide administrative support to OSM management in property management and security matters

**Weighting Factor** (Weights reflect the amount of time devoted to accomplishing the element and/or its importance. Weight for performance plans must total 100. Enter weight for this element in the adjacent block.)     **30**

**Item 2. Major Activities** (Identify activities or results that need to be accomplished in support of the performance element.)

1. Serve as Property Custodian for OSM Washington. As part of this effort ensure that all OSM personnel in Washington have completed the PROPERTY HAND RECEIPT and that these records are maintained to reflect all changes of accountable property.

2. Order material and maintain records, including the requestor, the cost and the object, for all front office credit card purchases.

3. Serve as point of contact in OSM for all security matters.

4. Submit quarterly classified data indexes as required.

5. Ensure all safe combinations are changed when required.

6. Maintain list of personnel authorized to receive classified material and ensure security clearances are requested for OSM personnel as necessary.

**Item 3. Criteria for Evaluation** (Use the generic performance standards printed in Appendix A. Supplemental performance standards may also be specified below.)

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

FORM CD-396A-PC1 (REV. 12-92)

| SECTION I - PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL RECORD |||
|---|---|---|
| Name<br>JOYCE E. MEGGINSON | Date<br>not executed | Element No.<br>4 of 4 |

Item 1. Performance Element and Objective   (Identify as Critical or Non-critical, and if it is being tracked at the Department level.)

[X] Critical   [ ] Non-Critical   [ ] Management-by-Objectives (MBO)

Element:  Responsiveness
Objective: Be responsive to assignments from the Deputy and Associate Administrator, OSM.

Weighting Factor  (Weights reflect the amount of time devoted to accomplishing the element and/or its importance.  Weight for performance plans must total 100.  Enter weight for this element in the adjacent block.)

15

Item 2. Major Activities   (Identify activities or results that need to be accomplished in support of the performance element.)

1. Perform special assignments for the Deputy or Associate Administrator, OSM or other supervisory officials and produce a quality product.

2. Actively promote the implementation of NTIA's Strategic Plan at the office and program level and support the on-going strategic planning process.

3. Creates, processes, or handles classified national security information.

Item 3. Criteria for Evaluation   (Use the generic performance standards printed in Appendix A.  Supplemental performance standards may also be specified below.)

Optional Initial Block

| Emp. | Date | Supv. | Date |
|---|---|---|---|
|  |  |  |  |

FORM CD-396A-PC1 (REV. 12-92)

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | 04/07/98 | 1 of 4 |

**Element:**

Program Planning and Financial Management Assistance

Item 4. Progress Reviews (Indicate progress toward accomplishing this element, the need for any adjustments to the plan, or areas where performance needs to be improved.)

Major Activities:

Continue preparing reports on unliquidated obligations each month and monitoring OSM's overhead budget.

Maintain the file and database of FCC filings that Russ Slye has developed and provide updated status reports as specified. Russ Slye will provide information on the documents and their location on the FCC Web site and Daily Digest. These documents will need to be downloaded and printed and entered into the database. Guidance will be provided on the type of information that needs to be obtained from the documents and entered into the database.

| Employee's Initials | Date | Employee's Initials | Date | Supervisor's Initials | Date | Supervisor's Initials | Date |
|---|---|---|---|---|---|---|---|
| *jem* | 4/17/98 | | | *[sig]* | 4/20/98 | | |

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | 04/07/98 | 2 of 4 |

**Element:**

Management Analysis

Item 4. Progress Reviews (Indicate progress toward accomplishing this element, the need for any adjustments to the plan, or areas where performance needs to be improved.)

Major Activities:

Emphasis placed on documenting OSM office space and its use. Also emphasize the development of a centralized electronic visual aids file to assure implementation of the system in a timely manner. It is expected that this can be accomplished by the end of calendar year 98.

OSM will have critical space problem in the near future. In order to address this in a timely manner, I would like to have you provide a schedule for the completion of this assessment. Information that will be needed was provided on April 2, 1998.

~~Previous request to perform leave audits will not be done and will instead be accomplished by the appropriate timekeeper.~~

| Employee's Initials | Date | Employee's Initials | Date | Supervisor's Initials | Date | Supervisor's Initials | Date |
|---|---|---|---|---|---|---|---|
| *jem* | 4/17/98 | | | *[sig]* | 4/28/98 | | |

FORM CD-396A-PC2 (REV. 12-92)

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | 04/07/98 | 3 of 4 |

**Element:**

Administrative Support

Item 4. Progress Reviews   (Indicate progress toward accomplishing this element, the need for any adjustments to the plan, or areas where performance needs to be improved.)

Major Activities:

Continue the 6 activities listed with emphasis on the property inventory for the 1st and 4th floor and the security inspection and new security tracking system by the Department.

| Employee's Initials | Date | Employee's Initials | Date | Supervisor's Initials | Date | Supervisor's Initials | Date |
|---|---|---|---|---|---|---|---|
| *[signed]* | 4/17/98 | | | *[signed]* | 4/20/98 | | |

| Name | Date | Element No. |
|---|---|---|
| JOYCE E. MEGGINSON | 04/07/98 | 4 of 4 |

**Element:**

Responsiveness

Item 4. Progress Reviews   (Indicate progress toward accomplishing this element, the need for any adjustments to the plan, or areas where performance needs to be improved.)

Major Activities: No changes required.

| Employee's Initials | Date | Employee's Initials | Date | Supervisor's Initials | Date | Supervisor's Initials | Date |
|---|---|---|---|---|---|---|---|
| *[signed]* | 4/17/98 | | | *[signed]* | 4/20/98 | | |

FORM CD-396A-PC2 (REV. 12-92)

September 18, 1998

Employee:   Joyce E. Megginson

Summary Rating for 10/1/97 to 09/30/98

|  |  | Weight | Rating | Score |
|---|---|---|---|---|
| Element 1: | Program Planning and Financial Management Assistance | 30 | 3 | 90 |
| Element 2: | Management Analysis | 25 | 3 | 75 |
| Element 3: | Administrative Support | 30 | 3 | 90 |
| Element 4: | Responsiveness | 15 | 3 | 45 |

                              SUMMARY SCORE                                   300

The monthly reports on unliquidated obligations and OSM overhead account describing each expenditure-to-date and each planned expenditure have not been available since March 1, 1998.

At the midterm review, emphasis was placed on documenting OSM office space and its use because of the Annapolis move and impending new hires required placing personnel in the Associated Administrator's and SP&P Director's office and doubling up of personnel in other one person offices. This work was requested on April 2, 1998 and completed in July 1998..

The property files were requested to be updated for all OSM individuals the week of August 10th. Ms. Megginson was requested to verify all equipment located in OSM offices on the 1st and 4th floors and also all equipment signed for by those individuals and used outside the Department of Commerce.

Emphasis was also placed on developing a centralized electronic visual aids file by the end of the year. This task has not been started.

Ms. Megginson has completed some of the tasks specified in the performance plan. She has not started some of the tasks or completed others in a timely manner.

Based on her accomplishments to date, Ms. Megginson's performance is rated as fully satisfactory.

_William T. Hatch_ (Rating Official)          9/21/98
William T. Hatch (Rating Official)              Date

_William T. Hatch_ (signature)  9/21/98
William T. Hatch (Approving Official)                Date

_____                      _____
Joyce E. Megginson (Employee)                        Date