UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO STAY DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT , OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT

Plaintiff's Janet Howard, Tanya Ward Jordan, Joyce E. Megginson , Pro se litigants, hereby requests the Court to STAY it's decision to dismiss, or in the alternative, for summary judgment pending the outcome of Plaintiff's motion for Reconsideration.

Respectfully submitted,

*[signature]*

Janet Howard
Pro Se
P.O. Box 1454
Spotsylvania, VA 22553
Janet_17771@Netzero.net
(540) 895-5779

RECEIVED
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Joyce E. Megginson*
Joyce E. Megginson
Pro Se
310 Bogota Drive
Ft. Washington, MD 20744
Joymegg@aol.com
(301) 292-3308

*Tanya Ward Jordan*
Tanya Ward Jordan
Pro Se
3003 Keverton Drive
Upper Marlboro, MD 20774
TanyaW.Jordan@verizon.net
(301) 390-4306

## CERTIFICATE OF SERVICE

I hereby certify that on June __12,__ 2008, a copy of the foregoing was filed in U.S. District Court. Notice of filing was mailed via U.S. Postal Service at to the following parties.

_Janet Howard_

Janet Howard


United States District
Court for the District
    Of Columbia

Brian P. Hudak
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530