UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| Defendant. ) | |

## ORDER

Plaintiff's Motion to Stay Defendant's Motion to Dismiss the Second Amended Complaint, or in the Alternative, for Summary Judgment is GRANTED.

*Accordingly, it is th*is _____ *day of June 2008* hereby:

**ORDERED** that Janet Howard, Joyce E. Megginson, Tanya Ward Jordan Motion to Stay Defendant's Motion to Dismiss the Second Amended Complaint, or in the Alternative is GRANTED.

_____

Judge John D. Bates

United States District Judge

7