UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al. )<br><br>Plaintiffs, )<br>v. )<br> )<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>Defendant. ) | Civil Action No. 05-1968 (JDB) |

### ORDER

For the reason stated above and, upon consideration of Plaintiff's Motion for Reconsideration. The written argument of Plaintiff's Pro Se, and the record of the case, the Court concludes that, for the reasons set forth by the court, Janet Howard, Joyce E. Megginson, and Tanya Ward Jordan, request for reconsider be GRANTED.

*Accordingly, it th*is _____ *day of June 2008* hereby:

**ORDERED** that Janet Howard, Joyce E. Megginson, Tanya Ward Jordan Motion for Reconsideration is GRANTED.

_____

Judge John D. Bates

United States District Judge