# EXHIBIT



# GENERAL COUNSEL

## PROJECT 7030000 - EXECUTIVE SUPPORT

**DESCRIPTION OF SERVICE:** This office was established by senior DOC officials to handle the Department's overall relationship with the Intelligence Community and senior Community officials.

The office provides all-source intelligence support to the Secretary and other senior level DOC decision makers in the development and implementation of Department programs, policies, and activities.

**BASIS OF CHARGE - AUTOMATIC MONTHLY:** Workload for each bureau determined by the Executive Support office director based on historical and projected services used.

## PROJECT 7031000 - CLASS ACTION SUIT (Initiated in FY-2001)

**DESCRIPTION OF SERVICE:** The Employment and Labor Law Division, Office of the Assistant General Counsel for Administration, is responsible for providing legal representation on behalf of the Department in the conduct of the class action litigation, Janet Howard v. Donald Evans, Secretary, Department of Commerce, Agency No. 95-67-0198. The class action involves employees from all operating units of the Department, and the Division provides advice and representation on this matter across organizational lines.

**BASIS OF CHARGE - AUTOMATIC MONTHLY:** Each bureau's share of the total enacted FTE as shown for FY 2000 in the Departmental Congressional Request for FY 2001.

7

## GENERAL COUNSEL

### EXECUTIVE SUPPORT (PROJECT 7030000)

**Description of Service:** This office was established by senior DoC officials to handle the Department's overall relationship with the Intelligence Community and senior Community officials. The office provides all-source intelligence support to the Secretary and other senior level DoC decision makers in the development and implementation of Department programs, policies, and activities.

**Basis of Charge - Automatic Monthly:** There are two parts to this billing algorithm: (1) PTO costs are allocated and billed according to the Memorandum of Agreement between PTO and the Office of the Secretary; and (2) the remaining costs are billed according to the workload for each bureau as determined by the Executive Support office director based on historical and projected services used.

### CLASS ACTION SUIT (Initiated in FY-2001) (PROJECT 7031000)

**Description of Service:** The Complex Litigation Unit is responsible for providing legal representation on behalf of the Department in the conduct of the class action litigation (EEOC Case No. 100-A1-7429X). The class action involves employees from all operating units of the Department, and the Division provides advice and representation on this matter across organizational lines.

**Basis of Charge - Automatic Monthly:** There are two parts to this billing algorithm: (1) PTO costs are allocated and billed according to the Memorandum of Agreement between PTO and the Office of the Secretary; and (2) the remaining costs are billed to each bureau based on the percentage of class members identified.

2

CERTIFICATE OF SERVICE

I hereby certify that on June _____ 2008, a copy of the foregoing was filed in U.S. District Court. Notice of filing was mailed via U.S. Postal Service at to the following parties.

_____
Janet Howard

United States District
Court for the District
       Of Columbia

Brian P. Hudak
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530