UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| Defendant. ) | |

**Plaintiff's Motion to Notify the Court of Defendant's Failure to Serve and Motion for Enlargement of Time.**

Plaintiffs (Janet Howard, Joyce E. Megginson and Tanya Ward Jordan), serving as pro se litigants, hereby respectfully submit this *Motion to Notify the Court of Defendant's* (Carlos Gutierrez, Secretary, U.S. Departmetnt of Commerce) *Failure to Serve* in accordance with the Federal Rules of Civil Procedure. In light of Defendant's failure to comply with rules of certification of service, Plaintiffs also seek a *Motion for Enlargement of Time*. Reasons for the present motions are stated below.

I. **Defendant's Failure to Observe Federal Rules of Civil Procedure - Rule 5: Service and Filing of Pleadings and Other Papers.**

On May 20, 2008, (eight days after Defendant had served the Court) Plaintiff's, while in the courthouse on a separate matter, first obtained knowledge that Defendant had formally served the court a Motion to Dismiss Plaintiffs' complaint. After perusing court records, Plaintiff's

1

RECEIVED
JUN 23 2008
CY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

notably, learned without notice from Defendant's counsel, that the Defendant's counsel filed on May 13, 2008 a *"Reply in Further Support of Defendant's Motion to Dismiss the Second Amended Complaint or in the Alternative for Summary Judgment"*. Defendant's motion was not filed upon Plaintiffs in accordance with Federal Rules of Civil Procedure - Rule 5: Service and Filing of Pleadings and Other Papers.

Presently, Defendant's filing has not yet reached, <u>if it were in fact ever forwarded at all</u>, any of the three (3) named Plaintiffs. Plaintiffs find that the Defendant's violation of Rule 5 serves to electronically *"picket and protest as well as to unduly influence the court"* **(18 U.S.C. 1503, 18 U.S.C. 1507).** Moreover, Plaintiffs find that Defendant's maneuvered failure to provide proper notice to pro se Plaintiffs, serves to obstruct justice. Since 1995, Plaintiffs have successfully managed to keep claims, which were first presented in a class action against the Department of Commerce, before the Court for consideration on the merits. Plaintiffs find Defendant's actions an attempt to interfere with, obstruct and impede the administration of justice. The Defendant's failure to serve Plaintiffs, may be perceived as a tactical scheme to put Plaintiffs in default by not affording Plaintiffs time to respond to a critical court document.

Most disconcerting is Defendant's mischaracterization of Department of Commerce's appraisal system to the Court. This is one of the main points ***IN DISPUTE.*** Other issues will be addressed when Plaintiffs respond to Defendants June 13th court filing. Defendant seeks to cloud the truth, to preclude Plaintiffs from providing a timely response, to offer a one-sided argument, and to disenfranchise Plaintiffs by providing exhibits of appraisals that fallaciously mischaracterize the actual state of Commerce's Appraisal system at the time the issues in the

2

present complaint were filed. For example, Defendant produces an *Exhibit B* to reflect that Ms. Ward Jordan was rated during the period March 8, 2004 to September 20, 2004. It is key to note that, **Ms. Ward Jordan had been out of the Office ill due to work related injury. She was later placed on Family Medical Leave April 20, 2004, and subsequently under Workers Compensation during the rating period reported by the Defendant**. Notwithstanding, DoC officials "FY 04 concocted appraisal rating," Ms. Ward Jordan, Ms. Howard and Ms. Megginson have all raised concerns about ratings received under **DoC's five tier system** which **ALL Plaintiffs** have been subject to. In fact, Ms. Ward Jordan was rated under DoC's five tier system for 19 of the 20 years she served with the Department (*See Attachment A-Ward Jordan's 10/01/03 Rating Plan; and earlier 1996 Rating.*) Ward Jordan's rating plan and five tier management records are similar to the DoC performance plan and rating record of Plaintiffs Howard and Megginson. (*See Attachment B-Howard; and Attachment C-Megginson*). Defendant's failure to notify the Plaintiffs and to imprecisely introduce exhibits that are misrepresentative serve to craftily protest and picket in such a fashion to preclude Plaintiff's case to be heard on the merits. Based on the history of issues of this case, it is seen by the Plaintiffs as attempt to engage Plaintiffs in a cycle of not adhering to deadlines and put the Plaintiffs in a default cycle.

## II.      Plaintiff's Pending Declaration and Request for Consideration

Plaintiffs filed with the Court and issued via Certificate of Service to Defendant on May 12, 2008 a Declaration and Request for Consideration. In light of the filing, in which Plaintiffs request and await the Court's response regarding the class complaint filed against the

Department of Commerce, Plaintiffs petition to the Court for an enlargement of time. Such time is being requested to allow the Plaintiff's to hear from the Court before responding to Defendant's June 13, 2008 pleading which was never served on Plaintiff.

## CONCLUSION

For the reasons stated, Plaintiffs serving pro se litigants, respectfully requests that the Court grant the motions set forth.

Dated: June 23, 2008            Respectfully submitted,

*[signature]*

Janet Howard, Pro Se

P.O. Box 1454

Spotsylvania, VA 22553

Janet_17771@Netzero.net

(540) 895-5779

*[signature]*

Joyce E. Megginson, Pro Se

310 Bogota Drive

Ft. Washington, MD 20744

Joymegg@aol.com

(301) 292-3308

4

*[signature]* 6/23/08

Tanya Ward Jordan, Pro Se

13003 Keverton Drive

Upper Marlboro, MD 20774

TanyaW.Jordan@verizon.net

(301) 390-4306

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 23rd day of June 2008, the undersigned is sending by U.S. first class mail to the Defendant Counsel (Brian Hudak) below Plaintiff's *Motion to Notify the Court of Defendant's Failure* to Serve and Plaintiff's *Motion for Enlargement of Time.*

Sent to:

Mr. Brian Hudak,

Assistant United States Attorney

555 4th St. NW Washington DC 20530

*[signature]*

Janet Howard, Pro Se

P.O. Box 1454

Spotsylvania, VA 22553

Janet_17771@Netzero.net

(540) 895-5779

*[signature]*

Joyce E. Megginson, Pro Se

310 Bogota Drive

Ft. Washington, MD 20744

Joymegg@aol.com

(301) 292-3308

*[signature]* 6/23/08

Tanya Ward Jordan , Pro Se

13003 Everton Drive

Upper Marlboro, MD 20774

TanyaW.Jordan@verizon.net

(301) 390-4306

# EXHIBIT A

# U.S. Department of Commerce
# PERFORMANCE MANAGEMENT RECORD

- Position Review
- Performance Appraisal
- Progress Review
- Performance Plan
- Performance Recognition



Employee's Name __Tanya Ward-Jordan__ Social Security # ▬▬▬▬

Position Title __Program and Management Analyst__

Pay Plan, Series, Grade/Step __GS__  __0343__  __14__

Organization __Office of Budget__

Rating Period __10/01/03 to 09/30/04__

Covered By:
- ☐ Senior Executive Service
- ☐ Performance Management and Recognition System
- ☒ General Workforce

## Position Certification and Authorization of Performance Plan

I have reviewed the position description of record and certify that it is:

Accurate:
- ☒ Less than 4 years old.
- ☐ Over 4 years old; send new coversheet to Personnel.

Inaccurate:
- ☐ Minor pen and ink changes attached.
- ☐ Major changes; rewrite must be submitted to Personnel within 45 days.

This plan is a complete and accurate statement of the work that will be the basis of the employee's performance appraisal.

Name and Title of First Line Supervisor/ Rating Official: Peter M. Maxey, Chief, Systems and Policies Division
Signature: *[signed] Peter Maxey*  Date: 4/7/03

### Approval

I agree with the certification of the position description and approve the performance plan.

Name and Title of Approving Official or SES Appointing Authority: Victoria Lynn DiToto (Acting), Deputy Director, Office of Budget
Signature: *[signed] Victoria Lynn DiToto*  Date: 11/12/03

### Employee Acknowledgement

Signature only acknowledges discussion of the position description and receipt of the plan, and does not necessarily signify agreement.

Signature: _____  Date: _____

PRIVACY ACT STATEMENT: DISCLOSURE OF YOUR SOCIAL SECURITY NUMBER ON THIS FORM IS VOLUNTARY. THE NUMBER IS LINKED WITH YOUR NAME IN THE OFFICIAL PERSONNEL RECORDS SYSTEM TO ENSURE UNIQUE IDENTIFICATION OF YOUR RECORDS. THE SOCIAL SECURITY NUMBER WILL BE USED SOLELY TO ENSURE ACCURATE ENTRY OF YOUR PERFORMANCE RATING INTO THE AUTOMATED RECORD SYSTEM.

## SECTION II - PERFORMANCE SUMMARY AND RATING

Name: Tanya Ward-Jordan

not executed

**Item 1. Instructions:**
1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: [5] Outstanding  [4] Commendable  [3] Fully Successful  [2] Marginal/Minimally Satisfactory (SES)  [1] Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After scoring all elements, compute total score by summing individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1 - 5) | Score |
|---|---|---|---|---|---|
| Performance Management Planning and Reporting | C | N | 30 | | |
| Budget Document Development and Production | C | N | 30 | | |
| Audit Liaison | C | N | 30 | | |
| Organizational Effectiveness | C | N | 10 | | |

**TOTAL SCORE**

**FOR SES:** Turn to reverse side and continue with Item 3.

**Item 2. PERFORMANCE RATING** (Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)

☐ Outstanding (460-500)   ☐ Commendable (380-459)   ☐ Fully Successful (290-379)   ☐ Marginal (200-289)   ☐ Unacceptable (100-199)

Rating Official's Signature and Title — Systems and Policies Division — Date

Approving Official's Signature and Title — Deputy Director, Office of Budget — Date

Employee's Signature (Indicates meeting held.) — Employee comments attached? ☐ Yes ☐ No — Date

## Section III. PERFORMANCE RECOGNITION
(General Workforce only; see below for PMRS employees.)

☐ QSI (Outstanding rating required.)

☐ Performance Award $ _____ (___%)

Has employee been promoted during the appraisal cycle?  ☐ Yes  ☐ No

Appropriation No. _____

Rating Official's Signature and Title — Date:

Approving Official's Signature and Title — Systems and Policies Division — Date:

Approving Authority's Signature — Deputy Director, Office of Budget — Date:

Payment authorized by Personnel Office — Date:

PMRS EMPLOYEES ONLY: IF THE TOTAL SCORE IS 475 OR MORE THE RATING OFFICIAL MAY WISH TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF UP TO 20% OF BASE PAY. SUCH AN AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.

CD-396-PC2 (REV 12-92)

FORM CD-516 LF
(r 93)

U.S. DEPARTMENT OF COMMERCE

☐ NEW
☐ I/A: _____
MR#: _____
IP#: _____

# CLASSIFICATION AND PERFORMANCE MANAGEMENT RECORD

• Performance Plan   • Performance Appraisal   • Performance Recognition   • Progress Review   • Position Description

Employee's Name: _Tanya Ward-Jordan_   Social Security No.: █████████

Position Title: _Financial Management Specialist_

Pay Plan, Series, Grade/Step: _GS_   _501_   _13_

Organization:
1. _OS, OFM_
2. _____
3. _____
4. _____
5. _____
6. _____

Rating Period: _10/01/94 to 09/30/95_

Covered By:
☐ Senior Executive Service
☒ General Workforce
☐ Performance Management and Recognition System
☐ Other _____

## PART A - POSITION DESCRIPTION

**POSITION CERTIFICATION** - I certify that this is an accurate statement of the major duties and responsibilities of the position and its organization relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violation of such statute or their implementing regulations.

| SUPERVISOR'S SIGNATURE | DATE | SECOND LEVEL SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**CLASSIFICATION CERTIFICATION**

| OFFICIAL TITLE: | | | | | | |
|---|---|---|---|---|---|---|
| PP: | SERIES: | FUNC: | GRADE: | I/A: | ☐ YES | ☐ NO |

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| NAME AND TITLE OF CLASSIFIER | SIGNATURE | DATE |
|---|---|---|
| | | |

## PART B - PERFORMANCE PLAN

This plan is an accurate statement of the work that will be the basis of the employee's performance appraisal.

| NAME AND TITLE OF FIRST LINE SUPERVISOR/RATING OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| Leonard L. Sweeney, Financial Management Officer | _Leonard Sweeney_ | 10/28/94 |

**APPROVAL** - I agree with the certification of the position description and approve the performance plan.

| NAME & TITLE OF APPROVING OFFICIAL/SES APPOINTING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| Ted A. Johnson, Director for Financial Policy & Assist. | _Ted A Johnson_ | 10/28/94 |

**EMPLOYEE ACKNOWLEDGEMENT** - My signature acknowledges discussion of the position description and receipt of the plan, and does not necessarily signify agreement.

| SIGNATURE | DATE |
|---|---|
| | 10/28/94 |

**PRIVACY ACT STATEMENT** - Disclosure of your social security number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

EXHIBIT _27_

PAGE _1_ OF _5_

## SECTION II - PERFORMANCE SUMMARY AND RATING

Name: Tanya Ward-Jordan

### Item 1. Instructions:

1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: (5) Outstanding (4) Commendable (3) Fully Successful (2) Marginal/Minimally Satisfactory (SES) (1) Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After each element has been scored, compute total score by summing all individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1-5) | Score |
|---|---|---|---|---|---|
| 1. Planning Financial Policy | C | | 40 | 4 | 166 |
| 2. Formulation and Interpretation of Financial Policy | C | | 40 | 4 | 166 |
| 3. Management and Administrative Support | C | | 20 | 4 | 80 |

**TOTAL SCORE**: 400

FOR SES: Turn to reverse side and continue with Item 3.

### Item 2. PERFORMANCE RATING
*(Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)*

- ☐ Outstanding (460-500)
- ☒ Commendable (380-459)
- ☐ Fully Successful (290-379)
- ☐ Marginal (200-289)
- ☐ Unacceptable (100-199)

Rating Official's Signature and Title: Ted A. Johnson, Director for OFPA   Date: 10/29/96

Approving Official's Signature and Title: Douglas K. Day, Deputy Director for OFM   Date: 10/29/96

Employee's Signature (Indicates appraisal meeting held.)   Employee comments attached? ☐Yes ☒No   Date:

### Section III. PERFORMANCE RECOGNITION (General Workforce only; see below for PMRS employees.)

- ☐ QSI (Outstanding rating required.)
- ☐ I expect employee's performance to continue at this level.
- ☐ Performance Award $_____ or %_____
- Appropriation No. _____

Has employee been promoted within the last 4 months? ☐ Yes ☐ No

EXHIBIT 28
PAGE 7 OF 7

Rating Official's Signature and Title   Date:
Approving Official's Signature and Title   Date:
Final Approving Authority's Signature   Date:
Payment authorized by Personnel Office   Date:

**PMRS EMPLOYEES ONLY:** IF THE TOTAL SCORE IS 475 OR MORE AND THE RATING OFFICIAL WISHES TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF 10 TO 20% OF BASE PAY, FORWARD A COPY OF THE RATING AND JUSTIFICATION (CD-396 AND CD-396A) THROUGH APPROPRIATE CHANNELS. (THIS AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.)

FORM CD-508 (REV. 5-85)

# EXHIBIT B

FORM C (6-93)

Case 1:05-cv-01968-JDB    Document 85    Filed 06/23/2008    Page 14 of 18
Case 1:05-cv-01968-JDB    Document 82-2    Filed 06/13/2008    Page 2 of 14

U.S. DEPARTMENT OF COMMERCE

# CLASSIFICATION AND PERFORMANCE MANAGEMENT RECORD

☐ NEW
☐ I/A: _____
MR#: _____
IP#: _____

• Performance Plan    • Performance Appraisal    • Performance Recognition    • Progress Review    • Position Description

Employee's Name: Janet Howard
Position Title: Export Compliance Specialist
Social Security No.: _____
Pay Plan, Series, Grade/Step: GS  1801  12

Organization:
1. BUREAU OF INDUSTRY AND SECUR
2. EE
3. OEA
4. SAE DIVISION
5.
6.

Rating Period: 10/23/03 to 09/30/04

Covered By:
☐ Senior Executive Service
☒ General Workforce
☐ Performance Management and Recognition System
☐ Other

## PART A - POSITION DESCRIPTION

**POSITION CERTIFICATION** - I certify that this is an accurate statement of the major duties and responsibilities of the position and its organization relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violation of such statute or their implementing regulations.

| SUPERVISOR'S SIGNATURE | DATE | SECOND LEVEL SIGNATURE | DATE |
|---|---|---|---|
| Carol B. Bryant | 10/25/04 | J.W.A. | 10/26/04 |

**CLASSIFICATION CERTIFICATION**

OFFICIAL TITLE:

| PP: | SERIES: | FUNC: | GRADE: | I/A: ☐ YES ☐ NO |

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| NAME AND TITLE OF CLASSIFIER | SIGNATURE | DATE |
|---|---|---|
|  |  |  |

## PART B - PERFORMANCE PLAN

This plan is an accurate statement of the work that will be the basis of the employee's performance appraisal.

| NAME AND TITLE OF FIRST LINE SUPERVISOR/RATING OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| Carol S. Bryant, Director, SAE DIVISION/OEA | Carol B. Bryant | 10/25/04 |

**APPROVAL** - I agree with the certification of the position description and approve the performance plan.

| NAME & TITLE OF APPROVING OFFICIAL/SES APPOINTING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| Thomas Andrukonis, Director/Office of Enforcement Analysis | J.W.A. | 10/26/04 |

**EMPLOYEE ACKNOWLEDGEMENT** - My signature acknowledges discussion of the position description and receipt of the plan, and does not necessarily signify agreement.

| SIGNATURE | DATE |
|---|---|
| Janet Howard | 11/04/04 |

**PRIVACY ACT STATEMENT** - Disclosure of your social security number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

## SECTION II - PERFORMANCE SUMMARY AND RATING

**Name:** Janet Howard

10/24/03

**Item 1. Instructions:**
1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: [5] Outstanding [4] Commendable [3] Fully Successful [2] Marginal/Minimally Satisfactory (SES) [1] Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After scoring all elements, compute total score by summing individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1 - 5) | Score |
|---|---|---|---|---|---|
| EXPORT LICENSE APPLICATION REVIEW  &lt;AS AMENDED&gt; | C | N | 0 | | |
| EXPORT LICENSE APPLICATION REVIEW | C | N | 20 | 3 | 60 |
| SPECIAL PROJECTS  &lt;AS AMENDED&gt; | C | N | 0 | | |
| SPECIAL PROJECTS | C | N | 30 | 4 | 120 |
| POST-SHIPMENT VERIFICATION AND PRE-LICENSE CHECK PROGRAM | C | N | 25 | 4 | 100 |
| TEAMWORK, COOPERATION AND SECURITY  &lt;AS AMENDED&gt; | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY  &lt;AS AMENDED&gt; | C | N | 0 | | |
| TEAMWORK, COOPERATION AND SECURITY | C | N | 25 | 5 | 125 |
| SED REVIEW PROGRAM | C | N | 0 | | |
| **TOTAL SCORE** | | | | | **405** |

**FOR SES:** Turn to reverse side and continue with Item 3.

**Item 2. PERFORMANCE RATING** (Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)

- ☐ Outstanding (460-500)
- ☒ Commendable (380-459)
- ☐ Fully Successful (290-379)
- ☐ Marginal (200-289)
- ☐ Unacceptable (100-199)

Rating Official's Signature and Title: _[signature]_  Director, SAE DIVISION/OEA  Date: _[date]_

Approving Official's Signature and Title: _[signature]_  Director/Office of Enforcement Analysis  Date: 10/26/04

Employee's Signature (Indicates meeting held.): _[Janet Howard signature]_  Employee comments attached? ☒ Yes ☐ No  Date: 11/04/04

### Section III.  PERFORMANCE RECOGNITION
(General Workforce only; see below for PMRS employees.)

☐ QSI (Outstanding rating required.)

☐ Performance Award $ _____ (____ %)

Appropriation No. _____

Has employee been promoted during the appraisal cycle? ☐ Yes ☐ No

Rating Official's Signature and Title: 

Approving Official's Signature and Title: Director, SAE DIVISION/OEA  Date:

Final Approving Authority's Signature: Director/Office of Enforcement Analysis  Date:

Payment authorized by Personnel Office  Date:

PMRS EMPLOYEES ONLY: IF THE TOTAL SCORE IS 475 OR MORE THE RATING OFFICIAL MAY WISH TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF UP TO 20% OF BASE PAY.  SUCH AN AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.  Date:

FORM CD-396-PC2 (REV. 12-92)

# EXHIBIT C

FORM CD-516 LF
(6-93)

Case 1:05-cv-01968-JDB   Document 82-4   Filed 06/13/2008   Page 2 of 10   11/23/9?

U.S. DEPARTMENT OF COMMERCE

# CLASSIFICATION AND PERFORMANCE MANAGEMENT RECORD

☐ NEW
☐ I/A: ____
MR#: ____
IP#: ____

• Performance Plan   • Performance Appraisal   • Performance Recognition   • Progress Review   • Position Description

Employee's Name: __JOYCE E. MEGGINSON__   Social Security No.: ____

Position Title: __Management/Program Analyst__

Pay Plan, Series, Grade/Step: __GS   0343   9__

Organization:
1. __Office of Spectrum Managemen__   4. ____
2. ____   5. ____
3. ____   6. ____

Rating Period: __10/01/97 to 09/30/98__

Covered By:
☐ Senior Executive Service
☒ General Workforce
☐ Performance Management and Recognition System
☐ Other ____

## PART A - POSITION DESCRIPTION

**POSITION CERTIFICATION** - I certify that this is an accurate statement of the major duties and responsibilities of the position and its organization relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violation of such statute or their implementing regulations.

| SUPERVISOR'S SIGNATURE | DATE | SECOND LEVEL SIGNATURE | DATE |
|---|---|---|---|
|  |  |  |  |

**CLASSIFICATION CERTIFICATION**

OFFICIAL TITLE: ____

| PP: | SERIES: | FUNC: | GRADE: | I/A: ☐ YES ☐ NO |

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| NAME AND TITLE OF CLASSIFIER | SIGNATURE | DATE |
|---|---|---|
|  |  |  |

## PART B - PERFORMANCE PLAN

This plan is an accurate statement of the work that will be the basis of the employee's performance appraisal.

NAME AND TITLE OF FIRST LINE SUPERVISOR/RATING OFFICIAL
Richard D. Parlow,
~~Associate Administrator, OSM~~
SIGNATURE  DATE 10/16/97

~~APPROVAL - I agree with the certification of the position description and approve the performance plan.~~

NAME & TITLE OF APPROVING OFFICIAL/SES APPOINTING AUTHORITY
Shirl Kinney,
Deputy Assistant Secretary, NTIA
SIGNATURE  DATE 12-17-97

**EMPLOYEE ACKNOWLEDGEMENT** - My signature acknowledges discussion of the position description and receipt of the plan, and does not necessarily signify agreement.
SIGNATURE  DATE 12/10/97

**PRIVACY ACT STATEMENT** - Disclosure of your social security number on this form is voluntary. The number is linked with your name in the official personnel records system to ensure unique identification of your records. The social security number will be used solely to ensure accurate entry of your performance rating into the automated record system.

September 18, 1998

Employee: Joyce E. Megginson

Summary Rating for 10/1/97 to 09/30/98

|  |  | Weight | Rating | Score |
|---|---|---|---|---|
| Element 1: | Program Planning and Financial Management Assistance | 30 | 3 | 90 |
| Element 2: | Management Analysis | 25 | 3 | 75 |
| Element 3: | Administrative Support | 30 | 3 | 90 |
| Element 4: | Responsiveness | 15 | 3 | 45 |

**SUMMARY SCORE**                                                300

The monthly reports on unliquidated obligations and OSM overhead account describing each expenditure-to-date and each planned expenditure have not been available since March 1, 1998.

At the midterm review, emphasis was placed on documenting OSM office space and its use because of the Annapolis move and impending new hires required placing personnel in the Associated Administrator's and SP&P Director's office and doubling up of personnel in other one person offices. This work was requested on April 2, 1998 and completed in July 1998..

The property files were requested to be updated for all OSM individuals the week of August 10th. Ms. Megginson was requested to verify all equipment located in OSM offices on the 1st and 4th floors and also all equipment signed for by those individuals and used outside the Department of Commerce.

Emphasis was also placed on developing a centralized electronic visual aids file by the end of the year. This task has not been started.

Ms. Megginson has completed some of the tasks specified in the performance plan. She has not started some of the tasks or completed others in a timely manner.

Based on her accomplishments to date, Ms. Megginson's performance is rated as fully satisfactory.

William T. Hatch (Rating Official)                                9/21/98
                                                                    Date