UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff's *Motion to Notify the Court of Defendant's Failure to Serve and Motion for Enlargement of Time* the Court concludes that, for the reasons set forth by the court, Janet Howard, Joyce E. Megginson, and Tanya Ward Jordan, request for reconsider be GRANTED.

*Accordingly, it this 23rd day of June 2008* **hereby:**

**ORDERED** that Janet Howard, Joyce E. Megginson, and Tanya Ward Jordan *Motion to Notify the Court of Defendant's Failure to Serve* and *Motion for Enlargement of Time* is GRANTED.

———————————————

Judge John D. Bates

United States District Judge