UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET HOWARD, et al., | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Case No. 05-1968 (JDB) <br> ) |
| CARLOS GUTIERREZ, Secretary, <br> U.S. Department of Commerce, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**RESPONSE TO PLAINTIFFS' MOTION TO
NOTIFY THE COURT OF DEFENDANT'S FAILURE TO SERVE
AND MOTION FOR AN ENLARGEMENT OF TIME**

Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), respectfully submits this response to Plaintiffs' Motion to Notify the Court of Defendant's Failure to Serve and Motion for Enlargement of Time ("Motion"). Although it is not entirely clear from the face of the Motion and the accompanying Proposed Order, it appears that Plaintiffs' Motion seeks an extension of time to file a surreply for which they do not currently have leave to file. This motion is insufficient and improper for a number of reasons.

*First*, Plaintiffs failed to comply with Local Civil Rule 7(m). That is, Plaintiffs did not consult with defense counsel prior to filing their motion as required by the Local Rules. Indeed, if Plaintiffs had consulted with defense counsel, defense counsel could have in part obviated the need for Plaintiffs' Motion by providing them with new copies of Defendant's Reply in further Support of His Motion to Dismiss and/or for Summary Judgment ("MTD Reply").

*Second*, if Defendant inadvertently delayed in serving Plaintiffs, such a delay has caused Plaintiffs no prejudice and has been cured this same date. That is, as noted below, a response to

Defendant's MTD Reply is neither required nor appropriate in this circumstance. Moreover, this same date, defense counsel has sent Plaintiffs new copies of the MTD Reply by both electronic means and regular mail. *See* Certificate of Service, *infra*.

*Third*, a surreply is inappropriate in this circumstance. As a general rule, unless new arguments are presented in Reply, surreplies are improper. *See, e.g., Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001) (denying leave to file a surreply where the party failed to demonstrate that the reply presented any new matters). Defendant's MTD Reply presented no new arguments. Furthermore, the exhibits attached to the MTD Reply merely refuted Plaintiffs' misleading argument that they were subjected to the same performance appraisal criteria and standards during their time with the Agency. This defect in Plaintiffs' logic was well known to Plaintiffs when they filed their opposition, as Plaintiffs knew that they each had been evaluated using different criteria in their performance appraisals.

Accordingly, for the foregoing reasons, the Court should deny Plaintiffs' Motion. A proposed Order is attached.

Dated: June 24, 2008
Washington, DC

Respectfully submitted,

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2008, a true and correct copy of above Response to Plaintiffs' Motion to Notify the Court of Defendant's Failure to Serve and Motion for an Enlargement of Time, along with copies of Defendant's Reply in Further Support of Defendant's Motion to Dismiss the Second Amended Complaint, or in the alternative, for Summary Judgment (with exhibits) was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

With courtesy copies sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: June 24, 2008
        Washington, D.C.

                                        Respectfully submitted,

                                        ___/s/_____
                                        BRIAN P. HUDAK
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, NW
                                        Washington, DC 20530
                                        (202) 514-7143
                                        brian.hudak@usdoj.gov