UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Case No. 05-1968 (JDB) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Notify the Court of Defendant's Failure to Serve and Motion for Enlargement of Time, and Defendant's response thereto, it is hereby:

ORDERED that Plaintiffs' Motion is DENIED.


SIGNED:


_____                    _____
Date                                                      JOHN D. BATES
                                                                   United States District Judge