UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Case No. 05-1968 (JDB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Declaration and Request for Reconsideration ("Second Reconsideration Motion"), Plaintiffs' Motion to Stay Defendant's Motion to Dismiss the Second Amended Complaint, or in the Alternative, for Summary Judgment ("Stay Motion"), and the Defendant's oppositions thereto, it is hereby:

ORDERED that Plaintiffs' Second Reconsideration Motion is DENIED; and it is further

ORDERED that Plaintiff's Stay motion is DENIED.

SIGNED:

_____                           _____
Date                                                                  JOHN D. BATES
                                                                              United States District Judge