UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET HOWARD, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CARLOS GUTIERREZ, Secretary,<br>U.S. Department of Commerce,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1968 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), respectfully moves, by and through his undersigned counsel, for an enlargement of time to comply with the Court's Minute Order of July 9, 2008 ("Order"), which ordered Defendant to file copies of all of Plaintiff's administrative complaints (the "Admin Complaints") with the Court by July 16, 2008.  Specifically, Defendant requests that the Court extend the deadline for filing the Admin Complaints to August 6, 2008 -- a 21 day extension of time.  Earlier this afternoon, defense counsel attempted to contact Plaintiffs, who are proceeding *pro se* in this action, to obtain their position on this Motion.  Defense counsel, however, has not received a response from Plaintiffs as of the filing of this Motion.  The grounds for this Motion are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief predicated upon a single claim of disparate impact race discrimination under Title VII.  Additionally, the Second Amended Complaint contains a claim brought by Plaintiff Jordan under the Rehabilitation Act predicated on Defendant's alleged denial of a reasonable

accommodation for her disabilities. On February 21, 2008, Defendant filed a Motion to Dismiss, or in the alternative, for Summary Judgment ("Dispositive Motion"), which Plaintiffs opposed on May 15, 2008. On June 13, 2008, Defendant filed a reply in further support of his Dispositive Motion. On July 9, 2008, the Court entered the Order, requiring Defendant to file copies of the Admin Complaints identified in the Declaration of Kathryn Anderson by July 16, 2008.[1]

Immediately after receiving the Court's Order, undersigned counsel contacted Agency counsel to obtain assistance in locating, organizing and compiling Plaintiff's approximately fifty Admin Complaints. Although Agency counsel located and provided to undersigned counsel nearly all of the Admin Complaints for Plaintiff Howard[2] and Jordan, due to the age of certain of Plaintiff Megginson's Admin Complaints and their dormant status, undersigned counsel learned that such complaints were being stored at an off-site storage facility. Upon inquiry, undersigned counsel has learned that locating, retrieving, and shipping records from this facility ordinarily requires two to four weeks. Although Agency counsel has stressed the urgency of this matter and requested that the facility expedite the retrieval process for these records, undersigned counsel has yet to receive copies of certain of Plaintiff Megginson's Admin Complaints as of this date.

Additionally, due to the volume of Admin Complaints, undersigned counsel requires additional time to properly organize such complaints for the convenience of the Court and the

---

[1] As noted in that declaration, Ms. Anderson's statements were based upon information and records concerning the Admin Complaints contained in the Agency's "EEO Track" system, which the agency keeps in the ordinary course of business to manage and process all EEO administrative complaints against the Agency. *See* Anderson Decl. at ¶ 3.

[2] The Agency is also still attempting to locate copies of the Admin Complaints identified as Howard 1 and Howard 2 in the Declaration of Kathryn H. Anderson, which were filed in 1988, and finally resolved by an appellate decision of the EEOC Office of Federal Operations ("OFO") in 1992 -- 3 years before Plaintiff Howard filed her putative administrative class complaint (*i.e.* Howard 6). In the interim, Defendant has printed out information from the Agency's EEO Track system concerning these Admin Complaints, upon which Ms. Anderson's declaration was based, and has obtained a copy of the relevant OFO decision, which also describes Plaintiff Howard's claims in those Admin Complaints.

parties, and ensure that the information identified in Local Civil Rule 5.4(f) is properly redacted from such complaints. Accordingly, deferring the deadline for filing the Admin Complaints with the Court will allow counsel additional time to fully gather the Admin Complaints and organize Defendant's presentation to the Court.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline, and the fourth request for an extension in this action by undersigned defense counsel. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing defense counsel a short extension of time to allow Defendant to comply with the Court's Order servers the interests of the parties and this Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that his time for complying with the Court's Order be extended to, and including, August 6, 2008. A proposed order is attached.

Dated: July 16, 2008
      Washington, DC

                                             Respectfully submitted,

                                             JEFFREY A. TAYLOR, D.C. BAR #498610
                                             United States Attorney

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce          RUDOLPH CONTRERAS, D.C. BAR #434122
                                             Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2008, a true and correct copy of above Motion for an Extension of Time was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

With courtesy copies sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: July 16, 2008
          Washington, D.C.

Respectfully submitted,

  /s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov