UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1968 (JDB) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion for an enlargement of time to comply with the Court's Minute Order of July 9, 2008, and for good cause shown, it is hereby:

ORDERED that Defendant's Consent Motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, August 6, 2008, to file copies of the administrative complaints identified in the Declaration of Kathryn Anderson.

_____          _____
Date                              JOHN D. BATES
                                  United States District Judge