UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al, ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Case No. 05-1968 (JDB) |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ, Secretary ) | |
| U.S. Department of Commerce, ) | |
| ) | |
| Defendant ) | |
| ) | |

### OPPOSITION TO DEFEDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COURTS' MINUTE ORDER FOR SUBMISSION OF PLAINITIFFS ADMINISTRATAIVE COMPLIANTS

Plaintiffs Janet Howard, Tanya Ward Jordan, and Joyce E. Megginson **OPPOSE** Defendants' Motion Request "For a 21 day extension of time to reply to the Court's Minute Order." For the reasons stated herein, Defendants' Motions are without merit and should be denied.

### PRELIMINARY STATEMENT

On June 9, 2008, via a Minute Order, the Court ordered that Defendant shall file copies of each administrative complaint that was filed by Plaintiffs Janet Howard, Tanya Ward Jordan, and Joyce E. Megginson which was summarized in the Declaration of Kathryn H. Anderson. This was to be supplied to the Court by not later than July 16, 2008.

### ARGUMENT

1. Defendant's assertion that he attempted to contact Plaintiffs earlier in the afternoon on July 16, 2008 to obtain Plaintiffs' position in regards to requesting an extension of time is yet another example of Defendant's attempts to mislead the court.

RECEIVED
JUL 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Tanya Ward Jordan_
Tanya Ward Jordan, Pro Se
13003 Keverton Drive
Upper Marlboro, MD 20774
TanyaW.Jordan@verizon.net
(301) 390-4306

_Joyce E. Megginson_
Joyce E. Megginson, Pro Se
310 Bogota Drive
Ft. Washington, MD 20744
joymegg@aol.com
301-292-3308

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al, )<br>)<br>Plaintiffs )<br>)<br>vi. )<br>)<br>CARLOS GUTIERREZ, Secretary )<br>U.S. Department of Commerce, )<br>)<br>Defendant )<br>) | Civil Case No. 05-1968 (JDB) |

## PROPOSED ORDER

UPON CONSIDERATION of the Planitiffs' oppositions to an extension of time, it is hereby:

**ORDERED that** Defendants' Motion for an Extension of time is **DENIED.**

**SIGNED:**

_____          _____
Date                                                  JOHN D. BATES
                                                         United States District Judge

5

# EXHIBIT 1



DCD_ECFNotice@dcd.uscourts.gov
07/09/2008 06:12 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:05-cv-01968-JDB HOWARD et al v. GUTIERREZ Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/9/2008 at 6:12 PM and filed on 7/9/2008
**Case Name:**            HOWARD et al v. GUTIERREZ
**Case Number:**          1:05-cv-1968
**Filer:**
**Document Number:**      No document attached

Docket Text:
**MINUTE ORDER: It is hereby ORDERED that by not later than July 16, 2008, defendant shall file copies of each administrative complaint summarized in the Declaration of Kathryn H. Anderson. Signed by Judge John D. Bates on 7/9/2008. (lcjdb2)**

**1:05-cv-1968 Notice has been electronically mailed to:**

David W. Sanford  dsanford@nydclaw.com, kcassling@nydclaw.com, mchahbazi@nydclaw.com, nrenzler@nydclaw.com, nthanawala@nydclaw.com, rdearborn@nydclaw.com, sroemer@nydclaw.com, ssiegel@nydclaw.com

Grant E. Morris  grantemorris@gmail.com

Megan Lindholm Rose  megan.rose@usdoj.gov, richard.dolci@usdoj.gov

# EXHIBIT 2

**From:** joymegg@aol.com
**To:** Brian.Hudak@usdoj.gov; janet_17771@netzero.net
**Cc:** TanyaW.Jordan@verizon.net
**Subject:** Re: Howard v. Gutierrez, 05-1968 -- Request to Extend Time to Reply
**Date:** Wed, 16 Jul 2008 8:34 pm

Dear Mr. Hudak,

I have conferred with Ms. Howard and Ms. Ward Jordan, and we oppose your request for an extension of of time to reply to the Court's Minute Order of July 9, 2008, which directed Defendant to file copies of all of Plaintiff's administrative complaints.

Regards

Joyce E. Megginson


-----Original Message-----
From: Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
To: janet_17771@netzero.net
Cc: joymegg@aol.com; TanyaW.Jordan@verizon.net
Sent: Wed, 16 Jul 2008 4:09 pm
Subject: RE: Howard v. Gutierrez, 05-1968 -- Request to Extend Time to Reply

Ms. Megginson, Ms. Jordan and Ms. Howard,

I hope you all are well. I am going to be seeking a 21 day extension of time to comply with the Court's Order from last week directing Defendant to file copies of all of Plaintiffs' administrative complaints. Pursuant to the Court's order, our filing was initially due today. I apologize for the lateness of this notice, but if you have a chance by this evening, could you let me know whether you consent to or oppose Defendant's extension request. Many thanks in advance.

Best,
Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

**From:** janet_17771@netzero.net [mailto:janet_17771@netzero.net]
**Sent:** Wednesday, June 04, 2008 10:31 AM
**To:** Hudak, Brian (USADC)
**Cc:** joymegg@aol.com; TanyaW.Jordan@verizon.net; janet_17771@netzero.net
**Subject:** RE: Howard v. Gutierrez, 05-1968 -- Request to Ex tend Time to Reply

Good Day Mr. Hudak,
I have conference with Ms. Jordan and Ms. Megginson, we consent to your request for a second extension of time (one week until June 13, 2008) to reply to our recently filed opposition.
Regards,
Janet Howard

# EXHIBIT 3

**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**To:** joymegg@aol.com; janet_17771@netzero.net
**Cc:** TanyaW.Jordan@verizon.net
**Subject:** RE: Howard v. Gutierrez, 05-1968 – Request to Extend Time to Reply
**Date:** Thu, 17 Jul 2008 9:31 am
**Attachments:** EOTAdminComplsPropOrder_Howard_II.pdf (8K), EOTAdminCompls_Howard_II.pdf (26K)

Ms. Megginson, Ms. Howard and Ms. Jordan – I hope this day finds you well. Please find attached courtesy copies of Defendant's Motion for an Extension of Time to comply with the Court's Minute Order of July 9, 2008. I did not receive your email before filing this last evening (in fact, I left the office for the evening almost immediately after filing the motion and did not have an opportunity to review your email until this morning). Accordingly, I was not aware of your position on Defendant's Motion at the time of filing, and thus, did not note it in the motion. Service copies of the Motion were deposited in my office's mail repository last evening for delivery by regular mail.

Best,
Brian

**Brian Hudak**
Assistant United States Attorney
555 4th Street NW
Washington, DC 20530
(202) 514-7143

## CERTIFICATE OF SERVICE

We hereby certify that on this 18th day of July, 2008, a true and correct copy of the above Motion in Opposition to Defendant's Motion for Extension of Time was mailed by first class United States mail, postage prepaid, to:

>BRIAN P. HUDAK
>Assistant United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, DC 20530
>(202) 514-7143

Dated: July 18, 2008
       Washington, DC

_____
Janet Howard, Pro Se
P.O Box 1454
Spotsylvania, VA 22563
(549) 895-5779

_____
Tanya Ward Jordan, Pro Se
13003 Keverton Dr.
Upper Marlboro, MD 20774
(301) 390-4306

_____
Joyce E. Megginson, Pro Se
1310 Bogota Drive
Ft. Washington, MD 20744
(301) 292-3308