UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,                )<br>                                                      )<br>            Plaintiffs,                          )<br>                                                      )<br>     v.                                             )     Civil Action No. 05-1968 (JDB)<br>                                                      )<br>CARLOS GUTIERREZ, Secretary,    )<br>U.S. Department of Commerce,      )<br>                                                      )<br>            Defendant.                       )<br>                                                      ) | |

### NOTICE OF FILING OF PLAINTIFF HOWARD'S
### ADMINISTRATIVE COMPLAINTS

Pursuant to the Court's Minute Order of July 9, 2008, Defendant Carlos Gutierrez ("Defendant"), Secretary, United States Department of Commerce ("Agency"), hereby files this Notice of Filing with attachments. Specifically, attached hereto are copies of the administrative complaints of Plaintiff Janet Howard that were identified in the February 21, 2008, Declaration of Kathryn H. Anderson,[1] including attachments thereto, subject to the following notations and limitations:

1.   As of this date, the Agency has been unable to locate copies of the administrative complaints designated Howard 1 (Agency No. 88-51-00510) and Howard 2 (Agency No. 88-51-01020), which were originally filed in 1988 and were finally resolved by a decision of the Equal Employment Opportunity Commission ("EEOC"), Office of Federal Operations ("OFO"), dated June 30, 1992 (three years before Plaintiff Howard first filed her administrative class complaint).

---

[1]   As noted in that declaration, Ms. Anderson's statements were based upon information and records concerning the Admin Complaints contained in the Agency's "EEO Track" system, which the agency keeps in the ordinary course of business to manage and process all EEO administrative complaints against the Agency. *See* Anderson Decl. at ¶ 3.

Consequently, in order to inform the Court of the allegations in those complaints, Defendant has attached hereto printouts from the EEO Track system regarding those complaints, and the EEOC OFO Decision that decisively dismissed those complaints, affirming the Agency's finding of no discrimination.

2.      Regarding Howard 6 (Agency No. 95-67-02780), Defendant has also included printouts from the EEO Track system, which explain why the agency case number on the face of the Howard 6 complaint differs from the agency case number cited in the Anderson Declaration. *See* Howard 6 at p. 7 (the last paragraph on the second page of the EEO Track information).

3.      Regarding Howard 10 (Agency No. 97-67-00430), for the Court's convenience, Defendant has also included Judge Kessler's Memorandum Opinion and Order dismissing the civil action predicated upon the Howard 10 administrative complaint. Copies of this decision are not available through the Court's CM/ECF system and the clerk's office has informed undersigned counsel that the Court's files for this action were moved to off-site storage.

4.      Regarding Howard 26 (Agency No. 95-67-00385), as described in the Anderson Declaration, Plaintiff chose not to proceed past the informal stages; and thus, no administrative complaint was ever filed. For the Court's convenience, Defendant has attached hereto EEO Track printouts that reflect this fact.

5.      Regarding Howard 27 (Agency No. 08-67-00082), subsequent to the Anderson Declaration, Plaintiff chose to proceed past the informal stages and filed a formal administrative class complaint, which purports to raise indefinite class claims almost identical to the vague class claims previously asserted in this action and in the Howard 6 administrative class complaint. The Howard 27 administrative complaint (filed on February 21, 2008), however, was filed after the Second Amended Complaint in this action (filed on December 11, 2007), and thus is not

material to Defendant's motion.  Nonetheless, Defendant has included a copy of this complaint with this Notice.

6. Furthermore, for the Court' convenience, as the administrative complaints are at times handwritten and unclear, where available Defendant has also included the Agency's acceptance or rejection letters for each such complaint, which describe the issues that were accepted and/or rejected for investigation at the administrative level.

7. Lastly, Defendant has also included any requests by Plaintiff Howard to amend her administrative complaints to the extent such requests were accepted by the Agency.

Please also take notice that Defendant will be providing a copy of this filing and the attachments hereto to chambers for the Court's convenience.

Dated: August 4, 2008
    Washington, DC

                                            Respectfully submitted,


                                            _____
                                            JEFFREY A. TAYLOR, D.C. BAR #498610
                                            United States Attorney

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce                 _____
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney


                                                 /s/
                                            _____
                                            BRIAN P. HUDAK
                                            Assistant United States Attorney
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 514-7143

                                            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2008, a true and correct copy of above Notice of Filing with attachments was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to the addresses listed below. The Notice of Filing was served in hard-copy form, and the attachments were served in electronic PDF format on an enclosed CD-ROM.

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Courtesy copies of the above Notice of Filing without attachments were also sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: August 6, 2008
        Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov