# Howard 3
## (No. 90-51-1020)

FORM CD-498
(Edition 1-68)
Prep. by DAO 218-9)

# COMPLAINT OF DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE
## BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN,
## AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

'90 JUL 18 P1 :04

**DEPARTMENT NUMBER**
90-01-0102

**FILING DATE**
7-18-90

| 1. COMPLAINANT'S NAME | 2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU |
|---|---|
| JANET HOWARD | U.S. DEPT. OF COM. / OFFICE OF THE SECRETARY |

| COMPLAINANT'S STREET ADDRESS | STREET ADDRESS OF OFFICE |
|---|---|
| RTE. 7, BOX 2420 | DIRECTOR OFFICE OF CIVIL RIGHTS CONSTITUTION AVE., N.W. |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| SPOTSYLVANIA | VA | 22553 | WASHINGTON, DC | | 20230 |

**3. TELEPHONE (INCLUDE AREA CODES)**
HOME: 703/895-5779    WORK: 202/377-4255

**4. DO YOU WORK FOR THE FEDERAL GOVERNMENT?**
☐ NO  ☒ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS):

**5. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:**

| MONTH | DAY | YEAR |
|---|---|---|
| 05 | 17 | 1990 |

NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED)
Bureau of Export Enforcement
Office of the Secretary

**6.** (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION.  (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY.  (C) GIVE THE DATES WHEN THIS ACTION OCCURRED.  (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION?  (YOU MAY ATTACH EXTRA SHEETS).

Per Order of Administrative Law Judge Scott, I was directed to receive counselling concerning non-promotion.  This issue was not previously handled in the EEO process.  I have alleged failure to promote on two occasions, based on race(BLACK), and reprisal for previously filed employment grievances.

**6.** ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:

☒ RACE (STATE RACE):
☐ COLOR (STATE COLOR):
☐ RELIGION (STATE RELIGION):
☐ SEX (STATE YOUR SEX):
☐ NATIONAL ORIGIN (STATE NATIONAL ORIGIN):

(STATE COUNTRY OF BIRTH): UNited States

☐ AGE (STATE DATE OF BIRTH):
☐ PHYSICAL HANDICAP (DESCRIBE IT):
☐ MENTAL HANDICAP (DESCRIBE IT):

☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS): See item above/ per ALJ order

| 7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 6 WITH AN EEO COUNSELOR? ☐ NO ☒ IF YES, COUNSELOR'S NAME Thalia Gaza | 8. DID YOU FILE A GRIEVANCE ☐ NO ☐ YES   OR AN MSPB APPEAL ☐ NO ☐ YES ON THE MATTER (S) DESCRIBED IN NO. 5? IF YES, GIVE DATE (S) |
|---|---|

**9. THE REMEDY I SEEK IS:**

Promotion to GS- 11 Level.

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.

| 10. COMPLAINANT'S SIGNATURE (Sign in dark ink) | 11. DATE OF SIGNATURE |
|---|---|
| *Janet Howard*    N/l | MONTH 07 | DAY 18 | YEAR 90 |

USCOMM DC 89-1535

**UNITED STATES DEPARTMENT OF COMMERCE**
**The Assistant Secretary for Administration**
Washington, D.C. 20230

Ref. Name: **Janet Howard**
Date: **July 18, 1990**
Case Number: **90-01-0102**

AUG 13 1990

MEMORANDUM FOR  Wallace G. Welch
                Chief Investigator

Subject:  Assignment for Investigation

We have accepted a complaint filed by the above referenced
complainant.

Please assign an investigator to investigate the allegations
listed below.

All documents on this case are attached.

*Carola Watkins for*

Arthur E. Cizek
Chief, Compliance Division
Office of Civil Rights

Complainant, an Export Compliance Specialist, GS-1801-7/4, in the
Office of Export Support, Office of Export Enforcement, Bureau of
Export Administration, alleges that because of her race (African-
American), and in reprisal for her prior complaint 88-01-0051,
she has not been promoted within her career ladder since she
became eligible on April 19, 1988, whereas other Export
Compliance Specialists in her Office were promoted when they
became eligible.

CAWatkins;mj

cc: Howard
    Corea

bc: Subject
    Chron
    Cizek