# Howard 4
# (No. 94-67-00800)

FORM CD-498 (Edition 1-90) (Pres. by DAO 215-5)

**COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION**

DEPARTMENT NUMBER: 94-67-0080
FILING DATE: 11-19-93

1. COMPLAINANT'S NAME: Janet Howard
   COMPLAINANT'S STREET ADDRESS: 11521 Post Oak Rd
   CITY: Spotsylvania   STATE: VA   ZIP CODE: 22553
   TELEPHONE: HOME: 703/895-5779   WORK: 202/482-4255

2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU: EE/BXA/OES/EIRD
   STREET ADDRESS OF OFFICE: 14th & Penn. Ave. N.W
   CITY: Wash   STATE: DC   ZIP CODE: 2

4. DO YOU WORK FOR THE FEDERAL GOVERNMENT? ☒ YES
   NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK: Office of Enforcement Support, 14th & Penn Ave. N.W. Wash, DC

3. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:
   MONTH: 10   DAY: 28   YEAR: 93

5. (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY...

   Please see attachments

6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:
   ☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS): EEOC NO.: 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X, 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X

7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR? ☒ YES

8. DID YOU FILE A GRIEVANCE ☒ YES OR AN MSPB APPEAL ☒ YES ON THE MATTER(S) DESCRIBED IN NO. 5?

9. THE REMEDY I SEEK IS: A re-evaluation of my rating to Outstanding

10. COMPLAINANT'S SIGNATURE: Janet Howard
11. DATE OF SIGNATURE: 11 / 19 / 93

USCOMM DC 89-1535

November 22, 1993

I believe all of the pass and current reprisals levied against me are a direct result of the original grievance filed in 1989. The recommendation from the Administrative Law Judge Scott suggested I receive counselling concerning non-promotion. A grievance filed May 17, 1990 against Geraldine Jones who at the time was with the Office of the Secretary.

Reprisal were continued against me on 10/92 by the Director of Enforcement Support Thomas Andrukonis when I served as Acting Director from 2/92 to 4/26/92 un-officially and while I served officially in two details from 4/26/92 to 7/25/92, and detailed again from 7/25/92 until Oct. 1, 1992(see attachment). The Director of Enforcement Support Thomas Andrukonis would not show in my performance plan that I had ever served as Acting Directed even though my new job description plan clearly stated that I did and 2 Form 50's substantiated that I had served (see attachment). I did not sign the performance plan. I wrote a statement and attached it to the performance plan. I received a written memo in response to my attached statement signed - James Lemunyon, however, when I called Mr. Lemunyon's office to schedule an appointment to respond to his memo to me, his secretary avowed any knowing of having ever typed or sent me a memo.

In 1993, Jay Hatfield continued with further reprisals. My rating a year prior was "commendable", and I received an award. Under the supervision of Jay Hatfield, it dropped to 350 fully successful. I have received commendations from agents regarding the quality of work I produce, the Director of OES Thomas Andrukonis has told me on several occasions of the positive comments he has received on the quality of work I do. Seven of the Export Assistance who I supervised a year earlier and who are now working under the supervision of Jay Hatfield received ratings of either Commendable or outstanding. If calculated sheet by sheet and based on the weekly report submitted by me and kept by the Director , the amount of work I do outweigh work done by almost every one in Export Support. The truth of the quality of work I produce can be substantiated by any at random employee in the Support branch.

I believe this is further evidence of the ongoing continued reprisals levied against me.

**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer**
**Assistant Secretary for Administration**
Washington, D.C. 20230

FEB - 7 1994

CERTIFIED MAIL

Ref.: 94-67-0080
Filing Date: November 19, 1993

MEMORANDUM FOR   Janet Howard

(SIGNED) ARTHUR E. CIZEK

FROM:   Arthur E. Cizek
Chief, Compliance Division
Office of Civil Rights

SUBJECT:   Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issue from your complaint of discrimination referenced above:

> Complainant, a GS-1801-11, Export Compliance Specialist, employed by the Export License Review Division, Bureau of Export Administration, alleges that in reprisal for the previous prosecution of an EEO complaint, she was notified on October 15, 1993, that her supervisor, Jay Hatfield, would be assigning her a rating of "Fully Successful".

An investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As I told you in my letter of December 29, 1993, the investigation must be completed by May 17, 1994, unless you and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

If you believe that the issue in your complaint has not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issue has not been correctly identified.

You may write to me at the following address:

> Mr. Arthur Cizek
> Chief, Compliance Division
> Office of Civil Rights, Room 6010
> U.S. Department of Commerce
> Washington, D.C. 20230

WYoshino:jjmk

cc: Subject, Cizek, Welch, Investigator, Corea