# Howard 5
# (No. 95-67-00260)

FORM CD-498
(Edition 1-89)
(Pres. by DAO 215-5)

# COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

**DEPARTMENT NUMBER:** 95-67-0026
**FILING DATE:** Nov. 2, 1994

**1. COMPLAINANT'S NAME:** Janet Howard
**COMPLAINANT'S STREET ADDRESS:** P.O. Box 1454
**CITY:** Spotsylvania **STATE:** VA **ZIP CODE:** 22553
**TELEPHONE (INCLUDE AREA CODES):** HOME: 703 895-5779  WORK: 202 482-6383

**2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** Office of Enforcement Support
**STREET ADDRESS OF OFFICE:** 14th & Penn Ave. N.W.
**CITY:** Washington **STATE:** D.C.

**4. DO YOU WORK FOR THE FEDERAL GOVERNMENT?** [blank]

**3. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:**
MONTH: 8   DAY: 5   YEAR: 94

**5.** (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION. (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY. (C) GIVE THE DATES WHEN THIS ACTION OCCURRED. (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION? (YOU MAY ATTACH EXTRA SHEETS)

I was discriminated against in promotion. Reg. EEOC Case Numbers 88-01-0051, 88-01-0102, 90-01-0102 and 94-67-0080. This is a continued pattern of reprisal based on non-selection for GS-12 series. The retaliatory measures used by management was to deny me promotion to the GS-12 level. Since I was denied promotion to GS-12, ~~I was~~ which directly prohibited me from receiving promotion to the next grade.

**6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
- [ ] RACE
- [ ] COLOR
- [ ] RELIGION
- [ ] SEX
- [ ] NATIONAL ORIGIN
- [ ] AGE
- [ ] PHYSICAL HANDICAP
- [ ] MENTAL HANDICAP
- [x] RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS)

**7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR?** [blank]

**8. DID YOU FILE A GRIEVANCE** [blank]

**9. THE REMEDY I SEEK IS:**

By way of relief, I am seeking immediate promotion to GS-12 with back pay, and any other resolutions deemed just by the Court.

**10. I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.**
**COMPLAINANT'S SIGNATURE:** Janet Howard
**11. DATE OF SIGNATURE:** MONTH: 10  DAY: 01  YEAR: 94

A-1

USCOMM DC 89-1535

On October 21, 1994, I received final counsel from Greg Pewett of the Office of Civil Rights on an INFORMAL complaint with the Office of Export Enforcement. Mr. Pewett was unable to resolve this complaint, therefore I am going forward to the next level of FORMAL complaint. In addition, I have requested that I receive counsel from the Office of Civil Rights as agent for a class action complaint.

On April 26, 1994 an announcement to hire Export Compliance Specialist GS-1801 -12 (see attached) was advertised. The closing date was May 6, 1994.

I challenged the selection process by-way of a written request to John Dockery, BXA's then personnel representative. I sent a copy of the request to James Reese -Head of personnel (see attached cc:)

On July 29, 1994 Tom Andrukonis, Director of The Office of Enforcement Support informed me that I had made the Cert. On August 5, 1994 Tom informed me that I was not selected, the justification articulated by him was pretextual, with no more than a diaphanous attempt to illuminate his and the organizations action in the most favorable light.

He promoted every Export Compliance Analysis to GS-12, for the exception of me.

I am a long term employee with more that sufficient experience for promotion. I perform or have at some time performed the same work assignments and functions as other analysis in Enforcement Support. In additions, I am the only GS-11 Export Compliance Specialist to have in file 2 SF-50's detailing me to Act as Director (in a GS-13 Position), of Support in the Office of Enforcement Support. I have been denied promotion, when a more efficient and objectively applied selection process would have resulted in my promotion. By suspending the opportunity for my promotion to GS-12, the decision also has the effect of postponing any opportunity for me to advance in my career series.

Referencing EEOC case numbers above, The Bureau of Export Administration, and particularly the Office of Enforcement Support has historically engaged in patterns of overt discrimination and practices that are fair in form, but discriminatory in operation. These practices have an overt adverse impact, perpetuating the effects of past discrimination, towards me and other ethnic minorities.

Promotion to the GS-12 of all other Enforcement Support Analysis other than me was made because I challenged the selection process which was discriminatory in favor of two white females. I was denied promotion to GS-12 because of reprisal by way of denial of promotion by Tom Andrukonis, Director of Enforcement Support and Frank Deliberti, Deputy Assistant Secretary for the Office of

A-2

Export Enforcement. I was retaliated against by Tom Andrukonis, and Frank Deliberti because of my filing previous racial discrimination complaints. Therefore I claim reprisal by way of denial of promotion.

A-3



UNITED STATES DEPARTMENT OF COMMERCE
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

CERTIFIED MAIL

MAR - 9 1995

Ref.: 95-67-0026
Filing Date: November 2, 1994

MEMORANDUM FOR   Janet Howard

FROM:   *Kimberly Walton*
Kimberly H. Walton
Acting Chief, Compliance Division
Office of Civil Rights

SUBJECT:   Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issue from your complaint of discrimination referenced above:

> Complainant alleges that in retaliation for prior EEO activity: on or before August 5, 1994, the Agency decided not to select her for the position of Export Compliance Specialist, GS-1801-12, advertised in vacancy announcement OS-BXA-4-033-JD.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As I told you in my letter of April 30, 1995, the investigation must be completed by April 30, 1995, unless you and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

> Ms. Kimberly H. Walton
> Acting Chief, Compliance Division
> Office of Civil Rights, Room 6010
> U.S. Department of Commerce
> Washington, D. C. 20230

cc: Singer
    Corea
    Welch
    Walton
    Investigator
    Compliance
    Subject

Z 117 029 937



Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

| | |
|---|---|
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | MAR - 9 1995 |

PS Form 3800, March 1993

Z 117 029 938



Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail

Ms. Linda Singer
1666 Connecticut Avenue, N.W.
Suite 501
Washington, D.C. 20009

| | |
|---|---|
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | MAR - 9 1995 |

PS Form 3800, March 1993