# Howard 6
# (No. 95-67-02780)

**EXHIBIT**

FORM CD-498
(Edition 1-89)
(Pres. by DAO 215-5)

# COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

DEPARTMENT NUMBER: 95-67-0198
FILING DATE: Feb 22, 1995

1. **COMPLAINANT'S NAME:** Janet Howard, Joan Hall, Edward Reed
   **COMPLAINANT'S STREET ADDRESS:** P.O. Box 1454
   **CITY:** Spotsylvania **STATE:** Virginia **ZIP CODE:** 22553
   **TELEPHONE (INCLUDE AREA CODES):** HOME: 703 895-5779  WORK: 202 482-4255

2. **NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** Department of Commerce
   **STREET ADDRESS OF OFFICE:**
   **CITY:** **STATE:** **ZIP CODE:**

3. **GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:**
   MONTH: 8  DAY: 5  YEAR: 94

4. **DO YOU WORK FOR THE FEDERAL GOVERNMENT?** ☐ NO ☐ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS):
   **NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED):**

5. (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION. (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY. (C) GIVE THE DATES WHEN THIS ACTION OCCURRED. (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION? (YOU MAY ATTACH EXTRA SHEETS)

   (SEE ATTACHED)

6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:
   ☒ RACE (STATE RACE) _____
   ☒ COLOR (STATE COLOR) _____
   ☐ RELIGION (STATE RELIGION) _____
   ☐ SEX (STATE YOUR SEX) _____
   ☐ NATIONAL ORIGIN (STATE NATIONAL ORIGIN) _____
   (STATE COUNTRY OF BIRTH) _____
   ☐ AGE (STATE DATE OF BIRTH) _____
   ☐ PHYSICAL HANDICAP (DESCRIBE IT) _____
   ☐ MENTAL HANDICAP (DESCRIBE IT) _____
   ☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS) _____

7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR? ☐ NO ☒ YES COUNSELOR'S NAME _____

8. DID YOU FILE A GRIEVANCE ☐ NO ☒ YES OR AN MSPB APPEAL ☐ NO ☐ YES ON THE MATTER(S) DESCRIBED IN NO. 5? IF YES, GIVE DATE(S) _____

9. **THE REMEDY I SEEK IS:**

   (SEE ATTACHED)

10. I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.
    **COMPLAINANT'S SIGNATURE (Sign in dark ink):** /s/ Janet Howard
11. **DATE OF SIGNATURE:** MONTH 02 DAY 22 YEAR 95

USCOMM DC 89-1535

Janet Howard
2/22/95

Question and Responses below apply to question #5 - section (a)-(D).

1. What is the specific allegation that you are complaining about and why do you believe it is based on discrimination?

Response: Racial Discrimination against African Americans in the Department of Commerce which consist of the following: Low performance rating, continued denial of promotion and awards, disparate treatment in job assignment and environment, disparate treatment in recognition and training.

2. When did you first believe that a class action should be filed and what caused the belief?

Response: After I had exhausted all other administrative remedies without success or relief such as (1) Meeting with the Secretary of Commerce; (a) 3- meetings with Courtland Cox; (b) Numerous meetings with NAACP; (c) Secretary of Commerce and NAACP; (d) The Secretary's Top Level Staff; (e) Street Rally; (f) Media Releases in the Washington Post, Federal Times, Washington Times, etc.; Numerous letters to Congressmen, Senators, etc., (2) Departmental attempts to resolve discrimination complaints unsatisfactorily; (3) Retaliations against complainants on a large scale which consist of the following: retaliation by Low Performance ratings, continued denial of promotion and awards, disparate treatment in job assignment and environment, denial of career ladder progression; and (4) continued delay by the Office of Civil Rights to process, counsel, and investigate discrimination complaints in a timely manner.

(3) Who are the members of the class, how many are there and in what bureaus are they located?

Response: The members of the class constitute a significant number exceeding 75 employees within the U.S. DOC. All employees are active employees within the Washington metropolitan area. If it is necessary to delineate the class by a name and specific location of employees, it will be supplied if the EEOC and Published DOC EEO regulations require it.

(4) What is the policy or practice which is discriminatory against the class and you? Is there any person or group responsible for the policy or practice?

Response: People and policy are the same as those specified in question #1 above. The people, policy and practice are as follow: Caucasian and First and Second Line supervisors and Senior Management Official, Office of Civil Rights, Office of the General Counsel and Office of Personnel; (2) Inadequate counseling and; (3) the absence of genuine effort on the part of EEO to resolve discrimination complaints to the satisfaction of the complainants as oppose to the satisfaction of management.

(5) How is the alleged discriminatory act against you similar or related to the alleged discriminatory policy or practice against the class?

Response: I and all participants in the class have been racially discriminated against. We all have been discriminated against in the area of promotions, awards, performance ratings, career enhancement work assignments, timely training for advancement, and all other resource support readily available to the majority.

(6) What is your injury as a result of the discriminatory act and how is it similar or related to the alleged discriminatory policy or practice against the class?

Response: They are the same, denial of promotion, awards, accurate performance ratings, and career ladderal progression.

(7) What is the remedy you seek as Class Agent?

Response: The Class will seek relief by any mean necessary to end the systemic means of discrimination in hiring, promotion, training and unfair performance evaluations. The Class further seeks, removal of those managers who have consistently and ostensibly denied African Americans access and progression there in. Further, the Class seeks to eliminate the degradation, pressure and intimidation enforced by the Office of General Counsel which forces complainants to settle for less than satisfactory resolutions.

In additions, the Class seeks all remedies sought in the individual class complaint, the maximum awarded in compensatory and punitive damages; a publication of clear and concise EEO procedures specific to the DOC disseminated to each class representative; removal of the Office of Civil Rights Acting Director and EEO Officers; the establishment of an employee EEO support group staffed with African American representative both male and female {non-political appointees};

A-3

annual publication and review of outstanding discrimination cases by a panel of career Ombudsmen to review and recommend to the Secretary of DOC issues and discrepancies in administrative practices and; any other remedies deemed applicable by the court or it's representative there of.

Remedy sought by the Class Agent and Class at large are as follow:

(1)  The Class seeks immediate relief for the Officers of the Commerce Committee for African American Concerns who have been identified and labeled by high level managers in their Departments and the Office of Civil Rights as trouble makers. We are subjected to daily acts of reprisal and retaliatory actions.  These actions have been intensified as a result of our ongoing efforts to gather documentation to support our allegations that there is systemic discrimination against African Americans within the Department of Commerce.

(2)  Replace the Acting Director of the Office of Civil Rights and EEO Officers due to their continued poor record of administering the EEO/Affirmative Action Program.

(3)  Enforce the evaluation of all managers and supervisors for their performance of the EEO process.

(4)  Employees must be afforded some degree of input in managerial performance evaluations.

(5)  Ensure EEO representation at all senior level management meeting and on all hiring and promotion panels at the GS/GM 13 and above levels.

(6)  Appoint Department Ombudsmen to monitor the EEO complaint process, identify, analyze, and report on patterns of EEO complaints, and serve as facilitator to effectuate early resolution of EEO complaints.

(7)  Implement and expeditious system for processing complaints of racial harassment and reprisal.

(8)  Appoint a special Emphasis program manager to develop and implement affirmative action program initiatives at the entry/lower level, mid-level, and senior levels of employment.

(9)  Establish a 33% target for the hiring and promotion of African Americans in mid-level and senior level positions.

(10)  Remove and reprimand managers with multiple charges of discrimination for which there has been a settlement by an administrative judge or out of court settlement.

A-4

| New | Save | Complainant: Janet Howard | 2 of 27 | Case # 95-67-02780 |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis**
Title VII - Reprisal
Title VII - Race - Black

**Formal Issue**
Assignment of Duties
Awards
Evaluation / Appraisal
Promotion / Non-competitive
Promotion / Non-selection

Complaint filed: 03/22/1995
Complaint type: Class Action
120/180 Due Date: 09/18/1995

**Counseling Report**
Requested: 03/22/1995
Received: 04/18/1995

Further info requested:
Complaint Accepted:
Complaint Dismissed: 04/16/1999
Partially Dismissed:

**Case held in abeyance**
Date:
Reason:

**Dismissal Type**
Dismiss Class
Same Claim

**Intake**
Received from Specialist:
☐ Partial Acceptance
Assignment: 04/18/1995
Specialist: Walton, Kimberly

**Remand**
Intake: 03/01/2001
Acceptance:
Specialist: Hawker, Kathryn
Action date:
Action:

**Representative**
Specify Representative
Go to Representative
Remove Representative

Name: Grant E. Morris
Contact: Grant Morris/See Notes section on co-counsel
Notification: 04/08/2004

| New | Save | Complainant: Janet Howard | | | 2 of 27 | Case # 95-67-02780 |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

Please Note: case merges are being handled in the new way, with the "Consolidated" date field on the Formal tab. Particulars are still to be recorded in the Notes.

Class Action Complaint sent to EEOC for certification.
AJ recommended that the Agency dismiss class complaint - did not meet requirements
8/7/95 - DOC accepted AJ recommendation and dismissed class action complaint.
Appeal filed with OFO, EEOC - OFO Decision 6/4/97 - Reopen Decision issued 10/24/97 - Remand Class Complaint for re-certification of class by AJ.

3/24/99 - AJ 2 - remanded class complaint. - Remove Janet Howard as Class Agent. DOC ordered to hold Class complaint for 45 days pending identification of new class agent. AJ also dismissed class complaint as Joan Hall (class complaint 2 - no new file/complaint) as class agent as identical to this class complaint. On 4/16/99 - DOC adopted AJ's recomendation to dismiss class compliant 2 as identicial to this class complaint. DOC adopted that Hall, Class Complaint 2 was identical and was dismissed. DOC adopbted disqualifing Janet Howard as class agent. Janet Howard Appealed her disqualification to OFO, the dismissal of class complaint 2 was not appealed to OFO. 7/20/00 - OFO issued decision reversing Janet's Howard's disqualification. Therefore, Janet Howard is still Class Agent.
7/20/00 - Class PROVISIONALLY CERTIFIED, remanded bact to AJ at Washington Filed Office.
8/20/03 class limited to DC only

IMPORTANT: Class is now represented by Grant Morris but with a second firm as co-counsel
David Sanford
Sanford, Wittel & Heisler, LLP
2121 K St. NW Ste 700
Washington DC 20037
(202) 942-9124

Case Number Change: When the identical Hall-Howard-Reed and Howard-Hall-Reed complaints were filed, Joan Hall, an ITA employee, was erroneously assigned Howard's number 95-67-0198 and Howard was assigned Hall's case number, 95-55-02780. The Hall-Howard-Reed case was dismissed as being identical to Howard-Hall-Reed. After Hall was removed as class agent and OCR started activity based costing in, I changed the visibilty code on this case to make sure BXA would be billed rather than ITA. That changed the case number to its current form of 95-67-02780.
KHA