# Howard 7
# (No. 95-67-03960)

FORM CD-498
(Edition 1-89)
(FPM, Ch. DAO 215-5)

# COMPLAINT OF DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE
### BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

**DEPARTMENT NUMBER:** 95-67-0396
**FILING DATE:** July 20, 1995

**1. COMPLAINANT'S NAME:** Janet Howard
**COMPLAINANT'S STREET ADDRESS:** P.O. Box 1454
**CITY:** Spotsylvania **STATE:** VA **ZIP CODE:** 22553
**TELEPHONE (INCLUDE AREA CODE):**
HOME: 703/895-5779   WORK: 202/482-4255

**2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** Bureau of Export Administration
**STREET ADDRESS OF OFFICE:** 14th & Pennsylvania Ave. N.W
**CITY:** Washington **STATE:** DC

**5. GIVE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:**
MONTH: June  DAY: 23  YEAR: 95

**NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED):** The Office of Enforcement Support

**6. DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION:**

I was discriminated against in promotion. Ref: EEOC Case numbers 88-01-0051, 88-01-0102, 90-01-0102 and 94-67-06. This is a continued practice pattern of reprisal based on prior EEO Complaints. I have been repeatedly non-selected for advertised GS-12, 1801 series Export Compliance Spec. Positions in the Office of Enforcement Support by Tom Andrukonis, Director of Enforcement Support.

**ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
- [x] RACE (STATE RACE)
- [x] COLOR (STATE COLOR)
- [ ] RELIGION (STATE RELIGION)
- [x] SEX (STATE YOUR SEX)
- [ ] NATIONAL ORIGIN (STATE NATIONAL ORIGIN)
- [ ] AGE (STATE DATE OF BIRTH)
- [ ] PHYSICAL HANDICAP (DESCRIBE IT)
- [ ] MENTAL HANDICAP (DESCRIBE IT)
- [x] RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS)

**7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR?** [x] IF YES, COUNSELOR'S NAME:

**8. DID YOU FILE A GRIEVANCE** NO / YES   OR AN MSPB APPEAL NO / YES ON THE MATTER(S) DESCRIBED IN NO. 5? IF YES, GIVE DATE(S):

**9. THE REMEDY I SEEK IS:**

By way of relief, I am seeking immediate promotion to GS-12.

EXHIBIT 1
PAGE 1 OF 2

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.

**10. COMPLAINANT'S SIGNATURE:** Janet Howard
**11. DATE OF SIGNATURE:** MONTH 7 / DAY 19 / YEAR 95

USCOMM DC 89-1535

A-1

June 19, 1995

Janet Howard
Export Compliance Specialist GS-1801 - 11/4

Janet Howard, a black female, was hired at the GS-4 level in 1983, and continues today to work in the same branch and division in which she was hired. Since April, 1983, I have served in the following position in the Office of Enforcement Support: Clerk-typist, Computer Assistant, Computer program analyst, Export Compliance Specialist, Exporter Counselor, and Acting Director for Support Division in the Office of Enforcement Support. I was promoted to GS-9 in 1990 only after successfully grieving a complaint of racial discrimination (Docket # 88-01-0051 and Docket #88-01-0102) in which the Administrative Judge ruled that there was systemic race discrimination within the Bureau of Export Administration, and after filing a second complaint of reprisal (Docket #90-01-0102) as suggested by the administrative judge. A year later I was promoted to GS-11. I prevailed in case docket 90-01-0102 July 07, 1994. Although I have persistently pursued advancement opportunities through application to the Advance File and the Standing Register, I have been denied 3 promotions and numerous awards since 1991 and remain a GS-11.

Most recently, on February 28, 1995, an announcement to hire 2 Export Compliance Specialist (OS-BXA-05-047-LH) was advertised in the Office of Enforcement Support. Tom Andrukonis, Director of Enforcement Support again withheld my promotion and hired a white male (Brian Cute) from The Office of Anti-Boycott. Even though there were 2 positions advertised for export compliance specialist GS-12, I was not selected. Since August 1994 to May 1995 every employee in the office of enforcement support including the secretary have been promoted and have received cash awards. I am the only employee in the office of enforcement support to have not received a cash award and, to have not been promoted.

It is my belief that I was reprised against for the following reasons, because of prior racial discrimination complaints, reprisals complaint in the area of awards, poor and unfair performance evaluation and rating, and particularly with respect to the June 23, 1995 EEO complaint, because of my race and sex (female).

A-2

EXHIBIT 1
PAGE 2 OF 2



**UNITED STATES DEPARTMENT OF COMMERCE**
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

CERTIFIED MAIL

AUG 30 1995

Ref.: 95-67-0396
Filing Date: **July 20, 1995**

MEMORANDUM FOR   Janet Howard

FROM:   *Kimberly Walton* (signature)
Kimberly H. Walton
Chief, Compliance Division
Office of Civil Rights

SUBJECT:   Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issues from your complaint of discrimination referenced above:

> Complainant alleges that because of her race (African American), color (black), sex (female) and in retaliation for her prior EEO complaint activity, agency officials have continuously discriminated against her. Specifically, she alleges that:
>
> 1.   Tom Andrukonis, Director of Enforcement Support, continues to deny her a promotion and cash awards afforded other division staff; and,
>
> 2.   she was not selected for the position of Export Compliance Specialist, as advertised by Vacancy Number OS/BXA-05-047-LH.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As I told you in my letter of July 28, 1995, the investigation must be completed by **January 15, 1995**, unless you and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

EXHIBIT 5
PAGE 1 OF 2

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

> Ms. Kimberly H. Walton
> Chief, Compliance Division
> Office of Civil Rights, Room 6010
> U.S. Department of Commerce
> Washington, D. C. 20230

cc: Linda Singer
    Theresa Counce
    Wallace G. Welch
    Investigator
    Kimberly H. Walton
    Compliance
    Subject



Z 117 029 032

Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22552

| Certified Fee | |
|---|---|
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | AUG 30 1995 |

PS Form 3800, March 1993



Z 117 029 033

Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Ms. Linda Singer
1666 Connecticut Avenue, N.W.
Suite 501
Washington, D.C. 20009

| Special Delivery Fee | |
|---|---|
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | AUG 30 1995 |

PS Form 3800, March 1993

EXHIBIT 5
PAGE 2 OF 2