# Howard 8
# (No. 96-67-01940)

FORM CD-498
(Edition 1-88)
(Pres. by DAC 215-6)

**COMPLAINT OF DISCRIMINATION
AGAINST THE U.S. DEPARTMENT OF COMMERCE
BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN,
AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION**

DEPARTMENT NUMBER: 96-67-0194
FILING DATE: 3-26-96

1. COMPLAINANT'S NAME: Janet Howard
   COMPLAINANT'S STREET ADDRESS: P.O. Box 1454
   CITY: Spotsylvania   STATE: VA   ZIP CODE: 22553
   TELEPHONE (INCLUDE AREA CODES):
   HOME: 540 895-5779   WORK: 202 482-4255

2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU: BXA - Office of Enforcement Support
   STREET ADDRESS OF OFFICE: 14th & Pennsylvania Ave. N.W.
   CITY: Washington   STATE: D.C.   ZIP CODE:

3. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:
   MONTH: 3   DAY: 15   YEAR: 96

4. DO YOU WORK FOR THE FEDERAL GOVERNMENT?
   ☐ NO   ☒ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS):
   NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED): The Office of Enforcement Support

5. (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION. (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY. (C) GIVE THE DATES WHEN THIS ACTION OCCURRED. (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION? (YOU MAY ATTACH EXTRA SHEETS)

I was discriminated against in reprisal of non-promotion. Ref: EEOC No. 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X and 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X. This is a continued pattern of reprisal based on prior EEO complaints. I have been repeatedly non-selected for advertised GS-12 1801 series export compliance spec. position in the office of Enforcement Support by Tom Andrukonis, Director of OES.

6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:
   ☒ RACE (STATE RACE) _____
   ☒ COLOR (STATE COLOR) _____
   ☐ RELIGION (STATE RELIGION) _____
   ☒ SEX (STATE YOUR SEX) _____
   ☐ NATIONAL ORIGIN (STATE NATIONAL ORIGIN) _____
   (STATE COUNTRY OF BIRTH) _____
   ☐ AGE (STATE DATE OF BIRTH) _____
   ☐ PHYSICAL HANDICAP (DESCRIBE IT) _____
   ☐ MENTAL HANDICAP (DESCRIBE IT) _____
   ☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS)

7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR? ☐ NO ☒ IF YES, COUNSELOR'S NAME: Erma Sally

8. DID YOU FILE A GRIEVANCE ☐ NO ☐ YES OR AN MSPB APPEAL ☐ NO ☐ YES ON THE MATTER(S) DESCRIBED IN NO. 5? IF YES, GIVE DATE(S)

9. THE REMEDY I SEEK IS:

By way of relief, I am seeking immediate promotion to GS-12, back pay to 8/94, to reflect my high three to my retirement to reflect receiving a GS-12 in August 1994, all lawyer fees paid, all medical bills paid, $350,000 in damages, and any other remedies deemed by the Court.

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.

10. COMPLAINANT'S SIGNATURE (Sign in dark ink): Janet Howard
11. DATE OF SIGNATURE: MONTH 3 DAY 26 YEAR 96

EXHIBIT 3
PAGE 1 OF 3

USCOMM DC 89-1535

U.S. DEPARTMENT OF COMMERCE

ANNOUNCEMENT NUMBER OS-BXA-06-014
ISSUE DATE: February 15, 1996
CLOSING DATE: February 26, 1996

**Merit Program**

# VACANCY ANNOUNCEMENT

Export Compliance Specialist  Bureau of Export Administration
GS-1801-11/12  Export Enforcement
($37,094-$57,800 Per Annum)  Office of Enforcement Support
 Export License Review Division
Promotion Potential: GS-12  Washington, D.C.
Competitive Service

**WHO MAY APPLY:** Current permanent employees within the Bureau of Export Administration.

**DUTIES:** The incumbent analyzes export license applications and Shipper's Export Declarations for enforcement concerns. Collects, compiles and maintains export enforcement information and data that may have a bearing on the suitability of foreign recipients of U.S. technology. Accesses and analyzes financial reports and intelligence reports from other agencies, Office of Export Enforcement (OEE) field offices, routine daily cable traffic and other appropriate classified or unclassified sources of information to detect and prevent violations of export controls as noted in the Export Administration Act.

**QUALIFICATIONS:** One year of specialized experience in, equivalent, or related to the line of work of the above position, at the next lower grade level, which must have equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of this position. This experience must have been at a level of difficulty and responsibility comparable to that of GS-9 (for GS-11) and GS-11 (for GS-12) in the Federal service.

**QUALITY RANKING FACTORS:** Applicants should submit an addendum to their application which explains how they meet the following quality ranking factors:

1) Knowledge of the ECASS, ENFORCE, and SED data bases.

2) Knowledge of commercial law, finance, international trade, and/or export pratices.

3) Ability to understand, analyze and apply regulatory guidance.

4) Knowledge of the Export Administration Act and the Export Administation Regulations.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

**WRITING SAMPLES MAY BE REQUIRED AT THE TIME OF INTERVIEW**

EXHIBIT 3
PAGE 2 OF 3

March 26, 1996

Janet Howard
Export Compliance Specialist GS-1801 11/4

Janet Howard, a black female, was hired at the GS-4 level in 1983, and continues today to work in the same branch and division in which she was hired. Since April, 1983, I have served in the following position in the Office of Enforcement Support: Clerk-typist, Computer Assistant, Computer Program Analyst, Export Compliance Specialist, Exporter Counselor, and Acting Director for Support Division in the Office of Enforcement Support. I was promoted to GS-9 in 1990 "only after" successfully grieving a complaint of racial discrimination (Docket 88-01-0051 and Docket #88-01-0102) in which the administrative judge ruled that there was systemic race discrimination within the bureau of Export Administration, and after filing a second complaint of reprisal (docket #90-01-0102) as suggested by the administrative judge.

A year later I was promoted to GS-11. I prevailed in case docket 90-1-0102 July 07, 1994. Although I have persistently pursued advancement opportunities through application to the advance file and the standing register, I have been passed over for promotion and numerous awards since 1991 and remain a GS-11

Since august of 1994 to February 26, 1996 there has been 3 announcements for Export Compliance Specialist GS-12's in OES, the most recent -OS-BXA-06-014 which closed on 2/26/1996. All of the duties announced in the vacancy announcement are currently performed or have been performed by me at various intervals during my 14 year span with the office of enforcement support.

My current Work Performance Plan (GWPAS) list all of the duties cited on the 2/15/96 vacancy announcement as critical or non-critical. Although I am performing the announced duties, Tom Andrukonis says that the person he selected in another division and office has more experience in doing these duties than I, and I was passed over a third time for promotion.

EXHIBIT 3
PAGE 3 OF 3



UNITED STATES DEPARTMENT OF COMMERCE
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

APR 24 1996

CERTIFIED MAIL

Ref.: 96-67-0194
Filing Date: **March 26, 1996**

MEMORANDUM FOR   Janet Howard

FROM:   *Kimberly H. Walton*
Chief, Compliance Division
Office of Civil Rights

SUBJECT:   Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issue from your complaint of discrimination referenced above:

> Complainant, an Export Compliance Specialist, GS-1801-11/5, with the Bureau of Export Administration (BXA), alleges that in reprisal for her prior EEO complaints, she was not selected for the position of Export Compliance Specialist, GS-1801-11/12, with the Export License Review Division, Office of Enforcement Support, BXA, advertised under Vacancy Announcement Number OS-BXA-06-104.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As you were told in our letter of April 1, 1996, the investigation must be completed by **September 23, 1996**, unless you and the Department agree on an extension. (29 C.F.R. § 1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

EXHIBIT  6
PAGE  1  OF  2

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

>   Kimberly H. Walton
>   Chief, Compliance Division
>   Office of Civil Rights, Room 6010
>   U.S. Department of Commerce
>   Washington, D. C. 20230

cc:   Michael Subit (Representative)
      David Lewis
      Investigative Unit
      Compliance
      Subject



Z 117 028 475
Receipt for Certified Mail
Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553
APR 24 1996

Z 117 028 872
Receipt for Certified Mail
Michael Subit
Subit of Bernabei & Katz
1773 T Street, NW
Washington, D.C. 20009
APR 24 1996

EXHIBIT 6
PAGE 2 OF 2