# Howard 9
# (No. 96-67-03650)

FORM CD-498 (Edition 1-82) (Pres. by DAO 215-5)

# COMPLAINT OF DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE
### BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

**DEPARTMENT NUMBER:** 96-67-0365
**FILING DATE:** 10-15-96

1. **COMPLAINANT'S NAME:** Janet Howard
   **COMPLAINANT'S STREET ADDRESS:** P.O. Box 1454
   **CITY:** Spotsylvania  **STATE:** VA  **ZIP CODE:** 22553
   **TELEPHONE:** HOME: 540 895-5779  WORK: 202 482-4255

2. **NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** Bureau of Export Administration, Office of Enforcement Support
   **STREET ADDRESS OF OFFICE:** 14th & Penn. Ave. N.W.
   **CITY:** Wash.  **STATE:** DC

3. **GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:**
   MONTH: 7  DAY: 25  YEAR: 96

4. **DO YOU WORK FOR THE FEDERAL GOVERNMENT?** ☒ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS): Export Compliance Spec. GS-11/5
   **NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED):** Office of Enforcement Support

5. (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY... (B)... (C)... (D)...

   See attached copy of 7/25/96 memo of understanding and 10-9-96 EEO Counselor's report.

6. **ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
   ☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS)

7. **DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR?** ☒ YES, COUNSELOR'S NAME

8. **DID YOU FILE A GRIEVANCE** ☒ YES **OR AN MSPB APPEAL** ☐ NO ON THE MATTER(S) DESCRIBED IN NO. 5? IF YES, GIVE DATE(S): 7/25/96

9. **THE REMEDY I SEEK IS:** Letter of reprimand removed from my personnel folder.

10. **COMPLAINANT'S SIGNATURE:** Janet Howard
11. **DATE OF SIGNATURE:** 10 / 15 / 96

**UNITED STATES DEPARTMENT OF COMMERCE**
Bureau of Export Administration
Washington, D.C. 20230

July 25, 1996

Memorandum To:   Tom Andrukonis
                 Director
                 Office of Enforcement Support

From:            Janet Howard
                 Export Compliance Specialist

Subject:         Memorandum of Understanding

This is a Memorandum of my understanding witnessed by God between you and me of a June 10, 1996 conversation at or about 8:30 A.M.

To my understanding this is what transpired on June 6, 1996. One or more OES employees reported to you that they observed an oily substance on their computer keys and chair. I observed the following: (a) Bruce Schrieber from the 6 floor computer room came down to inspect the computer; (b) followed by Margaret Carneigho in security and; (c) Frank Deliberti who asked each OES employee if they were alright.

On June 10, 1996 I spoke with you in your office and informed you that I had anointed the office with Holy Oil. I told you that I had not come forth sooner because the incident had been blown out of proportion.. You told me that you were aware of the purpose and use of Holy Oil and that Bruce had called Bill Reinsch to report that oil was found on the keys of all the computers. You said that you were called out of a meeting by Mr. Reinsch who asked you what was going on in your office. You told me that Margaret and Frank's was involved as a result of Bruce's phone call to Mr. Reinsch.

I told you then, if you felt compelled to write me up do so, but write the exact reason for my action. I told you that every one stands in need of something and I said that God said if you bless anyone in secret, He would reward them openly. You reiterated again that you understood what it meant to be anointed. Further, you told me that you saw no need to call a staff meeting to explain the oil because you wanted the issue to subside. As I stood to exit your office, you commended me for coming forward and you said " Next time you anoint the office , use a smaller amount of oil". I left your office with the understanding that this issue was mute, some five weeks later you call me into your office and handed me a notice of reprimand.



October 9, 1996

MEMORANDUM FOR     Janet Howard

FROM:              Michael Allen   *Michael Allen*
                   EEO Counselor

SUBJECT:           **Mediation Election Form**

On August 2, 1996, I conducted an initial EEO counselor's interview with you regarding allegations of discrimination. Specifically, you alleged that you were given an "official letter of reprimand for inappropriate conduct" on July 24, 1996, by your supervisor, Thomas W. Andrukonis, Director, Office of Enforcement Support, based on reprisals for other grievances you had filed against the Bureau of Export Administration.

As a Department of Commerce employee, you have been advised that you may seek resolution of these matters through mediation. If you elect to pursue mediation of your concerns through alternative dispute resolution (ADR), you are advised that:

- ADR is voluntary and will last no longer than forty-five (45) calendar days;

- All discussions in mediation are confidential;

- Statements made in settlement negotiations may not be used as evidence should you elect to file a formal complaint;

- Requests for accommodation to facilitate the mediation session (e.g. auxiliary aids, interpreters, etc.) should be conveyed to the mediator at initial contact;

- You are entitled to a representative of your choice throughout the mediation process.

You will retain the right to file a formal complaint on those issues of discrimination raised with me, the EEO Counselor, and not resolved during mediation. At the termination of mediation, you will have 15 calendar days to file a formal complaint of discrimination on any unresolved issue(s).

**ELECTION:**

   I Elect _____   Do Not Elect __✓__ to use the Mediation program.

_____*Janet Howard*_____   10-9-96 _____
                (Employee's signature and date)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer**
**Assistant Secretary for Administration**
Washington, D.C. 20230

NOV - 8 1996

CERTIFIED MAIL

Ref.: 96-67-0365
Filing Date: October 15, 1996

MEMORANDUM FOR   Janet Howard

FROM:            *Kimberly H. Walton*
                 Chief, Compliance Division
                 Office of Civil Rights

SUBJECT:         Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issue from your complaint of discrimination referenced above:

> Complainant, an Export Compliance Specialist, GS-1801-11, with the Office of Enforcement Support, Bureau of Export Administration, alleges that in retaliation for filing prior EEO complaints, she was issued a Memorandum of Official Reprimand on July 24, 1996, by her supervisor, Thomas Andrukonis, Director, Office of Enforcement Support, while others who acted as she did received no written reprimand.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As you were told in our letter of October 24, 1996, the investigation must be completed by **April 14, 1997**, unless you and the Department agree on an extension. (29 C.F.R. § 1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

>Kimberly H. Walton
>Chief, Compliance Division
>Office of Civil Rights, Room 6010
>U.S. Department of Commerce
>Washington, D. C. 20230

cc: David R. Lewis
    Investigative Unit
    Compliance
    Subject

