# Howard 11
# (No. 98-67-00270)

Form CD-498 (January 1997)

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE

OCR Use
Docket Number: 98-61-0027    Filed Date: 3/3/98

## INFORMATION ABOUT YOU

Name: JAnet Howard
Social Security Number:
Address: P.O. Box 1454
Home Phone: (540) 895-5779
City/State: Spotsylvania, VA    Zip Code: 22553
Work Phone: (202) 482-0717

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
NOTE: You do not have to have a representative.
Address:
Phone ( )
Fax ( )
City/State:    Zip Code:
Is your representative an attorney? ☐ Yes ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
BXA/OBS

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).

[RECEIVED 1998 MAR -3 stamp]

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race
☐ National Origin
☒ Color
☐ Age
☐ Religion
☐ Disability
☐ Sex
☒ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No  Counselor's name? Brenda Brittain
Did you file a grievance under a negotiated grievance procedure?  ☐ Yes ☒ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal?  ☐ Yes ☒ No  Filing date(s)?

Signature: Janet Howard    Date: 3-2-98
SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU)    DATE (MONTH/DAY/YEAR)

March 4, 1998

Describe the actions(s) you believe were discriminatory.

Response: The action or practice of assigning qualitative work assignment to white employees while assigning the lesser to black employees.

    The practice of placing less or no emphasis, importance or value on work performed by black employees while embellish to the point of exaggerate the important of work performed by white employees.

    The practice of nominating white employees for awards and honors for performing the regular duties listed in their work plan while ignoring blacks who have meet and exceeded the requirement of their work plan.

    The practice of nominating white employees for awards that if asked the nominated employee could not tell you what they did to even be nominated much less awarded, while totally disregarding letters of commendations received by black employees for their hard work.

    The practice of believing that a rating of commendable is all that is necessary to bring a grin to the mouth and pocket of black employees while insisting that cash/ awards are necessary to achieve the same results for white employees.

**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer**
**Assistant Secretary for Administration**
Washington, D.C. 20230

MAY 27 1998

CERTIFIED MAIL

Ref.: 98-67-0027
Filing Date: March 3, 1998

MEMORANDUM FOR  Janet Howard

FROM:   Kathryn E. Hawker
        Acting Chief, Compliance Division
        Office of Civil Rights

SUBJECT:   Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issues from your complaint of discrimination referenced above:

> Complainant, an Export Compliance Specialist with the Office of Enforcement Support, Bureau of Export Administration, alleges that because of her race (Black), color (unspecified) and in retaliation for prior EEO complaints, she did not receive a cash award or promotion in Fiscal Year 1997, despite her performance rating of "commendable," and was told that the only way she would get promoted to GS-12 was if another employee retired and she competed for his position. Complainant asserts that, by contrast, white employees routinely receive awards and non-competitive promotions.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

The investigation must be completed by **August 31, 1998**, unless you and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

>   Kathryn E. Hawker
>   Acting Chief, Compliance Division
>   Office of Civil Rights, Room 6010
>   U.S. Department of Commerce
>   Washington, D. C. 20230

cc:  David R. Lewis
     Investigative Unit
     Compliance
     Subject



P 127 036 353

Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

PS Form 1995

1998