# Howard 13
# (No. 99-67-00722)

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE

For OCR Use
COMPLAINT NUMBER: 99-67-00122     FILING DATE: 8-25-99

## INFORMATION ABOUT YOU

Name: Janet Howard
Social Security Number: 
Address: P.O. Box 1454
Home Phone: (540) 895-5779
City/State: Spotsylvania, VA   Zip Code: 22553
Work Phone: (202) 482-0717

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
NOTE: You do not have to have a representative.
Address:
Phone ( )
Fax ( )
City/State:    Zip Code:
Is your representative an attorney? ❑ Yes ❑ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Bureau of Export Administration (BXA) Office of Enforcement Analysis (OEA)

Did you work for the Department of Commerce at the time? ☑ Yes ❑ No. If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).
See attached page(s)

RECEIVED 1999 AUG 25 PM 4:4  U.S. DEPT OF COMMERCE OFFICE OF CIVIL RIGHTS

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☑ Race
❑ National Origin
☑ Color
☑ Age
❑ Religion
☑ Disability
❑ Sex
☑ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).
(see attached page, dated 7-13-99

Did you discuss this(ese) issue(s) with an EEO Counselor? ☑ Yes ❑ No   Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ❑ Yes ☑ No   Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ❑ Yes ☑ No   Filing date(s)?

Janet Howard                              8-25-99
SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU)     DATE (MONTH/DAY/YEAR)

August 25, 1999

I am a sixteen year GS-1801-12 Export Compliance Specialist in the Office of Export Analysis, who applied for a GS-1801-13 supervisory export compliance specialist position in the Office of Export Analysis (Announcement No. OS-BXA-09-160-TT).

February 26, 1999, I filed a formal complaint alleging among other things that **"Because of my prior EEO complaints, I have been held in-grade by Mr. Andrukonis for the last 6 years. The long term effect and financial loss of being purposely held in grade for fiscal year(s) 1994, 1995 and 1996 have stifled my career growth, and prevented me from applying for the two GS-1801-13 positions advertised in the Office of Export Analysis in 1998. If Mr. Andrukonis had not interfered with my career growth in 1992, when I served for two 120 day detail as a GS-13 Office of Enforcement Support Supervisor, I would have been eligible and in line to receive promotion to GS-14 OES/OEA Office of Export Analysis Preventive Enforcement Supervisor".**

June 21, 1999, Mr. Andrukonis e-mailed a memo entitled **"Selection** made for HPC unit Chief eff. 10/1/99" (see attached e-mail).

June 22, 1999, I e-mailed Karla Brown, Bureau of Export Administration's Personnel Specialist and asked her the following five questions: 1) Did I qualify for the above advertised position; 2) If I didn't, why?; 3) Did I make the most qualified list; 4) If I didn't make the most qualified list, why?; 5) If I did make the most qualified list, why wasn't I interviewed as a possible candidate. (See attached e-mail).

June 23, 1999, Karla Browns response to question(s)  1-5 - The answer is no; 2) You did not meet **time in grade requirements..........;** 3) no; 4) Same as #2; 5) n/a. ( See attached memo).

June 24, 1999, I appended the above question to include the following 6: 1) What were Kim Smith's qualifications for this position; 2) What is the rational in making October 1, 1999 her effective date; 3) Does Personnel's Regulations support this date? If so; 4) Please provide me a copy of the regulation citing this support; 5) What is the time frame given in the regulations for an employee to assume a new position; and 6) How long can a position be held open for an employee who has just been selected to a new position. (See attached memo).

June 24, 1999, Karla Brown's response to the above appended questions: "Janet, the appointment of Ms. Smith is still **pending** a few things.

July 14, 1999 (see e-mail from Carol Bryant GS-1801-14 Export License Review Supervisor/ OEA), Subject: Acting Directors for ELR&CD while on vacation. I served as Acting Director from July 21-23, 1999.

July 21, 1999, (see e-mail from Karla Brown) Subject:  Complaint Against me. I reviewed Ms. Howard's OPF very carefully and have attached a transcript of her work record. Her OPF did not show that she ever held a GS-13 in her Federal career, nor did she ever hold a GS-12 before

January 3, 1999 (see attachment)

Karla Brown failed to produce two SF-50 for the dates 4/26/92-9/30/92 which would show that I served officially as Acting Director in a GS-1801-13 supervisory position from 4/26/92 to 9/30/92, I supervised 7 Export Compliance Assistance (Pearl Wilson, Minnie Brown, Mary Coleman, Louise Miller, Geneva Smith-Butler, Sonja Bradley, Ernessa Peterson). Ms. Brown's print-out lists a "Unclassified (detailed) position for 4/26/92, and it lists an Ex. Compliance Spec. (termination of detail) for 9/30/92. Ms. Brown's records are partially correct, in her very careful review of my OPF, she failed to identify the two detailed positions.

OCT 21 1999



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer**
**Assistant Secretary for Administration**
Washington, D.C. 20230

# MEMORANDUM

**To:** Lawrence N. Self
Deputy Director, Office of Civil Rights

**From:** Kathryn E. Hawker
Acting Chief, Compliance Division
Office of Civil Rights

**Subject:** Complaint of: **Janet Howard**
Complaint Number: **99-67-00722**
Filing Date: August 25, 1999

Attached is our decision in this complaint. Complainant, an employee of the Bureau of Export Administration alleged that because of her race (African American), color, age, and disability (all unspecified), and in retaliation for prior EEO complaints, she was not selected for a GS-13 Export Compliance Specialist position.

The record shows that Complainant received her Notice of Right to File on August 2, 1999. She filed the complaint on August 25, 1999, 8 days late. We are dismissing it as untimely filed.