# Howard 14
# (No. 00-67-03254)

Form CD-498 (February 19??)    OMB Approval No. 0690-001

## COMPLAINT OF EMPLOYMENT DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE

DOC Complaint Number: _____    Filing Date: 9/12/00

### INFORMATION ABOUT YOU

Name: Janet Howard
Address: P.O. Box 1454
City/State: Spotsylvania, VA   Zip Code: 22553
Social Security Number: _____
Home Phone: (540) 898-5779
Work Phone: (202) 482-0717

### INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name: 
Address: 
City/State:    Zip Code: 
NOTE: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney?  ☐ Yes  ☐ No

### INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
BXA/OEA

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No   If yes, what was your position (title/series/grade), office, and bureau? Export Compliance Spec.-BS-12/2 -1801 OEE/BEA

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and include dates. If you need more space, attach an extra page(s). See Attached Pages

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race
☒ Color
☐ Religion
☒ Sex
☐ National Origin
☒ Age
☒ Disability
☒ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

Did you discuss this(ese) issue(s) with an EEO Counselor?  ☒ Yes ☐ No   Counselor's name?
Did you file a grievance under a negotiated grievance procedure?  ☐ Yes ☒ No   Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal?  ☐ Yes ☒ No   Filing date(s)?

Signature: Janet Howard
SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU)
Date: 9/12/2000

September 6, 2000

On August 14,200 an agency wide e-mail fromSecretary Bill Reinsche of the Bureau of Export Administration (BXA) was released for all BXA employees who were interested in attending the Blacks In Government(BIG) Conference held this year at the Marriott Wardman Park Hotel In Washington, D.C. Secretary Reinsch's e-mail instructed any interested party to contact Bill Arvin, the Secretary's designee to coordinate this first time ever agency wide practice. I contact Mr. Arvin by e-mail as well as numerous other BXA employees. Some BXA employees contacted Mr. Arvin in person. In my e-mail to Mr. Arvin I expressed my interest in attending the conference and reminded him that I lived out side of the 50 miles radios and needed accommodations in order to have **full** participation in the conference. I Followed the procedure use in 1999 when I attended the Blacks In Government Conference Held in New Orleans . This procedure was to submit a per-diem request to Linh, BXA's budget officer to determine if monies were available to cover per diem cost. I told Mr. Arvin in my e-mail that I had left a telephone message for Linh to call me, since I was Acting Director during this time in Carol Bryants absence . Mr. Arvin never responded to my e-mail. Instead, I was told by the Acting Director of OEA Donald Lyles that Mr. Arvin forwarded my e-mail to EE's Assistant Secretary Amanda Debusk.

At the close of the day in the presence of witnesses, Mr. Lyles accused me of not following the chain of command because I e-mailed Mr. Arvin. Further, he said that Assistant Secretary Debusk had called him on the carpet for my e-mail. The Secretary of BXA's e-mail specifically said to contact Mr. Arvin. I contacted Mr. Arvin, so did numerous others BXA employees. However, I was the only employee accused of not following the "**chain of command**".

Upon her return to work ,my immediate supervisor Carol Bryant who is very knowledgeable and experienced in coordinating this type of unusual travel situation tried by duplicating the procedure she used to make the Blacks in Government 1999 conference training possible for me to attend. But her efforts were blocked by Acting Director Donald Lyles.

The 8/17/200 e-mail I received from my immediate supervisor Carol Bryant indicate that there was fourth quarter funding from OEA's remaining Fy 2000 training budget. In addition, an e-mail dated 8/12/200 from Mark Menefee to Thailia Griffin confirmed that there was money in either EE or EA's budget to cover the per diem cost. The Department's Travel Handbook "Special Transmittal (ST)95-4 revised policy (B) states "Under unusual circumstances, the authorizing official may authorize per diem on a case-by case basis, based upon commuting time or distance, the location of the employees residence and official station, or the nature of the temporaty duty as it relates to the programmatic mission of the bureau/operating unit.

Mr. Lyles says that policy prevented BXA from paying per-diem for me because my work station and training is in the same city. In 1998, BXA offered an agency wide training for all BXA employees in Washington, D.C. at the Hyatt Grand located between 10 & 11 Street NW., about **ten block** from my duty station. The Bureau of Export Administration payed for one weeks per-diem, charges for garage, mileage and training.

The Blacks in Government Conference training at Marriott Wardman is roughly **10 to 15** miles from my duty station. yet I am denied per-diem. The Office of Personnel regulation regarding travel has not changed from 1998 to 2000, in fact it was revised in 1995 (**see DOC Travel Handbook Special Transmittal (ST) 95-4**).

I am a Blacks in Government member, so I contacted BIG for assistance. Vice President Tanya Ward-Jordan e-mail a letter to my immediate supervisor Carol Bryant and Donald Lyles explaining why it was necessary for me to attend the conference training. Mr. Lyles did not respond back to Ms. Ward-Jordan's e-mail. Ms. Ward-Jordan then forwarded the same e-mail to Secretary Bill Reinsche.

I surmissed that Mr. Lyles was determined that I **not** attend the Blacks In Government conference. Therefore, I sought council from the office of Civil Rights from Mrs Bernette Worthy. Ms. Worthy assured me that she would speak to BXA Secretary Reinsche and Donald Lyles to see if we could remedy this situation without filing a EEO complaint.

**[NOTE:]***At this time no complaint had been filed. EEO Officer Worthy was acting as mediator for me to Secretary Reinsche and Acting Director of OEA Donald Lyles.* The Secretary of BXA said "**Since I had sought the council of the Office of Civil Rights, it was out of his hands.**"

As a reasonable person, I used every viable means to attend with out conflict the "**ONLY**" training available to be for the Fiscal year **2000**. I am the only African American employed with the Bureau of Export Administration who is a Blacks In Government member and who's residence in terms of travel miles from this year's Blacks in Government Conference training location is in access of **100 miles one way**. Since the re-organization of OEA in 1983, I have lived in the same location and have worked in the same office.

These are the Facts:

1. The Secretary of BXA issued a open invitation for me to attend the Blacks In Government Conference.

2. The e-mail took in consideration the cost of training.

3. An e-mail from my immediate supervisor Carol Bryant indicated that there was available fourth quarter funding from OEA's remaining 2000 training budget to cover my travel per diem.

4. An e-mail from Mark Menefee to Thailia Griffin indicated that there was also funds in EE and/or EA's budget to cover my per diem.

5. In the pass BXA has paid for per diem for me to take training in Washington, D.C (my duty station).

6. There is no established policy by DOC or BXA that would preclude BXA from providing per diem for me to attend Blacks In government Conference Training.

7. Numerous attempts were made at the informal stage to negotiate with management for a simple remedy that would have prevent this formal complaint from being filed by (a) my immediate supervisor Carol Bryant; (b)Blacks In Government Vice President Tanya Ward-Jordan' and (c); EEOC Officer Bernadette Worthy.

7. These negotiation attempts were rejected by (a) Acting Director of OEA Donald Lyle; (b) Under Secretary Amanda Debusk; and (c) Secretary of BXA Bill Reinsche.

**ATTACHMENTS**

JUL 14 2000



UNITED STATES DEPARTMENT OF COMMERCE
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

Gerald R. Reed
National President
Blacks in Government
1820 11th Street, N.W.
Washington, D.C. 20001

Dear Mr. Reed:

On behalf of the Honorable William M. Daley, Secretary of Commerce, thank you for your letter dated June 29, 2000, inviting the Departmental Commerce to participate in the Blacks in Government's (BIG) 22nd Annual National Training Conference (NTC), in Washington, D.C. We accept your invitation and the Department plans to participate in your NTC. In addition, we congratulate you on the occasion of BIG's 25th anniversary as a Professional Development Association.

With respect to your inquiry concerning the Department's support, we offer the following:

*The Department plans to issue an electronic broadcast message to all DoC employees encouraging them to attend the NTC.
*The Department plans to participate in your Agency Forum Program (AFP) by conducting a two-hour session for DoC personnel attending the NTC. Specific information regarding this session will be provided under separate cover.
*Since the Department plans to participate in your AFP, we believe that our contribution through this program is the most opportune. Therefore, at this time, we have no additional recommendations for potential workshop presentations. However, the Department may provide recommendations for future NTCs.
*Due to budgetary constraints, the Department is unable advertise in the NTC program booklet, but we certainly support your efforts in other ways (i.e, DoC personnel attending the conference, participation in the AFP, etc.).

Again, thank you for inviting the Department to participate in the upcoming National Training Conference and we look forward to working with you and your staff in the days ahead. If you have questions or need assistance, my point of contact for this action is Ms. Deborah Hayes. Ms. Hayes can be reached at (202) 482-4484.

Sincerely,

Lawrence N. Self
Acting Director, Office of Civil Rights

**From:** MARK MENEFEE
**To:** BEREZOWSKY, LYNDON; GRIFFIN, THAILIA
**Date:** 8/12/00 10:20AM
**Subject:** BIG Training Conference

Lyndon and Thailia,

Just to let you know where things stand on TG's training request:

Yesterday I met with Amanda, Dexter Price and Donald Lyles to discuss your request as well as the broader issue of what we should do to notify other potentially interested employees in EE about the conference, as well as how we could pay for it.

It was an interesting discussion because we learned that OEE, OEA and OAC handle individual training in very different ways, mainly due to the fact that OEA and OAC have their whole offices here in DC and OEE is spread out across the country. Also, OEE has more operational law enforcement training needs (firearms, computer evidence, surveillance, etc.) than the other offices, and obviously is much larger in size. Employees of those two offices have not initiated many, or any individual training requests this year, while OEE has had quite a few, at least until mid-year when I began denying all of them, other than retirement or firearms, due to the budget deficit.

Long story short, as we discussed the matter it became clear that we all wanted to support the BIG conference, but because of the differences in the way our respective offices were structured, we approached the problem of how to distribute scarce individual training funds fairly among employees quite differently. Also, this is coming up on us with short notice and, most importantly, late in the FY when we are being told by the Under Secretary and Admin that EE's budget is over $200k in deficit already.

Nonetheless, despite our different approaches to handling training requests, we all agreed we wanted to do more advance planning for the BIG conference next year in a way that would enable us to set aside some budget money early in the FY and encourage greater participation by our people, within that budget limitation.

For this FY, here is what will happen. Amanda, Anstr, Dexter, Donald and I went to U/S Reinsch late Friday and told him about the conference. Amanda requested funds for EE and specifically for your request. Reinsch agreed to use BXA funds to pay for the tuition for up to 10 employees this year. He said he would put out a memo to all of BXA, probably on Monday, informing people about the conference and offering to pay tuition. (Donald will write a draft for him Monday.) However, Reinsch said he would not pay for travel and per diem - that would have to be paid out of the budgets of EE and EA. (Obviously that weighs more heavily on OEE's budget than any other office in BXA, but this is nothing new.)

So this is where it stands. BXA will pay at least your tuition to the conference. We will take a quick look next week at how many in OEE express an interest in attending, and from what duty stations, to estimate the likely total cost. Then we'll decide how many from OEE's field offices we can afford to pay travel/per diem. (This will be like a shortened version of the procedure we've used to select participants in the WIFLE in the past.)

Because of your long-time connection to BIG, and the emphasis we have placed in your memo on your recruitment efforts on behalf of OEE, it appears likely that Amanda will let OEE pay your travel and per diem as well as tuition. We aren't completely certain of that yet, but I bet it will turn out that we can. (Per Reinsch's directive, since OEE was not given a training budget for individual training requests, I'll have to "offset" your travel/per diem against some other budget category, such as gasoline, office supplies, or ammunition, which at least appear to the budget police to be on the positive side of our balance sheet right now. Not your problem, but that's actually the drill I have to go through these days. Sure wish Lyndon would come to HQ and help me!)

Be sure to respond ASAP to Reinsch's e-mail next week, expressing your interest in having your tuition paid out of his funds. We should know by mid-week whether OEE can pay your travel/per diem.

Please contact Norma Curtis to arrange to pick up some of the WIFLE brochures, as well as the current vacancy announcement for SJFO, to hand out at the BIG conference. Once you find out when and where the conference will be held next year, please let Josephine and I know so we can try to set aside a budget category for it early in FY 01.

Although this all might seem like a lot of bureaucratic nonsense from MIFO's point of view, please bear with us. I think this is going to work out in a good way, for Thailia individually this year and for EE's support for BIG in the long run.

CC:       CURTIS, NORMA; FONTANA MORAN, JOSEPHINE

**From:** BILL REINSCH
**To:** BXA
**Date:** 8/14/00 10:56AM
**Subject:** Blacks in Government Conference

Blacks in Government (BIG) is holding its 22nd Annual Training Conference in Washington, D.C. August 21-25, 2000. There are a limited number of slots for attendance at this seminar for interested persons within BXA. BXA central funds will cover the conference fee, but not travel or per diem.

BIG is a nonprofit, nonpartisan, professional development association that represents more than 2.5 million African-Americans employed in federal, state, and local governments. Individuals of all races participate in its conferences.

This year's conference theme is "World Class Performance Through Partnerships for Progress". This conference has the commitment of numerous federal agencies and has made arrangements for them to participate in discussions on a wide range of topics pertinent to career development in the federal public sector.

If [redacted], BXA will consider applicants for training on a first come first served basis – se[redacted]. BXA central funds will cover the conference fee, but not travel or per diem. Employees must have their supervisor's permission to attend the conference. Prospective attendees should complete and submit SF182, Training Request to Bill Arvin.

Further information concerning the conference and agenda can be obtained at BIG's web site, www.bignet.org, or by contacting Mr. Jim Wilson, BIG's Office Manager at 202/667-3280.

**From:** JANET HOWARD
**To:** ARVIN, WILLIAM
**Date:** 8/14/00 11:35AM
**Subject:** BIG Training

Bill, I definitely want to attend, however, un like others, I am in need of lodging for the week from August 21-25. I am outside of the 50 miles radios  Can you help me? I've tried to contact Linh this morning to make arrangements in Carol's absence, my call has not been returned yet.

You can reach me on 482-0717. Thanks Bill!!

**From:** "Tanya Jordan" <TJordan2@doc.gov>
**To:** <CBRYANT@BXA.DOC.GOV>, <DLYLES@BXA.DOC.GOV>
**Date:** 8/16/00 6:02PM
**Subject:** Ms. Howard's Training Request

Dear Mr. Lyles and Ms. Bryant,

As Vice President of Blacks In Government (BIG)-Main Commerce Chapter, I am writing to secure your approval for Ms. Janet Howard's full participation Blacks In Government's National Training Conference.

This year's BIG conference is being held at the Marriott Wardman Park Hotel in Washington, D.C. from August 21, 2000 through August 25, 2000. One of BIG's primary goals is to sponsor national efforts to promote the well-being, education, and professional development of African-Americans in Federal, State and Local governments. Our annual conference hosts a variety events, sessions and lecturers that hold forums beyond some employees normal working hours. To maximize the benefits that can be derived, many employees in the commuting area stay to benefit from the vast developmental opportunities provided. It is my understanding that Ms. Howard's residence falls beyond the "local commuting distance." Therefore, absent official travel authorization, Ms. Howard's participation during the BIG conference would be sharply limited. Many forums like, Commerce's Agency Forum, scheduled on Monday, August 21 from 2 p.m. to 5 p.m. will extend beyond Ms. Howard's working hours and subsequently commuter rail schedule. (Note: Other seminars are scheduled later in the evening throughout the week).

Because Ms. Howard, unlike many other Commerce Employees, is both an BXA employee and "an active member serving on the Commerce BIG's Communication Committee" it is most fitting that I submit this request to you. It is also appropriate that I share with you the memo dated August 2, 1995 to all holders of the Travel Handbook (ST- 95-4) page 2 paragraph 3B ). Perhaps this guidance will provide you with some insight in handling Ms. Howard's training request. Specifically, Travel Handbook (Special Transmittal ST-95-4) page2 paragraph 3B ) permits designated officials, on a case-by-case basis, the authority to authorize travel per diem to employees to attend conferences in the vicinity of an employee's official duty station under "unusual circumstances". Such "unusual circumstances" - "may be based on the location of the employee's residence and official station." Upon reading the applicable Travel Handbook cite, I later conferred with Ms. Sandy Kazimer, the Travel Specialist who actually wrote the Department's travel policy, to ensure that my interpretation was correct.

Should you have any questions regarding the Department's travel policy Ms. Kazimer can be reached on 482-1818. Should you like to contact me to discuss BIG's training module I can be reached on 482-0233.

I thank you in advance for your consideration with regards to this matter.

> Tanya Ward Jordan
> Vice President, Main Commerce
> Chapter, Blacks In

Government

| | |
|---|---|
| From: | WILLIAM ARVIN |
| To: | HOWARD, JANET |
| Date: | 8/16/00 2:48PM |
| Subject: | BIG Conference |

You are on the list of people whose conference fee will be covered by BXA central funds. Please send or take your training form to Gay Shrum. The fee amount should go in box 21(a) (Tuition). The accounting code for the fee is 0/298000/6A9814. As noted in Mr. Reinsch's e-mail, this code may not be used to pay for other costs such as travel or per diem.

Enjoy the conference and call or e-mail if you have questions.


CC:        LYLES, DONALD



Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

AUG 2 1995

### DOC TRAVEL HANDBOOK SPECIAL TRANSMITTAL (ST) 95-4

MEMORANDUM FOR    All Holders of the DOC Travel Handbook

FROM:    Sonya G. Stewart
         Director for Executive Budgeting
         and Assistance Management

SUBJECT:    Changes to the Department of Commerce Travel Regulations

This Special Transmittal (ST) is being issued to provide expedited, supplementary information to the DOC Travel Handbook.

1. **PURPOSE**

   This ST is issued to revise the Department's policy on the payment of per diem and travel expenses for official travel performed in close proximity to the official (permanent) duty station (the corporate limits of the city or town in which the employee is stationed) or place of abode/residence (place from which the employee regularly commutes to and from work).

2. **BACKGROUND**

   On July 5, 1994, Special Transmittal (ST) 94-2 to the DOC Travel Handbook was issued to revise the Department's policy on the payment of per diem expenses in close proximity to the official (permanent) duty station or place of abode (residence) by (a) removing any mileage restriction for the purposes of holding Departmentally-sponsored conferences or seminars, and (b) reducing the 50-mile radius prohibition for the payment of per diem to 30 miles for all other travel in the vicinity of the official duty station, assuming circumstances warrant the payment of per diem.

   Since the issuance of ST 94-2, a number of inquiries were received regarding this policy change. Therefore, the policy was reviewed and a proposed revision was forwarded to bureau administrative officers for comments. Based on the comments received, the policy on the payment of per diem and travel expenses for travel in the vicinity of the official duty station or residence is being revised as outlined below.

3. **REVISED POLICY**

   A. Per diem will not be authorized or paid to employees who perform official travel or attend conferences in the vicinity of their official duty station (corporate limits of the city or town in which the employee is stationed) or residence (place from which employee commutes daily to their official duty station) <u>unless</u> the location of the travel or conference is more than 50 miles from both the official duty station and residence <u>and</u> the traveler is in an official travel status for more than [illegible] hours.

   B. Under unusual circumstances, the authorizing official may authorize per diem on a case-by-case basis, based upon commuting time or distance, the location of the employee's residence and official station, or the nature of the temporary duty as it relates to the programmatic mission of the bureau/operating unit.

   If per diem is authorized, a travel order must be issued and the circumstances justifying the payment of per diem shall be provided. A travel voucher must be prepared and submitted to the payment center in order to receive reimbursement.

   C. A travel order is not required for official travel to an alternate work site performed within one calendar day when claiming only common carrier transportation costs or privately-owned vehicle costs such as mileage, parking, and tolls. Reimbursement of these costs may be paid by imprest fund cashiers regardless of the total number of miles driven or the costs.

   However, only the travel costs exceeding the normal daily commuting costs will be reimbursed. Employees who normally commute to their official duty station by carpool must determine their weekly commuting expenses and divide by five to determine their daily expense. Those employees who travel by vanpools or commuter bus and must pay regardless if they ride or not are not required to make a deduction for their normal commuting expenses since they are not saving any expenses by not reporting to their official duty station.

4. **EFFECTIVE DATE**

   The provisions of this ST are effective immediately.

- 3 -

5. **ACTION TO BE TAKEN**

   Before filing, this ST should be circulated to all travelers for their information. After circulation, this ST should be filed in the <u>DOC Travel Handbook</u> at Chapter 301, Travel Allowances, Part 301-4, Reimbursement for Use of Privately Owned Conveyances, and Part 301-7, Per Diem Allowances.

6. **INQUIRIES**

   All inquiries regarding this transmittal should first be directed to the travel contact in your bureau. That official will contact the Office of Executive Budgeting and Assistance Management if Departmental-level assistance is necessary to resolve an inquiry.

7. **CODIFICATION/EXPIRATION**

   The information contained in this ST will be codified in the <u>DOC Travel Handbook</u>.

**From:** CAROL BRYANT
**To:** HOWARD, JANET
**Date:** 8/17/00 12:21PM
**Subject:** Fwd: Ms. Howard's Training Request

Janet - Based on the attached information provided by Ms. Tanya Jordan and since I'm acting for Donald today, I'm going to contact our budget representative Linh Nguyen (or whomever is acting on her behalf in her absence, which may be Andrea Jones) regarding available fourth quarter funding from OEA's remaining FY 2000 training budget and will provide to them the attached justification relating to your travel and per diem reimbursement request. As soon as I hear something back from budget, I'll let you know as the slots for this conference are going quickly according to an e-mail I received from Bill Arvin this morning. He wants to know ASAP if there are any other intended attendees.

Also, when completing your SF 182, please use accounting classification code 0/298000/6A9814 for tuition cost (BXA central funding) and if approved and funds are available for travel/per diem expenses out of OEA's existing training budget, obtain the appropriate accounting classification code from Markita to use for these costs. Also, after your SF 182 is signed, please deliver to Gay Shrum in Admin.

Thanks.


CC:      LYLES, DONALD

**From:** CAROL BRYANT
**To:** HOWARD, JANET
**Date:** 8/17/00 1:10PM
**Subject:** Fwd: Ms. Howard's Training Request

Janet - Donald reviewed the attached e-mail and indicated to me that there was no need for my sending an e-mail to budget regarding travel or per diem reimbursement for the BIG Conference if you are in the local commuting area. Donald reiterated that he was advised last week that there are no "EE" funds available to cover any travel or per diem expenses for the BIG Conference if you are in the local commuting area (no exceptions).

**CC:** LYLES, DONALD

**From:** "Tanya Jordan" <TJordan2@doc.gov>
**To:** <BREINSCH@BXA.DOC.GOV>
**Date:** 8/18/00 11:13AM
**Subject:** Blacks In Government Training

Dear Mr. Reinsch

It is my understanding that you sent an e-mail encouraging Bureau of Export (BXA) Administration's participation in the Blacks In Government (BIG) conference. As Vice President of the BIG Main Commerce Chapter, please know that I sincerely appreciate your initiative in promoting this career development and leadership training.

Because Ms. Janet Howard, a BXA employee is "an active member serving on the Commerce BIG's Communication Committee" I have personally contacted the Office of Export Analysis to request consideration for Ms. Howard's full participation in the conference. Unfortunately, Ms. Howard, who is in need of travel per diem, has reported that her office has denied her request. I specifically wrote to the Acting Director, Mr. Donald Lyles to request his consideration on this matter. Please note, as I stated in my e-mail to Mr. Lyles -- that Commerce's Travel regulations make provisions for employees like Ms. Howard (employees outside the commuting area.)

Resolving issues at the lowest level is always beneficial. It benefits both the individual and office morale. For this reason, I petition you to consider Ms. Howard's request. Do note, Ms. Howard's training will reduce, at least in part, any per diem you grant. This is true because she is a BIG member. BIG members training fees are less than non-BIG members. The training fee of a BXA employee, who is not a BIG member, will exceed the cost of Ms. Howard's training fee - by roughly $200 dollars. Perhaps this savings, at the very least, could be applied to Ms. Howard's lodging.

Your response to this e-mail would be most appreciated.

Tanya Ward Jordan
Vice President, Blacks In Government
Main Commerce Chapter

**CC:** <JHOWARD@BXA.DOC.GOV>

**From:** "Tanya Jordan" <TJordan2@doc.gov>
**To:** <JHOWARD@BXA.DOC.GOV>
**Date:** 8/18/00 1:34PM
**Subject:** fwd: Re: Blacks In Government Training

FYI

---------- Original Text ----------

From: "BILL REINSCH" <BREINSCH@bxa.doc.gov>, on 8/18/00 1:18 PM:
To: Tanya Jordan@OEB@OEBAM

Thank you for your note. I appreciate hearing from you. Since Ms. Howard has chosen to take this matter to the Department's Office of Civil Rights, that takes it out of my hands for the time being, and we will need to let that process go forward. I would only add that I was prepared to pay the entry fees for up to 10 BXA employees, and I was pleased to see that that many chose to take advantage of the opportunity. That will be good for BXA, and I hope it will also be good for BIG.

>>> "Tanya Jordan" <TJordan2@doc.gov> 08/18/00 10:12AM >>>
Dear Mr. Reinsch

It is my understanding that you sent an e-mail encouraging Bureau of Export (BXA) Administration's participation in the Blacks In Government (BIG) conference. As Vice President of the BIG Main Commerce Chapter, please know that I sincerely appreciate your initiative in promoting this career development and leadership training.

Because Ms. Janet Howard, a BXA employee is "an active member serving on the Commerce BIG's Communication Committee" I have personally contacted the Office of Export Analysis to request consideration for Ms. Howard's full participation in the conference. Unfortunately, Ms. Howard, who is in need of travel per diem, has reported that her office has denied her request. I specifically wrote to the Acting Director, Mr. Donald Lyles to request his consideration on this matter. Please note, as I stated in my e-mail to Mr. Lyles -- that Commerce's Travel regulations make provisions for employees like Ms. Howard (employees outside the commuting area.)

Resolving issues at the lowest level is always beneficial. It benefits both the individual and office morale. For this reason, I petition you to consider Ms.Howard's request. Do note, Ms. Howard's training will reduce, at least in part, any per diem you grant. This is true because she is a BIG member. BIG members training fees are less than non-BIG members. The training fee of a BXA employee, who is not a BIG member, will exceed the cost of Ms. Howard's training fee - by roughly $200 dollars. Perhaps this savings, at the very least, could be applied to Ms. Howard's lodging.

Your response to this e-mail would be most appreciated.

Tanya Ward Jordan
Vice President, Blacks In Government
Main Commerce Chapter

**From:** "Bernadette M. Worthy" <BWorthy@doc.gov>
**To:** <JHOWARD@BXA.DOC.GOV>
**Date:** 8/25/00 2:05PM
**Subject:** Notice of Right to File

Good afternoon Janet:

I have prepared your notice of right to file a formal complaint and have it available in my office. If you are in today, please stop by before 3:30 p.m. to pick it up. I will be away from the office on Monday, August 28th. However, I will leave the package with Barbara Toy in Room 6010, if you are not able to retrieve it today.

Do not hesitate to contact me if you have any questions.
BMW

Bonnie Worthy
EEO Officer, Office of the Secretary
Office of Civil Rights
U.S. Department of Commerce
(202) 482-8121
(202) 482-5375 (fax)