# Howard 16
# (No. 01-67-00321)

Form CD-498 (February 1999)  OMB Approval No. 0690-00

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE

RECEIVED

For OCR Use
COMPLAINT NUMBER: 01-57-00301    FILING DATE: 2001 AUG 24 AM 8:40

## INFORMATION ABOUT YOU

Name: Janet Howard
Social Security Number: [redacted]
Address: P.O. Box 1454
Home Phone: (540) 895-5779
City/State: Spotsy VA    Zip Code: 22553
Work Phone: (202) 482-6717

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
NOTE: You do not have to have a representative. Pro Se
Address:
Phone ( )
Fax ( )
City/State:    Zip Code:
Is your representative an attorney? ☐ Yes ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place? Bureau of Export Administration

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No. If yes, what was your position (title/series/grade), office, and bureau? Office of Enforcement Analysis

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and include dates. If you need more space, attach an extra page(s).

Please see attached.

Retaliation for Prior EEO Complaints & as Class Agent.

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race                      ☒ National Origin
☒ Color                     ☒ Age
☐ Religion                  ☒ Disability
☒ Sex                       ☐ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

Please see attached

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☒ No Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☒ No Filing date(s)?

Signature: Janet Howard    Date: 8/24/01

SIGN HERE ( OR HAVE YOUR ATTORNEY SIGN FOR YOU)    DATE ( MONTH/DAY/YEAR)

Exhibit ___ Page ___

Tuesday, August 21, 2001

**PLEASE NOTE**:

On August 14,2001 Ms. Worthy by way of telephone informed me that I could not proceed forward on this complaint ,nor could the Office of Civil Rights, because I had filed a **CIVIL Complaint** and **Retraining Order** against my immediate supervisor Thomas Andrukonis in U.S. District Court. It would appear, that as of August 10,2001 the rules have changed so that I may proceed in the EEOC and U.S. District Court simultaneously. Given this new information, this application invokes my Rights to file a FORMAL EEOC Complaint.

I DECLARE THAT THIS COMPLAINT WAS FILED WITH THE OFFICE OF CIVIL RIGHTS WITHIN 15 CALENDAR DAYS OF MY HAVING RECEIVED IT.

Janet Howard

*Janet Howard*

Dated 8-21-01

Exhibit 8 Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
( JANET HOWARD                        )
( P.O. BOX 1454                       )
( SPOTSYLVANIA, VA. 22553             )     CASE NUMBER  1:01CV01498
( 540/ 895-5779                       )
(                                     )     JUDGE: Ricardo M. Urbina
(                                     )
(              V                      )     DECK TYPE: Employment Discrimination
( THOMAS ANDRUKONIS, DIRECTOR         )
( U.S. DEPARTMENT OF COMMERCE         )     DATE STAMP: 07/09/2001
( BUREAU OF EXPORT ENFORCEMENT        )
( OFFICE OF ENFORCEMENT ANALYSIS)     )
( 14TH & PENSYLVANIA AVE., N.W.       )
(       ROOM 4065                     )
( WASHINGTON, D.C. 20030              )
```

## COMPLAINT

I am an 18 year Department of Commerce(DoC) employee in the Bureau of Export

Administration / Office of Enforcement Analysis, and I am the SOLE Agent for

a Class Complaint, Certified 2/26/2001 comprised of three thousand eight hundred and

17 (3,817) African American employees at the DoC. I began my employment with DoC

in 1983 in this office.

For the last 7 years Mr. Andrukonis has been my second line supervisor as well as

office director. Mr. Andrukonis is also the discriminating supervisor named in the Class.

Begaining in 1994 and continuing to the present, I have filed ten (10) EEO Complaints

against Mr. Andrukonis for reprisal, and retailiation in addition to other EEO complaints.

Since 1987, I have sufferd from depression brought on by stress and a hostile work

Exhibit 8 Page 2

Wednesday, August 29, 2001

MEMORANDUM TO:    KATHY HAWKER
                               OFFICE OF CIVIL RIGHT

FROM:                    JANET HOWARD
                               BXA/OEA

SUBJECT:       DENIAL OF TRAINING AND WITHHOLDING CLASS AGENT'S APPROVED TRAVEL ORDER

### CASE REFERENCE NUMBER: 01670032

THIS NOTICE SERVES AS A FORMAL REQUEST FOR THE OFFICE OF CIVIL RIGHTS TO AMEND THE ABOVE CAPTION COMPLAINT NUMBER- 01670032 TO INCLUDE RETALIATION. THE EFFECTIVE DATE OF THE RETALIATORY ACTION WAS AUGUST 24, 2001. AUGUST 24, 2001 WITH OUT ANY PRIOR NOTICE, THOMAS ANDRUKONIS WITHHELD APPROVED TRAVEL ORDERS HE SIGNED ON JULY 18, 2001 AUTHORIZING JANET HOWARD TO ATTEND BLACKS IN GOVERNMENT CONFERENCE TRAINING. ATTACHED IS A COPY OF THE TRAVEL ORDER AND BLACKS IN GOVERNMENT REGISTRATION FORM. A CERTIFIED HARD COPY WILL FOLLOW.

Exhibit 9 Page 1

REQUEST AUTHORIZATION AGREEMENT CERTIFICATION OF TRAINING AND REIMBURSEMENT (Abbreviated)



## PRE-REGISTRATION FORM
### BLACKS IN GOVERNMENT (BIG)
### TWENTY-THIRD ANNUAL NATIONAL TRAINING CONFERENCE
### AUGUST 27-31, 2001
### LOS ANGELES CONVENTION CENTER
### 1201 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA
THEME: "RETOOLING FOR THE 21st CENTURY - SETTING NEW STANDARDS OF PERFORMANCE & PRODUCTIVITY"

FOR OFFICIAL USE ONLY: 0 1

**INSTRUCTIONS:** Return completed form with payment, or appropriate training authorization to: **BLACKS IN GOVERNMENT 1820 11th STREET N.W., WASHINGTON, D.C. 20001-5015** (type or print all information). No registrations will be processed without proper method of payment. EVERY REGISTRANT MUST HAVE A REGISTRATION FORM. For additional registrations, please photocopy and complete this form. For further information call (202) 667-3280.

### Mailing Information for Confirmation Letter
- Registrant's Full Name: Janet Howard
- Home Address: P.O. Box 1454
- City/State/Zip: Spotsy, VA 22553
- Home Telephone: (540) 895-5779
- Home E-Mail Address:

### Billing Information for Training Authorization
- Employer: Dept. of Commerce
- Work Address: 14th & Penn Ave. N.W.
- City/State/Zip: Wash, D.C. 20230
- Work Telephone: (202) 482-0717
- Work E-Mail Address: JHoward@BIA.DOC.gov

### Emergency Contact Information
- Full Name: Loretta Middlebecker
- Relationship: Sister
- Home Telephone: (540) 785-1652
- Work Telephone: ( )

Please identify medical condition(s) which may require emergency treatment.

☐ Check if you require special assistance covered under the Americans with Disability Act. Specify arrangements:

Pre-Registration ends July 20, 2001. Registrations postmarked after this date will be returned to sender.

### PRE-REGISTRATION FEES
[On-Site Registration Fees: Member ($425.00) Nonmember ($575.00)]
**Pre-Registration Selection (Check One)**
- Member $375.00
- Nonmember $525.00

Government method of payment will not be honored for membership dues.

- Region: 11
- Chapter: Commerce
- Membership No.:
- Lifetime Member: ☐ Yes ☐ No

### Primary Hotel
*** Los Angeles Marriott Downtown Hotel ***
333 South Figueroa Street
(213) 617-1133

### Alternate Hotels
Westin Bonaventure - 1-213-624-1000 / Regal Biltmore - 1-213-624-1011
Wilshire Grand - 1-213-688-7777 / Hyatt Regency LA - 1-213-683-1234
New Otani - 1-213-629-1200 / Radisson Wilshire Plaza - 1-213-381-7411

### METHOD OF PAYMENT
☑ Government Training Authorization** (See Below Arrow)
☐ Check ☐ Travelers Check ☐ Money Order
☐ Cash - (Receipt No. )

Visit http://www.BIGNET.ORG for conference updates and additional hotel information.

☐ VISA ☐ American Express ☐ Mastercard
Credit Card No.: _____
Expiration Date: _____
Signature of Cardholder: _____

(For Official Use Only)
Authorization No.:
Initial:
Ref. No.:

**A registration form must be attached for each conference attendee. Multiple names per form is prohibited.

### REFUND AND CANCELLATION POLICY
In order to issue a refund (less a $50.00 processing fee), BLACKS IN GOVERNMENT must receive a "written cancellation notice" no later than July 20, 2001. No refunds or cancellations will be honored after that date. Confirmed registrants who do not show up for the conference are liable for the entire registration fee.

**PERSONAL CHECKS WILL NOT BE ACCEPTED FOR ON-SITE REGISTRATION.**

NATIONAL OFFICE COPY (WHITE)   REGISTRATION COPY (GOLD)   REGISTRANT COPY (PINK)   JUL 20 2001

Exhibit ___ Page ___



UNITED STATES DEPARTMENT OF COMMERCE
**Chief Financial Officer**
**Assistant Secretary** for Administration
Washington, D.C. 20230

JUN - 5 2002

Complaint Number: 01-67-00321
Filing Date: August 24, 2001

## MEMORANDUM FOR Janet Howard

From:    Kathryn H. Anderson
         Chief, Compliance Division
         Office of Civil Rights

Subject: Notice of Acceptance for Investigation[1]

### Statement of Claims

The Department of Commerce has accepted the following bases and claims for investigation:

Complainant alleges that because of her race (African American), color (unspecified), sex, national origin (unspecified) age (unspecified), disabilities (depression, high blood pressure, and Post Traumatic Stress Disorder), and in retaliation for her prior EEO activity:

1. On June 22, 2001, her supervisors removed her furniture, telephone, and computer from Room 4066 and attempted to relocate her to Room 4065, outside the office of a supervisor who had harassed her for years;

2. When Complainant objected to the move, supervisor Thomas Andrukonis told her she could see if the Office of Civil Rights or the Office of the Inspector General had a desk for her, or she could work in the elevator, except that it opened up on every floor;

3. Andrukonis refused to reasonably accommodate her disabilities by leaving her in her original work space or finding comparable space, but offered her a dusty storage room with no window, located next door to an employee with a severe mental illness;

4. on August 24, 2001, Andrukonis rescinded previously approved travel orders for Complainant to attend the 2001 Blacks In Government conference; and

---

[1] Complainant also raised these claims in a civil action filed in July 2001. The administrative complaint was held in abeyance pending the outcome of the civil action. We understand that the court action has now been dismissed and resume processing of the administrative complaint. Exhibit __/_/__ Page __/__

5. because of the Agency's failure to reasonably accommodate her, Complainant's performance has suffered and she has been placed on a Performance Improvement Plan (PIP).[2]

**Rights and Responsibilities**

- If you believe that the issue(s) in your complaint has/have not been correctly identified, please notify the Chief, Compliance Division at the address shown below, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issue(s) has/have not been correctly identified.

- An investigator will soon contact Complainant or the designated representative, if applicable, to receive Complainant's sworn or affirmed statement and the evidence he/she possess. Complainant and/or the designated representative will receive a copy of the final Report of Investigation upon its completion.

- The investigation must be completed by October 28, 2002, unless Complainant and the Department agree on an extension. See Title 29, Code of Federal Regulations (C.F.R.) section (§) 1614.108(e). Therefore, it is essential that when the investigator asks for the information to support the complaint, Complainant or the designated representative promptly provide it.

- A formal complaint may be amended at any time before the investigation is completed. See 29 C. F.R. § 1614.106(d). New claims must be like or related to the claims raised in the original complaint. For example, if the original complaint concerns a Performance Improvement Plan, a new claim concerning a subsequent performance rating would be "like or related." A new claim concerning time and attendance would not. If the complaint is amended, the investigation must be completed within 180 days from the date of the amendment or no more than 360 days from the date the original complaint was filed, whichever comes first. If it is determined that the new claim is not like or related to the original complaint, Complainant will be notified of his/her right to seek EEO counseling.

- If more than one complaint is filed, the Agency is required to consolidate all of the complaints for processing. The investigation of consolidated complaints must be completed within 180 days of the filing date of the latest complaint or 360 days from the filing date of the first complaint, whichever comes first.

- Complainant may request a hearing before the Equal Employment Opportunity Commission (EEOC) at any time after 180 days have passed from the date he/she filed the original complaint. Complainant must file his/her request with the

---

[2] This issue was added by amendment of May 31, 2002.

Exhibit ll Page 2

01-67-00321

    EEOC office specified in the Acknowledgment Memorandum, dated December 4, 2001, and a copy of the request must be provided to this office.

- ➢ The complaint may be dismissed if Complainant fails to cooperate with the investigation.

- ➢ At this time, Complainant does not have the right to appeal the dismissed issue cited above until final action is taken on the remainder of the complaint or consolidated complaints. However, the dismissed portion is reviewable by an EEOC administrative if a hearing is requested or by this office if no hearing is requested. Complainant will be fully advised of his/her appeal rights after adjudication of the entire complaint(s).

- ➢ Complainant may request Alternative Dispute Resolution (ADR) at any time during the processing of the formal complaint. To ensure that the complaint is investigated within the time required by EEOC regulations, investigation of the complaint will continue during the time Complainant and the Agency are engaged in ADR. Not all cases are appropriate for ADR. Complainant should consult the Office of Civil Rights' *ADR Program Guide* for more information.

For Complainant's information, an information sheet on EEO Complaint Investigations has been enclosed.

Amendments to formal complaints, copies of hearing requests, and requests for corrections to the statement of claims should be sent to:

    Kathryn H. Anderson
    Chief, Compliance Division
    Office of Civil Rights, Room 6012
    U.S. Department of Commerce
    Washington, D. C. 20230

Requests for ADR or for a copy of the *ADR Program Guide* should be addressed to the servicing EEO Officer or:

    Roslyn D. Hoover
    EEO ADR Manager
    Office of Civil Rights, Room 6012
    U.S. Department of Commerce
    Washington, D.C. 20230

Exhibit 11  Page 3