# Howard 19
# (No. 04-67-00078)

Form CD-498 (February 1999)

OMB Approval No. 0690-001

# Complaint of Employment Discrimination
## Against the U.S. Department of Commerce

For OCR Use
COMPLAINT NUMBER: 04-67-00078
Filing Date: 3/25/04

## INFORMATION ABOUT YOU

Name: Janet Howard
Social Security Number: [redacted]
Address: 11521 Post Oak Rd., P.O. Box 1454
Home Phone: (540) 895-5779
City/State: Spotsylvania
Zip Code: 22553
Work Phone: (202) 482-0717

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name: David Sanford
NOTE: You do not have to have a representative.
Address: See 04-67-00036
Phone: ( )
Fax: ( )
City/State: 
Zip Code: 
Is your representative an attorney? ☒ Yes ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Office of Enforcement Analysis (OEA)

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?
Export Compliance Specialist (GS-12) 1801 Series BIS/OEA

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and include dates. If you need more space, attach an extra page(s).
SEE Attachment

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race: African, American, Black, Negro, Colored
☐ National Origin
☒ Color: Medium Brown
☒ Age: Over 40
☐ Religion
☒ Disability
☒ Sex: Female
☒ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).
Cash Award commensurate with my Grade, $300,000

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No  Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☒ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☒ No  Filing date(s)?

Signature: Janet Howard
Date: 3-25-04

March 25, 2004

Describe the actions or policy you believe was discriminatory.

Office of Enforcement Analysis (OEA) Director Thomas Andrukonis denied me a performance award, despite receiving a "commendable" performance evaluation; and Mr. Andukonis devised an arbitrary formula which dictated that only employees receiving numerical scores of 490 or higher would receive cash awards. The arbitrary formula created and initiated by Mr. Andrukonis is contradicts the Office of Personnel Management's (OPM) traditional performance award process. Mr. Andrukonis's un-balanced performance awards"formula" was designed to retaliate against me for prior EEO activities. The Performance Award guideline approved by congress did not use a numeric formula to differentiate between who could or could not receive a cash award. Instead, congress approved formula cited Fully Successful, Commendable, Outstanding as criteria for receiving cash award.

**From:** CAROL BRYANT
**To:** HOWARD, JANET
**Date:** 12/11/03 11:24AM
**Subject:** Re: PERFORMANCE AWARD

You're welcome.

>>> JANET HOWARD 12/11/03 11:21AM >>>
THANK YOU CAROL FOR THE INFO.

>>> CAROL BRYANT 12/11/03 10:57AM >>>
Janet,

None of the OEA division directors submitted any requests for cash awards, only the evaluations and nothing else. Tom indicated that he would assign cash awards and send those forward, and he didn't share that system or the amounts, or even who got what in the office, with any of the division directors.

>>> JANET HOWARD 12/11/03 07:41AM >>>
CAROL,
   DURING MY PERFORMANCE RATING MEETING I FAILED TO ASK, IF YOU HAD SUBMITTED MY NAME FOR A CASH AWARD. IF YOU DID, WHAT WAS THE AMOUNT?

**From:** JANET HOWARD
**To:** ANDRUKONIS, TOM
**Date:** 12/17/03 8:24AM
**Subject:** Fwd: Re: PERFORMANCE AWARD

Tom, What is the level for getting cash awards?

>>> TOM ANDRUKONIS 12/16/03 05:14PM >>>
Janet -
I checked to be sure, as it's been some time since I sent the list to the front office on this, but no you did not reach the level to get a cash award this year. - Tom
======================
>>> JANET HOWARD 12/16/03 10:43AM >>>
Tom,

Given Carol's response, was my name submitted for a cash award? If so, what was the amount. Thanks.

| | |
|---|---|
| **From:** | JANET HOWARD |
| **To:** | ANDRUKONIS, TOM |
| **Date:** | 12/17/03 8:52AM |
| **Subject:** | Fwd: Re: PERFORMANCE AWARD |

Tom, Information I have obtained, indicates that those persons receiving "FULLY SUCCESSFUL" are eligible for cash awards. Could you please direct me to the formular in the regs that you have used for guidance.

>>> TOM ANDRUKONIS 12/17/03 08:49AM >>>
I used the same cut off level as least year Janet. That was the mid-point of a commendable (420 or higher) rec'd some cash award.

>>> JANET HOWARD 12/17/03 08:24AM >>>
Tom, What is the level for getting cash awards?

>>> TOM ANDRUKONIS 12/16/03 05:14PM >>>
Janet -
I checked to be sure, as it's been some time since I sent the list to the front office on this, but no you did not reach the level to get a cash award this year. - Tom
======================
>>> JANET HOWARD 12/16/03 10:43AM >>>
Tom,

Given Carol's response, was my name submitted for a cash award? If so, what was the amount. Thanks.



"JANET HOWARD" <JHOWARD@bis.doc.gov>
05/03/2004 08:03 AM

To <NMcNamara@DOC.GOV>
cc "Bernadette Worthy" <BWorthy@DOC.GOV>
bcc
Subject Amend EEO Case Number 04-67-00078

Mrs. Manamara,

In retaliation for prior EEO activity, Tom Andrukonis denied my request to attend a May 12, 2004 Professional Development Training Workshop ,sponsored by Georgetown University Center at a cost of $299.00 dollars. Mr. Andrukonis who has never (to my knowledge) attended any Blacks In Government Conference Training , stated that Georgetown University Professional Development Training "mirrored what is offered each year at the BIG conference". My request to attend the Professional Development Training Workshop was plain. I also provided him with the brochure and all supporting documentation. He indicated that he believed I would likely prefer to attend the Conference, which is usually offered in the summer, versus this training, but indicated that he would leave it up to me as to which one I would prefer to attend.

It is discriminatory to suggest that I can only take training offer in "the summer". I commute to work daily , all year round. It iso discriminatory to issue me an ultimatum ( He would leave it up to me as to which ONE I would prefer). This tells me, that the only training available to be is Blacks In Government Conference Training. No other employee in my office has been issued such an ultimatum. I am being discriminated against in the type of training and, in the name , and race of the facility providing the training.

All of the above is disparate treatment and retaliation for my prior EEO activity.

Thank you for amending Case Number 04-67-00078 to include the latest offense.



*also emailed to you*  FYI



"JANET HOWARD"
<JHOWARD@bis.doc.gov>
06/08/2004 11:45 AM

To  <NMcNamara@DOC.GOV>
cc  "Bernadette Worthy" <BWorthy@DOC.GOV>
bcc
Subject  Amend (accepted Reasonable Accommodation) Case Number  036700364

Please Amend Case Number 036700364 to include denial of training opportunity to attend a June 1 and 2, 2004 Japanese delegation meeting for which my First line supervisor, and rating official, Carol Bryant suggested I attend.

Mrs. Bryant suggested I attend for the following reasons:
- Japan is one of my assigned countries.

- Attending the meeting would be useful for me to learn more about the Japanese export control system.

- Attending the meeting would be useful for me to learn more about Japan's areas of interest.

I have copied for your review the corresponding email showing Mrs. Bryant's request, my acceptance, and Mr. Andrukonis's denial.

>>> CAROL BRYANT 05/25/04 11:33AM >>>
Janet -

Please see the attached regarding attending meetings with a Japanese delegation scheduled for Tuesday June 1st (from 3:00 on) and Wed. June 2nd sometime in the morning. No OEA presentations are required, but attendance could be useful to learn more about the Japanese export control system and their areas of interest.

If you're available to attend these meetings, please let either Tom or I know so that we can provide feedback to Karen Nies-Vogel re: OEA attendance and participation, and so that specific meeting times and room number information can be provided to us.

Is for some reason, you're not able to attend, it's not a problem, but thought you may be interested since Japan is one of your assigned countries.

Thanks.

>>> JANET HOWARD 05/26/04 07:28AM >>>
Carol, I am available and would very much like to attend this meeting. Please submit my name and provide me with data pertinent to location.

Since the meeting starts at 3:00 P.M. on, and continues on the morning of June 2, would it be possible for me to use my government travel card to stay in a local hotel over night?

(this is Tom's response)

t's not that critical Janet, this is just one of the millions of mtg's that is going on from time to time and doesn't impact us directly at all. It is only out of general interest that we might want to sit in at all. I'd just stay from 3 til you need to leave for your van pool that day if you want to hit that short 3-5 session, and then make the next full day of mtg's, the first afternoon session is only for intro's around the table anyway and of very

little value as they will not be getting into major substance until the second day.
============================



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer and**
 **Assistant Secretary for Administration**
Washington, D.C. 20230

JUL 6 2004

Complaint Number: 04-67-00078
Filing Date: March 25, 2004

## MEMORANDUM FOR JANET HOWARD

From:  Nancy McNamara
 Chief, Compliance Division
 Office of Civil Rights

Subject: Notice of Amended Acceptance for Investigation

### Statement of Claims

The Department of Commerce has accepted for investigation the claims cited below which were contained in the above referenced Equal Employment Opportunity (EEO) complaint of discrimination and requests for amendment dated May 3 and June 8, 2004.

Complainant, an Export Compliance Specialist, GS-1801-12, with the Bureau of Industry and Security, alleges that because of her race (African American, Black, Negro, Colored), color (medium brown), sex (female), age (over 40), disability (work related post-traumatic Stress and high blood pressure), and in retaliation for her prior EEO activity:

1. Tom Andrukonis, Director of Enforcement Analysis, Bureau of Export Administration denied her a performance bonus for the FY 2003 performance year, despite her receiving a commendable rating;
2. Andrukonis devised an arbitrary formula which dictated that only employees receiving numerical scores of 490 or higher would receive cash awards;
3. Andrukonis denied her request to attend a May 12, 2004, professional development training workshop sponsored by Georgetown University Center at a cost of $299.00; and
4. Andrukonis denied her a training opportunity to attend a Japanese delegation meeting being held on June 1 and 2, 2004, which her immediate supervisor, Carol Bryant, suggested she attend.

If you believe the issues in your complaint have not been correctly identified, please notify me, in writing, within **15 calendar days** after you receive this letter, and specify why you believe the issues have not been correctly identified. If you fail to contact me, it will be concluded that you agree that the issues have been properly identified above.

Since you currently have a case pending investigation, the Department is required to consolidate all of the complaints for processing. The investigation of consolidated complaints must be completed within 180 days of the filing date of the latest complaint or 360 days from the filing date of the first complaint, whichever comes first. Your rights and responsibilities remain the same as previously advised except that the investigation of your complaints must be completed no later than September 21, 2004, which is 180 days from the filing date of this complaint.

Sincerely,

Nancy McNamara
Chief, Compliance Division
Office of Civil Rights

Enclosure

## Certificate of Service

I attest that a copy of this Notice of Acceptance has been sent to the parties list below:

<u>In Person</u>[1]:

*Janet Howard* (signature)
Ms. Janet Howard

*July 7, 2004*
Date of Pick-Up

<u>Other</u>:

Bernadette M. Worthy
EEO Officer, BIS

Investigative Team

Complaint File (Tab F)

OCR Office File

_____
Signature

JUL 6 2004
_____
Date

---

[1] Complainant requested to pick-up documents due to problems with her local mail.

3