# Howard 20
# (No. 05-67-00075)

Form CD-498 (February 1999)                                        OMB Approval No. 0690-0015

# Complaint of Employment Discrimination
## Against the U.S. Department of Commerce

For OCR Use
COMPLAINT NUMBER: Rej: 05-67-00075          Filing Date: 2/22/2005   5/25/05 EJ

## INFORMATION ABOUT YOU

Name: Janet Howard
Social Security Number:
Address: P.O. Box 1454
Home Phone: (540) 895-5779
City/State: Spotsy, VA   Zip Code: 22553
Work Phone: (202) 482-0714

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name: David Sanford
Address: Sanford, Wittels & Heisler
2121 K St. Suite 700
NOTE: You do not have to have a representative.
Phone: (202) 942-9124
Fax: ( )
City/State: Washington, DC   Zip Code: 20037
Is your representative an attorney? ☒ Yes ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Bureau of Industry Security - Office of Enforcement Analyses

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?
Export Compliance Spec. - GS-12   BIS/OEA

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).
Because of prior EEO activity, I did not receive a performance award, despite receiving a commendable rating.

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race                           ☒ National Origin
☒ Color                          ☒ Age
☐ Religion                       ☒ Disability
☐ Sex                            ☒ Retaliation

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).
A cash award commensurate to 10% of my GS-12 salary or the option of receiving a quality step increase award. Other remedies deemed appropriate by the Court.

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No  Counselor's name?
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☒ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☒ No  Filing date(s)?

Signature: Janet Howard                                   Date: 5/25/05
SIGN HERE ( OR HAVE YOUR ATTORNEY SIGN FOR YOU)           DATE (MONTH/DAY/YEAR)

**UNITED STATES DEPARTMENT OF COMMERCE**
Chief Financial Officer and
Assistant Secretary for Administration
Washington, D.C. 20230

David Sandford, Esq.
2121 K Street, Suite 700
Washington, DC 20037

JUL 29 2005

         Complainant's Name: Janet Howard
         Complaint Number: 05-67-00075

Dear Mr. Sandford:

The Department of Commerce has accepted for investigation the claim(s) cited below which were contained in the above referenced Equal Employment Opportunity (EEO) complaint of discrimination.

> Complainant, Export Compliance Specialist, GS-12, with the Office of Enforcement Analysis, Bureau of Industry and Security, alleges that due to her race (not provided), color (not provided), national origin (not provided), age (not provided), disability (not provided), and in retaliation for prior EEO activity, she did not receive a performance award for FY 2004, despite receiving a commendable rating.

<u>Rights and Responsibilities</u>

➢ If you believe that the issue(s) in your client's complaint has/have not been correctly identified, you must notify the Acting Chief, Program Implementation Division at the address shown below, in writing, within 15 calendar days after receipt of this Notice, specifying why you believe that the issue(s) in your client's case has/have not been correctly identified.

➢ An investigator will soon contact you to receive your client's sworn or affirmed statement and the evidence he/she possesses. You and your client will receive a copy of the final Report of Investigation upon its completion.

➢ The investigation must be completed by November 21, 2005, unless your client and the Department agree on an extension. *See* Title 29, Code of Federal Regulations (C.F.R.) section (§) 1614.108(e). Therefore, it is essential that when the investigator asks for the information to support the complaint, you and/or your client promptly provide it.

➢ Your client may amend his/her formal complaint at any time before the investigation is completed. *See* 29 C. F.R. § 1614.106(d). New claims must be like or related to the claims raised in the original complaint. For example, if your client's original complaint concerns a Performance Improvement Plan, a new claim concerning his/her subsequent performance rating would be "like or related." A new claim concerning his/her time and attendance would not. If your client amends his/her complaint, the investigation must be completed within 180 days from the date of the amendment or no more than 360 days from the date the original complaint was filed, whichever comes first. If we determine that your client's new claim is not like or related to his/her original complaint, we will notify you of his/her right to seek EEO counseling.

➢ If your client files more than one complaint, the Agency is required to consolidate all of his/her complaints for processing. The investigation of consolidated complaints must be completed within 180 days of the filing date of the latest complaint or 360 days from the date your client filed his/her first complaint, whichever comes first.

- You, on behalf of your client, may request a hearing before the Equal Employment Opportunity Commission (EEOC) at any time after 180 days have passed from the date the original complaint was filed. The request must be filed with the EEOC office specified in the Acknowledgment Memorandum, dated July 1, 2005, and a copy of the request must be provided to this office.

- Your client's complaint may be dismissed if you or your client fail(s) to cooperate with the investigation.

- If the EEO Officer/Counselor informed you or your client that Alternative Dispute Resolution, through mediation, is an appropriate option for this complaint, you, on behalf of your client, or your client, have a right to choose mediation at any time during the processing of this formal complaint, including during the investigation. *(The DOC EEO Alternative Dispute Resolution: Mediation Guide* identifies the following cases where mediation is inappropriate: cases involving applicants for employment, former employees, alleged violence, egregious harassment, adverse actions, class actions, when authoritative resolution of a matter is required in precedent-setting cases, when the matter in dispute has significant government policy implications, or when it is important to produce a full public record of the proceedings.)

For your information, I have enclosed an information sheet on EEO Complaint Investigations and EEO mediation.

Amendments to formal complaints, copies of hearing requests, and requests for corrections to the statement of claims should be sent to:

>   Susan E. Thomas
>   Acting Chief, Program Implementation Division
>   Office of Civil Rights, Room 6012
>   U.S. Department of Commerce
>   Washington, D. C. 20230

Requests for mediation and a copy of the ADR Program Guide should be addressed to the servicing EEO Officer or:

>   Bernadette M. Worthy
>   Chief, Client Services and Resolution Division
>   Office of Civil Rights, Room 6012
>   U.S. Department of Commerce
>   Washington, DC 20230

Sincerely,

Susan E. Thomas
Acting Chief, Program Implementation Division
Office of Civil Rights

Enclosures

2

## Certificate of Service

I attest that a copy of this Notice of Acceptance for Investigation has been sent to the parties list below:

By Certified Mail:

David Sandford, Esq.
2121 K Street, Suite 700
Washington, DC 20037

Other:

Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

Bernadette M. Worthy
Chief, Client Services and Resolution Division, Office of Civil Rights

Investigative Team

Complaint File (Tab F)

OCR Chron File

_Erica Jackson_
Signature

JUL 2 9 2005

Date

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Acceptance
J. Howard
Postmark
Here
0015

David Sanford, Esq.
2121 K Street, NW Suite 700
Washington, DC 20037