# Howard 25
# (No. 08-67-00033)

RECEIVED
FEB 0 5 2008

| Form CD-498 (February 1999) | | OMB Approval No. 0690-0015 |
|---|---|---|
| **COMPLAINT OF EMPLOYMENT DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE** | | |
| For OCR Use COMPLAINT NUMBER: 08-67-00033 | | Filing Date: 2/5/08 |

### INFORMATION ABOUT YOU

Name: Janet Howard
Address: P.O. Box 1454
City/State: Spotsy, VA     Zip Code: 22553
Social Security Number (Optional):
Home Phone: (540) 895-5779
Work Phone: (202) 482-0717

### INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
Address:
City/State:     Zip Code:
NOTE: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney? ☐ Yes ☐ No

### INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place? BIS/OEA

Did you work for the Department of Commerce at the time? ☑ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).

See attached page 1 dated 11/28/07

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

| ☑ Race | ☑ National Origin |
|---|---|
| ☑ Color | ☑ Age |
| ☐ Religion | ☑ Disability |
| ☑ Sex | ☑ Retaliation |

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

Record cleared, will fore-go $300,000 for immediate promotion to BS. Series 1801-13.

| Did you discuss this(ese) issue(s) with an EEO Counselor? ☑ Yes ☐ No  Counselor's name? | |
|---|---|
| Did you file a grievance under a negotiated grievance procedure? | ☐ Yes ☑ No  Filing date(s)? |
| Did you file a Merit Systems Protection Board (MSPB) appeal? | ☐ Yes ☑ No  Filing date(s)? |

Janet Howard                    2-5-08
SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU)    DATE (MONTH/DAY/YEAR)

| | |
|---|---|
| From: | "Worthy, Bernadette M" <BWorthy@doc.gov> |
| To: | "Thomas, Susan E" <sThomas@doc.gov> |
| Date: | 11/28/2007 12:31:35 PM |
| Subject: | Janet Howard |

Susan,

On November 15, 2007, Ms. Howard provided my office a copy of her request to amend EEO Case 07-67-00010 submitted to Compliance. Please let me know if you have responded to this request. I inquire as to the status of this request because today Ms. Howard contacted the office and requested to file a complaint related to the Nov. 13th PIP which was one of the issues raised in her Nov. 15th amendment request. If you have not responded to the amendment request, please note that Ms. Howard raised the following new allegations with my office today:

　　In retaliation for her prior EEO complaint activity, she is being subjected to a continuing and escalating pattern of harassment by Todd Willis, her first line supervisor, when:

　　1.　While only under the newly imposed Performance Improvement Plan (PIP) since November 13, 2007, Mr. Willis has repeatedly indicated to her that she will fail under the PIP, indicating that he has　　no objective intention of assisting her in successful completion of the PIP.

　　2.　The PIP contains standards and requirements for PSVs not imposed on other GS-12 Specialists in the office.

If you have accepted Ms. Howard's Nov. 15th amendment request, please consider including the above allegations as integrally related to her previous amendment. If the Nov. 15th amendment request is not accepted, and Ms. Howard was referred to my office for counseling, we will include her Nov.. 28th allegations in this new counseling. Please let me know how my office should proceed with addressing these matters. I have included Ms. Howard on this message so that she is aware of the actions I have taken with respect to her November 28th contact with me.

Your cooperation and consideration of this information are appreciated.
BMW


Bonnie Worthy
Director, Client Services & Resolution Division
Office of Civil Rights
U.S. Department of Commerce
(202) 482-8121
(202) 273-3358 (fax)


| | |
|---|---|
| CC: | JANET HOWARD <JHOWARD@bis.doc.gov> |

| | |
|---|---|
| From: | "Thomas, Susan E" <sThomas@doc.gov> |
| To: | "Worthy, Bernadette M" <BWorthy@doc.gov> |
| Date: | 11/28/2007 12:48:55 PM |
| Subject: | RE: Janet Howard |

Bonnie,

On November 20th a letter was sent to Ms. Howard advising her that we could not process her request to amend since the investigation of her complaints had been completed. She was further advised to contact your office to initiate EEO counseling and that the date of contact would be November 15th, the date she hand carried her request to amend to OCR.

Since Alicia is not in today, I will ask Erica to furnish you another copy.


Susan E. Thomas
Chief, Program Implementation Division
Office of Civil Rights
Department of Commerce
(202) 482-4599

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you receive this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

---

From: Worthy, Bernadette M
Sent: Wednesday, November 28, 2007 12:30 PM
To: Thomas, Susan E
Cc: JANET HOWARD
Subject: Janet Howard

Susan,

On November 15, 2007, Ms. Howard provided my office a copy of her request to amend EEO Case 07-67-00010 submitted to Compliance. Please let me know if you have responded to this request. I inquire as to the status of this request because today Ms. Howard contacted the office and requested to file a complaint related to the Nov. 13th PIP which was one of the issues raised in her Nov. 15th amendment request. If you have not responded to the amendment request, please note that Ms. Howard raised the following new allegations with my office today:

   In retaliation for her prior EEO complaint activity, she is being subjected to a continuing and escalating pattern of harassment by Todd Willis, her first line supervisor, when:

   1.   While only under the newly imposed Performance Improvement Plan (PIP) since November 13, 2007, Mr. Willis has repeatedly indicated to her that she will fail under the PIP, indicating that he has
      no objective intention of assisting her in successful completion of the PIP.

   2.   The PIP contains standards and requirements for PSVs not imposed on other GS-12 Specialists in the office.

If you have accepted Ms. Howard's Nov. 15th amendment request, please consider including the above allegations as integrally related to her previous amendment. If the Nov. 15th amendment request is not accepted, and Ms. Howard was referred to my office for counseling, we will include her Nov.. 28th allegations in this new counseling. Please let me know how my office should proceed with addressing these matters. I have included Ms. Howard on this message so that she is aware of the actions I have taken with respect to her November 28th contact with me.

Your cooperation and consideration of this information are appreciated.
BMW


Bonnie Worthy
Director, Client Services & Resolution Division
Office of Civil Rights
U.S. Department of Commerce
(202) 482-8121
(202) 273-3358 (fax)


CC:           JANET HOWARD <JHOWARD@bis.doc.gov>

# Thomas, Susan E

| | |
|---|---|
| **From:** | Thomas, Susan E |
| **Sent:** | Thursday, March 06, 2008 10:51 AM |
| **To:** | 'JANET HOWARD' |
| **Cc:** | Worthy, Bernadette M |
| **Subject:** | RE: Request to Amend |

Good Morning Ms. Howard,

This is to acknowledge receipt of your request to amend Complaint Number 08-67-00033. Your request to amend will be added to formal complaint, which is currently being processed. Our decision to accept, partially accept or dismiss your complaint should be issued within the next 10 days.

If you have any questions, please contact me at (202) 482-4599 or by e-mail.


Susan E. Thomas
Chief, Program Implementation Division
Office of Civil Rights
Department of Commerce
(202) 482-4599

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you receive this e-mail in error, please notify the sender and permanently delete this e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.


-----Original Message-----
From: JANET HOWARD [mailto:JHOWARD@bis.doc.gov]
Sent: Thursday, March 06, 2008 7:47 AM
To: Thomas, Susan E
Cc: Worthy, Bernadette M
Subject: Fwd: Request to Amend

Good Morning Ms. Thomas,

Based on the narrative below which captures my conversation with Ms. Worthy, I am bringing the following allegation to the attention of OCR.


"Because of my prior EEO complaints against the organization (DoC/BIS/OEA) , and my role as the class agent for a complaint filed by African Americans against the Department, I have been subjected to a continued and escalating pattern of hostility and retaliation which culminated on February 27, 2008 with me being issued a Proposal to Remove me from Federal Service."

I have copied Ms. Worthy on this email because she was my first point of contact in this matter.

Janet Howard

>>> "Worthy, Bernadette M" <BWorthy@doc.gov> 3/5/2008 4:27 PM >>>
Good afternoon Ms. Howard,

Based on our meeting today, I understand the allegation you wish to bring to the attention of OCR is as follows:

1

     Because of your prior EEO complaints against the organization, and your role as the class agent for a complaint filed by African Americans
     against the Department, you have been subjected to a continued and escalating pattern of hostility and retaliation which culminated on February 27, 2008
     with you being issued a Proposal to Remove you from Federal Service.

During our meeting, I explained that you can request that EEO Case Number 08-67-00033 be amended to include this new allegation of retaliation. If you would like to do so, please contact Susan Thomas, Chief Compliance Division, as soon as possible, but no later than 45 days of your receipt of the Proposal to Remove. You may contact Ms. Thomas directly at sthomas@doc.gov<mailto:sthomas@doc.gov>.

Best regards,
BMW


Bonnie Worthy
Director, Client Services & Resolution Division Office of Civil Rights U.S. Department of Commerce
(202) 482-8121
(202) 273-3358 (fax)

2



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer and**
  **Assistant Secretary for Administration**
Washington, D.C. 20230

March 12, 2008

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

Dear Ms. Howard:

This is in reference to Complaint Number 08-67-00033 filed by you on February 5, 2008, and your request to amend dated March 6, 2008. The Department of Commerce has decided to accept the following bases and claim for investigation.

> Complainant, an Export Compliance Specialist, GS-12, with the Office of Enforcement Analysis, Bureau of Industry and Security, alleges that due to her race (not specified), color (not specified), sex (not specified), national origin (not specified), age (not specified), disability (not specified), and in retaliation for her prior EEO activity she has been subjected to a continuing and escalating pattern of harassment by Todd Willis, Assistant Director, Office of Enforcement Analysis and her first-level supervisor when:
>
> 1. On November 13, 2007, he placed her on a Performance Improvement Plan (PIP).[1]
>
> 2. During the duration of the PIP, he repeatedly indicated to her that she will fail the PIP, indicating that he has no objective intention to assist her in a successful completion of the PIP.
>
> 3. The PIP contains standards and requirements that are not imposed on other GS-12 Export Compliance Specialists.
>
> 4. On February 27, 2008, he issued her a Notice of Proposed Removal.

---

[1] Complainant did not include her FY 07 performance evaluation in this complaint. Rather, she specifically raised her FY 07 performance rating and lack of performance-based award in a class action complaint, Complaint Number 08-67-00082, which was transmitted to the Equal Employment Opportunity Commission on March 5, 2008, for acceptance or dismissal in accordance with Title 29, Code of Federal Regulations, section 1614.204(d).

**Rights and Responsibilities**

➢ If you believe that the issue(s) in your complaint has/have not been correctly identified, please notify the Chief, Program Implementation Division, at the address shown below, in writing, within 15 calendar days after your receipt of this Notice, specifying why you believe that the issue(s) in your case has/have not been correctly identified.

➢ An investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

➢ The investigation must be completed by **Monday, September 4, 2008**,[2] unless you and the Department agree on an extension. See 29 C.F.R. § 1614.108(e). Therefore, it is essential that when the investigator asks for the information to support your complaint, you promptly provide it.

➢ A formal complaint may be amended at any time before the investigation is completed. See 29 C.F.R. § 1614.106(d). New claims must be like or related to the claims raised in the original complaint. For example, if the original complaint concerns a Performance Improvement Plan, a new claim concerning a subsequent performance rating would be "like or related." A new claim concerning time and attendance would not. If the complaint is amended, the investigation must be completed within 180 days from the date of the amendment or no more than 360 days from the date the original complaint was filed, whichever comes first. If it is determined that the new claim is not like or related to the original complaint, you will be notified of your right to seek EEO counseling.

➢ If more than one complaint is filed, the Agency is required to consolidate all of the complaints for processing. The investigation of consolidated complaints must be completed within 180 days of the filing date of the latest complaint or 360 days from the filing date of the first complaint, whichever comes first.

➢ You may request a hearing before the Equal Employment Opportunity Commission (EEOC) at any time after 180 days have passed from the date you filed the original complaint. You must file your request with the EEOC office specified in the Acknowledgment Memorandum, dated February 8, 2008.

   A copy of the request must be provided to this office.

➢ The complaint may be dismissed if you fail to cooperate with the investigation.

---

[2] Since the 180th calendar day from the date of Complainant's amendment is Saturday, September 2, 2008, we will use the next business day. See 29 C.F.R. § 1614.604(d).

2

> ➢ If the EEO Officer/Counselor informed you or your representative that Alternative Dispute Resolution, through mediation, is an appropriate option for this complaint, you have a right to choose mediation at any time during the processing of this formal complaint, including during the investigation. *(The DOC EEO Alternative Dispute Resolution: Mediation Guide* identifies the following cases where mediation <u>is inappropriate</u>: cases involving applicants for employment, former employees, alleged violence, egregious harassment, adverse actions, class actions, when authoritative resolution of a matter is required in precedent-setting cases, when the matter in dispute has significant government policy implications, or when it is important to produce a full public record of the proceedings.)

For your information, I have enclosed an information sheet on EEO Complaint Investigations and EEO Mediation.

Amendments to formal complaints, copies of hearing requests, and requests for corrections to the statement of claims may be sent to me at:

> Susan E. Thomas
> Chief, Program Implementation Division
> Office of Civil Rights, Room 6012
> U.S. Department of Commerce
> Washington, D. C. 20230

Requests for mediation and a copy of the ADR Program Guide should be addressed to the servicing EEO Officer or:

> Bernadette M. Worthy
> Chief, Client Services and Resolution Division
> Office of Civil Rights, Room 6012
> U.S. Department of Commerce
> Washington, DC 20230

Sincerely,

*Susan E. Thomas*
Susan E. Thomas
Chief, Program Implementation Division
Office of Civil Rights

Enclosures

3

## Certificate of Service

I attest that a copy of this Amended Notice of Acceptance for Investigation has been sent to the parties listed below:

**By Certified Mail:**

Ms. Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

**Other:**

Bernadette M. Worthy
EEO Officer, BIS

Office of General Counsel, E&LLD
    ATTN: Tiffany Blakey

Investigative Team

Complaint File (Tab D)

OCR Chron File

4