# Howard 26
# (No. 95-67-00385)

| | |
|---|---|
| New / Save | Complainant: Janet Howard — 4 of 27 — Case # 95-67-03850 w |
| Find Case \| Informal \| Formal/Intake \| Formal 2 \| Allegations \| Investigation \| Hearing/FAD \| EEOC \| Settle/Withdraw \| ADR/Court/Relief \| Notes \| Misc. | |

**Informal Basis:** unspecified (for grandfathered data only)

**Informal Issue:** unspecified (for grandfathered data only)

**Complainant Info:** SSN: [ ]
P.O. Box 1454
Spotsylvania, VA 22553

Specify Complainant
Go to Complainant

**Case Status:** Closable/NRF received > 45 days
as of 08/22/1995

Counselor: [ ]
Visibility code: 67
Personnel Office: Office of the Secretary

Organization code list
Org. Code: [ ]
Series/Pay: [ ]
Empl. Stat: Unknown

Initial Contact: 06/13/1995
Anonymous? [ ]
Extension: [ ] for [ ] (days)
NRF due on 07/13/1995
NRF Issued: 07/07/1995
NRF Received: 07/07/1995

Created: 07/06/1998 12:29:31 by WINCITS    Last Save: 09/21/2000 10:32:26 by LLL    ID: 7749

*Never filed formal*

**New** | **Save** | Complainant: Janet Howard | 4 of 27 | Case #: 95-67-03850 w

Find Case | Informal | **Formal/Intake** | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis:**

**Formal Issue:**

- Complaint filed:
- Complaint type:
- 120/180 Due Date:

**Counseling Report**
- Requested:
- Received:

- Further info requested:
- Complaint Accepted:
- Complaint Dismissed:
- Partially Dismissed:

**Case held in abeyance**
- Date:
- Reason:

**Dismissal Type**

**Intake**
- Received from Specialist:
- ☐ Partial Acceptance
- Assignment:
- Specialist:

**Remand**
- Intake:
- Acceptance:
- Specialist:
- Action date:
- Action:

**Representative**
- Specify Representative
- Go to Representative
- Remove Representative
- Name: Singer, Linda
- Contact:
- Notification: