# Howard 27
# (No. 08-67-00082)

Form CD-498 (February 1999)

OMB Approval No. 0690-0015

**COMPLAINT OF EMPLOYMENT DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE**

RECEIVED FEB 21 2008 OFFICE OF CIVIL RIGHTS

For OCR Use
COMPLAINT NUMBER: 08-67-00082

Filing Date:

### INFORMATION ABOUT YOU

Name: Janet Howard
Address: P.O. Box 1454
City/State: Spotsy, VA   Zip Code: 22553
Social Security Number (Optional):
Home Phone: (540) 895-5779
Work Phone: (707) 482-0717

### INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
Address:
City/State:   Zip Code:
NOTE: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney? ☐ Yes ☐ No

### INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place? **BIS/OGA**

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).

See attached page

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

| ☒ Race | ☒ National Origin |
|---|---|
| ☒ Color | ☐ Age |
| ☐ Religion | ☒ Disability |
| ☒ Sex | ☒ Retaliation |

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

| Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No  Counselor's name? | |
|---|---|
| Did you file a grievance under a negotiated grievance procedure? | ☐ Yes ☒ No  Filing date(s)? |
| Did you file a Merit Systems Protection Board (MSPB) appeal? | ☐ Yes ☒ No  Filing date(s)? |

SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU): *Janet Howard*   DATE (Month/Day/Year): 2-21-08



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer and**
**Assistant Secretary for Administration**
Washington, D.C. 20230

February 20, 2008

MEMORANDUM FOR   Janet Howard  *Janet Howard*  2-21-08
                                   Rec'd              Date

FROM:            Bernadette M. Worthy
                 Equal Employment Opportunity Officer

SUBJECT:         **Notice of Right to File within 15 Calendar Days**

On December 18, 2007, you initially contacted me with your concerns of discrimination and retaliation. Specifically, you contend that as an African American with prior EEO activity, you have been subjected to discrimination and retaliation by the agency in the performance appraisal and awards system. You requested to be counseled as a class agent on these allegations. Specifically, you contend that because of your race and prior EEO activity, you have been consistently given " lower performance ratings" than white employees which prevent you from receiving bonuses, cash awards and, quality step increases. You noted that you became aware on November 13, 2007 during your annual performance appraisal meeting, that your name was not included with other OEA employees who received cash awards.

You agreed to extend the informal counseling period for an additional 30 days to accommodate my absence from the office from December 19, 2007 to January 9, 2008. On January 17, 2008, I contacted Todd Willis, your immediate supervisor regarding your concerns and requested remedies. On February 15, 2008, Mr. Willis responded to your concerns and denied any discriminatory or retaliatory actions.

Since these matters have not been resolved to your satisfactions, I am required to issue the following Notice in accordance with Equal Employment Opportunity Commission regulations. Please note that this Notice does not require you to file a formal complaint. However, it provides you with your rights should you choose to do so.

> *You have the right to file an individual or class-based discrimination complaint based on race, color, religion, sex, national origin, disability, age, and or reprisal. If you file a complaint, it must be in writing; signed, and filed within **fifteen (15)** calendar days after receipt of this notice. You may use the attached Complaint Form CD-498, or write a letter containing the same information.*

The complaint must be specific and contain only those issues either specifically discussed with me or issues that are like or related to the issues discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit System Protection Board on the same claims. If you file a formal complaint, you should sent it to **one** of the following persons authorized to receive discrimination complaints:

    Suzan J. Aramaki
    Director of Civil Rights, Room 6012 HCHB
    U. S. Department of Commerce
    Washington, DC 20230

         *or*

    Susan Thomas
    Chief, Compliance Division, Room 6012 HCHB
    U.S. Department of Commerce
    Washington, DC 20230