UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1968 (JDB) |

### NOTICE OF FILING OF PLAINTIFF MEGGINSON'S ADMINISTRATIVE COMPLAINTS

Pursuant to the Court's Minute Order of July 9, 2008, Defendant Carlos Gutierrez ("Defendant"), Secretary, United States Department of Commerce ("Agency"), hereby files this Notice of Filing with attachments. Specifically, attached hereto are copies of the administrative complaints, including attachments thereto, of Plaintiff Joyce Megginson that were identified in the February 21, 2008, Declaration of Kathryn H. Anderson,[1] subject to the following notations and limitations:

1.  As described in footnote 1 of the Anderson Declaration, Megginson 2 (Agency No. 95-61-01611) and Megginson 3 (Agency No. 95-61-01612) were sub-cases of Megginson 1 (Agency No. 95-61-01610). That is, Megginson 2 and 3 grew out of the same administrative complaint as Megginson 1, and were merely used as processing devices to track claims set forth in the Megginson 1 administrative complaint that were segregated for separate processing.

---

[1] As noted in that declaration, Ms. Anderson's statements were based upon information and records concerning the Admin Complaints contained in the Agency's "EEO Track" system, which the agency keeps in the ordinary course of business to manage and process all EEO administrative complaints against the Agency. *See* Anderson Decl. at ¶ 3.

- 2 -

Consequently, separate administrative complaints for Megginson 2 and 3 do not exist. However, for the Court's convenience, Defendant has included herewith EEO Track printouts for these two administrative proceedings.

2. Similarly, Megginson 6 (Agency No. 95-61-01411) and Megginson 7 (Agency No. 95-61-01412) were sub-cases of Megginson 5 (Agency No. 95-61-01410). *See* Anderson Decl. at p. 8, n.1. That is, Megginson 6 and 7 grew out of the same administrative complaint as Megginson 5, and were merely used as processing devices to track claims set forth in the Megginson 5 administrative complaint that were segregated for separate processing. Consequently, separate administrative complaints for Megginson 6 and 7 do not exist. However, for the Court's convenience, Defendant has included herewith EEO Track printouts for these two administrative proceedings.

3. Furthermore, for the Court' convenience, as the administrative complaints are at times handwritten and unclear, where available Defendant has also included the Agency's acceptance or rejection letters for each such complaint, which describe the issues that were accepted and/or rejected for investigation at the administrative level.

4. Lastly, Defendant has also included any requests by Plaintiff Megginson to amend her administrative complaints to the extent such requests were accepted by the Agency.

Please also take notice that Defendant will be providing a copy of this filing and the attachments hereto to chambers for the Court's convenience.

- 3 -

Dated: August 4, 2008
       Washington, DC

                          Respectfully submitted,

                          JEFFREY A. TAYLOR, D.C. BAR #498610
                          United States Attorney

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce    RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney


                              /s/
                          BRIAN P. HUDAK
                          Assistant United States Attorney
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 514-7143

                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2008, a true and correct copy of above Notice of Filing with attachments was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to the addresses listed below.  The Notice of Filing was served in hard-copy form, and the attachments were served in electronic PDF format on an enclosed CD-ROM.

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Courtesy copies of the above Notice of Filing without attachments were also sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: August 6, 2008
       Washington, D.C.

Respectfully submitted,

  /s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov