# Megginson 2 (No. 95-61-01611)

| New | Save | Complainant: Joyce E. Megginson | 5 of 15 | Case # 95-61-01611 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Informal Basis**
unspecified (for grandfathered data only)

**Informal Issue**
unspecified (for grandfathered data only)

Complainant Info: SSN:
**Specify Complainant**  310 Bogota Drive
Fort Washington, MD 20744
**Go to Complainant**

Case Status:
Closable/Merit FAD > 100 days
as of 12/03/1999

Counselor:
Visibility code: 61
Personnel Office: Office of the Secretary

Organization code list
Org. Code:
Series/Pay:
Empl. Stat: Unknown

Initial Contact: 12/16/1994
Anonymous?
Extension:       for       (days)
NRF due on 01/16/1995
NRF Issued: 01/21/1995
NRF Received: 01/21/1995

Created: 07/06/1998 12:23:10 by WINCITS        Last Save: 02/22/2006 11:55:55 by ANDE9000        ID: 7588

Case 1:05-cv-01968-JDB   Document 91-3   Filed 08/06/2008   Page 3 of 3

New | Save | Complainant: Joyce E. Megginson | 5 of 15 | Case # 95-61-01611 w
Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis**
Title VII - Race - Black
other - Sex - Female

**Formal Issue**
Harassment Sexual

Complaint filed: 02/03/1995
Complaint type: Individual
120/180 Due Date: 08/01/1995

**Counseling Report**
Requested: 02/03/1995
Received: 03/02/1995

Further info requested:
Complaint Accepted: 01/17/1997
Complaint Dismissed: 04/20/1995
Partially Dismissed:

**Case held in abeyance**
Date:
Reason:

**Dismissal Type**
Same Claim

**Intake**
Received from Specialist:
☐ Partial Acceptance
Assignment: 11/07/1996
Specialist: Hawker, Kathryn

**Remand**
Intake:
Acceptance:
Specialist:
Action date:
Action:

**Representative**
Specify Representative
Go to Representative
Remove Representative

Name: Kator, Scott _Heller
Contact:
Notification: