# Megginson 3 (No. 95-61-01612)

| New | Save | Complainant: Joyce E. Megginson | 6 of 15 | Case # 95-61-01612 w |

**Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.**

Informal Basis: unspecified (for grandfathered data only)

Informal Issue: unspecified (for grandfathered data only)

Complainant Info: SSN: [ ]
**Specify Complainant**
310 Bogota Drive
Fort Washington, MD 20744
**Go to Complainant**

Case Status: Civil action filed
as of 12/12/1997

Counselor: [ ]
Visibility code: 61
Personnel Office: Office of the Secretary

**Organization code list**
Org. Code: [ ]
Series/Pay: [ ]
Empl. Stat: Unknown

Initial Contact: 12/16/1994
Anonymous? [ ]
Extension: [ ] for [ ] (days)
NRF due on 01/16/1995
NRF Issued: 01/21/1995
NRF Received: 01/21/1995

Created: 07/06/1998 12:23:12  by WINCITS        Last Save: 09/21/2000 10:29:31  by LLL        ID: 7589

| New | Save | Complainant: Joyce E. Megginson | 6 of 15 | Case # 95-61-01612 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis**
Title VII - Race - Black
other - Sex - Female

**Formal Issue**
Harassment Sexual

Complaint filed: 02/03/1995
Complaint type: Individual
120/180 Due Date: 08/01/1995

**Counseling Report**
Requested: 02/03/1995
Received: 03/02/1995

Further info requested:
Complaint Accepted:
Complaint Dismissed: 11/26/1996
Partially Dismissed:

**Case held in abeyance**
Date:
Reason:

**Dismissal Type**
Same Claim

**Intake**
Received from Specialist:
☐ Partial Acceptance
Assignment: 03/31/1995
Specialist: Walton, Kimberly

**Remand**
Intake:
Acceptance:
Specialist:
Action date:
Action:

**Representative**
Specify Representative
Go to Representative
Remove Representative

Name: Kator, Scott _Heller
Contact:
Notification: