# Megginson 6
# (No. 95-61-01411)

| New | Save | Complainant: Joyce E. Megginson | 2 of 15 | Case # 95-61-01411 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Informal Basis**
unspecified (for grandfathered data only)

**Informal Issue**
unspecified (for grandfathered data only)

**Complainant Info:** SSN: [ ]
**Specify Complainant**
310 Bogota Drive
Fort Washington, MD 20744

**Go to Complainant**

**Case Status:**
Closable/Merit FAD > 100 days
as of 12/03/1999

Counselor: [ ]
Visibility code: 61
Personnel Office: Office of the Secretary

**Organization code list**
Org. Code: [ ]
Series/Pay: [ ]
Empl. Stat: Unknown

Initial Contact: 12/15/1994
Anonymous? ☐
Extension: [ ] for [ ] (days)
NRF due on 01/16/1995
NRF Issued: 02/25/1995
NRF Received: 02/25/1995

Created: 07/06/1998 12:23:04   by WINCITS
Last Save: 03/21/2007 14:52:55   by TURN9000
ID: 7585

| New | Save | Complainant: Joyce E. Megginson | 2 of 15 | Case # 95-61-01411 w |

Find Case | Informal | **Formal/Intake** | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis**
Title VII - Race - Black
other - Sex - Female

**Formal Issue**
Harassment Non-sexual

Complaint filed: 03/10/1995
Complaint type: Individual
120/180 Due Date: 08/21/1995

Counseling Report
Requested: 03/10/1995
Received: 03/28/1995

Further info requested:
Complaint Accepted: 01/17/1997
Complaint Dismissed: 04/20/1995
Partially Dismissed:

Case held in abeyance
Date:
Reason:

Dismissal Type
Same Claim

Intake
Received from Specialist:
☐ Partial Acceptance
Assignment: 11/07/1996
Specialist: Hawker, Kathryn

Remand
Intake:
Acceptance:
Specialist:
Action date:
Action:

Representative
**Specify Representative**     Name: Kator, Scott _Heller
**Go to Representative**       Contact:
**Remove Representative**      Notification: