# Megginson 7 (No. 95-61-01412)

| New | Save | Complainant: Joyce E. Megginson | 3 of 15 | Case # 95-61-01412 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Informal Basis**
unspecified (for grandfathered data only)

**Informal Issue**
unspecified (for grandfathered data only)

Complainant Info: SSN:
**Specify Complainant**  310 Bogota Drive
Fort Washington, MD 20744
**Go to Complainant**

Case Status:
Civil action filed
as of 12/12/1997

Counselor:
Visibility code: 61
Personnel Office: Office of the Secretary

**Organization code list**
Org. Code:
Series/Pay:
Empl. Stat: Unknown

Initial Contact: 12/15/1994
Anonymous?
Extension:        for       (days)
NRF due on  01/16/1995
NRF Issued: 02/25/1995
NRF Received: 02/25/1995

Created: 07/06/1998 12:23:06  by WINCITS       Last Save: 02/22/2006 14:34:09  by ANDE9000       ID: 7586

| New | Save | Complainant: Joyce E. Megginson | 3 of 15 | Case # 95-61-01412 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis**
Title VII - Race - Black
other - Sex - Female

**Formal Issue**
Harassment Non-sexual

Complaint filed: 03/10/1995
Complaint type: Individual
120/180 Due Date: 08/21/1995

**Counseling Report**
Requested: 03/10/1995
Received: 03/28/1995

Further info requested:
Complaint Accepted:
Complaint Dismissed: 11/26/1996
Partially Dismissed:

**Case held in abeyance**
Date:
Reason:

**Dismissal Type**
Same Claim

**Intake**
Received from Specialist:
☐ Partial Acceptance
Assignment: 03/28/1995
Specialist: Walton, Kimberly

**Remand**
Intake:
Acceptance:
Specialist:
Action date:
Action:

**Representative**
Specify Representative    Name: Kator, Scott _Heller
Go to Representative     Contact:
Remove Representative    Notification: