# Megginson 8
# (No. 95-61-02660)

# COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

**DEPARTMENT NUMBER:** 95-61-0266
**FILING DATE:** March 31, 1995

**1. COMPLAINANT'S NAME:** Joyce E. Megginson
**COMPLAINANT'S STREET ADDRESS:** 310 Bogota Drive
**CITY:** Ft. Washington, **STATE:** MD, **ZIP CODE:** 20744
**TELEPHONE:** HOME: 301-292-3308  WORK: 202-482-0486

**2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** Nat'l Telecomm. & Info. Admin.
**STREET ADDRESS OF OFFICE:** 14th & Const., Ave., NW, Room 4099
**CITY:** Washington, **STATE:** DC, **ZIP CODE:** 20230

**3. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:** January 19, 1995

**4. DO YOU WORK FOR THE FEDERAL GOVERNMENT?** ☒ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS): Program Analyst - 343 GS-9/8
**NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED):** Dept. of Commerce/NTIA, 14th Const. Ave., NW, Wash., DC 20230

**5.** (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION. (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY. (C) GIVE THE DATES WHEN THIS ACTION OCCURRED. (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION? (YOU MAY ATTACH EXTRA SHEETS)

SEE ATTACHMENT 3

**6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
- ☒ RACE (STATE RACE): African American
- ☐ COLOR
- ☐ RELIGION
- ☒ SEX (STATE YOUR SEX): Female
- ☐ NATIONAL ORIGIN
- ☐ AGE
- ☐ PHYSICAL HANDICAP
- ☐ MENTAL HANDICAP
- ☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS): I filed discrimination & sexual harassment complaints with OCR on Dec. 15 & 16, 1994

**7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR?** ☒ YES, COUNSELOR'S NAME: Bunny Patillo

**8. DID YOU FILE A GRIEVANCE** ☒ YES **OR AN MSPB APPEAL** ☒ NO ON THE MATTER(S) DESCRIBED IN NO. 5? IF YES, GIVE DATE(S):

**9. THE REMEDY I SEEK IS:**

SEE ATTACHMENT 4

**10. I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.**
**COMPLAINANT'S SIGNATURE:** /s/ Joyce E. Megginson
**11. DATE OF SIGNATURE:** 03 / 31 / 95



**UNITED STATES DEPARTMENT OF COMMERCE**
National Telecommunications and
Information Administration
Washington, D.C. 20230

March 31, 1995

MEMORANDUM FOR: Courtland Cox
Acting Director, Office of Civil Rights

FROM: Joyce E. Megginson
Complainant

SUBJECT: Notice of Filing Formal Discrimination Complaint

During my initial EEO Counselor interview with Bunny Patillo on January 31, 1995, I alleged that I had been discriminated and retaliated against for my prior involvement with the Office of Civil Rights (OCR).

Since this matter was not resolved within the 30 day limit, my counselor, Ms. Patillo contacted me and requested an extension of the counseling period (Attachment 1), thereby extending the counseling period to March 31, 1995. Even with the extension granted, this complaint has not been resolved, so at this time I am exercising my right to go formal with my allegations. The attached Complaint Form CD-498 and its attachments are being submitted to you for processing.

Attachments

cc: Alfred Corea
    Bunny Patillo

**COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION**

5. A. **DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION SEX, NATIONAL ORIGIN, AGE, HANDICAP, OR RETALIATION.**

As a result of my refusal to drop two prior informal complaints with the Office of Civil Rights (OCR) and sign a settlement agreement, I was denied a promotion to a GS-11 career-ladder Program Analyst position outside of my present division, which I interviewed for and was subsequently selected. A Request for Personnel Action, SF 52 (Attachment 5), wherein I was named as the selected candidate, was cancelled without action on January 19, 1995. This action denied me an opportunity to be promoted to a career-ladder position that was officially offered to me by Celia Nogales, the selecting official of the Office of Policy Coordination and Management (OPCM), and that I accepted on December 15, 1995. My being selected for this career-ladder position was not contingent upon my signing a settlement agreement as a remedy for any prior informal complaints with OCR.

5. B. **DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY.**

I was denied a promotion to the GS-11 career-ladder Program Analyst position which I interviewed for, and I was subsequently selected. When I was offered, and accepted this position, it did not have any stipulations regarding my signing a settlement agreement as a remedy for any prior informal complaints with OCR. Also, selecting official, Ms. Nogales advised me that she did not have any knowledge of, and was unaware of any settlement agreement being offered as a prerequisite for hiring me for this position.

5. C. **GIVE THE DATES WHEN THIS ACTION OCCURRED.**

December 19, 1994, and January 19, 1995.

5. D. **WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION?**

For my refusal to sign a settlement agreement, management denied me the promotion to the GS-11 career-ladder Program Analyst position, which I was selected for in OPCM. As a further act of retaliation for my refusal to sign a settlement agreement, I have not been given any work assignments by my immediate supervisor, William Gamble which will have a bearing on, and I'm sure will reflect negatively in my performance appraisal.

## 9. THE REMEDY THAT I SEEK IS:

I seek the removal of William Gamble who with malice and intent perpetrated these discriminatory acts against me. Further, as for those high level management officials who had knowledge of the existence of these discriminatory and retaliatory practices, and for their failure to take corrective actions to halt these unethical, discriminatory, and retaliatory practices, I am requesting that they be severely reprimanded. Namely, the Assistant Secretary of Commerce, Larry Irving, Associate Administrator, OSM, Richard Parlow; Director, OPCM, Michele Farquhar; and Administrative Officer, James Hartman.

In addition, I am also seeking the following:

- Nondiscriminatory placement in a position comparable to the position that I would have occupied if discrimination and retaliation had not occurred;
- Protection from any further discriminatory practices, retaliation, reprisals;
- Back pay with interest;
- Recovery of attorney's fees and costs; and
- The maximum awarded in compensatory and punitive damages, and any other remedies deemed fair by the Court or its representatives.

7/91
Office of Personnel Management
Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

**PART A – Requesting Office** (Also complete Part B, items 1, 7-22, 32, 33, 36 and 39.)

1. Actions Requested
   Promotion

2. Request Number: 95-58

3. For Additional Information Call (Name and Telephone Number)
   Jim Hartman  482-1800

4. Proposed Effective Date: ASAP

5. Action Requested By (Typed Name, Title, Signature, and Request Date)
   Michele C. Farquhar  [signature]
   Chief of Staff & Director, OPCM

6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date)
   Michele C. Farquhar  [signature]
   Chief of Staff & Director, OPCM

RECEIVED DOC/OS/PERS OFC  DEC 27 PM 4 50

**PART B – For Preparation of SF 50** (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle)
   Megginson, Joyce

2. Social Security Number

3. Date of Birth

4. Effective Date

FIRST ACTION
| 5-A. Code | 5-B. Nature of Action |
| 5-C. Code | 5-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority |

SECOND ACTION
| 6-A. Code | 6-B. Nature of Action |
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
   Program Analyst

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 9 | 8 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |

15. TO: Position Title and Number
    Program Analyst

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 11 | | | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |

14. Name and Location of Position's Organization
    . Department of Commerce
    National Telecommunications & Information
    Administration
    Office of Spectrum Management

22. Name and Location of Position's Organization
    U.S. Department of Commerce
    National Telecommunications & Information
    Administration
    Office of Policy Coordination & Management

**EMPLOYEE DATA**

23. Veterans Preference
   1 – None    3 – 10-Point/Disability    5 – 10-Point/Other
   2 – 5-Point  4 – 10-Point/Compensable  6 – 10-Point/Compensable/30%

24. Tenure
   0 – None    2 – Conditional
   1 – Permanent  3 – Indefinite

25. Agency Use

26. Veterans Preference for RIF: YES / NO

27. FEGLI

28. Annuitant Indicator

29. Pay Rate Determinant

30. Retirement Plan

31. Service Comp. Date (Leave)

32. Work Schedule: F

33. Part-Time Hours Per Biweekly Pay Period

**POSITION DATA**

34. Position Occupied
   1 – Competitive Service   3 – SES General
   2 – Excepted Service      4 – SES Career Reserved

35. FLSA Category
   E – Exempt
   N – Nonexempt

36. Appropriation Code: 59001913

37. Bargaining Unit Status

38. Duty Station Code: 11-0010-001

39. Duty Station (City – County – State or Overseas Location): Washington, DC

40. Agency Data  |  41.  |  42.  |  43.  |  44.

45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship  1 – USA  8 – Other | 50. Veterans Status | 51. Supervisory Status

**PART C – Reviews and Approvals** (Not to be used by requesting office.)

1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date

D.
E.
F.
Signature                    Approval Date

Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

CONTINUED ON REVERSE SIDE

Editions Prior to 7/91 Are Not Usable After 6/30/
NSN 7540-01-333-6

**UNITED STATES DEPARTMENT OF COMMERCE**
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

APR 10 1995

CERTIFIED MAIL

Ref.: 95-61-0266
Filing Date: March 31, 1995

MEMORANDUM FOR   Joyce E. Megginson

FROM:   Kimberly H. Walton
Acting Chief, Compliance Division
Office of Civil Rights

SUBJECT:   Acknowledgement of Receipt of Discrimination Complaint

Important information

We received your complaint of discrimination which was filed on March 31, 1995. Hereafter, that date is the **Filing Date**.

Your complaint has been given the following number: **95-61-0266.** To avoid delays in processing your complaint, it is very important that you use this number in all correspondence regarding this complaint, regardless of the person to whom your correspondence is sent.

If your complaint is not dismissed the Department of Commerce will conduct a complete and fair investigation of your complaint within **180 calendar days** from the **filing date** unless you and the Department of Commerce agree in writing to extend that period. (29 C.F.R. § 1614.106(d)(2)). In your case, the 180th day is September 26, 1995 (filing date + 179 days). We will need your cooperation in order to meet this deadline.

Here are your rights

If the 180th day arrives, and you have not received the Report of Investigation with the notice explaining your right to request a hearing, on the 181st day or thereafter, you may request a hearing by an Administrative Judge appointed by the EEOC. (29 C.F.R. § 1614.108(f)). Alternatively, you may file a civil action in an appropriate U.S. District Court. 29 C.F.R. § 1614.408(b).

If this Office dismisses all or part of your complaint, or when we issue a Final Decision on the merits of your complaint, you will have the right to appeal the Dismissal or the Final Decision to:

        The Director
        Office of Federal Operations
        Equal Employment Opportunity Commission
        P.O. Box 19848
        Washington, D.C. 20036

You will be told how to file an appeal at the appropriate time.

cc: Alfred Corea

bcc: Subject
     Compliance

Z 117 029 650

Receipt for Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail

Sent to: Joyce E. Megginson
Street and No.: 310 Bogota Drive
P.O., State and ZIP Code: Ft. Washington, MD. 20744

PS Form 3800, March 1993

APR 10 1995