# Megginson 11
# (No. 97-61-00160)

FORM CD-498
(Edition 8-89)
(Pres. by DAO 215-5)

# COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

**DEPARTMENT NUMBER:** 97-61-0016

**FILING DATE:** November 21, 1996

**1. COMPLAINANT'S NAME:** Joyce E. Megginson
**COMPLAINANT'S STREET ADDRESS:** 310 Bogota Drive
**CITY, STATE:** Ft. Washington, MD **ZIP CODE:** 20744
**TELEPHONE:** HOME: 301-292-3308   WORK: 202-482-0486

**2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** U.S. Department of Commerce, National Telecommunications & Info. Admin.
**STREET ADDRESS OF OFFICE:** 1401 Constitution Avenue, N.W., Room 4099
**CITY, STATE:** Washington, DC **ZIP CODE:** 20230

**3. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:** September 27, 1996

**4. DO YOU WORK FOR THE FEDERAL GOVERNMENT?** ☒ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS): Management Analyst GS-343-9/8
**NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED):** Same as Above

**5.** (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION. (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY. (C) GIVE THE DATES WHEN THIS ACTION OCCURRED. (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION? (YOU MAY ATTACH EXTRA SHEETS)

"SEE ATTACHMENT"

**6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
☒ RACE (STATE RACE): African American
☐ COLOR
☐ RELIGION
☒ SEX (STATE YOUR SEX): Female
☐ NATIONAL ORIGIN
☐ AGE
☐ PHYSICAL HANDICAP
☐ MENTAL HANDICAP
☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS): Several discrimination and retaliation complaints with the Office of Civil Rights.

**7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR?** ☒ YES, COUNSELOR'S NAME: Shawn Ricks

**8. DID YOU FILE A GRIEVANCE** ☒ NO  OR AN MSPB APPEAL ☐ NO ☐ YES

**9. THE REMEDY I SEEK IS:**
1. To be reimbursed in full for all travel related expenses incurred at the BIG Conference in Atlanta, GA;
2. The removal of immediate supervisor, William Gamble from his SES position for his consistent discriminatory and retaliatory acts, and reprimands for high level management officials who continues to condone and supports Mr. Gamble's malignant and deliberate acts;
3. All discriminatory and retaliatory practices to cease; and
4. That I be awarded medical, attorney fees and compensatory and punitive damages for the "wantonly, maliciously and bad faith" decisions made by management in denying my request for travel expenses.

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH

**10. COMPLAINANT'S SIGNATURE:** /s/ Joyce E. Megginson
**11. DATE OF SIGNATURE:** Nov. 21, 96

ATTACHMENT

### 5. (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE HANDICAP OR RETALIATION

I was treated differently than other similarly situated employees when I was required to pay for travel related costs to attend an approved government training (The 18th Annual National Training Conference of Blacks in Government, held in Atlanta, GA, August 26-30, 1996) conference. The conference fee was paid by the department. Also the process whereby training is approved was handled differently than for other employees. The normal process requires your immediate supervisor's signature, after which it's routed to the budget office for the budget officer's signature. This standard procedure was not applied in my case when the Deputy Assistant Secretary for Communications and Information, Shirl Kinney, and personnel were consulted before my training/travel was approved by my immediate supervisor, William D. Gamble. Other employees are not subjected to this disparate treatment. I received this disparate treatment, and I was treated less favorable than others because of my race, sex, and in retaliation for my prior involvement with the EEO process and the Office of Civil Rights (OCR). This retaliatory act was motivated solely with a discriminatory intent.

### (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY.

I was required to pay my own travel expenses and related travel costs associated with this government approved training (BIG Conference) while similarly situated employees have not been denied receiving training/travel expenses in full while attending conferences. Even after obtaining approval for reimbursement for travel costs incurred at the BIG training conference by my second level supervisor, Richard Parlow, for which he signed an amended travel order, I was still denied travel expenses. And, as a result of repeated denials, I was severely discriminated against and reprised because of my prior involvement with the EEO process and the Office of Civil Rights (OCR).

### (C) GIVE THE DATES WHEN THIS ACTION OCCURRED.

July 26, 1996, August 1996 and September 27, 1996.

### (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION.

As a result of repeated and consistent discriminatory acts and reprisals by my supervisor, William Gamble and other high level management officials in NTIA, a very hostile and stressful working environment exists with my supervisor. This extremely stressful atmosphere has created severe health problems for me. Also, as a result of my involvement with the EEO process and the Office of Civil Rights, I have been put in a corner and completely ignored by my supervisor.



**UNITED STATES DEPARTMENT OF COMMERCE**
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

DEC 31 1996

CERTIFIED MAIL

Ref.: 97-61-0016
Filing Date: November 21, 1996

MEMORANDUM FOR: Joyce E. Megginson

FROM: *Kimberly H. Walton*
Kimberly H. Walton
Chief, Compliance Division
Office of Civil Rights

SUBJECT: Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issue from your complaint of discrimination referenced above:

Complainant, a Management Analyst, GS-0343-9/8, with the Spectrum Management Division, National Telecommunications and Information Administration (Agency), Department of Commerce (Department), alleges that because of her race (African American) and sex (female), and in retaliation for filing prior EEO complaints:

1. She was required to pay travel expenses to attend the 18th Annual National Training Conference of Blacks in Government (BIG), held in Atlanta GA, August 26 - 30, 1996, while the agency paid travel costs for others similarly situated;

2. Her immediate supervisor, William D. Gamble, Deputy Associate Administrator for Spectrum Management, handled her training request differently than he handles training requests for similarly situated employees by contacting Shirl Kinney, Deputy Assistant Secretary for Communications and Information, and others before approving authorization for the agency to pay her registration costs and grant her administrative leave to attend the BIG conference; and

3. Gamble and other senior management officials retaliated against her for contacting an EEO Counselor in this complaint by making her work environment hostile and stressful (e.g., she was "put in a corner and completely ignored by" Gamble).

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As you were told in our letter of November 26, 1996, the investigation must be completed by May 21, 1997, date, unless you and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, within **15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

> Kimberly H. Walton
> Chief, Compliance Division
> Office of Civil Rights, Room 6010
> U.S. Department of Commerce
> Washington, D. C. 20230

cc: David R. Lewis, Acting EEO Officer
    Investigative Unit
    Compliance
    Subject



P 059 322 053
Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to

Ms. Joyce E. Megginson
310 Bogota Drive
Fort Washington, MD 20744

| Special Delivery Fee | |
| --- | --- |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | DEC 31 1996 |

PS Form 3800, June 1991