# Megginson 12
# (No. 97-61-00850)

FORM CD-498 (Edition 1-89) (Pres. by DAO 215-5)

# COMPLAINT OF DISCRIMINATION AGAINST THE U.S. DEPARTMENT OF COMMERCE BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, PHYSICAL OR MENTAL HANDICAP OR RETALIATION

**DEPARTMENT NUMBER:** 97-61-0085

**FILING DATE:** February 19, 1997

**1. COMPLAINANT'S NAME:** Joyce E. Megginson
**COMPLAINANT'S STREET ADDRESS:** 310 Bogota Drive
**CITY:** Ft. Wash.  **STATE:** MD  **ZIP CODE:** 20744
**TELEPHONE (INCLUDE AREA CODES):**
HOME: 301-292-3308   WORK: 202-482-0486

**2. NAME OF COMMERCE ORGANIZATION THAT DISCRIMINATED AGAINST YOU:** U.S. Department of Commerce, NTIA/OSM
**STREET ADDRESS OF OFFICE:** 1401 Constitution Ave., N.W., Room 4099
**CITY:** Washington,  **STATE:** DC  **ZIP CODE:** 20230

**3. GIVE THE DATE ON WHICH THE MOST RECENT DISCRIMINATION TOOK PLACE:**
MONTH Dec.  DAY 17  YEAR 1996

**4. DO YOU WORK FOR THE FEDERAL GOVERNMENT?**
☐ NO  ☒ YES. MY MOST RECENT TITLE AND GRADE IS (OR WAS):
Management Analyst GS-9/8 (343)
**NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (OR APPLIED):** Same as above

**5.** (A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION.  (B) DESCRIBE THE ACTION TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY.  (C) GIVE THE DATES WHEN THIS ACTION OCCURRED.  (D) WHAT HARM, IF ANY, CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION? (YOU MAY ATTACH EXTRA SHEETS)

SEE ATTACHMENT

**6. ANSWER BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST:**
☒ RACE (STATE RACE) _____
☐ COLOR (STATE COLOR) _____
☐ RELIGION (STATE RELIGION) _____
☒ SEX (STATE YOUR SEX) _____
☐ NATIONAL ORIGIN (STATE NATIONAL ORIGIN) _____
(STATE COUNTRY OF BIRTH) _____
☐ AGE (STATE DATE OF BIRTH) _____
☐ PHYSICAL HANDICAP (DESCRIBE IT) _____
☐ MENTAL HANDICAP (DESCRIBE IT) _____
☒ RETALIATION (EXPLAIN YOUR PRIOR CONNECTION WITH THE EEO PROCESS) _____

**7. DID YOU DISCUSS ALL MATTERS REPORTED IN NO. 5 WITH AN EEO COUNSELOR?** ☐ NO ☒ IF YES, COUNSELOR'S NAME: Erran F. Persley

**8. DID YOU FILE A GRIEVANCE** ☐ NO ☐ YES **OR AN MSPB APPEAL** ☐ NO ☐ YES **ON THE MATTER(S) DESCRIBED IN NO. 5? IF YES, GIVE DATE(S)** several complaints with OCR.

**9. THE REMEDY I SEEK IS:**

That all individuals responsible for these discriminatory and reprisals be punished to the fullest possible extent of the law. That I be compensated for my pain and suffering, any amount deemed fair by the courts, that I receive fees for medical and attorney fees.

I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF MY STATEMENTS ARE TRUE, CORRECT, COMPLETE AND MADE IN GOOD FAITH.

**10. COMPLAINANT'S SIGNATURE (Sign in dark ink):** /s/ Joyce E. Megginson
**11. DATE OF SIGNATURE:** MONTH Feb.  DAY 19  YEAR 1997

5. **(A) DESCRIBE HOW YOU WERE TREATED DIFFERENTLY THAN OTHER EMPLOYEES OR APPLICANTS BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR RETALIATION.**

I was treated disparately when Mr. Gamble failed to give me a <u>mandatory</u> mid-point review that was due by April 30, 1996, which all of my co-workers received. Also, I did not receive my performance rating which was due by September 30, 1996, until after I filed an informal complaint with the Office of Civil Rights (OCR). On December 17, 1996, after Mr. Gamble conducted my performance rating he tried to force me to sign the signature page of my performance rating. Mr. Gamble only presented me with the last page stating that the other pages of my performance plan had been misplaced. I refused to sign this appraisal because I did not agree with the rating or the comments made by Mr. Gamble and the absence of the other pages.

**(B) DESCRIBE THE ACT TAKEN AGAINST YOU THAT YOU BELIEVE WAS DISCRIMINATORY.**

There were only four employees in my immediate division on December 17, 1996, and I am the only one who did not receive a mid-point review, a timely appraisal or cash bonus. The other three employees are Richard Parlow, Associate Administrator who received a cash bonus of $5700.00, Mr. Gamble, Deputy Associate Administrator who received a cash bonus of $5700.00, and Joyce Countee, Secretary who received a cash bonus of $1300.00.

**(C) GIVE THE DATES WHEN THIS ACTION OCCURRED.**

On November 26, 1996, I was informed by a co-worker that NTIA employees had received their bonus checks on November 18, 1996, and at that point I immediately contacted OCR and requested counseling. As a result of me notifying OCR, on December 17, 1996, after Mr. Gamble rated me, he repeatedly asked me to sign my performance appraisal and when I refused he continued to harass and intimidated me to the point that I became so upset and started to hyperventilate and had to be carried out of the U.S. Department of Commerce via an ambulance, hooked up to a heart monitor and had to be administered oxygen and I had to seek medical attention. I remained under the care of two physicians for anxiety and depression from December 17, 1996 to January 13, 1997.

**(D) WHAT HARM, IF ANY CAME TO YOU IN YOUR WORK SITUATION AS A RESULT OF THIS ACTION?**

As a result of repeated and consistent discrimination and reprisals by Mr. Gamble, which other high level management officials in NTIA had knowledge of, and they allowed and condoned a very hostile and stressful work environment. This extremely stressful atmosphere has created severe health problems for me. Also, my peers are constantly making snide remarks about the desperate treatment that I receive from Mr. Gamble. For instance, one of the most humiliating comments was when one co-worker recently asked me how was I going to spend my bonus money that Mr. Gamble approved for me, while all the time knowing that I received a late rating, and that I have never received a cash bonus/award of any type from Mr. Gamble the entire twelve years that I worked for him.

UNITED STATES DEPARTMENT OF COMMERCE
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

APR 11 1997

CERTIFIED MAIL

Ref.: 97-61-0085
Filing Date: **February 19, 1997**

MEMORANDUM FOR  Joyce E. Megginson

FROM: Kimberly H. Walton
Chief, Compliance Division
Office of Civil Rights

SUBJECT: Acceptance of Complaint

The Department of Commerce has accepted for investigation the following allegations from your complaint of discrimination referenced above:

> The Complainant alleges that based on race (African American), sex (female) and retaliation for having filed previous EEO complaints, her supervisor, William Gamble, Deputy Associate Administrator, Office of Spectrum Management, National Telecommunications and Information Administration, discriminated against her when:
>
> 1. She did not receive the mandatory mid-point review which was due by April 30, 1996; and
>
> 2. On December 17, 1996, he attempted to coerce her into signing the signature page of her performance appraisal even though the actual pages of the evaluation were missing and failed to complete her appraisal by September 30, 1996. As a result, she could not receive a cash bonus for her 1996 performance.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

As you were told in our letter of March 3, 1997, the investigation must be completed by August 19, 1997, unless you

and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

>Kimberly H. Walton
>Chief, Compliance Division
>Office of Civil Rights, Room 6010
>U.S. Department of Commerce
>Washington, D. C. 20230


cc: David R. Lewis, Acting EEO Officer