UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANET HOWARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, Secretary, <br> U.S. Department of Commerce, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1968 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF PLAINTIFF JORDAN'S
ADMINISTRATIVE COMPLAINTS**

Pursuant to the Court's Minute Order of July 9, 2008, Defendant Carlos Gutierrez ("Defendant"), Secretary, United States Department of Commerce ("Agency"), hereby files this Notice of Filing with attachments. Specifically, attached hereto are copies of the administrative complaints, including attachments thereto, of Plaintiff Tanya Ward Jordan that were identified in the February 21, 2008, Declaration of Kathryn H. Anderson,[1] subject to the following notations and limitations:

1.  As with certain of Plaintiff Megginson's complaints, Jordan 3 (Agency No. 97-51-01891) appears to be a sub-case of Jordan 2 (Agency No. 97-51-01890), consisting of those claims raised by Plaintiff Jordan in Jordan 2 that were rejected by the Office of Civil Rights as untimely filed. *See* Anderson Decl. at p.8, n.1. A description of these claims can be found in the "Final Decision," which Defendant has included with the materials for Jordan 2. That is, this

---

[1] As noted in that declaration, Ms. Anderson's statements were based upon information and records concerning the Admin Complaints contained in the Agency's "EEO Track" system, which the agency keeps in the ordinary course of business to manage and process all EEO administrative complaints against the Agency. *See* Anderson Decl. at ¶ 3.

Final Decision accepted certain claims for investigation (which proceeded under the Jordan 2 case number) and dismissed others as untimely (which were reflected under the Jordan 3 case number).  Consequently, a separate administrative complaint for Jordan 3 does not exist.  Further, for the Court's convenience, Defendant has included EEO Track printouts, which reflect that Jordan 3 was created from the administrative complaint bearing Agency No. 97-51-0189 -- *i.e.*, the Jordan 2 administrative complaint.  *See* Jordan 3 at p. 3.

2. Additionally, for the Court' convenience, as the administrative complaints are at times handwritten and unclear, where available Defendant has also included the Agency's acceptance or rejection letters for each such complaint, which describe the issues that were accepted and/or rejected for investigation at the administrative level.

3. Lastly, Defendant has also included any requests by Plaintiff Jordan to amend her administrative complaints to the extent such requests were accepted by the Agency.

Please also take notice that Defendant will be providing a copy of this filing and the attachments hereto to chambers for the Court's convenience.

Dated: August 4, 2008
      Washington, DC

Respectfully submitted,

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2008, a true and correct copy of above Notice of Filing with attachments was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to the addresses listed below. The Notice of Filing was served in hard-copy form, and the attachments were served in electronic PDF format on an enclosed CD-ROM.

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

Courtesy copies of the above Notice of Filing without attachments were also sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: August 6, 2008
       Washington, D.C.

                                Respectfully submitted,

                                   /s/
                                _____
                                BRIAN P. HUDAK
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, NW
                                Washington, DC 20530
                                (202) 514-7143
                                brian.hudak@usdoj.gov