# Jordan 3
# (No. 97-51-01891)

| New | Save | Complainant: Tanya W. Jordan | 3 of 8 | Case # 97-51-01891 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Informal Basis**
Title VII - Race - Black

**Informal Issue**
Promotion / Non-competitive

**Complainant Info:** SSN: 
13003 Keverton Drive
Upper Marlboro, MD 20774

**Specify Complainant**
**Go to Complainant**

**Case Status:**
Closed
as of 02/02/1999
(previously: Closable/Dismissed > 60 days)

Counselor: 
Visibility code: 51
Personnel Office: Office of the Secretary

**Organization code list**
Org. Code: 
Series/Pay: 0510-GS-13
Empl. Stat: Unknown

Initial Contact: 02/06/1997
Anonymous? ☐
Extension:      for      (days)
NRF due on 03/10/1997
NRF Issued: 04/14/1997
NRF Received: 04/14/1997

Created: 07/06/1998 12:46:52  by WINCITS        Last Save: 09/21/2000 10:40:47  by LLL        ID: 8207

| New | Save | Complainant: Tanya W. Jordan | 3 of 8 | Case # 97-51-01891 w |

Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc.

**Formal Basis**
Title VII - Race - Black
other - Sex - Female

**Formal Issue**
Evaluation / Appraisal
Promotion / Non-competitive

Complaint filed: 04/23/1997
Complaint type: Individual
120/180 Due Date: 10/21/1997

**Counseling Report**
Requested: 04/28/1997
Received: 06/06/1997

Further info requested:
Complaint Accepted:
Complaint Dismissed: 07/02/1997
Partially Dismissed:

**Case held in abeyance**
Date:
Reason:

**Dismissal Type**
Untimely Counsel

**Intake**
Received from Specialist:
☐ Partial Acceptance
Assignment: 06/11/1997
Specialist: Hawker, Kathryn

**Remand**
Intake:
Acceptance:
Specialist:
Action date:
Action:

**Representative**
Specify Representative    Name: Shaw, Bransford, Veilleux and Roth
Go to Representative      Contact: Bennett, Joel P.
Remove Representative     Notification:

| New | Save | Case 1:05-cv-01968-JDB   Document 92-4   Filed 08/06/2008   Page 4 of 4 | Case # 97-51-01891 w |
| Find Case | Informal | Formal/Intake | Formal 2 | Allegations | Investigation | Hearing/FAD | EEOC | Settle/Withdraw | ADR/Court/Relief | Notes | Misc. |

Complainant: Tanya W. Jordan — 3 of 8

Please Note: case merges are being handled in the new way, with the "Consolidated" date field on the Formal tab. Particulars are still to be recorded in the Notes.

This case converted from WINCITS database on 07/06/1998 12:46:52
Original case: 97-51-0189-00
New case (this): 97-51-0189-01
New case (other): 97-51-0189-00
Conversion of this case from WINCITS to EEOTRACK required the adjustment(s):
   Spclst -changed:  "Kathy Hawker" --> "Hawker, Kathryn"
   informal  basis -changed:  "Race - Black" --> "Title VII - Race - Black"
   informal issue changed:  "Other: promotion non-competitive" --> "Promotion / Non-competitive"
   formal  basis -changed:  "Race - Black" --> "Title VII - Race - Black"
   formal  basis -changed:  "Sex - Female" --> "other - Sex - Female"
   formal  basis -changed:  "Race - Black" --> "Title VII - Race - Black"
   formal  basis -dupdel:  "Title VII - Race - Black"
   formal  basis -changed:  "Sex - Female" --> "other - Sex - Female"
   formal  basis -dupdel:  "other - Sex - Female"
   formal issue changed:  "Evaluation/appraisal" --> "Evaluation / Appraisal"
   formal issue changed:  "Other: promotion non-competitive" --> "Promotion / Non-competitive"
   dismissal type -changed:  "Untimely" --> "Untimely Counsel"