# Jordan 4
# (No. 98-51-00690)

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE

OCR Complaint Number: 98-51-0069    Filing Date: 12/16/97

## INFORMATION ABOUT YOU

Name: TANYA WARD JORDAN
Address: 8785 East Grove
City/State: Upper Marlboro MD   Zip Code: 20774
Social Security Number: 
Home Phone: (301) 736-7518
Work Phone: (202) 482-0233

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name:
Address:
City/State:   Zip Code:

NOTE: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney? ☐ Yes ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
Office of the Secretary

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).

See Attached (Sheets)

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☐ Race            ☐ National Origin
☐ Color           ☐ Age
☐ Religion        ☐ Disability
☐ Sex             ☒ Retaliation

RECEIVED 1997 DEC 16 AM 10:38

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).

Outstanding Rating + award commensurate w/ rating

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No  Counselor's name? Irma Salley
Did you file a grievance under a negotiated grievance procedure?   ☐ Yes ☒ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal?   ☐ Yes ☒ No  Filing date(s)?

SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU): [signed Tanya Ward Jordan]
DATE (Month/Day/Year): December 16, 1997

# Complaint of Employment Discrimination
## Against the Department of Commerce



**ALLEGATION:** I, Tanya Jordan, am filing a formal complaint against Ted Johnson, Director - Office of Financial Policy and Assistance on the basis of reprisal. This complaint centers on my FY97 performance rating. Mr. Johnson, who had minimal contact with me during FY97, reduced my team leader's (Larry Tyler's) recommendation of OUTSTANDING to COMMENDABLE. (See ATTACHMENT A) Please note, I had previously filed both a complaint and a grievance naming Mr. Johnson. For this reason, I believe Mr. Johnson engaged in reprisal action against me.

**BACKGROUND:** In FY 96 he <u>lowered</u> my numerical rating after I filed a complaint against him. (See Attachment B) This is the second consecutive year I have been denied an OUTSTANDING by Mr. Johnson since filing my initial EEO complaint.

Mr. Ted Johnson (rating official) signed my rating 10/31/97 and sent it to Personnel. (See Attachment C) Yet, he did not discuss my rating with me until 11/13/97. During our meeting, I voiced my disagreement with the rating. I asked Mr. Johnson, who had met with me only a few times during the rating period — what he based his decision on. Please note: It was not uncommon for Mr. Johnson to go weeks without any contact with me. For this reason and given the fact <u>he periodically called me by another employee's name</u> I was most interested in why he <u>lowered</u> my team leader's recommendation.

I strongly believe that Mr. Johnson lowered my FY97 rating after I filed an EEO complaint. He did not dispense my performance rating from a knowledge base. He could not justify my "COMMENDABLE" rating. He did, however, tell me that I had *"received a commendable before"* Despite my superior knowledge, skills and abilities, I truly believe that Mr. Johnson has a predisposition to assign me a "COMMENDABLE" rating. Although OFM denies it, OFM ratings are quota driven not particularly performance driven. Mr. Tyler confirmed this accusation last year when he told me that Mr. Johnson told him he could only give:

♦    2 outstandings  (See Attachment D)

Given OFM's quota rating system and given the fact that I have filed two previous complaints and a grievance against OFM ---- <u>I am unable to get a fair rating from Mr. Johnson</u>. It is significant to add that I had worked 17 years without ever filing a EEO complaint. Unfortunately, within the last two and a half years I have found it necessary to file repeatedly. I had asked that Mr. Johnson be removed as my rating official. However, nothing was ever done. (See Attachment E/e-mail)

*Attachment A*

```
       To: Tanya Jordan@OFPA
     From: Larry Tyler@OFPA
       Cc:
      Bcc:
  Subject: 1997 Performance Rating
Attachment:
     Date: 11/6/97 5:09 PM
```

As per our discussion, I was requested to provide my recommendations for our team members performance ratings again this year by Ted. I recommended you for an outstanding rating and I discussed this recommendation with Ted and Doug. I have not been advised nor do I expect to be advised on what rating you receive. Good Luck!

*Attachment B*

```
SSN [        ]    AG 51        * PERFORMANCE EVALUATION DATA *        11/05/97   IR304
SCREEN 000 NAME TANYA          D              JORDAN
```

|              YEAR = 97                    |              YEAR = 94                    |
|-------------------------------------------|-------------------------------------------|
| PERF EVAL ANNIVERSARY DATE   09 30 97     | PERF EVAL ANNIVERSARY DATE   09 30 94     |
| PATTERN/LEVEL                       H4    | PATTERN/LEVEL                       40    |
| SUMMARY RATING SCORE               420    | SUMMARY RATING SCORE               420    |
| PROCESSED PAY PERIOD         22 YR 97     | PROCESSED PAY PERIOD         24 YR 94     |
| AGENCY-USE                     A          | AGENCY-USE                                |

|              YEAR = 95                    |             (YEAR = 96)                   |
|-------------------------------------------|-------------------------------------------|
| PERF EVAL ANNIVERSARY DATE   09 30 95     | PERF EVAL ANNIVERSARY DATE   09 30 96     |
| PATTERN/LEVEL                       40    | PATTERN/LEVEL                       40    |
| SUMMARY RATING SCORE               420    | SUMMARY RATING SCORE               400    |
| PROCESSED PAY PERIOD         01 YR 96     | PROCESSED PAY PERIOD         22 YR 96     |
| AGENCY-USE                                | AGENCY-USE                                |

```
INQUIRY COMPLETE - ENTER TO CONTINUE                              0307
 PF1 = SUB MENU         PF5 = HELP         ENTER = INQUIRY     CLEAR = EXIT
B MY JOB                    NUM    LU #3
```

*attachment C*

## SECTION II - PERFORMANCE SUMMARY AND RATING

**Name:** Tanya Ward-Jordan

**Item 1. Instructions:**
1. List each element in the performance plan; indicate whether it is critical/non-critical and what weight has been assigned to it.
2. Assign a rating level for each element: (5) Outstanding (4) Commendable (3) Fully Successful (2) Marginal/Minimally Satisfactory (SES) (1) Unacceptable/Unsatisfactory (SES)
3. Score each element by multiplying the weight by the rating level.
4. After each element has been scored, compute total score by summing all individual scores. Total score can range from 100 to 500.

| Performance Element | Critical or Non-critical (C or NC) | MBO | (Sum of Individual Weights must total 100) | Element Rating (1-5) | Score |
|---|---|---|---|---|---|
| 1. Planning Financial Policy | C | | 40 | 4 | 160 |
| 2. Formulation of Financial Policy & Accomplishment | C | | 40 | 4 | 160 |
| 3. Management and Administrative Support | C | | 20 | 5 | 100 |
| **TOTAL SCORE** | | | | | **420** |

FOR SES: Turn to reverse side and continue with Item 3.

**Item 2. PERFORMANCE RATING** *(Based on total score except that if any critical element is less than fully successful the rating can be no higher than the lowest critical element rating.)*

☐ Outstanding (460-500)  ☒ Commendable (380-459)  ☐ Fully Successful (290-379)  ☐ Marginal (200-289)  ☐ Unacceptable (100-199)

Rating Official's Signature and Title: Ted A. Johnson, Director, OFPA  *Ted A. Johnson*  Date: 10/31/97
Approving Official's Signature and Title: Douglas K. Day, Deputy Director, OFM  *Douglas K. Day*  Date: 10/31/97
Employee's Signature *(Indicates appraisal meeting held.)*   Employee comments attached? ☐ Yes ☐ No   Date:

## Section III. PERFORMANCE RECOGNITION *(General Workforce only; see below for PMRS employees.)*

☐ QSI (Outstanding rating required.)
☐ I expect employee's performance to continue at this level.
☐ Performance Award $_____ or %_____
Appropriation No. _____

Has employee been promoted within the last 4 months?  ☐ Yes  ☐ No

Rating Official's Signature and Title   Date:
Approving Official's Signature and Title   Date:
Final Approving Authority's Signature   Date:
Payment authorized by Personnel Office   Date:

**PMRS EMPLOYEES ONLY:** IF THE TOTAL SCORE IS 475 OR MORE AND THE RATING OFFICIAL WISHES TO RECOMMEND AN UNUSUALLY OUTSTANDING PERFORMANCE AWARD OF 10 TO 20% OF BASE PAY, FORWARD A COPY OF THE RATING AND JUSTIFICATION (CD-396 AND CD-396A) THROUGH APPROPRIATE CHANNELS. (THIS AWARD REQUIRES FINAL APPROVAL BY THE SECRETARY OF COMMERCE.)

FORM CD-396 (REV 7/90)   USCOMM-DC 89-1562

Attachment D

This is my initial 1996 performance recommendat[ion]
I had to lower 5 of these assessment to
achieve a required standard of:

2 - Outstanding
3 - Commendable
2 - Satisfactory

Larry Tyler

```
            To:  Tanya Jordan@OFPA
          From:  Doug Day@IC
 Originated by:  Tanya Jordan@OFPA
            Cc:  John Newell@Dir,Courtland V. Cox@DIR@OCR
           Bcc:
       Subject:  fwd: Documentaiton
    Attachment:
          Date:  8/28/97 1:22 PM
```

*Attach't E*

Forwarded to:     Tanya Jordan@OFPA@OFM
        cc:       John Newell@Dir@OFM,Courtland V. Cox@DIR@OCRKathleen Taylor@Admin@OGC,Kimberly H. Walton@CP@OCR
Forwarded date: 8/28/97 1:22 PM
Comments by:      Doug Day@IC@OFM
Comments:

Hi Tanya,

This acknowledges your August 13th e-mail to Mr. Newell.  We will respond to it once the investigative report into the allegations is completed.  I understand that the report should be finished within the next couple of weeks.

Doug


----------
Original text
------------------------ [Original Message] -------------------------
Original Message date:  8/14/97 4:47 PM
Original from:  John Newell@Dir@ofm
Original to:    Doug Day@IC@OFM
-------------
Original Text
From: Tanya Jordan@OFPA@OFM, on 8/13/97 10:43 AM:
To: John Newell@Dir@OFM, Courtland V. Cox@DIR@OCR

FYI.......

This is to document an earlier conversation we had regarding removing Ted Johnson, Director - Office of Financial Policy and Assistance as my rating official.  Please, note I am aware that an investigation into allegations against Mr. Johnson is currently being conducted.  This e-mail message serves only to document that we have had discussion on this matter.  Comments from OFM or OCR, although welcome, are not required.

Tanya



**UNITED STATES DEPARTMENT OF COMMERCE**
Chief Financial Officer
**Assistant Secretary for Administration**
Washington, D.C. 20230

APR - 9 1998

CERTIFIED MAIL

Ref.: 98-51-0069
Filing Date: December 16, 1997

MEMORANDUM FOR  Tanya Ward Jordan

FROM:           Kathryn E. Hawker
                Acting Chief, Compliance Division
                Office of Civil Rights

SUBJECT:        Acceptance of Complaint

The Department of Commerce has accepted for investigation the following issue from your complaint of discrimination referenced above:

> Complainant alleges that in reprisal for prior EEO activity, her performance was rated "commendable" for Fiscal Year 1997, even though her team leader recommended that she receive an "outstanding" rating.

An Investigator will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

The investigation must be completed by June 15, 1998, unless you and the Department agree on an extension. (29 C.F.R. §1614.108(e)). Therefore, it is essential that, when the Investigator asks for the information to support your complaint, you promptly provide it. For your information, I have enclosed an information sheet on EEO Complaint Investigations.

The EEOC regulations provide that we may dismiss your complaint if you fail to cooperate with the investigation. (29 C.F.R. §1614.107(g)).

2

If you believe that the issues in your complaint have not been correctly identified, please notify me, in writing, **within 15 calendar days** after your receipt of this Notice, specifying why you believe that the issues have not been correctly identified.

You may write to me at the following address:

> Kathryn E. Hawker
> Acting Chief, Compliance Division
> Office of Civil Rights, Room 6010
> U.S. Department of Commerce
> Washington, D. C. 20230

cc: Bernadette Worthy
    Investigative Unit
    Compliance
    Subject



P 127 034 838
US Postal Service
Receipt for Ce
No Insurance Cover
Do not use for Inter
Sent to
Street & Number
Post Office, S
Postage
Certif
Sp

Tanya Ward Jordan
8705 East Grove
Upper Marlboro, MD 20774

APR -9 1998