# Jordan 6
# (No. 00-51-03163)

Form CD-498 (January 1997)

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
## AGAINST THE U.S. DEPARTMENT OF COMMERCE

For OCR Use
COMPLAINT NUMBER: 00-51-03163            FILING DATE: 10-2-00    RECEIVED

2000 OCT -2 PM 12: 13

[DEPT OF COMMERCE]
[OFFICE OF CIVIL RIGHTS]

## INFORMATION ABOUT YOU

Name: TANYA WARD JORDAN
Address: 13003 Keverton
City/State: Upper Marlboro   Zip Code: 20774
Social Security Number: [redacted]
Home Phone: (202) 498-0233
Work Phone: (304) 390-4306

## INFORMATION ABOUT YOUR REPRESENTATIVE

Representative's Name: Currently N/A
Address: N/A
City/State: __   Zip Code: __
Note: You do not have to have a representative.
Phone ( )
Fax ( )
Is your representative an attorney?  ☐ Yes  ☐ No

## INFORMATION ABOUT THE COMPLAINT

In which bureau did the alleged discrimination take place?
The Office of the Secretary

Did you work for the Department of Commerce at the time? ☒ Yes ☐ No  If yes, what was your position (title/series/grade), office, and bureau?

Describe the action(s) or policy(ies) you believe was (were) discriminatory. Be specific and **include dates**. If you need more space, attach an extra page(s).   *Three Attachments Are Included

7/5/00 - I was informed that Larry Self, Acting Director, Office of Civil Rights who had knowledge of my race, gender + previous EEO complaint activity excluded me from attaining a career enhancing position for which I was well qualified. Due to discrimination + retaliation I was denied the GS-15 Diversity Program Manager position. 3 Attachments*

What do you believe was (were) the reason(s) for the alleged discrimination? Check the appropriate box(es) and write in specific details. For example: If it was because of your race, what is your race? If it was because of your age, what is your date of birth?

☒ Race    ☐ National Origin      (See Attachments)
☐ Color   ☐ Age                   Attachment A: Statement of Discrimination + Retaliation
☐ Religion ☐ Disability
☒ Sex     ☒ Retaliation           Attachment B: Letter from (1997) Diversity Chair
                                  Attachment C: Photo w/website, current Diversity Chair Independent Contractor

What remedy(ies) do you seek for the alleged discrimination? If you need more space, attach an extra page(s).
GS-15
Back Pay
Comp Damages @ $300,000
- Attorney Fees

Did you discuss this(ese) issue(s) with an EEO Counselor? ☒ Yes ☐ No   Counselor's name? Johnnie Hobbs
Did you file a grievance under a negotiated grievance procedure? ☐ Yes ☒ No  Filing date(s)?
Did you file a Merit Systems Protection Board (MSPB) appeal? ☐ Yes ☒ No  Filing date(s)?

SIGN HERE (OR HAVE YOUR ATTORNEY SIGN FOR YOU): [signature]
DATE (Month/Day/Year): 10/2/00

**Attachment A**

## STATEMENT OF DISCRIMINATION/RETALIATION
## SUBMITTED BY TANYA WARD JORDAN

### SCOPE
This complaint is being filed under Title VII which prohibits employment discrimination/retaliation. It is being filed against Mr. Larry Self, Acting Director of the Office of Civil Rights (OCR), who had knowledge of my race, my gender and my prior EEO complaint filed June 21, 1999.[1] It is also being filed against Charles McEnerney (Office of Human Resources Management (OHRM) personnel specialist) who along with the Office of Secretary's HRM office permitted Mr. Larry Self the *"facility"* and the *"flexibility"* to retaliate against me. The collusion of both offices, OCR and OHRM, enabled Mr. Self who knew of my past EEO history to retaliate against me and to exclude me (an African-American, female, well-qualified applicant) from attaining a career enhancing position.

### TRIGGERING EVENT
On July 6, 2000, after contacting the OHRM regarding the status of a *GS-15 Diversity Program Manager* position which I had applied for, I was informed by Mr. Charles McEnerney that the job had been closed and filled. After querying Mr. McEnerney about the paneling of the position and requesting to meet with him to see where I fell on the best qualified list, I was subsequently informed that *"management"* had decided to *"reassign"* someone into the position.

### CLAIM
The Acting Office of Civil Rights Director (Larry Self), having full knowledge of my race, my gender and my past EEO history manipulated personnel practices to exclude me from attaining a position that I was well qualified for. Mr. Self's actions perpetuated the Department's discriminatory/retaliatory practices against me. By reassigning a candidate (Jorge Ponce), an employee relatively new to the Department who had never served on the Diversity Council to serve as *GS-15 Diversity Manager*, Mr. Self (the selecting official) denied me a promotion opportunity. This was a position I was well qualified for.[2] Do note, that after advertising the position competitively and only after I applied did Mr. Self reassign Mr. Ponce into the position for which Mr. Ponce never applied for.

### REMEDIES:
GS-15        BACK PAY    COMPENSATORY DAMAGES $300,000        ATTORNEY FEES

**Attachment B**

---

[1] The basis of my FY99 complaint was also retaliation. It specifically implicated Mr. Self's predecessor and former supervisor-- Kim Walton. Ms. Walton had inappropriately discussed/divulged my previous EEO complaint history with an office director. Mr. Self, named in the present complaint, signed the final decision (8/19/99) dismissing complaint 99-51-00707. The complaint is now on appeal at the EEOC.

[2] I had served on the Diversity Council providing input on diversity matter and served as the editor of the Council's newsletter *TESSERA*; and hosted/participated in programs such as the Department's African-American History Program. (See Attachment; African-American History Celebration w/the Chair of the Diversity Council: Deputy Secretary Mallett.)

UNITED STATES DEPARTMENT OF COMMERCE
Office of the Secretary
Washington, D.C. 20230

February 12, 1997

Ms. Tanya Ward Jordan
Office of Financial Management
Room 6819
U.S. Department of Commerce
Washington, D.C. 20230

Dear Tanya:

Since I announced my departure from the Department, I have had the opportunity to reflect on what have been my most enjoyable experiences. Without a doubt, serving as Chair of the Diversity Council has been the most rewarding of my duties.

The show of support for my service during my last meeting as a member of the Diversity Council was most gratifying. The framed picture of my first meeting and plaque bearing the signatures of our colleagues on the Diversity Council is a memento that will always have a place in my office.

I wish you and the Diversity Council much continued success. Thank you for your support.

Very truly yours,

William J. Taylor, III
Counsellor the Secretary

Many Thanks for Everything!

# African American
# History Celebration

**Select link to view full size image**



Keynote Speaker Kojo Nnamdi



Deputy Secretary Mallett

MBDA Director, Courtand Cox 

 Tanya Jordan, Vice President BIG

http://www.doc.gov/opa/photo/Afro.htm

9/29/00



JAN - 8 2001

UNITED STATES DEPARTMENT OF COMMERCE
Chief Financial Officer
Assistant Secretary for Administration
Washington, D.C. 20230

**CERTIFIED MAIL**

Complaint Number: 00-51-03163
Filing Date: October 2, 2000

MEMORANDUM FOR Tanya Ward Jordan

From:  Kathryn E. Hawker
       Chief, Compliance Division
       Office of Civil Rights

Subject:  Notice of Investigation

1. **Statement of Claim(s)**

The Department of Commerce has accepted for investigation the following claim(s) contained in your equal employment opportunity (EEO) complaint of discrimination referenced above:

> Complainant, an Audit Liaison/Program and Management Analyst, GS-14, with the Department of Commerce, Office of the Secretary, Office of Executive Budgeting and Assistance Management, claims that due to her race (African American), sex (female), and in retaliation for filing previous EEO complaints, she was not afforded the opportunity to be interviewed by Mr. Lawrence Self, then Acting Director, Office of Civil Rights, for the position of Diversity Program Manager, GS-0340-15, Vacancy Announcement Number: OS-OCR-00-159-CM, with the Office of Civil Rights.

2. **Your Rights and Responsibilities**

- To avoid any possible conflict of interest, your complaint will be referred outside of the Department of Commerce for investigation. An investigator from another Federal agency will soon contact you to receive your sworn or affirmed statement and the evidence you possess. You will receive a copy of the final Report of Investigation upon its completion.

- The investigation must be completed by **April 2, 2001,** unless you and the Department agree on an extension. See Title 29, Code of Federal Regulations (C.F.R.) section (§)1614.108(e). Therefore, it is essential that when the investigator asks for the information to support your complaint, you promptly provide it.

2

- You may amend your formal complaint at any time before the investigation is complete. See 29 C. F.R. § 1614.106. New claims must be like or related to the claims raised in your original complaint. For example, if your original complaint concerns a Performance Improvement Plan, a new claim concerning your subsequent performance rating would be "like or related." A new claim concerning your time and attendance would not. If you amend your complaint, the investigation must be completed within 180 days from the date of the amendment, or no more than 360 days from the date you filed your original complaint, whichever comes first. If it is determined that your new claim is not like or related to your original complaint, you will be notified of your right of your right to seek EEO counseling.

- If you file more than one complaint, the Agency is required by law to consolidate all your complaints for processing. The investigation of consolidated complaints must be completed within 180 days of the filing date of the latest complaint or 360 days from the date you filed your first complaint, whichever comes first.

- You may request a hearing before the Equal Employment Opportunity Commission (EEOC) at any time after 180 days have passed from the date you filed your original complaint. You must file your request with the EEOC office specified in the Acknowledgment Memorandum, dated **October 11, 2000**, and you must send a copy of your request to this office.

- Your complaint may be dismissed if you fail to cooperate with the investigation.

- You may request Alternative Dispute Resolution (ADR) at any time during the processing of your formal complaint. To ensure that your complaint is investigated within the time required by EEOC regulations, we will continue the investigation during the time you and the Agency are engaged in ADR. Not all cases are appropriate for ADR. Please consult the Office of Civil Rights' *ADR Program Guide* for more information.

For your information, I have enclosed an information sheet on EEO Complaint Investigations.

3

Amendments to formal complaints, copies of hearing requests, and requests for corrections to the statement of claims may be sent to me at:

> Kathryn E. Hawker
> Chief, Compliance Division
> Office of Civil Rights, Room 6012
> U.S. Department of Commerce
> Washington, D. C. 20230

Requests for ADR or for a copy of the *ADR Program Guide* should be addressed to either your servicing EEO Officer or:

> Roslyn D. Hoover
> EEO ADR Manager
> Office of Civil Rights, Room 6012
> U.S. Department of Commerce
> Washington, D.C. 20230

cc: Bernadette Worthy, EEO Officer
    Investigation Team
    Compliance Office File
    Complaint File

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

Article Sent To:

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee
Postmark Here

Tanya Ward Jordan
13003 Keverton Drive
Upper Marlboro, MD 20774

PS Form 3800, July 1999

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Tanya Ward Jordan
13003 Keverton Drive
Upper Marlboro, MD 20774

2. Article Number (Copy from service label)
7000 0600 0021 5965 5349

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly) — Tanya Jordan
B. Date of Delivery
C. Signature
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

[USPS LARGO BRANCH JAN 1 2001 20774 postmark]