UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., ) <br>        Plaintiffs, ) <br> v. ) <br> CARLOS GUTIERREZ, Secretary, ) <br> U.S. Department of Commerce, ) <br>        Defendant. ) | Civil Action No. 05-1968 (JDB) |

## **ERRATA**

Defendant respectfully submits this Errata to correct one sentence in his Memorandum of Points and Authorities in Support of his Motion to Dismiss the Second Amended Complaint, or, in the Alternative, for Summary Judgment ("Brief"), and the accompanying Statement of Undisputed Facts ("Fact Statement").

The last sentence of the top paragraph on page 10 of Defendant's Brief, which is also found in paragraph 31 on page 4 of Defendant's Fact Statement, currently reads:

> [I]n the Howard 6 complaint itself, Howard alleges that "the date on which the most recent discrimination took place" was August 5, 1994 -- *i.e.,* **80 days** before she contacted an EEO counselor on October 21, **2004**. *See* FAC Motion at 59, Ex. Y (Anderson FAC Decl. at Attachs. 3, 6). (emphasis added).

The portions of the sentence marked in bold above contain inadvertent errors. The sentence should instead read (corrections in bold):

> [I]n the Howard 6 complaint itself, Howard alleges that "the date on which the most recent discrimination took place" was August 5, 1994 -- *i.e.,* **77 days** before she contacted an EEO counselor on October 21, **1994**. *See* FAC Motion at 59, Ex. Y (Anderson FAC Decl. at Attachs. 3, 6).

- 2 -

Accordingly, Defendant respectfully substitutes this corrected passage for the original sentence set forth above.

Dated: August 7, 2008
        Washington, DC

                                           Respectfully submitted,

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

     /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, a true and correct copy of above Errata was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
|---|---|---|
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

With courtesy copies sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: August 7, 2008
Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov