UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD, et al.,

    Plaintiffs,

        v.

CARLOS M. GUTIERREZ,
Secretary, U.S. Dep't of Commerce,

    Defendant.

Civil Action No. 05-1968 (JDB)

## ORDER

Upon consideration of the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this 18th day of August 2008 hereby

**ORDERED** that [75] defendant's motion to dismiss the second amended complaint or, in the alternative, for summary judgment is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that Count Two of the second amended complaint, alleging disability discrimination under the Rehabilitation Act, is **DISMISSED**; it is further

**ORDERED** that [84] plaintiffs' motion for reconsideration of the Court's September 7, 2007 order is **DENIED**; it is further

**ORDERED** that [83] plaintiffs' motion to stay is **DENIED** as moot; and it is further

**ORDERED** that the parties shall appear for a status conference on September 23, 2008, at 9:00 a.m.

                              /s/ John D. Bates
                               JOHN D. BATES
                         United States District Judge