UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Case No. 05-1968 (JDB) |

**MOTION FOR AN EXTENSION OF TIME TO ANSWER**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendant Carlos Gutierrez, Secretary, United States Department of Commerce ("Agency"), respectfully moves, by and through its undersigned counsel, for an enlargement of time answer the Second Amended Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering the Second Amended Complaint from September 5, 2008 to October 6, 2008. Defense counsel contacted Plaintiffs and learned that they oppose this Motion. The grounds for such relief are set forth below.

This case is an alleged employment discrimination action, which seeks damages and other relief largely predicated upon a single claim of disparate impact race discrimination under Title VII. Plaintiffs' Second Amended Complaint was entered on the docket on December 20, 2007. On February 21, 2008, Defendant moved to dismiss the Second Amended Complaint. On August 18, 2008, the Court entered a Memorandum Opinion and Order (collectively, the "Decision") that dismissed Plaintiff Jordan's Rehabilitation Act claim, but denied Defendant's

motion as to Plaintiffs' disparate impact claim. Consequently, pursuant to Rule 12(a)(4)(A), Defendant's Answer to the Second Amended Complaint is currently due on September 5, 2008.

Promptly after receiving the Court's Decision, undersigned counsel and Agency counsel began to review and analyze the Decision and make preparations for answering the Second Amended Complaint, which contains 232 separately numbered paragraphs. Although agency and defense counsel have been working diligently to analyze the relevant materials, matters and deadlines in other pending cases have prevented the completion of an appropriate Answer. Accordingly, Defendant respectfully moves the Court to allow counsel a reasonable amount of additional time to answer the Second Amended Complaint, which could narrow the issues for discovery in this matter.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Indeed, Defendant expressly does not request a continuance of the Status Conference currently scheduled for September 23, 2008. Allowing defense counsel a reasonable period of time to formulate Defendant's Answer serves the interests of the parties and the Court.

*  *  *

WHEREFORE, based on the foregoing, Defendant respectfully requests that his time for answering the Second Amended Complaint be extended to, and including, October 6, 2008. A proposed order is attached.

Dated: September 4, 2008
       Washington, DC

Respectfully submitted,

OF COUNSEL:
Tiffany D. Blakey, Esq.
Office Of The General Counsel
U.S. Department of Commerce

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2008, a true and correct copy of above Motion for an Extension of Time to Answer was served upon *pro se* Plaintiffs, by first class United States mail, postage prepaid, to:

| Janet Howard | Tanya Ward Jordan | Joyce E. Megginson |
| --- | --- | --- |
| P.O. Box 1454 | 13003 Keverton Dr. | 310 Bogota Dr. |
| Spotsylvania, VA 22563 | Upper Marlboro, MD 20774 | Ft. Washington, MD 20744 |

With courtesy copies sent by electronic mail to:

tanyaw.jordan@verizon.net;

janet_17771@netzero.net; and

joymegg@aol.com.

Dated: September 5, 2008
Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov