UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary,<br>U.S. Department of Commerce,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Case No. 05-1968 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an enlargement of time to answer the Second Amended Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, October 6, 2008, to answer the Second Amended Complaint in this action.

_____       _____
Date                        JOHN D. BATES
                            United States District Judge