UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>GARY LOCKE, in his official capacity as the Secretary of the United States Department of Commerce,<br><br>　　Defendant. | Civil Action No.  05-1968 (JDB) |

## ORDER

Upon the Court's own motion, and in consideration of the entire record herein, it is hereby

**ORDERED** that the parties shall appear for a status conference on May 21, 2010, at 9:00 a.m. in Courtroom 8.

　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　United States District Judge

Dated: April 22, 2010

**Copy to:**
Janet Howard
P.O. Box 1454
Spotsylvania, VA 22563