UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>GARY LOCKE, in his official capacity as the Secretary of the United States Department of Commerce,<br><br>    Defendant. | Civil Action No.  05-1968 (JDB) |

## ORDER

Pursuant to the status conference held on this date, and upon consideration of the entire record herein, it is hereby **ORDERED** as follows:

1. All motions to amend the complaint shall be filed by not later than July 2, 2010.

2. All discovery shall be completed by December 3, 2010.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

3. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by July 2, 2010, unless the parties mutually agree upon another date and notify the Court in writing of such agreement.

4. Plaintiffs shall serve their initial expert reports on defendant by not later than September 17, 2010.  Defendant shall serve his expert reports on plaintiff by not later than November 1, 2010.

5. Dispositive motions shall be due by not later than January 21, 2011.  Oppositions thereto shall be due by not later than February 22, 2011.  Replies in support of

        dispositive motions, if any, shall be due by not later than March 15, 2011.

6.      In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3430 before filing a discovery motion, at which time the Court will make a determination as to the manner in which it will handle the discovery dispute.

7.      A status conference shall be held on December 3, 2010, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

                                        /s/ John D. Bates
                                        John D. Bates
                                        United States District Judge

Date: June 2, 2010