UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GARY LOCKE, Secretary,<br>U.S. Department of Commerce,<br><br>Defendant. | Civil Action No. 05-1968 (JDB) |

## CONSENT MOTION FOR LEAVE TO FILE MOTION TO AMEND THE COMPLAINT ON TUESDAY, JULY 6, 2010

Plaintiff, Joyce Megginson, by counsel, move this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) to extend the deadline for filing her motion to amend the complaint to Tuesday, July 6, 2010.

1. On June 2, 2010, this Court entered a Scheduling Order requiring plaintiffs to file any motions to amend the complaint but today, July 2, 2010.

2. Due to plaintiff Megginson's counsel's heavy work schedule and a recent family emergency, counsel will need a short extension of time to complete and submit the motion. Counsel is seeking until Tuesday, July 6, 2010 to file the motion.

3. Counsel has communicated with opposing counsel for the government regarding this matter; the government consents to the extension.

WHEREFORE, for the foregoing reasons, and for good cause shown, this Court should grant Plaintiff Joyce Megginson's Consent Motion For Leave to File Motion To Amend the Complaint on Tuesday, July 6, 2010.

1073057.1

Respectfully submitted

Dated: July 2, 2010

_____
Emmett Lewis
Yvonne Williams
Miller & Chevalier Chartered
655 15th Street, NW
Suite 900
Washington, DC  20005

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff Joyce Megginson's Consent Motion For Leave to File Motion To Amend the Complaint was served via the District Court's ECF electronic system, on July 2, 1010, upon the following:

Brian Hudak
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530

Janet Howard
P.O. Box 1454
Spotsylvania, VA 22563

_____
Yvonne M. Williams

1073057.1