UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REBECCA BLANK,<br>Secretary, U.S. Department of Commerce,<br><br>    Defendant. | Civil Action No. 1:05-cv-1968 (JDB) |

**NOTICE OF APPEAL**

Notice is hereby given this 16th day of November, 2012, that Plaintiff Joyce Megginson hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order of the United States District Court for the District of Columbia dated September 19, 2012, granting Defendant's motion to dismiss for lack of jurisdiction, denying Plaintiffs' motion for leave to amend, and dismissing Plaintiffs' action with prejudice in its entirety.

Respectfully submitted this 16th day of November, 2012.

/s/ Mary Lou Soller
_____
Mary Lou Soller (DC Bar 246231)
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20016-6701
Email: msoller@milchev.com
Tel.: (202) 626-5849
Fax: (202) 626-5801

*Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on November 16, 2012, the foregoing Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit was served upon counsel for the Defendant by first-class United States mail, addressed as follows:

>Brian P. Hudak
>U.S. Attorney's Office
>555 Fourth Street, NW
>Washington, DC  20530
>(202) 514-7143

/s/ Mary Lou Soller
_____

Mary Lou Soller (DC Bar 246231)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20016-6701
Email: msoller@milchev.com
Tel.: (202) 626-5849
Fax: (202) 626-5801

*Counsel for Plaintiff*