# United States Court of Appeals
### For The District of Columbia Circuit

**No. 12-5392**  **September Term, 2012**

1:05-cv-01968-JDB

Filed On: December 28, 2012 [1412538]

Janet Howard,

    Appellant

Joyce Megginson,

    Appellee

    v.

Rebecca M. Blank, Acting Secretary, United States Department of Commerce,

    Appellee

------------------------------

Consolidated with 12-5370

## O R D E R

    Upon consideration of the motion to appeal in forma pauperis, which was received from appellant, it is, on the court's own motion,

    **ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

    **FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

    The Clerk is directed to transmit this order and the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                            BY:    /s/
                                          Ken R. Meadows
                                          Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis